| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (mrhodes@cooley.com) |
| 2 | MATTHEW D. BROWN (196972) (brownmd@cooley.com) |
| | JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com) |
| 3 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 4 | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 5 | |
| | Attorneys for Defendant FACEBOOK, INC. |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as guardian ad Litem; individually and on behalf of all others similarly situated, | Case No. 11-CV-01726 LHK |
| | **DECLARATION OF ANA YANG MULLER IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| Plaintiffs, | |
| v. | Date:         July 28, 2011 |
| | Time:        1:30 p.m. |
| FACEBOOK, INC, a corporation; and DOES 1-100, | Courtroom: 4 |
| | Judge:        Hon. Lucy H. Koh |
| | Trial date:  None Set |
| Defendants. | |

I, Ana Yang Muller, hereby declare as follows:

1. I am employed by Defendant Facebook, Inc. ("Facebook"). Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. Facebook's Statement of Rights and Responsibilities (previously referred to as Facebook's "Terms of Use," "Terms of Service," or "Terms") sets forth certain rights and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLARATION OF ANA YANG MULLER ISO MOTION TO
DISMISS CLASS ACTION COMPLAINT
CASE NO. 11-CV-01726

obligations of both Facebook and users of the Facebook website. The Statement of Rights and Responsibilities is posted on the Facebook website, and can be found by clicking on a link titled "Terms" at the bottom of the Facebook webpage. Attached as **Exhibit A** is a true and correct copy of the Statement of Rights and Responsibilities.

3. Attached hereto as **Exhibit B** is a true and correct copy of a screenshot from the page of Facebook's website entitled "Where can I view and edit my privacy settings for sponsored content? – Facebook Help Center," accessible at https://www.facebook.com/help/?faq=15480 and last accessed on May 18, 2011.

4. Attached hereto as **Exhibit C** is a true and correct copy of a screenshot from the page of Facebook's website entitled "How can I control what my friends see in their News Feeds? – Facebook Help Center," accessible at https://www.facebook.com/help/?page=935#!/help/?faq=15358 and last accessed on May 18, 2011.

5. Attached hereto as **Exhibit D** is a true and correct copy of a screenshot from the page of Facebook's website entitled "How can I control who can see things I post (for example: status updates, links, videos)?" – Facebook Help Center," accessible at https://www.facebook.com/help/?page=935#!/help/?faq=12871 and last accessed on May 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2011, at Palo Alto, California.

Ana Yang Muller

Cooley LLP
Attorneys At Law
San Francisco

1221356/SF

2.

DECLARATION OF ANA YANG MULLER ISO MOTION TO
DISMISS CLASS ACTION COMPLAINT
CASE NO. 11-CV-01726