```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
    JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
 3  101 California Street, 5th Floor
    San Francisco, CA  94111-5800
 4  Telephone:    (415) 693-2000
    Facsimile:    (415) 693-2222
 5
    Attorneys for Defendant FACEBOOK, INC.
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
```

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC, a corporation; and DOES 1-100,<br><br>        Defendants. | Case No. 11-CV-01726 LHK<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:        July 28, 2011<br>Time:       1:30 p.m.<br>Courtroom:  4<br>Judge:      Hon. Lucy H. Koh<br>Trial date:  None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

**DECLARATION OF J. GUTKIN ISO FACEBOOK'S MOTION TO DISMISS**
**CASE NO. 11-CV-01726**

I, Jeffrey M. Gutkin, hereby declare as follows:

I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP, attorneys for Defendant Facebook, Inc. ("Facebook"), and make this declaration in support of Facebook's Motion to Dismiss the First Amended Complaint ("Motion"). Attached as Exhibit A to this declaration is a true and correct copy of a recently issued order by Chief Judge James Ware in the case *In re Facebook Privacy Litigation*, No. C 10-02389 JW (N.D. Cal. May 12, 2011). Because Facebook's Motion cites this order (Motion at 22), which is not yet readily available via electronic sources, a courtesy copy is attached for the Court's convenience.

Dated: May 18, 2011          /s/ Jeffrey M. Gutkin
                             Jeffrey M. Gutkin

                             Attorney for Defendant FACEBOOK, INC.

712840/SD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**DECLARATION OF J. GUTKIN ISO
FACEBOOK'S MOTION TO DISMISS
CASE NO. 11-CV-01726**