UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al., | Case No.: 11-CV-01726-LHK |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS |
| v. | |
| FACEBOOK, INC, a corporation; and DOES 1-100, | |
| Defendants. | |

Defendant's motion to dismiss is set for hearing on July 28, 2011. In order to facilitate expeditious resolution of the motion, the Court hereby sets the following briefing schedule:

(1) Plaintiff's opposition shall be due June 23, 2011;

(2) Defendant's reply shall be due June 30, 2011.

If the motion can be resolved without oral argument, the Court will notify the parties and vacate the motion hearing.

**IT IS SO ORDERED.**

Dated: May 24, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01726-LHK
ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS