1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   FACEBOOK, INC.
6  COLIN S. STRETCH (205144) (colin@fb.com)
   SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
7  1601 S. California Ave.
   Palo Alto, CA 94304
8  Telephone:    (650) 853-1300
   Facsimile:    (650) 543-4800
9
   Attorneys for Defendant FACEBOOK, INC.
10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                 SAN JOSE DIVISION

14

15  ANGEL FRALEY; PAUL WANG; SUSAN        Case No. 11-CV-01726 LHK (PSG)
    MAINZER; JAMES H. DUVAL, a minor, by
16  and through JAMES DUVAL, as Guardian ad    **DECLARATION OF MATTHEW D. BROWN**
    Litem; and WILLIAM TAIT, a minor, by and   **IN SUPPORT OF FACEBOOK, INC.'S**
17  through RUSSELL TAIT, as guardian ad        **MOTION FOR PROTECTIVE ORDER**
    Litem; individually and on behalf of all others
18  similarly situated,

19            Plaintiffs,              **DATE:**        July 26, 2011
                                       **TIME:**        10:00 a.m.
20       v.                            **COURTROOM:**   5
                                       **JUDGE:**       Hon. Paul S. Grewal
21  FACEBOOK, INC, a corporation; and DOES  **TRIAL DATE:**  None Set
    1-100,
22
              Defendants.
23

24

25       I, Matthew D. Brown, hereby declare as follows:

26       1.    I am an attorney licensed to practice law in the State of California, and I am

27  admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys

28  for Defendant Facebook, Inc. ("Facebook").  I make this declaration in support of Facebook's

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Motion for Protective Order in this action.  I have personal knowledge of the facts stated in this

2    declaration, and if called upon to testify, could and would competently testify thereto.

3        2.    Plaintiffs filed the above-entitled action on March 11, 2011 in the Superior Court

4    of California, County of Santa Clara, and filed their First Amended Complaint ("FAC") on March

5    18, 2011.  Facebook removed the above-entitled action to the United States District Court for the

6    Northern District of California on April 8, 2011.

7        3.    On April 27, 2011, the Honorable Lucy H. Koh entered an order setting the Initial

8    CMC for July 29, 2011.  Attached hereto as **Exhibit A** is a true and correct copy of Judge Koh's

9    April 27, 2011 Order Setting Case Management Conference.  On May 19, 2011, Judge Koh

10   subsequently advanced the Initial CMC to July 28, 2011, which coincided with the hearing on

11   Facebook's Motion to Dismiss Plaintiffs' FAC.[1]  Attached hereto as **Exhibit B** is a true and

12   correct copy of the May 19, 2011 Clerk's Notice Setting Initial Case Management Conference to

13   Follow Motion Hearing.

14       4.    Counsel for the Parties conducted the Rule 26(f) conference on May 18, 2011.

15   During the conference, my co-counsel and I stated our position that discovery should be stayed

16   until Facebook's motion to dismiss was decided, and that, if and when discovery commenced, it

17   should be phased so that discovery would initially focus on issues relevant to class certification.

18   We proposed that the timing and sequencing of discovery should be raised with Judge Koh at the

19   Initial CMC.  Plaintiffs informed us, however, that they would be hand-serving discovery

20   requests on the very day of the conference.  Before the telephonic Rule 26(f) conference was

21   concluded, copies of Plaintiffs' discovery requests began to arrive in my email inbox.

22       5.    Plaintiffs' May 18, 2011 discovery requests included the following: (1) five sets of

23   Requests for Admission ("RFAs") containing a total of 53 requests; (2) five sets of Requests for

24   Production of Documents ("RFPs") containing a total of 63 requests; (3) one set of Interrogatories

25   containing 15 questions; and (4) five notices of Rule 30(b)(6) "person most knowledgeable"

26   depositions (collectively "Plaintiffs' Discovery Requests").  Attached hereto as **Exhibits C-F**,

27

---

28   [1] Facebook withdrew its motion after Plaintiffs filed their Second Amended Complaint, but
Facebook requested that the Initial CMC remain scheduled for July 28, 2011.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**DECLARATION OF MATTHEW D. BROWN ISO
FACEBOOK'S MOTION FOR PROTECTIVE ORDER
NO. 11-CV-01726 LHK (PSG)**

1  respectively, are true and correct copies of Plaintiffs' May 18, 2011 RFAs, RFPs, Interrogatories,

2  and notices of depositions.  Plaintiffs unilaterally picked eight sequential business days for these

3  depositions, all of which were noticed for dates before the Initial CMC is scheduled to occur.  In

4  total, Plaintiffs' Discovery Requests seek to require Facebook to answer 131 written discovery

5  requests and to provide witnesses prepared to testify to the company's collective knowledge on

6  50 different topics.

7        6.     Plaintiffs also served their Initial Disclosures on May 18, 2011.  Attached hereto as

8  **Exhibit G** is a true and correct copy of Plaintiffs' Rule 26 Initial Disclosures.  Included in these

9  Initial Disclosures are Plaintiffs' damages calculations.

10        7.     On May 18, 2011, Facebook filed its Motion to Dismiss Plaintiffs' FAC.

11  Facebook moved to dismiss Plaintiffs' FAC on several grounds, including: Plaintiffs failed to

12  allege injury in fact and lacked standing; Plaintiffs' claims were barred by the Communications

13  Decency Act, 47 U.S.C. § 230; and, for multiple additional reasons, Plaintiffs failed to state any

14  claim upon which relief could be granted.  Attached hereto as **Exhibit H** is a true and correct

15  copy of Facebook's May 18, 2011 Motion to Dismiss Plaintiffs' First Amended Complaint.

16        8.     On June 6, 2011, Plaintiffs filed a Second Amended Complaint ("SAC").

17  Although Plaintiffs did not move for leave of court or seek Facebook's written consent before

18  filing the SAC, Facebook subsequently consented to the filing of the SAC and withdrew its

19  pending motion to dismiss.  Plaintiffs and Facebook stipulated to a deadline of July 1, 2011 for

20  Facebook to move to dismiss or otherwise respond to the SAC.

21        9.     As required by Federal Rule of Civil Procedure 26(c)(1), Facebook certifies that

22  the Parties have conferred and attempted to resolve this dispute prior to Facebook filing the

23  accompanying Motion for Protective Order.

24  ///

25  ///

26  ///

27  ///

28  ///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

**DECLARATION OF MATTHEW D. BROWN ISO
FACEBOOK'S MOTION FOR PROTECTIVE ORDER
NO. 11-CV-01726 LHK (PSG)**

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on June

2  21, 2011, at San Francisco, California.

3

4
　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Brown*
　　　　　　　　　　　　　　　　　　　　　Matthew D. Brown

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

**DECLARATION OF MATTHEW D. BROWN ISO
FACEBOOK'S MOTION FOR PROTECTIVE ORDER
NO. 11-CV-01726 LHK (PSG)**