UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al., <br><br> Plaintiffs, <br> v. <br><br> FACEBOOK, INC, a corporation; and DOES 1-100, <br><br> Defendants. | Case No.: 11-CV-01726-LHK <br><br> ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER |

Defendant Facebook, Inc. has filed a motion for a protective order that is scheduled to be heard before Magistrate Judge Grewal on July 26, 2011. It has come to the Court's attention that the motion is essentially a request to stay discovery until the undersigned judge rules on Defendant's anticipated motion to dismiss. As such, the motion addresses issues of case management and scheduling that will be addressed at the July 28, 2011 Case Management Conference. Accordingly, the Court finds it appropriate to hear Defendant's motion in conjunction with the Case Management Conference. As indicated in Docket Entry No. 26, Plaintiff's opposition brief is due July 5, 2011, and Defendant's reply is due July 12, 2011. However, the motion hearing is hereby CONTINUED to July 28, 2011 at 1:30 p.m., to be heard by the undersigned judge in conjunction with the previously scheduled Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01726-LHK
ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER