COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

FACEBOOK, INC.
COLIN S. STRETCH (205144) (colin@fb.com)
SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
1601 S. California Ave.
Palo Alto, CA 94304
Telephone:    (650) 853-1300
Facsimile:    (650) 543-4800

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. CV-11-01726 LHK (PSG)<br><br>**DECLARATION OF SANDEEP N. SOLANKI IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>Date:         July 28, 2011<br>Time:         1:30 p.m.<br>Courtroom: 4<br>Judge:        Hon. Lucy H. Koh<br>Trial date:   None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SOLANKI DECL. ISO FACEBOOK'S
REPLY ISO MOTION FOR PROTECTIVE ORDER
CASE NO. CV 11-01726 LHK (PSG)

I, Sandeep N. Solanki, declare:

1. I am a Litigation Counsel employed by Defendant Facebook, Inc. ("Facebook"). Except as otherwise noted, I have personal knowledge of the facts set forth below, and if called as a witness to testify, could and would testify competently thereto.

2. In March 2011, shortly after receiving Plaintiffs' complaint, Facebook sent a litigation hold notice to 40 employees that it believed may have information relevant to this action, including, out of an abundance of caution, members of Facebook's executive management team. Facebook also sent the litigation hold notice to members of its Legal department.

3. After sending the initial litigation hold, Facebook continued its investigation and expanded the litigation hold group, such that, within two weeks of Plaintiffs serving their initial complaint, 56 Facebook employees were covered by the litigation hold (excluding the Legal department). Facebook later added 7 employees to the litigation hold, for a total of 63 employees (excluding the Legal department).

4. The 63 employees covered by the litigation hold include members of the following departments: (i) engineering; (ii) product and internet marketing; (iii) product management; (iv) growth; (v) sales and account management; and (vi) online sales operations. The employees covered by the litigation hold include analyst-, associate-, manager-, and director-level positions.

5. The litigation hold notice sent to Facebook employees in this action provides a description of the action, the scope and nature of Facebook's preservation obligations, including the specific types of materials that are subject to the litigation hold, and instructions for contacting the Legal department if any issues arise.

6. Facebook also took reasonable steps to identify and preserve potentially relevant data not stored in individual employees' files.

7. Facebook likewise took reasonable steps to confirm that no automated document retention or "auto-delete" functionality in its systems would affect the preservation of potentially relevant email and instant message communications.

8. In July 2011, Facebook sent a reminder of its ongoing preservation obligations to all 63 employees subject to the litigation hold, as well as to members of its Legal department.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

SOLANKI DECL. ISO FACEBOOK'S
REPLY ISO MOTION FOR PROTECTIVE ORDER
CASE NO. CV-11-01726 LHK (PSG)

1  The reminder included a copy of the initial litigation hold notice sent in March 2011.

3  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2011 at Palo Alto, California.

*[signature]*

Sandeep N. Solanki

1227472/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

SOLANKI DECL. ISO FACEBOOK'S
REPLY ISO MOTION FOR PROTECTIVE ORDER
CASE NO. CV-11-01726 LHK (PSG)