UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al., <br><br> Plaintiffs, <br> v. <br><br> FACEBOOK, INC, a corporation; and DOES 1-100, <br><br> Defendants. | Case No.: 11-CV-01726-LHK <br><br> ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS |

Plaintiffs have moved for an extension of time to file an opposition to Defendant's pending motion to dismiss. Plaintiffs state that they failed to timely file an opposition brief because Plaintiffs' counsel inadvertently failed to note the recent change in Local Rule 7-3, which governs the time for filing opposition briefs. Plaintiffs represent that although Defendant declined to stipulate to an extension, Defendant does not oppose Plaintiffs' motion to extend time.

The Court finds that an extension of time is warranted. As the motion to dismiss is set for hearing on October 6, 2011, a brief extension of the briefing schedule will not affect the hearing date or case schedule, and will cause no prejudice to Defendant. In contrast, if the extension is not granted, Plaintiffs will have forfeited an opportunity to defend their claims and the claims of a proposed class.

1

Case No.: 11-CV-01726-LHK
ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Accordingly, the Court GRANTS Plaintiffs' motion for an extension of time. Plaintiffs' opposition brief will be due, as requested, on July 29, 2011. Defendant's reply will be due one week later, pursuant to Civil Local Rule 7-3(c), on August 5, 2011.

**IT IS SO ORDERED.**

Dated: July 21, 2011

_____
LUCY H. KOH
United States District Judge