COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

FACEBOOK, INC.
COLIN S. STRETCH (205144) (colin@fb.com)
SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
1601 S. California Ave.
Palo Alto, CA 94304
Telephone: (650) 853-1300
Facsimile: (650) 543-4800

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. CV-11-01726 LHK (PSG)<br><br>**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: September 29, 2011<br>Time: 1:30 p.m.<br>Courtroom: 4<br>Judge: Hon. Lucy H. Koh<br>Trial date: None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLARATION OF MATTHEW D. BROWN I/S/O
REPLY I/S/O MOTION TO DISMISS
CASE NO. CV 11-01726 LHK (PSG)

I, Matthew D. Brown, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP, attorneys for Defendant Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Reply Brief in Support of the Motion to Dismiss the Second Amended Complaint. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the Class Action Complaint filed in the case *Cohen v. Facebook, Inc.*, No. C 10-05282-RS (N.D. Cal., Nov. 22, 2010), Docket No. 1.

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Facebook, Inc.'s Motion to Dismiss the Class Action Complaint filed in the case *Cohen v. Facebook, Inc.*, No. C 10-05282-RS (N.D. Cal, Feb. 3, 2011), Docket No. 14.

4. Attached as Exhibit C is a true and correct copy of the Consolidated Amended Complaint filed in the case *In re Facebook Privacy Litigation*, No. C 10-02389 JW (N.D. Cal., Oct. 11, 2010), Docket No. 36.

5. Because Facebook's Reply in support of its Motion to Dismiss the Second Amended Complaint in this case cites these filings (*see, e.g.*, Motion at 4, 6, 14), courtesy copies of the filings are attached for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2011 at San Francisco, California.

                                          */s/ Matthew D. Brown*
                                          Matthew D. Brown

721937/SD

Cooley LLP
Attorneys At Law
San Francisco

2.

DECLARATION OF MATTHEW D. BROWN I/S/O
REPLY I/S/O MOTION TO DISMISS
CASE NO. CV 11-01726 LHK (PSG)