**WEXLER WALLACE LLP**
Mark J. Tamblyn (State Bar No. 179272)
Email: *mjt@wexlerwallace.com*
Ian J. Barlow (State Bar No. 262213)
Email: *ijb@wexlerwallace.com*
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

**SQUITIERI & FEARON, LLP**
Lee Squitieri
Email: lee@sfclasslaw.com
Garry T. Stevens, Jr.
Email: garry@sfclasslaw.com
32 E. 57th St., 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 11-cv-01726-LHK (PSG)<br><br>**NOTICE OF FILING OF *DOWNEY* PLAINTIFFS' RESPONSE TO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 16, 2011, Plaintiffs J.N.D. and J.B.D., minors, by and through Jim Downey as Guardian ad Litem ("Plaintiffs") filed their Response to

1

Facebook, Inc.'s Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12) in the action captioned *Cohen v. Facebook, Inc.*, Case No. 10-cv-05282-RS (N.D. Cal.). A true and correct copy of the response is attached hereto as Exhibit A.

Dated: August 16, 2011

**WEXLER WALLACE LLP**

By: /s/ Mark J. Tamblyn
Mark J. Tamblyn

Ian J. Barlow
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124
mjt@wexlerwallace.com
ijb@wexlerwallace.com

Lee Squitieri
Garry T. Stevens, Jr.
**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com
garry@sfclasslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2011, I caused a copy of the foregoing **NOTICE OF FILING OF *DOWNEY* PLAINTIFFS' RESPONSE TO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12)** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

*/s/ Mark J. Tamblyn*
Mark J. Tamblyn