UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al., <br><br>          Plaintiffs, <br>     v. <br><br> FACEBOOK, INC, a corporation; and DOES 1-100, <br><br>          Defendants. | Case No.: 11-CV-01726-LHK <br><br> ORDER GRANTING DEFENDANT LEAVE TO FILE STATEMENT OF RECENT DECISIONS |

On October 28, 2011, Defendant filed a request for leave to file a statement of recent decisions relevant to Defendant's Motion to Dismiss Second Amended Class Action Complaint. *See* ECF No. 69.  Defendant is hereby GRANTED leave to file a Statement, without argument, containing a citation to and providing a copy of the two recent decisions in the Northern District of California identified in Defendant's Request.

**IT IS SO ORDERED.**

Dated: November 3, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge