1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:     (415) 693-2000
   Facsimile:     (415) 693-2222
5
   FACEBOOK, INC.
6  COLIN S. STRETCH (205144) (colin@fb.com)
   SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
7  1601 S. California Ave.
   Palo Alto, CA 94304
8  Telephone:     (650) 853-1300
   Facsimile:     (650) 543-4800
9  Attorneys for Defendant FACEBOOK, INC.

10 THE ARNS LAW FIRM
   ROBERT S. ARNS (65071) (rsa@arnslaw.com)
11 JONATHAN E. DAVIS (191346) (jed@arnslaw.com)
   STEVEN R. WEINMANN (190956) (srw@arnslaw.com)
12 515 Folsom Street, 3rd Floor
   San Francisco, CA 94105
13 Telephone:     (415) 495-7800
   Facsimile:     (415) 495-7888
14
   JONATHAN JAFFE LAW
15 JONATHAN M. JAFFE (267012) (jmj@jaffe-law.com)
   3055 Hillegass Avenue
16 Berkeley, CA 94705
   Telephone:     (510) 725-4293
17 Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19                       SAN JOSE DIVISION

20 ANGEL FRALEY; PAUL WANG; SUSAN          Case No. 11-CV-01726 LHK (PSG)
   MAINZER; JAMES H. DUVAL, a minor, by
21 and through JAMES DUVAL, as Guardian ad  **STIPULATION AND [PROPOSED] ORDER
   Litem; and WILLIAM TAIT, a minor, by and  EXTENDING TIME TO ANSWER SECOND
22 through RUSSELL TAIT, as Guardian ad     AMENDED COMPLAINT (CIV. L.R. 6-
   Litem; individually and on behalf of all others  1(B))**
23 similarly situated,

24                    Plaintiffs,           Courtroom:    4
                                            Judge:        Hon. Lucy H. Koh
25        v.                                Trial Date:   December 3, 2012

26 FACEBOOK, INC., a corporation; and DOES
   1-100,
27
                      Defendants.
28

1    This Stipulation is entered into by and among plaintiffs Angel Fraley; Paul Wang; Susan

2    Mainzer; James H. Duval, a minor, by and through James Duval, as Guardian ad Litem; and

3    William Tait, a minor, by and through Russell Tait, as Guardian ad Litem (collectively

4    "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively

5    "the Parties"), by and through their respective counsel.

6    WHEREAS, Plaintiffs filed their Complaint in the above-entitled action in the Superior

7    Court of California, County of Santa Clara, on March 11, 2011;

8    WHEREAS, Plaintiffs filed their First Amended Complaint on March 18, 2011;

9    WHEREAS, Facebook removed the above-entitled action from the Superior Court of

10   California, County of Santa Clara, to the United States District Court for the Northern District of

11   California on April 8, 2011;

12   WHEREAS, the Parties stipulated to extend the deadline for Facebook's Motion to

13   Dismiss the First Amended Complaint from April 15, 2011 to May 18, 2011, with opposition due

14   on June 10, 2011 and reply due on June 24, 2011;

15   WHEREAS, Plaintiffs filed a Second Amended Complaint on June 6, 2011;

16   WHEREAS, the Parties stipulated to extend the time to respond to the Second Amended

17   Complaint from June 20, 2011 to July 1, 2011;

18   WHEREAS, Facebook filed a Motion to Dismiss the Second Amended Complaint on July

19   1, 2011;

20   WHEREAS, on July 19, 2011, Plaintiffs filed an unopposed Motion for Administrative

21   Relief Extending Time to File and Serve Opposition to Facebook's Motion to Dismiss, which the

22   Court granted by Order of July 21, 2011;

23   WHEREAS, on December 16, 2011, this Court issued an Order Granting in Part and

24   Denying in Part Facebook's Motion to Dismiss;

25   WHEREAS, under Federal Rule of Civil Procedure 12(a), the current deadline for

26   Facebook to respond to the Second Amended Complaint is December 30, 2011;

27

28

1        WHEREAS, Facebook's offices are closed for the holiday season from Friday, December

2   23 through Tuesday, December 27, and from Friday, December 30 through Monday, January 2

3   (and many employees will take off all or most of the period from Friday, December 23 through

4   Monday, January 2);

5        WHEREAS, extending the date for Facebook to file its response to the Second Amended

6   Complaint as set forth below will not alter the date of any event or deadline already fixed by

7   Court order;

8        NOW, THEREFORE, the Parties hereby stipulate and agree that Facebook's deadline to

9   file its response to the Second Amended Complaint is extended to and including January 9, 2012.

10   **IT IS SO STIPULATED.**

11

12   Dated: December 22, 2011          COOLEY LLP

13

14                          By:   /s/ Matthew D. Brown
                                 Matthew D. Brown (196972)

15                        *Attorneys for Defendant FACEBOOK, INC.*

16

17   Dated: December 22, 2011          THE ARNS LAW FIRM

18

19                          By:   /s/ Robert S. Arns

20                                   Robert S. Arns (65071)

21                        *Attorneys for Plaintiffs*

22

23   Dated: December 22, 2011          JONATHAN JAFFE LAW

24                          By:   /s/ Jonathan M. Jaffe

25                                   Jonathan M. Jaffe (267012)

26                        *Attorneys for Plaintiffs*

27

28

1    **IT IS SO ORDERED.**

2

3    DATED:  December 27, 2011

4                                                 HON. LUCY H. KOH
                                                UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO RESPOND TO COMPL.
CASE NO. 11-CV-01726 LHK (PSG)