ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | **Case No. CV 11-01726 LHK PSG**<br><br>**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF REQUEST FOR ORDER SHORTENING TIME FOR MOTION FOR PROTECTIVE ORDER**<br><br>Courtroom: 5<br>Judge: Hon. Paul S. Grewal<br>Trial Date:   December 3, 2012 |

-1-
DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF REQUEST FOR ORDER SHORTENING TIME FOR MOTION FOR PROTECTIVE ORDER
CASE # CV 11-01726 LHK PSG

I, Steven R. Weinmann, hereby state and declare:

1. I am an attorney licensed to practice before all the courts of the State of California as well as the District Court for the Northern District of California, and am Of Counsel to The Arns Law Firm, one of the attorneys for Plaintiffs herein. I make this Declaration in support of the Stipulation Requesting Order Shortening Time for Motion for Protective Order.

2. The Plaintiffs in the action are to file their Motion for Class Certification on or before March 8, 2012, and Defendants are to file their Opposition on or before March 29, 2012. Plaintiffs intend to file a motion to dismiss Ms. Fraley from the action, and she will not be offered as a class representative in that motion. Facebook, Inc. has requested her deposition on February 17, 2012 notwithstanding this intention to dismiss her from the case, and Plaintiffs oppose the taking of the deposition.

3. The parties wish to have this dispute resolved promptly, in order that Facebook may seek information it asserts is necessary to its opposition to the class certification motion. Defendant Facebook has agreed to postpone the deposition of Ms. Fraley pending a ruling by the Court on Plaintiff's Motion for Protective Order. Plaintiffs have in exchange stipulated to produce Ms. Fraley for her deposition within 14 days of the issuance of an Order commanding that such deposition go forward.

4. There have been no previous time modifications in this case with respect to this motion. There have been previous requests enlarging the time for Facebook, Inc. to respond to Plaintiffs' Complaint, and for Plaintiffs to respond to Facebook's first Motion to Dismiss. The granting of this Order Shortening Time would not have any effect upon the schedule in this case.

-2-
**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF REQUEST FOR ORDER SHORTENING TIME FOR MOTION FOR PROTECTIVE ORDER**
CASE # CV 11-01726 LHK PSG

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on February 13, 2012 in San Francisco, California.

_____
Steven R. Weinmann

-3-
**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF REQUEST FOR ORDER SHORTENING TIME FOR MOTION FOR PROTECTIVE ORDER**
**CASE # CV 11-01726 LHK PSG**