ROBERT S. ARNS
 (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS
 (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN
 (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:    (415) 495-7800
Fax:    (415) 495-7888

JONATHAN M. JAFFE
 (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Telephone: (510) 725-4293
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated;<br>         Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., a corporation and DOES 1 to 100, inclusive<br><br>         Defendants. | Case No. CV 11-01726 LHK<br><br>**DECLARATION OF KEVIN M. OSBORNE IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date: February 21, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Judge: Hon. Paul S. Grewal<br>Trial Date: December 3, 2012 |

-1-
Declaration of Kevin M. Osborne in Support of Motion for Protective Order
Case# CV 11-01726 LHK

I, Kevin M. Osborne, hereby state and declare:

1. I am an attorney licensed to practice before all the courts of the State of California and I am admitted to practice before this Court. I am an attorney for Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of Plaintiffs' Motion for Protective Order.

2. I have reviewed the deposition transcripts of James Duval, Susan Mainzer, and William Tait. Defendant's counsel examined each of these deponents with respect to various posts from their Facebook pages and their reasons for clicking "Like" on various pages and posts. The specific topics of these depositions included potentially embarrassing information relating to their political views (Duval, 48:15-49:13; Tait, 37:16-38:5), community group involvement (Mainzer, 65:25-67:1; 99:22-115:24), and understanding of illicit drug use (Duval, 145:1-161:1).

3. On February 7, 1012, our office received from Defendant a copy of the Notice of Deposition of Angel Fraley. The Notice anticipates the taking of Ms. Fraley's deposition in Seattle, Washington on February 17, 2012. Attached hereto as **EXHIBIT 1** is a true and correct copy of Defendant's Notice of Deposition.

I declare under the penalty of perjury and under the laws of the State of California that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on February 11, 2012 in San Francisco, California.

*[signature]*
Kevin M. Osborne

-2-
Declaration of Kevin M. Osborne in Support of Motion for Protective Order
Case# CV 11-01726 LHK