1  ROBERT S. ARNS
    (#65071, rsa@arnslaw.com)
2  JONATHAN E. DAVIS
    (#191346, jed@arnslaw.com)
3  STEVEN R. WEINMANN
    (#190956, srw@arnslaw.com)
4  **THE ARNS LAW FIRM**
5  515 Folsom Street, 3rd Floor
   San Francisco, CA 94105
6  Tel:    (415) 495-7800
7  Fax:    (415) 495-7888

8  JONATHAN M. JAFFE
    (# 267012, jmj@jaffe-law.com)
9  **JONATHAN JAFFE LAW**
10 3055 Hillegass Avenue
   Berkeley, CA 94705
11 Telephone: (510) 725-4293
12 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated; <br><br>            Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC., a corporation and DOES 1 to 100, inclusive <br><br>            Defendants. | Case No. CV 11-01726 LHK <br><br> **DECLARATION OF ANGEL FRALEY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER** <br><br> Hearing Date: February 21, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 5 <br> Judge: Hon. Paul S. Grewal <br> Trial Date: December 3, 2012 |

-1-
Declaration of Angel Fraley in Support of Motion for Protective Order
Case# CV 11-01726 LHK

I, Angel Fraley, hereby state and declare:

1. I am one of the several named plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of a Motion For A Protective Order.

2. This case was filed in the above-entitled action on March 11, 2011 in the Superior Court of California, County of Santa Clara.

3. When I agreed to be class representative in this case, it was explained to me that I would have to participate in discovery, give a deposition, and possibly testify at trial. I also learned I might have to respond to written questions and document requests that the Defendant, Facebook, would serve on my attorneys.

4. I agreed to be a class representative because I do not want Facebook using my image and name to advertise products to my connections on Facebook without my permission. Facebook embarrassed me and violated by privacy by using my name and likeness in this manner without my consent.

5. I was told that class representatives in other cases received funds for serving as class representatives, in order to make up for their time and effort. It was made clear to me that the Court has to approve any such award, and that there were no guarantees or promises.

6. I did not expect that every single post I had ever made on Facebook would potentially be rehashed in an interrogatory responses and deposition. At the time I made these posts, I intended for them to be shared with only a limited number of recipients to whom I am connected through Facebook's social network. Furthermore, I did not expect that I would have to explain why I have clicked the "Like" button various pages or posts. Answering questions regarding my private posts or my decisions to click "Like" buttons on certain pages or posts would subject me to embarrassment and invade my privacy. I do not want Facebook's lawyers to scrutinize my private thoughts and motivations regarding the wide variety of subjects I have discussed with connections on Facebook or pages or posts on which I

-2-
Declaration of Angel Fraley in Support of Motion for Protective Order
Case# CV 11-01726 LHK

have clicked a "Like" button. I expect that is what Facebook's lawyers will do to me based on what I have seen of the written questions Facebook has asked of me, and what I have learned about what happened in the other class representatives' depositions. As a result, I no longer want to serve as a class representative.

7. It is and was my understanding, that the case can continue without me because there are several other persons, none of whom I know personally, who are acting as class representatives. While I do not want to continue in the case, and have to deal with the discovery, I hope that they can stop the practices that motivated me to file the case.

8. I am a self-employed seamstress. I will not earn any income if I take a day off from my work to have my deposition taken.

9. It will be personally embarrassing to me if my posts or decisions regarding pages or posts where I click "Like" on Facebook or other actions or pictures I have posted are made public in the class certification motion. I did not expect that my actions on Facebook would be the subject of an inquiry. I consider my political views to be outside the mainstream and, in light of how Facebook has attacked other deponents, I am unwilling to have to defend my political views and lifestyle choices to Facebook. I would consider going through such a process annoying, embarrassing, stressful, and intimidating. So, I would rather not do it.

I declare under the penalty of perjury and under the laws of the State of California that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on February 13, 2012 in Seattle, Washington.

*Angel Fraley*
Angel Fraley

-3-

Declaration of Angel Fraley in Support of Motion for Protective Order
Case# CV 11-01726 LHK