ROBERT S. ARNS
 (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS
 (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN
 (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:    (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE
 (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Telephone: (510) 725-4293
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated;<br>　　　　　　Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., a corporation and DOES 1 to 100, inclusive<br><br>　　　　　　Defendants. | Case No. CV 11-01726 LHK<br>**DECLARATION OF PAUL WANG IN SUPPORT OF MOTION TO DISMISS CLAIMS AND WITHDRAW CLASS REPRESENTATIVES**<br><br>Courtroom: 8<br>Judge: Hon. Lucy Koh<br>Date: May 31, 2012<br>Time: 1:30 p.m.<br>Trial Date: December 3, 2012 |

-1-
DECLARATION OF PAUL WANG IN SUPPORT OF MOTION TO DISMISS CLAIMS
AND WITHDRAW CLASS REPRESENTATIVES - CV 11-01726 LHK

I, Paul Wang, hereby state and declare:

1. I am one of the several named plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of a Motion to Withdraw Class Representatives.

2. This case was filed on my behalf in the above-entitled action on March 11, 2011 in the Superior Court of California, County of Santa Clara.

3. When I agreed to be class representative in this case, it was explained to me that I would have to participate in discovery, and give a deposition and possibly testify at trial. I also knew I might have to respond to written discovery that the defendant, Facebook, would serve on my attorneys.

4. I agreed to be a class representative because I didn't like the idea of Facebook using my image and name to sell products to my Facebook friends, without my permission.

5. It is and was my understanding, that the case can continue without me because there are several other persons, none of whom I know personally, who are acting as class representatives.

6. I have determined that I would prefer not to devote the additional time which will be required to participate in the case, including having my deposition taken and possibly testifying at trial. My work requires me to travel abroad, frequently, for extended periods of time, such as right now, when I am in Japan. This makes it difficult for me to commit to being available for necessary events in the litigation.

-2-
DECLARATION OF PAUL WANG IN SUPPORT OF MOTION TO DISMISS CLAIMS AND WITHDRAW CLASS REPRESENTATIVES - CV 11-01726 LHK

As a result, I no longer want to serve as a class representative.

I declare under the penalty of perjury and under the laws of the State of California that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on February 13, 2012 in Tokyo, Japan.

*/s/ Paul Wang*

-3-
DECLARATION OF PAUL WANG IN SUPPORT OF MOTION TO WITHDRAW CLASS REPRESENTATIVES - CV 11-01726 LHK