UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al., <br><br> Plaintiffs, <br> v. <br><br> FACEBOOK, INC, a corporation; and DOES 1-100, <br><br> Defendants. | Case No.: 11-CV-01726-LHK <br><br> ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO ENLARGE PAGE LIMITS FOR BRIEFING RE: MOTION FOR CLASS CERTIFICATION; AND GRANTING REQUEST TO CONTINUE SCHEDULE <br><br> (re: dkt. #94) |

Pursuant to the parties' stipulation filed February 27, 2012, the Court hereby GRANTS the parties' request for a continuance of the briefing schedule and hearing on Plaintiffs' anticipated motion for class certification. Furthermore, the Court GRANTS, in part, and DENIES, in part, the parties' additional request for an enlargement of the page limitations set by the Civil Local Rules. Plaintiffs' motion for class certification shall be filed by March 29, 2012, and shall not exceed 30 pages. Facebook's opposition shall be due April 19, 2012, and shall not exceed 30 pages. Plaintiffs' reply shall be due May 3, 2012, and shall not exceed 18 pages. The hearing on Plaintiffs' anticipated motion for class certification is hereby continued from April 12, 2012, to May 24, 2012, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01726-LHK
ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING