COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

FACEBOOK, INC.
COLIN S. STRETCH (205144) (colin@fb.com)
SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
1601 S. California Ave.
Palo Alto, CA 94304
Telephone: (650) 853-1300
Facsimile: (650) 543-4800

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. CV-11-01726 LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)<br><br>Judge: Lucy H. Koh<br>Trial date: December 3, 2012<br><br>As Amended by the Court |

Before the Court is Defendant Facebook, Inc.'s ("Facebook") Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 (the "Motion"). The Court has considered the Motion and the Declaration of Matthew D. Brown in support thereof, all papers filed in support of and/or in opposition to the Motion, and all other materials properly considered by the Court.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

Pursuant to Civil Local Rule 3-12, the action captioned *E.K.D. v. Facebook, Inc.*, No. 12-cv-01216-JCS ("*Dawes*"), is hereby related to the earlier-filed action captioned *Fraley v. Facebook, Inc.*, No. 11-cv-01726 LHK ("*Fraley*"), which is assigned to the undersigned. In accordance with the Local Rules, the Clerk shall reassign *E.K.D. v. Facebook, Inc.*, No. 12-cv-01216-JCS ("*Dawes*"), to the undersigned.

In footnote 7 of its Motion, Facebook notes that it may move to consolidate these two actions. The Court would deny such motion because consolidation would necessarily delay the case schedule in *Fraley*.

**IT IS SO ORDERED.**

Dated: March 21, 2012

_____
THE HONORABLE LUCY H. KOH

1260405/SF