ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W. T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 24, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial Date: December 3, 2012 |

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**
Case No. CV 11-01726 LHK

## NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 24, 2012, at 1:30 p.m., or as soon thereafter as counsel may be heard, Plaintiffs and proposed Class representatives Susan Mainzer, James H. Duval through his guardian ad litem James Duval, W.T., through his guardian ad litem Russell Tait, ("Plaintiffs") shall bring on for hearing before the Honorable Lucy H. Koh, United States District Judge, in the United States District Courthouse, San Jose Division, Courtroom 8, 280 South First St., San Jose, CA, 95113, their Motion for class certification.

This Motion will be based on this Notice, the Memorandum of Law in Support, the Declarations of Robert S. Arns, Steven R. Weinmann, Kevin M. Osborne, Jonathan M. Jaffe, Vincent Alberico, Richard Drogin, Gary Frazier, Fernando Torres, and David Taber, and the files of the Court in this action.

### RELIEF SOUGHT

The Motion seeks an Order: (1) certifying the proposed Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure, or in the alternative, certification under F.R.C.P. Rule 23(b)(2) or Rule 23(c)(4), (2) appointing Plaintiffs as Class Representatives and (3) appointing their counsel as Class Counsel.

### STATEMENT OF ISSUES TO BE DECIDED

1. Whether this action and its proposed Class, as defined in the accompanying Memorandum of Law, shall be certified under Rule 23(b)(3) of the Federal Rules of Civil Procedure, or in the alternative, certification under F.R.C.P. Rule 23(b)(2) or Rule 23(c)(4). Rule 23 of the Federal Rules of Civil Procedure.

2. Whether Susan Mainzer, James H. Duval through his guardian ad litem James Duval, and W.T. through his guardian ad litem Russell Tait, shall be appointed Class Representatives.

3. Whether The Arns Law Firm and Jonathan Jaffe Law shall be appointed as Class Counsel.

THE ARNS LAW FIRM

By: _____
Robert S. Arns
Jonathan E. Davis

By: _____
Steven R. Weinmann

JONATHAN JAFFE LAW

By: /s/ Jonathan M. Jaffe
JONATHAN M. JAFFE
Attorneys for Plaintiffs