ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK<br><br>**DECLARATION OF ROBERT S. ARNS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 24, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial Date: December 3, 2012 |

I, Robert S. Arns, hereby state and declare:

1. I am an attorney licensed to practice before all the Federal and State courts located in the State of California, and am President of The Arns Law Firm, attorneys for Plaintiffs herein. I make this Declaration in support of Plaintiffs' Motion for Class Certification.

2. I have been actively involved in the litigation of this matter since its inception.

3. I have been in practice as a plaintiffs' attorney in civil actions for 36 years, and have tried over 50 cases to a jury or judge verdict. I have worked on a total of fourteen other class action matters. I teach trial practice at the University of San Francisco School of Law, where I was named Adjunct Professor of the Year in 2011 and Alumni of the Year in 2009. I am the author of the best-selling trial publications *The Evidence Wheel* and *The Trial Wheel*, published by The Rutter Group. I have chaired and continue to chair many Rutter Group seminars. I have been the Trial Lawyer of the Year in San Francisco for SFTLA and was a finalist three times for CAOC Trial Lawyer of the Year. I have presented the ABOTA Masters in Trial on numerous occasions in both Northern and Southern California. I also participate in many San Francisco Trial Lawyer Association functions. I have personally attended all of the depositions in this case, and am personally supervising every aspect of this case and spending over 65% of my legal hours on this case.

4. The Arns Law Firm consists of eight attorneys, five of whom, Robert Arns, Jonathan Davis, Steven Weinmann, Kevin Osborne, and Robert Foss, work on class action cases as a significant amount of their practices. The C.V.s for each attorney are attached hereto as Exhibits 1, 2, 3, 4, and 5 respectively. Mr. Weinmann's practice is devoted virtually

-1-
DECLARATION OF ROBERT S. ARNS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. CV 11-01726 LHK

exclusively to class action cases. The law firm also handles numerous other significant cases including class actions and personal catastrophic injury and death actions, all for plaintiffs.

5. Jonathan E. Davis is a partner at The Arns Law Firm. He has substantial class action law experience, over the course of most of his over 15 years in practice. Mr. Davis is an accomplished trial lawyer and is extensively involved in the prosecution of this case.

6. Steven R. Weinmann, Of Counsel to the firm, has obtained substantial class action law experience over the course of his more than 23 years in practice. Mr. Weinmann has had responsibility for litigation of consumer class action, securities, and antitrust cases under federal and state law in numerous jurisdictions. He has been counsel for the plaintiff on several reported opinions, including *McAdams v. Monier, Inc.,* 182 Cal.App.4th 174 (2010), in which the Court of Appeal reversed a denial of class certification and decided an important issue of law as to standing of class representatives in cases under the Unfair Competition Law, and held that reliance could be inferred from a failure to disclose a material fact under the Consumer Legal Remedies Act. He has also successfully opposed motions for summary judgment, and prepared for and acted as second chair in a trial of a multimillion-dollar private Sherman Act suit for monopolization in the natural gas processing industry.

7. Kevin Osborne, an associate with three years of experience and holds a Bachelor's of Arts in Economics and a Master's of International Affairs with an emphasis in Economics. He has studied macroeconomics, macroeconomic policy and performance, microeconomics, and econometrics at the undergraduate level as well as graduate-level economic policy, managerial economics, finance, and accounting. He has also worked on numerous cases involving financial institutions and banks, including the central bank of Mexico. Mr. Osborne has

calculated damages and presented such calculations in over 50 briefs, including highly complex damage calculations in financial institution and wage and hour class actions.

8. Robert Foss is a second-year associate in my office. He has previously worked as a computer systems administrator, and holds an undergraduate degree in Business Economics and a Master of Business Administration. He has had graduate-level coursework in economics, data and decision modeling, and finance, among others. He has assisted in data analysis and damage calculation models in multiple class action matters handle by our office, from the case evaluation phase to settlement.

9. The Arns Law Firm was involved (together with co-counsel) in five significant class actions in state and federal court during the course of this litigation alleging understaffing violations at skilled nursing facilities in California. One of those cases has settled, but the other four are in the discovery and pleading challenges stages. The firm is also litigating, with one other firm as co-counsel, a complex action involving some 55 clients.

10. Of the matters included above, all five Arns class action attorneys were engaged in the litigation of two significant, pending class actions during the course of this litigation, one in the Northern District of California, and each also involving Unfair Competition Law claims and Consumer Legal Remedies Act (Cal. Civil Code section 1750 et seq.) claims. Those cases are *Carducci v. Wachovia Bank*, et al, No. C11-00181 PJH, and one filed in 2009 and pending in Superior Court of Los Angeles, California against a legal services internet provider, *Webster v. LegalZoom.com*, Case No. BC 438637. Both of those cases are currently in the settlement approval process with relief valued in the millions of dollars, and preliminary approval has been granted in both.

-3-
DECLARATION OF ROBERT S. ARNS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. CV 11-01726 LHK

11. Thus far in the case, The Arns Law Firm and Jonathan Jaffe Law, our co-counsel firm, have represented the putative Class successfully through a motion to dismiss directed to the claims under various theories, including pre-emption under the CDA, Communications Decency Act, 47 U.S.C. section 230. Class counsel also successfully fought against coordination with other cases against Facebook, before the Judicial Panel on Multidistrict Litigation.

12. These firms have also been actively fighting with Facebook for necessary discovery, and prevailed against a motion for a protective order by which Facebook had sought to delay discovery until the Motion to Dismiss had been decided. Plaintiffs in *Fraley* are essentially ready for trial, having served extensive discovery, including taking six depositions of Facebook personnel. Discovery (apart from expert discovery) is largely complete.

13. The Arns Law Firm lawyers, and co-counsel Jonathan Jaffe, are deeply immersed in the facts and legal issues involved in this case, and have been actively and vigorously prosecuting the action. Their success to date, as well as The Arns Law Firm's prior successes in litigating and settling other matters, is evidence that they are adequate counsel to represent the putative Class through trial.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on March 29, 2012 in San Francisco, California.

_/s/ Robert S. Arns_
Robert S. Arns

-4-
DECLARATION OF ROBERT S. ARNS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
CASE NO. CV 11-01726 LHK