# EXHIBIT 2

**Jonathan E. Davis**
The Arns Law Firm
515 Folsom St. 3rd Floor
San Francisco, CA 94105
(415) 495-7800
jed@arnslaw.com

Jonathan Davis is a Partner of the Arns Law Firm who not only has a stellar trial record but is always willing to help a client with small details in their cases. Prior to becoming an attorney, Jonathan worked as an International Representative and a National Field Director for the Amalgamated Clothing and Textile Workers' Union. After an initial stint representing workers in arbitrations in California, Nevada and Arizona, Jonathan moved on to The Arns Law Firm and dedicates himself to helping injured workers and their families. Jonathan is bilingual and has had the honor of representing hundreds of Spanish speaking clients. A past Chairman of the non-profit affordable housing organization the African American Construction Workers Association (AACWA), Jonathan currently serves on the Board of Directors of the Local 261 Community Service and Training Foundation and the Board of Governors of the CAOC. Jonathan is AV rated by Martindale-Hubbell which is the highest rating in both legal ability and ethical standards.

LEGAL CAREER

- Exclusively represents plaintiffs in personal injury, death and wage and hour and consumer class actions throughout the country, with offices in San Francisco and Reno, Nevada.
- Partner of The Arns Law Firm

EDUCATION

- 1988 Graduated from Connecticut College, with BA in Government
- 1997 Graduated from Temple University School of Law, awarded the Barristers Award for Excellence in Trial Advocacy and The Moot Court Award.
- Fluent in Spanish

WORK HISTORY

- 1999-Present, Partner and member of The Arns Law Firm
- 1997-1999 firm Davis, Cowell and Bowe, San Francisco handling labor disputes for workers and unions
- 1988-1994-International Representative and National Field Director for the Amalgamated Clothing and Textile Workers Union, New York, NY and Washington D.C.

MEMBERSHIPS

- Consumer Attorneys of California, Board of Governors
- San Francisco Trial Lawyers
- Nevada Trial Lawyers Association
- American Association of Justice

MISC. CAREER HIGHLIGHTS

- Trial of Reclusado v. Smith, resulting in a verdict of $1,900,000. (Offer before Trial of $15,000)
- Trial of Becerra v. Jonce Thomas Construction, obtained over $1,000,000 result on a case with a $25,000 pre-trial offer.
- Trial of England v. Swinerton in San Francisco resulted in a verdict of $21,000,000. (Offer before trial $2,500,000.)
- Trial of Gorewitz v. Toyota in Alameda County resulted in a net verdict and judgment of $11,100,000.00. (Offer before trial $1,500,000.)
- Trial of Confidential Case in Stanislaus county resulting in a verdict of $7,500,000.00 and immediate confidential settlement. (Offer before trial $150,000.)
- Trial of Barnes v. Capp in Santa Clara County resulting in a verdict of $2.1 million. (Offer before trial of $250,000).

ARTICLES

- Author "Damages in Dollars: Presenting an Undocumented Plaintiff's Loss of Future Earning Capacity in Dollars and Not pesos" Forum Magazine, July, 2004
- Author "Joint Representation in a Personal Injury or Wrongful Death Action" Forum Magazine , April 2001

SEMINARS AND PRESENTATIONS

- Panelist, "The Evidence Wheel Systematic Approach" San Francisco Trial Lawyers Association, October 2006.
- Presenter, "The Current State of Workers' Compensation and the Third Party Case", IUPAT Local 718, October 2006.
- Co-Presenter, "The Current State of Workers' Compensation and the Third Party Case" BAC Local 3, 2005.
- Presenter, "Life After Seabright, Litigating Multi-Employer Injury Incident Cases"