**EXHIBIT 3**

STEVEN R. WEINMANN, ESQUIRE
P.O. Box 3701671
Montara, CA 94037
(415) 867-5773
email: srweinmann@gmail.com

**EDUCATION**

    **HOFSTRA UNIVERSITY SCHOOL OF LAW,** Hempstead, NY
    *Juris Doctorate* conferred *with distinction*, June 1, 1989
    Class Rank: 9th of 295
    *Honors:* **Associate Editor, Law Review**

    **RUTGERS COLLEGE,** New Brunswick, NJ
    *B.A. in English, May 1986*
    *B.A. in Political Science, May 1986*
    *Honors:* ***Dean's List five semesters***

**EXPERIENCE**

2008-Current  **The Arns Law Firm**
                San Francisco, California

                **Of Counsel**

                Litigation and management of all aspects of consumer class actions, including cases involving labor law, insurance and securities and investment fraud issues. Engaged in appellate litigation of cases on issues of insurance law, and research and briefing of federal jurisdictional issues under the Class Action Fairness Act. Successfully opposed consolidation of a putative national federal class action with other class cases in proceedings before the Judicial Panel on Multidistrict Litigation, and drafted brief in opposition to motion to dismiss on grounds of federal pre-emption, standing and injury grounds, as to claims involving advertising and the right of publicity, leading to denial of motion in *Fraley v. Facebook,* Case No. CV 11-01726 LHK (N.D. Cal. Dec. 16, 2011). Primary class action attorney in recent class actions where court-approved settlements have been achieved include *Zamudio v. Carpet Pros, Inc. and Home Depot USA,* Superior Court of San Francisco (wage and hour, Unfair Competition Law, Business & Professions § 17200 claims; total settlement value of $8 million); *Blau v. We The People USA,* Inc, et al, Alameda Superior Court, UCL and Consumer Legal Remedies Act, Civil Code § 1750 et seq. claims; $5 million settlement value); *Carducci v. Wachovia Bank, Wells Fargo & Co., and Wells Fargo Bank, N.A.,* Northern

District of California, (UCL, CLRA, federal Truth in Lending Act (TILA) claims, preliminary approval granted, over $3 million in mortgage late fees to be returned, plus interest and attorney's fees and costs of administration and injunctive relief). Drafted brief on appeal in *Ceja v. Rudolph & Sletten*, 194 Cal.App.4th 584 (Sixth Appellate Div. 2011)(appeal pending, No. S 193493), in which the Court of Appeal overturned a lower court ruling denying putative spouse status to the wife of a deceased construction worker).

**2004-2008  BERDING & WEIL, LLP**
Alamo, California

**Of Counsel**
Responsible for management and litigation of consumer class action cases, construction defect and real estate nondisclosure, breach of contract, and fraud actions. Cases included issues as to product defects, mold and waterproofing, mortgage loan disclosures and fees, and false advertising and unfair competition. In charge of appellate litigation in the United States Court of Appeals for the Ninth Circuit, and in Superior Court, Appellate Division cases. Reported decision favorable to client and calling for class certification in case under California's Consumer Legal Remedies Act and Unfair Competition Law, *McAdams v. Monier, Inc.*, 182 Cal.App.4th 174 (2010); unpublished appellate decision involving bankruptcy issues favorable to client in case briefed and argued before the U.S. Court of Appeals for the Ninth Circuit, *Maxitile, Inc. v. Jiming Sun (In Re Maxitile, Inc.)*, No. 05-56273 (June 2007).

**2002-2003  GOLD BENNETT CERA & SIDENER LLP**
San Francisco, California

**Of Counsel**
Engaged in litigation of class action cases under the federal securities laws at both trial and appellate levels. Responsible for discovery, investigation of claims, and briefing of class certification issues and oppositions to motions for summary judgment. Also engaged in litigation of consumer class actions and representative actions under state unfair competition laws, and general commercial litigation including a multimillion-dollar contract dispute involving the collection of accounts receivable. Substantial responsibility for litigation of a wrongful termination action involving issues of federal and international tax evasion by a corporation, and the attorney-client privilege and attorney work product protection as applied to in-house tax counsel.

| | |
|---|---|
| 2000-2001 | **THE FURTH FIRM, LLP**<br>San Francisco, California |

**Of Counsel**
Primary responsibility for litigation of antitrust class action and consumer class action cases under federal and state law in numerous jurisdictions. Successfully opposed motions for summary judgment, and prepared for and acted as second chair in trial of multimillion-dollar private Sherman Act suit for monopolization in the natural gas processing industry. Engaged in coordination of complex, multi-party actions involving claims under California's antitrust and unfair competition laws. Researched and briefed issues of antitrust injury and standing under federal and state antitrust laws.

| | |
|---|---|
| 1998-1999 | **SEDGWICK, DETERT, MORAN & ARNOLD**<br>San Francisco, California |

**Associate, Environmental and Business Litigation Groups.** Engaged in litigation of suits arising under state and federal environmental laws, and counseling clients regarding risk management, prevention and remediation to promote conformance with those laws as well as avoidance of litigation. Research into causes of action under Federal and California law for environmental contamination and successor liability. Primary responsibility for management and litigation of cases involving real estate disputes, lender liability issues, and deficiency actions. Arbitration and litigation of fidelity bond actions.

| | |
|---|---|
| 1995-1998 | **DRINKER BIDDLE & REATH, LLP**<br>Princeton, New Jersey |

**Associate, Environmental and Litigation Departments.** Engaged in litigation of environmental contamination actions in state and federal courts for small corporations and Fortune 500 companies, including government and private cost recovery actions under CERCLA, and counseling as to environmental issues. Primary responsibility for the management and litigation of general commercial cases. Principal associate in litigation involving multimillion-dollar claims for property damage and lost profits arising out of the catastrophic March 1994 rupture and explosion of a natural gas pipeline in Edison, New Jersey. Second chair participation in trials and arbitration cases.

| | |
|---|---|
| 1993-1995 | **COHEN, SHAPIRO, POLISHER, SHIEKMAN and COHEN**<br>Lawrenceville, New Jersey |

**Associate, Litigation and Environmental Departments.** Responsible for all aspects of litigation in general commercial practice, with substantial emphasis on environmental litigation. Involved in litigation of contract disputes, contested foreclosures, and environmental litigation and compliance issues under federal and state law. Experience with bankruptcy and creditors' rights, real estate foreclosure and deficiency actions. Engaged in litigation and arbitration of accountants' liability actions, and lender liability actions for both lenders and borrowers. Full responsibility for substantial corporate collection actions, defense of tort actions involving wrongful death, negligence and landlord liability. Firm dissolved in 1995.

| | |
|---|---|
| 1989-1993 | **MILBERG, WEISS, BERSHAD, SPECTHRIE & LERACH**<br>New York City, New York |

**Associate, Litigation Department.** Engaged in litigation of class action suits for claims under the Securities Act of 1933 and the Securities Exchange Act of 1934, common law fraud and negligent misrepresentations; stockholders' derivative actions for breach of fiduciary duty and waste under state corporate law. Researched and briefed issues concerning the recovery of punitive damages, injunctive relief, and the certification of classes in mass tort cases for class certification motion in the *In re the* Exxon Valdez oil spill litigation in the Superior Court for the State of Alaska, in which four classes were certified.

**ADMISSIONS**

- California, New Jersey, New York
- United States Supreme Court
- United States Court of Appeals for the Ninth Judicial Circuit
- United States District Courts, Northern District of California, Southern and Eastern Districts of New York, District of New Jersey

**PUBLICATIONS**

- Co-author of copyrighted monograph entitled *Disclosure of Environmental Contingent Liabilities of Public Corporations,* May 1996.