# EXHIBIT 4

**Kevin M. Osborne**
Litigation Attorney
The Arns Law Firm
515 Folsom St. 3rd Floor
San Francisco, CA 94105
(415) 495-7800
kmo@arnslaw.com

## LITIGATION EXPERIENCE

- Second Chair for multiple seven-figure civil trials
- Represented United States in bench trial for major crimes division of US Attorney's Office
- Successfully tried multiple workers' compensation claims
- Authored successful motions for summary judgment opposition, demurrer, motion to compel discovery
- Mediation and settlement of numerous 3rd party, class action, and workers' compensation claims

## EDUCATION

- Santa Clara Law
  *Juris Doctor, 2007*
  CALI awards for Academic Excellence in Advocacy, Best Oral Advocate, and Best Brief
  President, International Law Society
  Moot Court Competitor, Phillip Jessup and Jean Pictet International Moot Courts
  Research Assistant for Publication: BETH VAN SCHAACK & RONALD C. SLYE, INTERNATIONAL CRIMINAL LAW AND ITS ENFORCEMENT (2007)

- University of California, San Diego
  *Master of International Affairs, 2003*
  Robinson Fellowship Recipient
  Latin American Student Organization Board Member

- Western New England University
  *Bachelor of Arts, Economics, 2000*
  Charter Member, WNEC Honors Society
  Alpha Lambda Delta National Freshman Honors Society

## ARTICLES

- Review of "The U.S.-Mexican Border Environment: Economy and Environment for a Sustainable Border Region, Now and in 2020," Journal of Environment and Development, Volume 12, page 345, 2003

## EXPERIENCE

- Schiff Hardin, LLP
  *Contract Attorney*
  Worked with a team of attorneys and paralegals on a case involving the Central Bank of Mexico. Position involved building case by reviewing official Mexican government documents for evidence and creating filings necessary for discovery.

- United States Attorney's Office
  *Law Clerk, Major Crimes Division*
  Managed multiple cases from filing to disposition. Assisted senior prosecutors in an appellate-level case involving a foreign head of state, worked extensively in a high profile extradition of a suspected murderer wanted by a foreign government, and represented the United States in trial, attaining a favorable verdict.

- Santa Clara County Superior Court, San Jose, CA
  *Judicial Intern for the Honorable Socrates P. Manoukian*
  Researched civil discovery issues before the Court and drafted memoranda and tentative decisions for the Judge.

- International Citizens Tribunal for Sudan
  *Defense Team*
  Acted as council for Omar al-Bashir, President of Sudan, in his defense against charges of genocide, war crimes, crimes against humanity. Cross-examined prosecution's expert witness on al-Bashir's involvement.

- The Documentation Center, Phnom Penh
  *Summer Legal Associate*
  Designed and presented training workshops for members of the international legal community wishing to participate in the Khmer Rouge Trials in Cambodia.

- Institute of Redress and Recovery
  *Researcher*
  Drafted survey comparing witness and victim programs implemented at each of the various international criminal tribunals. My work was used in a proposal the Institute submitted to the United Nations and Royal Government of Cambodia in the drafting of the statute for the Khmer Rouge Tribunal

- BayKeeper
  *Consultant Report Author*
  Monitored San Diego Mayor and City Council with regard to voting on clean water issues and graded each accordingly based on voting records, grades, and official statements. Wrote and published the 2003 environmental Report Card, which was distributed to the San Diego City Council, the local media, and hundreds of BayKeeper contributors.

- Cuba-America Amistad Foundation
  *Project Coordinator*
  Designed and implemented project for cultural exchange between Cuba and the U.S. Participated in the design and execution of of first mission to Cuba.

- Costa Rica Chamber of Commerce
  *Promotions/Web Design*
  Designed promotional material, including business cards, brochures, and websites, for both the Chamber and Chamber affiliates promoting various eco-tourism operations. Worked with MINAE, the federal government arm responsible for energy and the environment, promoting national parks.