**EXHIBIT 5**

**Robert C. Foss**
**The Arns Law Firm**
**515 Folsom St.**
**Third Floor**
**San Francisco, CA, 94123**
**415-495-7800**
**rcf@arnslaw.com**

## LITIGATION EMPLOYMENT EXPERIENCE:

**Associate Attorney with The Arns Law Firm, San Francisco Office – Current**
Multi-case attorney support, motion drafting as well as trial and mediation preparation for the firm's class action and industrial injury practice.

Highlights with the firm include:
- Preparing damage calculation and case valuation models used in the successful settlement of a nationwide class action for claims alleging California Legal Document Assistant and Unauthorized Practice of Law violations
- Involvement in successful settlement proceedings in a class action against a national home improvement retailer for wage and hour violations
- Data preparation for analysis to determine statutory violations in Patient Bill of Rights in class action cases against multiple skilled nursing facilities.
- Preparation of liability/damage film and other mediation presentations for multiple construction injury and class action cases
- Involvement in firm-wide reorganization of class-action practice and case management protocols including digital document processing, storage and management

## OTHER LEGAL EXPERIENCE:

**Legal Publication Assistant – 2009-2011**
Working with San Francisco attorney to update several practice guides published by The Rutter Group as well as expand applicability to additional jurisdictions.

**Legal Research Assistant - University of San Francisco Law Library – 2008-2010**
Support professors, faculty and staff by researching legal issues, preparing memoranda and reports, and responding to requests for answers to legal questions. Duties ranged from researching specific cases to examining evolving state ethics standards. This included drafting sections relating to maximum punishment under United Kingdom criminal statutes and *jus cogens* norms for an amicus brief submitted to the United States Supreme Court in the appeals of *Graham v. Florida* and *Sullivan v. Florida* on behalf of Amnesty International. Additionally, the research position also included significant investigation in repeat wrongful convictions, which required locating and obtaining obscure documents.

**Investor Justice Clinic – University of San Francisco – 2007**
Provided education and assistance for individual investors with limited access to legal counsel in Financial Industry Regulatory Authority ("FINRA") arbitrations under the direction and supervision of securities and investment attorneys. Drafted FINRA complaints and interfaced with opposing counsel and FINRA representatives in preparation for mediation or arbitration.

**Legal Intern – Banning, Micklow, & Bull, LLC – 2009**
Supported attorneys in a firm specializing in Maritime law through researching issues and preparing communication to defendants, legal drafting, preparing memoranda of law and other litigation support.

**Business Editor/Technical Editor – Univ. of San Francisco Maritime Law Journal – 2008-2010**
Responsible for leveraging journal assets into subscription conversions, increasing brand recognition, and cultivating program interest. Fostered relationships with potential and current subscribers, and supported editors through substantive and technical editing of journal content. Worked with CLE providers to organize and execute Maritime CLE training sessions for practitioners and other industry professionals.

## FORMAL EDUCATION:

- Juris Doctor, 2010 – University of San Francisco School of Law
- Master of Business Administration, 2010 – University of San Francisco School of Business and Professional Studies
- Business Economics, Bachelor of Arts, 2004 – University of California Santa Barbara
- Microsoft Certified Solutions Engineer Training

## ADMISSIONS:

- California, 2010
- US District Court, Northern District, 2010

## OTHER RELEVANT EXPERIENCE:

**Independent Computer Consultant**
Provided specialized support for multiple clients requiring account maintenance, field appointment scheduling, disaster response, project planning, product and system recommendations, plan implementation, and completion reporting. Duties included software support and integration, digital layout and graphic design work, system setup and client training.

**Computer Systems Administrator / IT Department Head – Pacific Operators Offshore, Inc.**
Responsible for management of and maintenance of over fifty computer systems at distributed locations. Significant project planning, implementation and follow up on multiple mission-critical systems to increase worker and system productivity while eliminating system inefficiency. Job duties and experience included everything from supporting end user email systems to deployment and support of monitoring and reporting distributed petroleum production equipment.

## PROFESSIONAL MEMBERSHIPS:

- Consumer Attorneys of California
- San Francisco Trial Lawyers Association