ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK<br><br>**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial Date: December 3, 2012 |

-1-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**-Case No. CV 11-01726 LHK

I, Jonathan M. Jaffe, hereby state and declare:

1. I am an attorney licensed to practice before all the courts of the State of California as well as the Northern District of California, and am one of the attorneys for Plaintiffs herein. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a copy of my curriculum vitae.

3. I have been actively involved in the litigation of this matter since its inception.

4. I have been instrumental in developing the legal theories and strategies in this case.

5. I have worked with Information Technology departments at over 40 companies during the past 17 years.

6. I have extensive experience in the field of integrated Internet application and system design. I design and implement Internet-based data and security systems for corporations globally. I have done this mainly as an independent consultant since 1999, and have worked in Information Technology full-time since 1993.

7. The systems I design and implement range from corporate messaging systems, web applications, security databases, directories, access control systems, identity management systems, email systems, and others.

8. I have consulted on several class action cases as to computer systems as well as electronic discovery, including an Internet-based legal services company and also a major bank.

-1-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION-**Case No. CV 11-01726 LHK

1  I declare under the penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the
3  same. This document was executed on March 28, 2011 in San Francisco, California.

*/s/ Jonathan M. Jaffe*

-2-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**-Case No. CV 11-01726 LHK