ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:    (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:    (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W. T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a corporation; and DOES 1-100, <br><br> Defendants. | Case No. CV 11-01726 LHK <br><br> **[PROPOSED] ORDER GRANTING CLASS CERTIFICATION** <br><br><br> Date: May 24, 2012 <br> Time: 1:30 p.m. <br> Courtroom:  8 <br> Judge: Hon. Lucy H. Koh <br> Trial Date: December 3, 2012 |

[PROPOSED] ORDER GRANTING CLASS CERTIFICATION
Case No. CV 11-01726 LHK

On May 24, 2012, the Motion for Class Certification of Plaintiffs and proposed Class representatives Susan Mainzer, James H. Duval through his guardian ad litem James Duval, and W. T., through his guardian ad litem Russell Tait, ("Plaintiffs") came on for hearing before the Court.

The Court reviewed the Notice of Motion, the Memorandum of Law in Support, the Declarations of Robert S. Arns, Steven R. Weinmann, Kevin M. Osborne, Jonathan M. Jaffe, Vincent Alberico, Richard Drogin, Gary Frazier, Fernando Torres, and David Taber.

The Motion seeks an Order: (1) certifying the proposed Class, as defined below under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (2) appointing Plaintiffs Susan Mainzer, James H. Duval through his guardian ad litem James Duval, and W.T. through his guardian ad litem Russell Tait, as Class Representatives and (3) appointing their counsel as Class Counsel.

Having read and considered the briefing and supporting documents, and the arguments of counsel, the Court grants the Motion in all respects. The Court hereby FINDS and ORDERS:

1. The Class is ascertainable; its members are too numerous to be joined practicably; the Action raises common legal and factual questions; the Class Representative's claims are typical of the claims of the Class as a whole; the Class Representatives and Class Members share a community of interest in the Action; and neither the Class Representatives nor Class Counsel have interests adverse to the Class; Class Counsel are competent and experienced; common questions predominate over questions affecting only individual members of the Class; and that the Action is the best, if not the only, means for resolving the claims of Class Members expeditiously and economically.

-1-
**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION**

2. Plaintiffs Susan Mainzer, James H. Duval by his guardian ad litem James Duval, and W.T. by his guardian ad litem Russell Tait, are hereby appointed as Class Representatives to represent the proposed Settlement Class, because the Settlement Class satisfies the requirements of Rules 23(a), (b), and (c) of the Federal Rules of Civil Procedure.  James H. Duval and W.T. are further appointed as representatives of the Minor Subclass

3. The Settlement Class is hereby conditionally certified, defined as follows:

**Plaintiff Class**. The class sought to be represented is defined as follows:

All natural persons in the United States who had an account registered on facebook.com at any time since January 24, 2011, and had their names, photographs, likenesses or identities associated with that account used in a Facebook Sponsored Stories advertisement ("the Class").

**Subclass of Minors.**

All persons in the Plaintiff Class who additionally have had their names, photographs, likenesses or identities used in a Facebook Sponsored Stories ad while under 18 years of age ("the Minor Subclass").

4. Excluded from the Class are (a) FACEBOOK, its officers and directors, legal representatives, successors or assigns; (b) any entity in which FACEBOOK has or had a controlling interest; (c) the judge to whom this case is assigned and the judge's immediate family; and (d) any juror selected to hear this case.

1    5.  Class Counsel The Arns Law Firm, Robert S. Arns, Jonathan E. Davis, and

2        Steven R. Weinmann, and Jonathan Jaffe of Jonathan Jaffe Law, are hereby

3        appointed to represent the Settlement Class.

4    **IT IS SO ORDERED.**

5

6    Dated: May _____, 2012

7

8

9                                        _____

10                                       Hon. Lucy H. Koh

11                                       United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION**