UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>        Defendants. | Case No.: C 11-1726 LHK (PSG)<br><br>**ORDER REGARDING MID-DEPOSITION DISPUTE**<br><br>**(Re: Docket No. 105)** |

On March 28, 2012, the parties contacted the court regarding a dispute that had arisen during the deposition of plaintiffs' former, proposed class representative, Angel Fraley.[1] Based on the arguments presented during a telephonic hearing,

IT IS HEREBY ORDERED that defendant may inquire into the witness' reasons for clicking "Like" on web pages of a political nature. Plaintiffs' argument that the questions posed were unduly intrusive and in violation of the witness' right to privacy is unpersuasive under the broad relevance standard set by Fed. R. Civ. P. 26(b) and in light of the court's February 21, 2012 order denying Plaintiffs' motion for a protective order.[2]

Dated: 3/30/2012

                                                      PAUL S. GREWAL<br>                                                      United States Magistrate Judge

---

[1] On March 13, 2012, the district judge granted Plaintiffs' motion to withdraw Angel Fraley as a proposed class representative. Docket No. 99.

[2] Docket No. 93 (Order Denying Mot. for Protective Order).

1

Case No.: CV 11-1726 LHK (PSG)
ORDER