1  Robert S. Arns, State Bar No. 65071
   RSA@ARNSLAW.COM
2  Jonathan E. Davis, State Bar No. 191346
   JED@ARNSLAW.COM
3  Steven R. Weinmann, State Bar No. 190956
   SRW@ARNSLAW.COM
4  **THE ARNS LAW FIRM**
   515 Folsom Street, 3rd Floor
5  San Francisco, CA 94105
   Tel:    (415) 495-7800
6  Fax:    (415) 495-7888

7  Jonathan M. Jaffe, State Bar No. 267012
   JMJ@JAFFE-LAW.COM
8  **JONATHAN JAFFE LAW**
   3055 Hillegass Avenue
9  Berkeley, CA 94705
   Tel:    (510) 725-4293
10 Fax:    (510) 868-3393

11 Attorneys for Plaintiffs

12

13                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                       SAN JOSE DIVISION

15

| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated, | Case No. CV 11-01726 LHK PSG |
|---|---|
| | **DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S NOTICE OF SELECTIVE WITHDRAWAL OF CERTAIN DOCUMENTS FROM DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Plaintiffs, | |
| v. | Courtroom: 8 |
| FACEBOOK, INC., a corporation; and DOES 1-100, | Judge: Hon. Lucy H. Koh |
| Defendants. | Trial Date: December 3, 2012 |

1
**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**

I, STEVEN R. WEINMANN, declare and state as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and I am admitted to practice before this Court. I am an attorney for Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration, unless otherwise stated, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of Plaintiffs' Reply to Defendant's Notice of Selective Withdrawal of Certain Documents From its Administrative Motion to File Under Seal, Etc.

2. On April 5, 2012 Facebook filed an Administrative Motion to Seal Additional Documents and Portions of Documents Lodged by Plaintiffs' Motion for Class Certification. On April 17, 2012, Facebook filed a Notice of Selective Withdrawal of Certain Documents and Portions of Documents from its Administrative Motion to File Under Seal Documents Lodged by Plaintiffs in Support of Plaintiffs' Motion for Class Certification ("Selective Withdrawal Notice"). The Administrative Motion as modified by the Selective Withdrawal Notice, moves to file the following documents or portions thereof under seal; Plaintiffs oppose filing these documents under seal. Note, only citations to page and underline beginning line are made as the motion and accompanying documents are filed under seal. Unless a specific ending page is noted in the left-hand column, Plaintiffs' intent was and is to object to the entire highlighted / redacted area which begins on that page and line. Each of these designations was previously objected to, with the exception of the two citations as to the minor class representatives, which are in bold below, and as to which Plaintiffs believe Facebook does not have a protectable interest, as these statements concern actions by the Plaintiffs on their own personal knowledge. Furthermore, Facebook also did **not** include these designations in the highlighted, proposed redactions in the

1

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**

revised list on page 2 of Exhibit A to the Notice of Selective Withdrawal.   Nor were the

highlighted redactions on page 6 of the Plaintiffs' Memorandum of Law as to lines 14-15,

included in Exhibit A.   Thus, these redactions in the brief seem to have been highlighted in

error, and the text should not be highlighted or redacted as to those three locations.

**Plaintiffs' Memorandum of Law**

| Location | Plaintiffs' Position |
|---|---|
| Pg 6:4 | Plaintiffs rely on the publicly available information Facebook provides to the general public in documents such as http://ads.ak.facebook.com/ads/FacebookAds/Sponsored_Stories_Guide_0 42511.pdf; https://www.facebook.com/help/?faq=174979932556240#I-want-to-advertise-on-Facebook; https://www.facebook.com/help/?faq=173594992698822#How-does-the-auction-for-Facebook-Ads-work?; https://www.facebook.com/help/?faq=201828586525529#Do-I-have-to-pay-for-Facebook-Ads-or-Sponsored-Stories?- https://www.facebook.com/ads/create/; https://www.facebook.com/help/?faq=200000840044554&ref_query=ad+ manager; and https://www.facebook.com/ads/manage; among others, to show that this is public knowledge. |

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's
Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative
Motion To File Under Seal
Case No. CV 11-01726 LHK PSG**

| Pg 6:14 | **Plaintiffs see nothing confidential about the statement; <u>Facebook has apparently withdrawn its request but not removed the highlighting through inadvertence.</u>** |
|---|---|
| Pg 7:5 | Plaintiffs see nothing confidential about the statement. |
| **Pg 7:9-7:15** | **Plaintiffs did not mark these statements confidential, and Facebook has no right to so mark them as they are based on Plaintiff Duval's own personal knowledge about which Plaintiff chooses to waive any confidentiality. <u>Facebook has apparently withdrawn its request but not removed the highlighting through inadvertence.</u>** |
| Pg 7:15 | Plaintiffs see nothing confidential about the statement. |
| **Pg 8:1-8:6** | **Plaintiffs did not mark these statements confidential, and Facebook has no right to so mark them as they are based on Plaintiff W.T.'s own personal knowledge about which Plaintiff chooses to waive any confidentiality. <u>Facebook has apparently withdrawn its request but not removed the highlighting through inadvertence.</u>** |
| Pg 8:6 | Plaintiffs see nothing confidential about the statement. |
| Pg 8:10 | Plaintiffs see nothing confidential about the statement. |
| Pg 8:14 | Plaintiffs see nothing confidential about the statement. |

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**

**Expert Declarations**

| Location | Plaintiffs' Position |
|---|---|
| Alberico Pg 3:9 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 3:11 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 3:12 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 3:14 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 4:2 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 5:2 | Plaintiffs see nothing confidential about the statement. |
| Alberico Pg 6:10 | This is based on Plaintiffs' expert Vincent Alberico's opinion and Defendant has not shown good cause to have the statement filed under seal.  Plaintiffs continue their objection to the entire paragraph being held confidential, except with respect to the first two clauses of the sentence starting on line 6:10. |
| Alberico Pg 6:21 | This is based on Plaintiffs' expert Vincent Alberico's opinion and does not refer to confidential information. |
| Alberico Pg 7:1 | This is based on Plaintiffs' expert Vincent Alberico's opinion and Defendant has not shown good cause to have the statement filed under seal. |
| Drogin Pg 2:8 | Plaintiffs see nothing confidential about the statement. |
| Drogin Pg 2:10 | Plaintiffs see nothing confidential about the statement. |
| Drogin Pg 2:13 | Plaintiffs see nothing confidential about the statement. |

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**

| Drogin Pg 2:14 | Plaintiffs see nothing confidential about the statement. |
|---|---|
| Drogin Pg 2:15 | Plaintiffs see nothing confidential about the statement. |
| Drogin Pg 2:19 | This is based on Plaintiffs' expert Richard Drogin's opinion and Defendant has not shown good cause to have the statement filed under seal. |
| Drogin Pg 3:7 | Plaintiffs see nothing confidential about the statement. |
| Drogin Pg 4:3 | This is based on Plaintiffs' expert Richard Drogin's opinion and does not refer to confidential information. |
| Taber Pg 9:17 | Defendant has not shown good cause to have the statement filed under seal. |
| Torres Pg 5:1-5:2 | This is based on Plaintiffs' expert Fernando Torres' opinion and Defendant has not shown good cause to have the statement filed under seal. |
| Torres Pg 5:9 | Defendant has not shown good cause to have the statement filed under seal. |
| Torres Pg 6:14 | Defendant has not shown good cause to have the statement filed under seal,. |
| Torres Pg 6:18 | This is based on Plaintiffs' expert Fernando Torres' opinion and Defendant has not shown good cause to have the statement filed under seal, particularly as to footnote 3. |
| Torres Pg 7:15 | This is based on Plaintiffs' expert Fernando Torres' opinion and formula, and Defendant has not shown good cause to have the statement filed under seal; at most only the second clause in the sentence should be redacted. |

5

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**

| Torres Pg 7:20 | This is based on Plaintiffs' expert Fernando Torres' opinion and his formula, and Defendant has not shown good cause to have the statement filed under seal; at most only the first clause in the sentence should be redacted. |
|---|---|

3.  I declare under the penalty of perjury and under the laws of the United States of America that the foregoing is true and correct and based upon my personal knowledge and that if called upon to testify, I could verify the accuracy of the same.  This document was executed in the city of San Francisco, California on April 20, 2012.

Steven R. Weinmann

6

**Declaration Of Steven R. Weinmann In Support Of Plaintiffs' Reply To Defendant's Notice Of Selective Withdrawal Of Certain Documents From Defendant's Administrative Motion To File Under Seal**
**Case No. CV 11-01726 LHK PSG**