MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:      (415) 693-2222

S. ASHLIE BERINGER (263977)
(ABeringer@gibsondunn.com)
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:      (650) 849-5219
Facsimile:      (650) 849-5333

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as guardian ad Litem; individually and on behalf of all others similarly situated, | Case No. 11-CV-01726 LHK (PSG) |
| Plaintiffs, | **DECLARATION OF CHRISTOPHER PLAMBECK IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | Date:          May 24, 2012<br>Time:          1:30 p.m.<br>Courtroom:   4<br>Judge:         Hon. Lucy H. Koh<br>Trial date:    December 3, 2012 |
| FACEBOOK, INC, a corporation; and DOES 1-100, | |
| Defendants. | **[PUBLIC REDACTED VERSION]** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DECL. OF CHRISTOPHER PLAMBECK I/S/O
OPP. TO PLAINTIFFS' MOT. CLASS CERTIFICATION
CASE NO. 11-CV-01726**

1   I, Christopher Plambeck, hereby declare as follows:

2       1.      I am employed as Director, Monetization Analytics, for Defendant Facebook, Inc.

3   ("Facebook").  I have been employed by Facebook for more than two years.  In my current role, I

4   manage a team responsible for supporting various business functions, including partnering with

5   product and engineering teams to provide data insights about Facebook's business strategy and

6   products.  Based on my overall experience working for Facebook, I also have general knowledge

7   of the functioning and layout of the Facebook website, certain of the data that Facebook

8   maintains, and Facebook's marketing products, including Sponsored Stories.  I have personal

9   knowledge of the facts set forth herein, and, if called as a witness, I could and would competently

10  testify thereto.

11      2.      Facebook logs and maintains certain data in order to operate and analyze the

12  functioning and performance of the Facebook website.  Much of this data is generated by

13  Facebook's 845 million users ("Users"), who upload and share content—status updates, profiles,

14  photographs, videos, comments, messages, and more—all of which Facebook stores for the use of

15  its Users.  Facebook's Users currently generate an average of 2.7 billion "Likes" and comments

16  each day, and Facebook currently stores more than 100 petabytes (100,000 terabytes or 100

17  quadrillion bytes) of photos and videos.

18      3.      The statements that follow are based on my review of the data that Facebook

19  maintains in the ordinary course of its business, and, in some instances, the queries performed of

20  that data.

21  **Name, Profile Picture, and Birthdate Changes**

22      4.      Facebook requires Users to enter their name in their basic profile information.

23  Facebook also requires Users to submit their birthdates, although such birthdates do not need to

24  be shared publicly.  Facebook also gives Users the ability to upload and select profile pictures,

25  which Users may change at any time.  A Profile picture is not required to be an actual image of

26  the User, and some Users do not use photos of themselves as their profile pictures.

27      5.      To the best of my knowledge, Facebook has no practical ability to verify whether

28  (i) each User has supplied his or her legal name, or a derivative thereof, or whether the provided

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

PLAMBECK DECL. ISO OPP. TO CLASS CERT.
CASE NO. 11-CV-01726-LHK

1  name otherwise bears any relation to the User's actual name; (ii) each User's reported birthdate is

2  the User's real birthdate; or (iii) each User's profile picture contains his or her likeness.

3       6.      Facebook's records indicate that ▮▮▮▮▮▮▮▮▮▮ Users who Facebook can

4  reasonably ascertain were located in the United States on December 31, 2011, changed their

5  Facebook usernames at least once between January 1, 2011 and December 31, 2011.

6       7.      Facebook's records indicate that more than ▮▮▮▮▮▮▮▮ who Facebook can

7  reasonably ascertain were located in the United States on December 31, 2011, changed their

8  birthdates (and thus their ages) at least once between January 1, 2011 and December 31, 2011.

9       8.      Facebook's records indicate that more than ▮▮▮▮▮▮▮▮ who Facebook can

10 reasonably ascertain were located in the United States on December 31, 2011, changed their

11 profile pictures at least once between January 1, 2011 and December 31, 2011.

12      9.      Facebook's records indicate that, as of January 25, 2011, there were approximately

13 145.5 million Users who Facebook can reasonably ascertain were located in the United States.  Of

14 these Users, approximately ▮▮▮▮▮▮ appeared to be under the age of 18, based on User-

15 supplied birthdates.

16 **Impression and Click Data**

17      10.     I am aware that Facebook has exported data that shows ▮▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮ I am advised that this exported data (with appropriate redactions to anonymize

21 other Users' identities) was produced in the litigation with Bates number FB_FRA_1024.

22      11.     I am aware that Facebook also has exported data from November and December

23 2011 that shows ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮ (with appropriate redactions to

27 anonymize other Users' identities) appears in files titled ▮▮▮▮▮▮▮▮▮▮ and

28

3.

PLAMBECK DECL. ISO OPP. TO CLASS CERT.
CASE NO. 11-CV-01726-LHK



1    ███████████████  and  the  ████████  ████  ███  appears  in  files  titled

2    ██████████████████

3        12.  ████████████████████████████████████████████

4    ████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████████████████████████

10       13.  ████████████████████████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████

14       14.  ████████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████

19   **Revenue and eCPM Data**

20       15.  ████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████

23   ████████████████████████████████████

24       16.  ████████████████████████████████████████████

25   ████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████

28

1  ███████████████████████████████████████████████████

2  ██████

3      17.   ████████████████████████████████████████████

4  ███████████████████████████████████████████████████

5  ███████████████████████████████████████████████████

6  ███████████████████████████████████████████████████

7  ███████████████████████████████████████████████████

8  ██████████████████████████████████

**User Visits to Terms and Help Center Pages**

10     18.   Based on sampled data, Facebook's ████████████████

11  ██████████ who Facebook can reasonably ascertain were located in the United States visited

12  the webpage with Facebook's terms, located at http://www.facebook.com/legal/terms, between

13  ███████████████████████████████████████████████████

14  ███████████████████████████████████████████████████

15  ███████████████████████████████████████████████████

16  ███████████████████████████████████████████████████

17  ███████████████████████████████████████████████████

18  █████████████████████████████

19     19.   Facebook's records indicate that, between ████████████████████

20  the following number of Users who Facebook can reasonably ascertain were located in the United

21  States visited the specified pages in the Facebook Help Center: ████████████████ visited

22  the "Interacting with Ads and Sponsored Stories" webpage, located at

23  https://www.facebook.com/help/?page=226611954016283; and ███████████████ visited

24  the "Sponsored Stories" webpage, located at

25  https://www.facebook.com/help/?page=213208552035450.

26     20.   Facebook's records indicate that, ██████████████████████████

27  ███████████████████████████████████████████████████

28  ██████████ in response to the question of whether the information on the "Interacting with

1  Ads    and    Sponsored    Stories"    webpage,    located    at

2  https://www.facebook.com/help/?page=226611954016283, was helpful; and (ii) approximately

3  ████████████████████████████████████████████████████████ in response

4  to the question of whether the information on the "Sponsored Stories" webpage, located at

5  https://www.facebook.com/help/?page=213208552035450, was helpful.

6  **Friend Data**

7        21.    Facebook allows—but does not require—Users to indicate if they are related to

8  other Facebook Users. ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████████

11 ████████████████████████████    To the best of my knowledge, Facebook has no practical

12 method of verifying whether the indicated parent-child relationship is accurate.

13 **Page "Like" and "Unlike" Data**

14       22.    Through privacy settings, Facebook allows Users to specify whether certain

15 categories of their Facebook Page Likes will be shown publicly, only to their Friends, to a custom

16 group of Friends, or to "Only Me."  The "Only Me" setting means that a User's Page Likes are

17 visible only to the User him/herself.

18       23.    ████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22       24.    ████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28

1    25.    ████████████████████████████████████████████████████

2    ████████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████

5    26.    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████

14   ██████████████████████████████████████████████

15   27.    Facebook's records indicate that, every day, ████████████████ who

16   Facebook can reasonably ascertain were located in the United States click the "Like" button in

17   Sponsored Stories.  These records also indicates that, every day, ██████████████████

18   ██████████████ after clicking through to the Page identified in a Sponsored Story or within 7

19   days of seeing a Sponsored Story for such a Page.

20   28.    ████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████████████

24   ██████████    ████████████████████████████████████████████████

25   ██████████

26   29.    ████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████████████

1 ███████████████████████████████████████████████████████

2 ███████████████████████████████████████████████████████

3 █████████████████████████████

**Ads**

30. ████████████████████████████████████████████

6 ███████████████████████████████████████████████████████

7 ███████████████████████████████████████████████████████

8 ███████████████████████████████████████████████████████

9 ███████████████████████████████████████████████████████

10 ███████████████████████████████████████████████████████

11 ████████████████████████████████████████

12      31.    Facebook provides a setting for Users to "opt out" of having their social actions

13 paired with advertisements (social ads). ███████████████████████████████

14 ███████████████████████████████████████████████████████

15 ███████████████████████████████████████████████████████

16 ███████████████████████████████████████████████████████

17 ████████████████

18      32.    ████████████████████████████████████████

19 ████████████████████████████████████████████

20 **Certain Data about Named Plaintiffs and Putative Class Members**

21      33.    ████████████████████████████████████████████

22 ███████████████████████████████████████████████████████

23 ███████████████████████████████████████████████████████

24 █████████

25      34.    ████████████████████████████████████████████

26 ███████████████████████████████████████████████████

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8.

1    **Additional Data Exports**

2        35.

3

4

5

6        36.

7

8

9        37.

10

11

12        38.

13

14

15

16

17

18

19

20

21        39.

22

23

24

25

26

27

28

9.

**PLAMBECK DECL. ISO OPP. TO CLASS CERT.
CASE NO. 11-CV-01726-LHK**

40. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

41. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2012 at Menlo Park, California.


        __/s/ Christopher Plambeck_____
        Christopher Plambeck

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.

**PLAMBECK DECL. ISO OPP. TO CLASS CERT.
CASE NO. 11-CV-01726-LHK**

1   **GENERAL ORDER 45 ATTESTATION**

2        In accordance with General Order 45, concurrence in the filing of this document has been

3   obtained from the signatory and I shall maintain records to support this concurrence for

4   subsequent production for the Court if so ordered or for inspection upon request by a party.

5   Dated:  April 19, 2012                        COOLEY LLP

6

7                                          /s/ Michael G. Rhodes
                                          Michael G. Rhodes
8                                          Attorneys for Plaintiff

    1265698 /SF
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.                      **PLAMBECK DECL. ISO OPP. TO CLASS CERT.**
                                          **CASE NO. 11-CV-01726-LHK**