# EXHIBIT C

**To Declaration of Matthew D. Brown
in Support of Facebook, Inc.'s Opposition
to Plaintiffs' Motion for Class Certification**

**[PROVISIONALLY SUBMITTED UNDER SEAL]**