# EXHIBIT F

## TO DECLARATION OF MATTHEW D. BROWN
## IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION
## TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# [PROVISIONALLY SUBMITTED UNDER SEAL]