# EXHIBIT H

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PUBLIC DOCUMENT]

1  Robert S. Arns, State Bar No. 65071
   RSA@ARNSLAW.COM
2  Jonathan E. Davis, State Bar No. 191346
   JED@ARNSLAW.COM
3  Steven R. Weinmann, State Bar No. 190956
   SRW@ARNSLAW.COM
4  **THE ARNS LAW FIRM**
   515 Folsom Street, 3rd Floor
5  San Francisco, CA 94105
   Tel:    (415) 495-7800
6  Fax:    (415) 495-7888

7  Jonathan M. Jaffe, State Bar No. 267012
   JMJ@JAFFE-LAW.COM
8  **JONATHAN JAFFE LAW**
   3055 Hillegass Avenue
9  Berkeley, CA 94705
   Tel:    (510) 725-4293
10 Fax:    (510) 868-3393

11 Attorneys for Plaintiffs

12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN JOSE DIVISION

15 ANGEL FRALEY; PAUL WANG; SUSAN            **Case No. CV 11-01726 LHK PSG**
   MAINZER; JAMES H. DUVAL, a minor, by
16 and through JAMES DUVAL, as Guardian ad
   Litem; and WILLIAM TAIT, a minor, by and  **PLAINTIFF SUSAN MAINZER'S**
17 through RUSSELL TAIT, as Guardian ad Litem; **RESPONSES TO DEFENDANT'S**
   individually and on behalf of all others similarly **INTERROGATORIES**
18 situated,
                                              **SET ONE**
19            Plaintiffs,
                                              Courtroom:  8
20     v.                                     Judge: Hon. Lucy H. Koh
                                              Trial Date: December 3, 2012
21 FACEBOOK, INC., a corporation; and DOES 1-
   100,
22
              Defendants.
23

24
25 PROPOUNDING PARTY:        Defendant FACEBOOK, INC.

26 RESPONDING PARTY:         Plaintiff SUSAN MAINZER

27 SET NUMBER:               ONE

28
                                    -1-

Plaintiff Susan Mainzer's Responses to Defendant's Interrogatories, Set One

disappeared from the Profile page. She tried to figure out how to do something related to the tabs that used to exist on that page. It may have been in 2008, but Plaintiff can't recall exactly when.

**INTERROGATORY NO. 2:**

DESCRIBE the circumstances under which YOU have "Liked" any content (including, without limitation, a product, service, website, brand, organization, celebrity, musician, band, event, Facebook Page, or other content) on Facebook.com including, with respect to each piece of content "Liked," the date(s) YOU "Liked" the content, a description of the content "Liked," whether YOU "Liked" the content through FACEBOOK's website or a third-party website, and all the reason(s) YOU "Liked" the content, including whether you "Liked' the content in order to inform your FACEBOOK Friends that you liked the content.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff objects to this Interrogatory as compound and consisting of at least five subparts. Plaintiff objects to the lack of a time frame on grounds of relevance and undue burden, and responds only as to the time period from January 25, 2011 to October 7, 2011. Plaintiff also objects to the Interrogatory as overbroad and unduly burdensome. Subject to those objections and the General Objections, Plaintiff responds as follows:

Plaintiff uses the Facebook "Like" button frequently. Plaintiff's reasons fall into one of three general categories: For self-promotion for my business, to promote a client's business, or to promote a cause.

Plaintiff Susan Mainzer's Responses to Defendant's Interrogatories, Set One

**INTERROGATORY NO. 14:**

Describe all COMMUNICATIONS YOU have had with any of YOUR "Friends" on Facebook regarding the display of YOUR NAME, LIKENESS, and/or profile picture in connection with a Sponsored Story.

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiff objects to this Interrogatory as vague and ambiguous in that it is not clear whether the "communication" is to have been made "on" Facebook, or if " "'Friends' on Facebook" is meant to describe persons who have the status of "Friend" on Facebook. Plaintiff objects on the grounds of attorney client and spousal privilege. Subject to those objections and the General Objections, Plaintiff responds as follows: Plaintiff had no such discussions, apart from with Counsel in this matter and with her spouse.

**INTERROGATORY NO. 15:**

IDENTIFY YOUR relatives or other PERSONS residing in YOUR household(s) who have accounts on facebook.com, including the user IDs, USERNAMES, and email addresses associated with their accounts.

**RESPONSE TO INTERROGATORY NO. 15:**

Plaintiff objects to this Interrogatory as irrelevant, not reasonably calculated to lead to the discovery of admissible evidence, and calling for private information of third parties.

ROBERT S. ARNS
JONATHAN E. DAVIS
STEVEN R. WEINMANN
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800

Plaintiff Susan Mainzer's Responses to Defendant's Interrogatories, Set One

Fax: (415) 495-7888

JONATHAN M. JAFFE
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 941705
Tel: (510) 725-4293
Fax: (510) 868-3393

Attorneys for Plaintiffs

-14-

Plaintiff Susan Mainzer's Responses to Defendant's Interrogatories, Set One

VERIFICATION (Standard) FRCP 33(b)(1), (2)

I declare that:

I am the plaintiff in the above-entitled action; I am familiar with the contents of the following:

**Plaintiff Susan Mainzer's Responses to Defendant's Interrogatories, Set One**

The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law. The information contained in the foregoing document(s) is true, except as to matters which were provided by my attorneys or other agents, and, as to those matters, I am informed and believe that they are true.

    I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this verification was executed on:

    __October 18, 2011__, at __515 Folsom St., 3rd Floor, San Francisco, California__
         Date

__Susan Mainzer__                                                                           
 Type Name                                                                  Signature