# EXHIBIT I

## TO DECLARATION OF MATTHEW D. BROWN
## IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION
## TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# [PUBLIC DOCUMENT]

Robert S. Arns, State Bar No. 65071
RSA@ARNSLAW.COM
Jonathan E. Davis, State Bar No. 191346
JED@ARNSLAW.COM
Steven R. Weinmann, State Bar No. 190956
SRW@ARNSLAW.COM
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

Jonathan M. Jaffe, State Bar No. 267012
JMJ@JAFFE-LAW.COM
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | **Case No. CV 11-01726 LHK PSG**<br><br>**PLAINTIFF JAMES H. DUVAL'S RESPONSES TO DEFENDANT'S INTERROGATORIES**<br><br>**SET ONE**<br><br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial Date: December 12, 2012 |

PROPOUNDING PARTY:    Defendant FACEBOOK, INC.

RESPONDING PARTY:     Plaintiff JAMES H. DUVAL, a minor by and through JAMES DUVAL, as Guardian ad Litem

SET NUMBER:           ONE

-1-

Plaintiff James H. Duval's Responses to Defendant's Interrogatories, Set One

privileged communications or attorney work product; for purposes of these responses, "privileged" includes but is not limited to those documents protected by the attorney work product doctrine.

10. Plaintiff objects to the definition of "USERNAME" as the definition does not explain what that term means in the context of being a Facebook.com user. Plaintiff will interpret this to mean the email address by which plaintiff logs in or has logged in to Plaintiff's facebook.com account.

Subject to the above objections, Plaintiff responds as follows:

**INTERROGATORY NO. 1:**

DESCRIBE YOUR review of or interaction with the FACEBOOK TERMS AND POLICIES or FACEBOOK's Help Center pages, including the approximate date(s), what you reviewed, why you reviewed it, what you understood the FACEBOOK TERMS AND POLICIES or Help Center pages you reviewed to mean and all other circumstances regarding YOUR review of or interaction with the FACEBOOK TERMS AND POLICIES or FACEBOOK's Help Center pages.

**RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff objects to this Interrogatory as compound and consisting of at least three subparts. Plaintiff objects to the Interrogatory as overbroad, vague and ambiguous in that it does not identify particular pages or clauses or aspects of same, but asks generally "what you understood" the documents to mean. Subject to those objections and the General Objections, Plaintiff responds as follows: I became a Facebook member in approximately November 2007 I do not recall reading the Statement of Rights and Responsibility, Terms of Use, Privacy Policy or Principles when signing up or since that time. I do not recall reading any Help Center

pages when I signed up. I understood that the Terms of Use tried to limit what people could do on Facebook, but I do not know what those restrictions were. I also understood that the Privacy Policy in some way limited who could see my posts and information, but do not know in exactly what ways.

**INTERROGATORY NO. 2:**

DESCRIBE the circumstances under which YOU have "Liked" any content (including, without limitation, a product, service, website, brand, organization, celebrity, musician, band, event, Facebook Page, or other content) on Facebook.com including, with respect to each piece of content "Liked," the date(s) YOU "Liked" the content, a description of the content "Liked," whether YOU "Liked" the content through FACEBOOK's website or a third-party website, and all the reason(s) YOU "Liked" the content, including whether you "Liked' the content in order to inform your FACEBOOK Friends that you liked the content.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff objects to this Interrogatory as compound and consisting of at least five subparts. Plaintiff objects to the lack of a time frame on grounds of relevance and undue burden, and responds only as to the time period from January 15, 2011 to October 7, 2011. Plaintiff also objects to the Interrogatory as overbroad and unduly burdensome. Subject to those objections and the General Objections, Plaintiff responds as follows: Sometime on or before April 7, 2011, I clicked on a Facebook "Like" button found on the facebook.com page for PopCorners. I did this to get a special offer code, not because I had an affinity for PopCorners. See Exhibit 5 to the Second Amended Complaint. A true and correct copy of a printout of the page on May 4, 2011, similar to the one which caused me to click on the Facebook Like button. I cannot recall specific other items I may have employed the Facebook

Plaintiff James H. Duval's Responses to Defendant's Interrogatories, Set One

"Like" button at this time, or the reasons for doing so. However, I have generally used the "Like" button for one of the following reasons: I enjoy a particular musical artist or actor, or it is someone I know personally and want to support him or her or them; I click the "Like" button to support a friend's post or action; With regard to companies, I often click the "Like" button because I am required to do so if I want to see something offered, such as more information, photos, or coupons.

**INTERROGATORY NO. 3:**

DESCRIBE the PRIVACY SETTINGS in place for YOUR Facebook.com account(s) on August 1, 2009 and any changes YOU have made to YOUR PRIVACY SETTINGS since that time, including the reasons for the settings YOU employed for YOUR account(s) on August 1, 2009 and the reasons for any modifications YOU made thereafter.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff objects to this Interrogatory as compound and consisting of at least three subparts. Plaintiff objects to the time frame on grounds of relevance and undue burden, and responds only as to the date of Plaintiff's initial signup, and the time period from January 25, 2011 to October 7, 2011. Subject to those objections and the General Objections, Plaintiff responds as follows: I have changed my privacy settings recently, around college season. I also recall changing some setting during the time of a school-wide game when I did not want others to find me. I changed a privacy setting so I could not be searched on Facebook.com.

**INTERROGATORY NO. 4:**

IDENTIFY all relevant dates, if any, on which YOU changed YOUR PRIVACY SETTINGS to "opt in" or to "opt out" of FACEBOOK's Social Ads, and the reasons YOU did so.

**INTERROGATORY NO. 16:**

DESCRIBE the circumstances under which YOUR parent(s) and/or guardian(s) became aware that YOU had or intended to open a FACEBOOK account, including whether YOU asked for YOUR parent(s)' and/or guardian(s)' permission to join FACEBOOK and their response(s).

**RESPONSE TO INTERROGATORY NO. 16:**

In approximately Nov. 2007, after I had opened the account, I informed my parents I had opened a Facebook account. I didn't seek their authorization beforehand.

ROBERT S. ARNS
JONATHAN E. DAVIS
STEVEN R. WEINMANN
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888


JONATHAN M. JAFFE
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 941705
Tel:   (510) 725-4293
Fax:   (510) 868-3393


Attorneys for Plaintiffs

-14-

Plaintiff James H. Duval's Responses to Defendant's Interrogatories, Set One

VERIFICATION (Standard) FRCP 33(b)(1), (2)

I declare that:

I am the plaintiff in the above-entitled action; I am familiar with the contents of the following:

**Plaintiff James H. Duval's Responses to Defendant's Interrogatories, Set One**

The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law. The information contained in the foregoing document(s) is true, except as to matters which were provided by my attorneys or other agents, and, as to those matters, I am informed and believe that they are true.

    I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this verification was executed on:

_____ October 18, 2011_____ , at   515 Folsom St., 3rd Floor, San Francisco, California
        Date

James H. Duval, a minor by and through
James Duval, as Guardian ad litem
        Type Name                                      Signature