# EXHIBIT K

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PUBLIC DOCUMENT]

Robert S. Arns, State Bar No. 65071
RSA@ARNSLAW.COM
Jonathan E. Davis, State Bar No. 191346
JED@ARNSLAW.COM
Steven R. Weinmann, State Bar No. 190956
SRW@ARNSLAW.COM
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

Jonathan M. Jaffe, State Bar No. 267012
JMJ@JAFFE-LAW.COM
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel: (510) 725-4293
Fax: (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FACEBOOK, INC., a corporation; and DOES 1-100,

Defendants.

**Case No. CV 11-01726 LHK PSG**

**PLAINTIFF SUSAN MAINZER'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S INTERROGATORIES**

**SET ONE**

Courtroom: 8
Judge: Hon. Lucy H. Koh
Trial Date: December 12, 2012

tabs that used to exist on that page. It may have been in 2008, but Plaintiff can't recall exactly when. She does not recall reading the Terms of use, the Privacy Policy, or the Principles.

**INTERROGATORY NO. 2:**

DESCRIBE the circumstances under which YOU have "Liked" any content (including, without limitation, a product, service, website, brand, organization, celebrity, musician, band, event, Facebook Page, or other content) on Facebook.com including, with respect to each piece of content "Liked," the date(s) YOU "Liked" the content, a description of the content "Liked," whether YOU "Liked" the content through FACEBOOK's website or a third-party website, and all the reason(s) YOU "Liked" the content, including whether you "Liked' the content in order to inform your FACEBOOK Friends that you liked the content.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff objects to this Interrogatory as compound and consisting of at least five subparts. Plaintiff objects to the lack of a time frame on grounds of relevance and undue burden. Plaintiff also objects to the Interrogatory as overbroad and unduly burdensome. Subject to those objections and the General Objections, Plaintiff responds as follows:

Plaintiff uses the Facebook "Like" button frequently. Plaintiff's reasons fall into one of the following general categories: For self-promotion for her business, to promote a client's business, to promote a cause, and for affinity. A list of the specific items she "liked" on Facebook, arranged by category, is attached as Exhibit 1 hereto. The times listed for each is not possible for Plaintiff to recall, or to reasonably discern from information available to her.

**INTERROGATORY NO. 3:**

DESCRIBE the PRIVACY SETTINGS in place for YOUR Facebook.com account(s)

2011, or will be produced by December 19, 2011. All such shared content was for the purpose of promoting Plaintiff's business interests.

**INTERROGATORY NO. 14:**

Describe all COMMUNICATIONS YOU have had with any of YOUR "Friends" on Facebook regarding the display of YOUR NAME, LIKENESS, and/or profile picture in connection with a Sponsored Story.

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiff objects to this Interrogatory as vague and ambiguous in that it is not clear whether the "communication" is to have been made "on" Facebook, or if " "'Friends' on Facebook" is meant to describe persons who have the status of "Friend" on Facebook. Subject to those objections and the General Objections, Plaintiff responds as follows: Plaintiff had the following communications with persons who are her "Facebook friends": Plaintiff had no such discussions, apart from with Counsel in this matter and with her spouse; the initial response to this Interrogatory interpreted the question more broadly than "Facebook" friends, and Plaintiff has had no discussions with "Facebook" friends regarding the display of her NAME, LIKENESS, and/or profile picture in connection with a Sponsored Story.

ROBERT S. ARNS
JONATHAN E. DAVIS
STEVEN R. WEINMANN
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

JONATHAN M. JAFFE
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 941705
Tel: (510) 725-4293
Fax: (510) 868-3393

Attorneys for Plaintiffs

# EXHIBIT 1

| Interests | Self-promotion of my business | Promote a client's business | Promote a cause | Affinity |
|---|---|---|---|---|
| global tolerance | | | x | |
| A Tribute to Roscoe Mitchell at the Angel City Jazz Festival | x | x | | x |
| Angel City Jazz Expands to Echoplex | x | x | | x |
| HelpersUnite.com | | | x | |
| The Colburn School | | x | | |
| blue whale | | x | | |
| Destination Guide Los Angeles | | | | x |
| Yoga Day L.A. | | | x | x |
| CMJ Music Marathon | | | | x |
| 101 Things I Love | | | | x |
| IreneLAVAjewels | | | | x |
| Screenwriting Expo | | x | | |
| Asbarez News | x | x | | |
| Skid Row | | | x | |
| graph | | | x | |
| your Decolletage | | | | x |
| Non-Profits on Facebook | | | x | x |
| Sports Interaction | x | | | |
| Shareable | | x | | |
| Ford Theatres | | x | | |
| Transition Los Angeles | | | x | x |
| Kenya' | | | x | |
| ROCKAHOLICZ.COM | x | x | | |
| Gibrahayer EMagazine | x | x | | |
| Rachel Kane | | | | x |
| for Good Cause | x | x | | x |
| Cirque Berzerk | | x | | |
| No Tomatoes Truck | | x | | |
| Posh Boy Records | | x | | |
| Billy Vera | | x | | |
| Rhino Records Pop Up Store | | x | | |
| MusiCares | | x | x | |
| Roger Steffens | | x | | |
| Synaptic Fusion Entertainment | | | | x |
| Ellen Page | | | x | x |
| E & K Vintage Wood | x | | | |
| Farmer's Market? | | | x | |

| | | | | |
|---|---|---|---|---|
| Contact Conference 2011 | | x | | |
| La Opus | x | | | |
| Runyon Canyon YOGA | | | | x |
| giveaway | | | | x |
| NextAid 5Alive Campaign for Maternal Health | | | x | |
| Bite Me! Music + Fashion | x | | | |
| Rhino Records Pop Up Store | | x | | |
| Personal Kanban | | x | | |
| Angel City Arts | | x | | x |
| Revigor | | x | | |
| Contact Summit | | x | | x |
| RootsAction | | | x | |
| MOONSTICKER.COM / JUMP ON STAGE | x | | | |
| Primrose Organics Salon and Boutique | | | x | x |
| The OPEN Daily | x | x | x | x |
| National Association of Free Clinics | | x | x | |
| Beatport | x | x | x | |
| Big Shot Magazine | x | x | x | |
| Wells Bring Hope | | x | x | |
| The Steve And Johnnie Show | | | | x |
| Unfriend Coal | | | x | |
| JazzReach, Inc. | | x | x | |
| Residents a Taste | x | x | | |
| Upward Dog | x | | | |
| Bottom Floor | | | x | |
| Protect Your Right to Dance: Anti-AB 74 | | | x | |
| Balls for Obama | | | x | |
| Protect Hollywood Farmers Market | | | x | |
| Esai Morales | | x | | |
| Jel-O Party People | | x | | |
| dream prosperity | | x | | |
| NextAid | | x | x | x |
| The Causemopolitan | | | x | |
| YogaWorks | | | | x |
| Rally to Restore Sanity: Los Angeles | | | x | |
| KSL Media | | x | | |
| TECHNIQUE | | x | | x |
| the Arts Noticed | | x | | |
| tAN | | x | | |
| Pittsford Sutherland High School Class of 1986 | | | | x |
| Tender Greens | | | | x |
| Gato (Drums & Percussion) | | | | x |
| Los Angeles Times Entertainment | x | x | x | x |

| | | | | |
|---|---|---|---|---|
| Lacey IQ | | | | x |
| Musicians Institute | | x | | |
| Barnsdall Art Park | | x | | x |
| LACMA Los Angeles County Museum of Art | | x | | x |
| REDCAT - Roy and Edna Disney/CalArts Theater | | x | | x |
| Ed Ruscha | | x | | x |
| Blanche Agency | | x | | x |
| The Girl Effect | | x | x | x |
| Royal/T Cafe | | x | | x |
| JazzCrowd | | x | | |
| Terry Goddard | | | | x |
| Artisfactions | x | x | x | |
| CELEBRITY SOCIETY MAGAZINE | x | x | x | |
| Calendar of Non-profit Events | x | x | x | |
| Giant Step | | x | | |
| Jackson Galaxy Cat Behaviorist | | x | | |
| Tia's Bakery | | x | | |
| StepUpFanatic | | | x | |
| Which Way LA? | x | x | | |
| Substrate Contemporary Fine Art | | x | | |
| Marc Labrie Photography | | | | x |
| Boycott BP | | | x | x |
| multiform media | | | | x |
| Joyful Activist | | | x | x |
| Homeboy Industries | | | x | x |
| 1 Million Strong Against Prop 16 | | | x | |
| with 1 Millionth the Budget of PG&E!!! | | | x | |
| Women of the Green Generation | | x | | x |
| SomaFM | | | | x |
| Ambient Groove | | | | x |
| Vote No On Prop 16 June 8th | | | x | |
| Jewcy.com | | x | | |
| Shana Nys Dambrot | x | | | x |
| kate romero photography | | x | | x |
| Not In Our Town | | x | x | |
| Liberty Hill Foundation | | x | x | |
| Flavorpill | x | x | x | |
| Cake Poker - Official Page | | x | | |
| Free Agent Source | | x | | |
| UNICEF USA | | | x | |
| Ante Up for Africa | | | x | |
| ChinaShop | x | | | |
| Join the Coffee Party Movement | | | x | |

| | | | | |
|---|---|---|---|---|
| Chögyam Trungpa Rinpoche | | | | x |
| Ben Is Dead Magazine | | | | x |
| Save the Los Angeles Public Library! | | | x | |
| The Daily Swarm | x | | | |
| KeroseneBomb Publishing | | x | | |
| Hobotech | | x | | x |
| CalvinAyre.com | | x | | |
| Evolver Social Movement | | | x | x |
| Adrenaline PR | | | | x |
| Michelle Obama | | | x | |
| KINGKA | | x | | |
| Mark Farina | | x | x | |
| Manifest Equality | | | x | |
| Dj Vordo | | | | x |
| The Art of Elysium | | | x | |
| PROVISIONS (for life) Comfort Food And Catering | | x | | |
| Your Flesh Mag Dot Com | x | x | x | |
| dancemusic.about.com | x | x | x | |
| Amy Nadine Beauty | | | | x |
| Giant Robot Magazine | x | x | x | |
| TheLuxurySpot.com | x | x | x | |
| Black Cat Art Gallery | | x | | |
| AI FOR AI | | | | x |
| Talking Eyes Media | | | | x |
| URB Magazine | x | x | x | |
| monday social | | | | x |
| mondomedeusah creative | x | x | x | |
| Digital Family | | x | | |
| Artivist Film Festival | | x | | |
| earbender | | | | x |
| Adrianne Curry | | x | | |
| GiantRobot | x | x | x | |
| Wicked PR | | | | x |
| Students for Sensible Drug Policy | | | x | x |
| Media Leaders | x | | | |
| Gaia | | | x | |
| Killahbeez | | | | x |
| Lama Surya Das | | | | x |
| Kopali Organics | | | | x |
| Whole Life Times | x | x | x | x |
| Violeta Villacorta | | | | x |
| dineLA | | | | x |
| KidTribe | | | x | |

| | | | | |
|---|---|---|---|---|
| Mining The Landfill | x | x | x | |
| GOOD | x | x | x | |
| Your Daily Thread | x | x | x | |
| TheGreenGirls.com | x | x | x | |
| Om Records Official Facebook Page | | | x | x |
| Los Angeles | | | | x |
| Eric Garcetti | | | | x |
| Peter Shankman | | | | x |
| Editorial Emergency, LLC | | | | x |
| Cultivated Wild Mushrooms | | | | x |
| Cliché Magazine | x | x | x | |
| Los Angeles Times Festival of Books | x | x | | x |
| Mushrooms | | | | x |
| Cliché Magazine | x | x | x | x |
| Los Angeles Times Festival of Books | x | x | | x |
| Kooper | | | | x |
| Stories Books & Cafe | | x | | |
| Q-Burns Abstract Message | | | | x |
| Shout! Factory | | x | | |
| EMILY's List | | | x | |
| Nebraska Sustainable Agriculture Society | | | x | |
| Jerry Brown | | | x | x |
| Appoint Dean for HHS! | | | x | |
| Help A Reporter | | | | x |
| cats | | x | | |
| Create:Fixate | | x | | x |
| The Echo | | x | | |
| The Red Ribbon Army | | | x | |
| all the wrong people have self-esteem | | x | | |
| bang. Comedy Theatre | | x | | |
| Scott Kleeb | | | x | |
| MoveOn.org | | | x | |
| Support The Monks' Protest In Burma | | | x | |
| papermag | x | | | |
| KCRW | x | | | |
| Romanesco | | | | x |
| NextAid | | | x | |
| Democratic GAIN | | | x | |

| **Music** | **Self-promotion of my business** | **Promote a client's business** | **Promote a cause** | **Affinity** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Tigran Hamasyan official page | x | x |
| Shutz Vtet | x | |
| Digital Cutup Lounge | x | x |
| Alex Cline | x | |
| Rudresh Mahanthappa | x | |
| The Kandinsky Effect | x | |
| Satoko Fujii | x | |
| Horace | x | |
| Tapscott and the Pan Afrikan Peoples Arkestra | x | |
| Edmar Castañeda | x | |
| Otmaro Ruíz | x | |
| Nick Mancini | x | |
| Ani DiFranco | x | |
| Todd Sickafoose | x | |
| DJ Spooky | x | |
| Burkina Electric | x | |
| Larry Karush | x | |
| Simplexity | x | x |
| The Necks | x | x |
| Roxy Music | x | x |
| The Fling | x | |
| He's My Brother | x | |
| She's My Sister | x | |
| Wayne Kramer | x | |
| Trotsky Icepick | x | |
| Post-War Quartet | x | |
| Alain Johannes | x | |
| Queens of the Stone Age | x | |
| Susan James | x | |
| Gaby Moreno | x | |
| Little Willie G | x | |
| Vaud and the Villains | x | |
| The Crowd | x | |
| Channel 3 | x | |
| Peter Himmelman | x | |
| Emily Lacy | x | |
| the jigsaw seen | x | |
| Kim Shattuck | x | |
| Fat City Reprise | x | |
| Symbol Six | x | |
| Wild Records | x | |
| Luis and the Wildfires | x | |

| | | |
|---|---|---|
| Peter Himmelman's Furious World | x | |
| Avi Buffalo | x | |
| The Balancing Act | x | |
| Evie Sands | x | |
| The Lions | x | |
| Vicki Peterson | x | |
| Patrolled By Radar | x | |
| The Muffs | x | |
| Aaron Nigel Smith | x | |
| Guitar Center | x | |
| Thelonious Monster | x | |
| The Colour Thirteen | x | |
| The Colour Thirteen | x | |
| by TheColourThirteen | x | |
| The Red Quartet | x | |
| J786 | x | |
| Cryptogramophone | x | x |
| John Abercrombie | x | |
| Kneebody | x | |
| Nels Cline | x | |
| Wadada Leo Smith | x | |
| Ravi Coltrane | x | |
| Dwight Trible | x | |
| Henry Grimes | x | |
| Gavin Hardkiss aka Hawke | | x |
| Richie Hawtin (official page) | | x |
| Inquiri | x | |
| Electronic Minimal Techno | | x |
| MIA | | x |
| Ambient music | | x |
| Lily Allen | | x |
| Experimental music | | x |
| Lady Sov | | x |
| DJ Lillyanne | | x |
| Electric Skychurch | | x |
| EarthRise SoundSystem | | x |
| The Smart Set | | x |
| Whatabout Music | | x |
| Dean De | | x |
| Benedictis | | x |
| The Blue Agave | | x |
| THE MEEK | | x |
| Glycerin | | x |

| Pharoah Sanders | | | | x |
|---|---|---|---|---|
| Z Trip | | | | x |
| Perry Farrell | | | | x |
| Exist Dance Records | | | | x |
| Simply Jeff | | | | x |
| [a]pendics.shuffle | | | | x |
| R/D | | | | x |
| Bryan Ferry (Official) | | | | x |
| RootHub | | | | x |
| dj zhao | | | | x |
| Plug Research Records | | | | x |
| John Beasley | | x | | |
| Thelonious Dub | | x | | |
| POWERTOOLS MIXSHOW | x | | | |
| Massive Attack | | | | x |

| TV Shows | Self-promotion of my business | Promote a client's business | Promote a cause | Affinity |
|---|---|---|---|---|
| **TV Shows** | | | | |
| The Daily Show | | | | x |
| Battlestar Galactica | | | | x |
| The Sopranos | | | | x |
| Breaking Bad | | | | x |
| Colbert Report | | | | x |
| Big Love | | | | x |
| The Tudors | | | | x |
| Weeds | | | | x |
| CSI | | | | x |
| NBC | | | | x |
| Mad Men | | | | x |
| NUMB3RS | | | | x |

| Movies | Self-promotion of my business | Promote a client's business | Promote a cause | Affinity |
|---|---|---|---|---|
| **Movies** | | | | |
| Creative Screenwriting Magazine | | x | | |
| Vanishing of the Bees | | | | x |
| Bulletproof Entertainment | | | | x |
| Blade Runner | | | | x |

| | | |
|---|---|---|
| Repo Man | | x |
| Night of Pan | x | |
| La MISSION | x | |
| 7th Art | x | |
| Releasing | x | |
| Help Wanted | x | |