# EXHIBIT R

TO DECLARATION OF MATTHEW D. BROWN
IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**[PROVISIONALLY SUBMITTED UNDER SEAL]**