# EXHIBIT R

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**[PROVISIONALLY SUBMITTED UNDER SEAL]**