# EXHIBIT S

## To Declaration of Matthew D. Brown in Support of Facebook, Inc.'s Opposition to Plaintiffs' Motion for Class Certification

**[PROVISIONALLY SUBMITTED UNDER SEAL]**