# EXHIBIT Y

## TO DECLARATION OF MATTHEW D. BROWN
## IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION
## TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PROVISIONALLY SUBMITTED UNDER SEAL]