# EXHIBIT BB

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PUBLIC REDACTED VERSION]

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4                       ---o0o---
 5
 6   ANGEL FRALEY; PAUL WANG, et   )
 7   al.,                          )
 8          Plaintiffs,            )
 9     vs.                         )   No. CV-11-01726LHK
10   FACEBOOK, INC., a             )
11   corporation; and Does 1-100,  )
12          Defendants.            )
13   _____ )
14
15
16        VIDEOTAPED DEPOSITION OF FERNANDO TORRES
17              WEDNESDAY, APRIL 11, 2012
18
19
20
21
22   Reported by: KELLI COMBS, CSR NO. 7705
23   Job No. SF141744
24   PAGES 1 - 280
25
```

Page 2

```
 8      Deposition of FERNANDO TORRES, taken on behalf of
 9  Defendants, at THE ARNS LAW FIRM, 515 Folsom Street, 3rd
10  Floor, San Francisco, California, commencing at 10:11
11  a.m., Wednesday, April 11, 2012, before Kelli Combs, CSR
12  7705.
```

Page 4

```
 1                FERNANDO TORRES,
 2   after having been duly sworn, testified as follows:
 3                    ---o0o---
 4
 5                                              10:03:28
 6      THE VIDEOGRAPHER:  Good morning.  We're on
 7  the record at 10:11 a.m., on April 11th, 2012.  This
 8  is the video recorded deposition of Fernando Torres.
 9  My name is Shawn Phillips, here with our court
10  reporter Kelli Combs.  We're here from Veritext    10:11:55
11  National Deposition and Litigation Services, at the
12  request for Defendant.
13      This deposition is being held at 515
14  Folsom Street in San Francisco.  The caption of this
15  case is Angel Fraley, Paul Wang, et al., v.        10:12:10
16  Facebook, Incorporated, a corporation, and Does 1
17  through 100, case number CV-11-01726LHK.
18      Please note that the audio and video
19  recording will take place unless all parties agree
20  to go off the record.  Microphones are sensitive and 10:12:32
21  may pick up whispers, private conversations and
22  cellular interference.
23      At this time, will counsel and all present
24  identify themselves for the record?
25      MR. ARNS:  Robert Arns, for Plaintiffs.     10:12:45
```

Page 3

```
 1  APPEARANCE OF COUNSEL:
 2
 3  FOR PLAINTIFFS:
 4      THE ARNS LAW FIRM
 5      BY:  ROBERT S. ARNS, ESQ.
 6           KEVIN M. OSBORNE, ESQ.
 7           STEVEN WEINMANN, ESQ.
 8      515 Folsom Street, 3rd Floor
 9      San Francisco, California 94105
10      (415) 495-7800
11      rsa@arnslaw.com
12      kmo@arnslaw.com
13  FOR DEFENDANTS:
14      COOLEY, LLP
15      BY:  JEFFREY GUTKIN, ESQ.
16      101 California Street, 5th Floor
17      San Francisco, California 94111
18      (415) 693-2026
19      jgutkin@cooley.com
20
21  Also present: Shawn Phillips, Videographer
22  Sandeep Solanki, In-House Counsel for Facebook
```

Page 5

```
 1      MR. OSBORNE:  Kevin Osborne, for          10:12:50
 2  Plaintiffs.
 3      MR. WEINMANN:  Steven Weinmann, for
 4  Plaintiffs.
 5      MR. GUTKIN:  This is Jeff Gutkin from the  10:12:54
 6  Cooley firm, appearing for Defendant Facebook,
 7  Incorporated.
 8      MR. SOLANKI:  Sandeep Solanki, for
 9  Facebook.
10      THE VIDEOGRAPHER:  Thank you.              10:13:05
11      The witness will be sworn in and we can
12  proceed.
13      (Deponent sworn.)
14               EXAMINATION
15  BY MR. GUTKIN:
16      Q   Good morning, Mr. Torres.
17      A   Good morning.
18      Q   Again.  My name is Jeff, and I'll be
19  asking you some questions today.
20      Have you been deposed before?              10:13:26
21      A   Yes, I have.
22      Q   How many times?
23      A   Four.
24      Q   Four times.
25      And were all of those in connection with   10:13:31
```

## Page 94

```
 1        THE VIDEOGRAPHER: This marks the    12:57:06
 2   beginning of Disk 3 in the deposition of Fernando
 3   Torres. The time is 1:42 and we're on the record.
 4   BY MR. GUTKIN:
 5      Q   Mr. Torres, I'd like to just spend some    01:42:40
 6   time kind of talking through the formula and the
 7   derivation of the formula that you describe in your
 8   declaration.
 9          Would it be correct to say that the
10   purpose of the formula that you describe is to allow   01:42:55
11   you to compute the portion of Facebook revenue
12   earned from sponsored stories that you believe is
13   attributable to the use of users' names and profile
14   pictures in those stories?
15      A   Yes, to calculate what's attributable to   01:43:13
16   the friend endorsement.
17      Q   And that's what you refer to as
18   incremental revenue or IR, correct?
19      A   Yes.
20      Q   And it's the difference between the    01:43:28
21   revenue generated by the sponsored story and the
22   revenue that would have been generated by the
23   hypothetical ad that would have run in its place if
24   Facebook didn't show the sponsored story; is that
25   correct?    01:43:40
```

## Page 95

```
 1      A   Yes.    01:43:42
 2      Q   And so that incremental revenue would --
 3   should, in your view, be the difference between what
 4   Facebook earned from running the sponsored story and
 5   what it would have earned if it had not run the    01:43:53
 6   sponsored story?
 7      A   Correct.
 8      Q   And the formula that you propose to use to
 9   calculate the IR is -- we'll start with kind of the
10   simple version and -- to make sure if I'm getting it   01:44:08
11   wrong.
12          You take the actual revenue that Facebook
13   earned from sponsored stories and multiply it by one
14   minus F, correct?
15      A   Yes.    01:44:27
16      Q   Okay.
17          And it's the -- so it's that actual
18   revenue or AR times one minus F which equals the IR
19   which is equal to the plaintiffs' damages, a class
20   member's damages, I should say.    01:44:45
21      A   Yes. So just to be clear, the
22   incremental revenue would be the cost per click
23   times the click-through rate of sponsored stories
24   times one minus the factor that relates
25   click-through rates of standard ads with respect to   01:45:01
```

## Page 96

```
 1   sponsored stories ads.    01:45:08
 2      Q   Okay.
 3          So let me just break that answer into two
 4   pieces.
 5          I was saying in my first kind of simplest    01:45:14
 6   expression of the formula you're using that it's the
 7   actual revenue times one minus F, and you said the
 8   actual revenue is equal to the cost per click times
 9   the click-through rate?
10      A   Yes.    01:45:33
11      Q   If I told you this sponsored story ad
12   campaign earned Facebook $500, you wouldn't need to
13   use the cost per click and click-through rate,
14   right? You could just say it's $500 times one minus
15   F equals the incremental revenue?    01:45:46
16      A   Correct.
17      Q   Okay.
18          And then also in your answer, you were
19   just saying that F -- what F reflects is the ratio
20   of the CTR of some comparison ad to the sponsored    01:46:01
21   story, correct?
22      A   Yes.
23      Q   So it's the click-through rate of the
24   comparison ad divided by the click-through rate of
25   the sponsored story gives you the F value?    01:46:17
```

## Page 97

```
 1      A   Yes.    01:46:19
 2      Q   Okay.
 3          And I think you also said in your report
 4   that one minus F represents the fraction of Facebook
 5   revenue that's not attributable to conventional ad    01:46:29
 6   effectiveness, correct?
 7      A   Correct.
 8      Q   Okay.
 9          So let's -- we started talking about this
10   earlier, but it's an area that I'm going to have    01:46:39
11   to -- you and I probably will have to talk about for
12   a while.
13          Let's start, first of all, with you
14   explaining to me what is the hypothetical comparison
15   ad and, you know, how will you determine the    01:46:53
16   click-through rate for the ad or ads that you'll
17   need to use for your formula?
18      A   Okay. The comparison ads, like in any
19   other hypothetical benchmark that is used to
20   analyze damages, such as in copyright, trademarks,    01:47:24
21   rights of publicity or patents, and intellectual
22   property, in general, would be an ad that is
23   comparable in all the characteristics except the
24   ones that are of interest.
25          Now, those ads are not typically run by    01:47:49
```

Page 102

```
1   methodology in intellectual property damages         01:54:17
2   calculations is to find -- go up in the next level
3   of abstraction and find a suitable comparability
4   selection of what's the comparable universe to that.
5        I think the best example is in patent           01:54:35
6   damages calculations.  Patents, by definition, have
7   to be unique and innovative, so there's no
8   unpatented technology that's exactly the same.  To
9   calculate damages or reasonable royalties, experts
10  rely on widening the net of the types of royalty     01:54:55
11  rates they look at for comparable transactions,
12  comparable licensing agreements, and there's a
13  series of comparability criteria that are commonly
14  used to establish how wide the universe you're going
15  to use as a benchmark to draw the comparison.        01:55:17
16       So this F in this methodology would be
17  calculated based on those, you know, generally
18  accepted methods of deriving a comparison.
19  BY MR. GUTKIN:
20   Q   Okay.                                            01:55:37
21       So looking at that patent example, would
22  you ever take all the patents from a particular
23  industry, like the automotive industry, and use that
24  as the benchmark to value, say, a group of 10,000
25  patents all as one -- all at once?                   01:55:55
```

Page 103

```
1    A   In that hypothetical question, I think         01:56:06
2   the problem is for that particular industry, there
3   are different areas of technology, and you wouldn't
4   have to go that wide as to benchmark on the
5   industry.  You can benchmark on electronics or      01:56:20
6   electronics applied to -- to consumer durables as
7   your benchmark if what you're doing is deriving the
8   context for a royalty rate for an electronic
9   component for a car.
10       So depending on the industry or depending      01:56:44
11  on the -- on the market segment one is considering,
12  it's the characteristics of the -- of the good, the
13  characteristics of the ad that would come into play
14  to derive, you know, what would be the proper
15  comparable or set of comparables.                   01:57:06
16   Q   So let me ask, sticking with that patent
17  in this patent context for a second, let's make the
18  industry more specific, like you said, electronics
19  parts for use in consumer durables, I think you
20  said.                                               01:57:28
21       In your -- have you ever valued a group
22  of, say, a thousand patents all in one fell swoop
23  using an industry comparison like that?
24   A   I did a review and I did my own
25  calculations for that review -- that's part of     01:57:50
```

Page 104

```
1   it -- of a portfolio of 1800 patents.  They were    01:57:52
2   subdivided into four groups by the broad
3   technology, and this was telecommunications, so
4   there were four generations of technology.  For
5   each of those groups, a royalty rate was -- was --  01:58:06
6   was determined based on comparables in the industry
7   for that generation of technology.
8    Q   And was that in a litigation or was that
9   like a valuation consulting work?
10   A   It was consulting for the IRS.  They were      01:58:22
11  considering litigation, I suppose, and they needed
12  a second opinion as to the value.
13   Q   Okay.
14       That's the value of a patent portfolio?
15   A   Of a patent portfolio.                         01:58:38
16   Q   So the 1800 patents were broken into four
17  separate groups?
18   A   By -- yes.
19   Q   In that particular case?
20   A   Yes.                                           01:58:47
21   Q   Now, would you do any analyses that you
22  suggest doing in your declaration, would they ever
23  disaggregate the analysis at more granularly than
24  the campaign level?  Such as at the user level?
25   A   No, I wouldn't -- wouldn't think so.           01:59:13
```

Page 105

```
1   There's-- because if you were to try to find the    01:59:16
2   proper comparable for a specific friend-endorsed
3   ad, you would have to find ads that referred to
4   that friend endorsing, right?
5        And even in the case of celebrities that       01:59:38
6   have a lot of endorsements, you always need to
7   place it in -- in -- in context because as you
8   narrow the field, you could be getting into an
9   agreement that has so many dimensions that are
10  outside of just the endorsement that it would be    01:59:56
11  very, very hard to derive a reliable value.
12   Q   So just to first clarify, you are not
13  proposing that you would ever go down to the user
14  level at its most granular, your method would be at
15  the campaign level?                                 02:00:16
16   A   For each -- we're not valuing the --
17  we're not comparing the click-through rate of a
18  friend of a specific individual.  It's the
19  click-through rate of a campaign, the click-through
20  rate of an ad campaign.  That ad campaign can be a  02:00:31
21  very specific one, one for an advertiser or one for
22  an industry or at the whole, you know, U.S. members
23  of Facebook level.  The click-through rate would
24  not be calculated per person, but each person would
25  have participated in a series of campaigns as part  02:00:54
```

**Page 106**

1   of the sponsored stories, so the aggregation of all   02:00:58
2   of those values from all the other ones, from all
3   the appearances would -- would be, you know -- link
4   to a specific member.  So each specific member of
5   the class has a number that's associated with them.   02:01:14
6   But it's not that there's an ad that would be a
7   comparable ad to add by X person.
8       Q   Okay.
9           Let me just unpack it a little.
10          The F value will not be specific to each   02:01:35
11  user, correct?
12      A   No.  The F factor is specific to
13  sponsored stories at the level of granularity that
14  is suitable for the data that's produced.
15      Q   So the F value could either be one F per   02:01:53
16  sponsored story campaign, one F per appropriate
17  industry subgroup or just one F for all sponsored
18  stories; is that correct?
19      A   Yes, as I sit here, that would be one --
20  you know, the thrust of how this could be   02:02:15
21  implemented in practice.
22      Q   Okay.  Are there any other --
23      MR. ARNS:  Is that your pen?
24      THE WITNESS:  No.
25

**Page 107**

1   BY MR. GUTKIN:
2       Q   Are there any other approaches to
3   computing the F that you, sitting here today,
4   contemplate doing or that you describe anywhere in
5   your declaration?   02:02:39
6       A   Excuse me, I didn't --
7       Q   Let me try again.  We're talking about a
8   complex subject and I'm not an economist.
9           So in terms of the level of specificity at
10  which F will be computed, are there any other   02:02:56
11  alternatives besides the three I just listed, one F
12  per campaign, one F per appropriate industry
13  subgroup and one F per all Facebook sponsored
14  stories?  Are there any other levels of specificity
15  that you contemplate using?   02:03:15
16      A   Well, yes.  There -- there could be -- it
17  could be different -- the F could be different by
18  the type of sponsored story ad, there being
19  different ways of generating those ads.
20      Q   Just to interrupt there, do you mean one F   02:03:32
21  for "Like" sponsored stories, one F for check-in
22  sponsored stories, one F for page-post "Likes"; is
23  that what you meant by that answer?
24      A   Yes, it is.
25      Q   Okay.  Go on.   02:03:44

**Page 108**

1       A   And, of course, the definition of an   02:03:47
2   industry could be different -- could be, you
3   know -- could be defined at different levels of
4   generality so, you know, that -- that would depend.
5       Q   So -- and just before I move on from this,   02:04:09
6   I want to make sure I have it right.
7           In order to do one F per sponsored story
8   ad campaign, you will need something in the data
9   that tells you for each sponsored story ad campaign
10  what the right comparison ad would be?   02:04:27
11      A   Yes.  For each impression of the story,
12  we should know or we expect to know who was
13  featured so we can attribute to that person, and
14  the cost per click and the click-through rate of
15  the campaign and information to calculate the   02:04:52
16  proper F, which depends on how it's being
17  produced -- you know, how specific the data is, it
18  would be the campaign, the industry, the type of
19  sponsored story ad, or it could be, you know, the
20  general average F for -- for the whole group.   02:05:16
21      Q   Okay.
22          I appreciate that answer.  I think maybe I
23  need to ask my last question again, though.
24          In order to do -- to calculate one unique
25  F value per sponsored story campaign, you would need   02:05:35

**Page 109**

1   the data to reflect, here is an appropriate   02:05:40
2   comparison ad, that is, you will not be able to hunt
3   for and find an appropriate comparison ad in every
4   case, correct?
5       A   Right.  There may not be an exact simile   02:05:57
6   of a campaign without the friend endorsement to do
7   a strict comparison.  We may have to, you know, use
8   a suitable comparable ad, and that may be at the
9   campaign level, at the industry level or beyond.
10      Q   Okay.   02:06:27
11          Now, even if you did it at the campaign
12  level, it's correct, isn't it, that the F you would
13  get would be the average F across all the users who
14  appeared in that campaign, correct?
15      A   Yes, that is correct because that's the   02:06:44
16  nature of fair market value.
17      Q   So let me just first make sure the answer
18  was yes, correct?
19      A   Yes.
20      Q   And now, if you would, please explain to   02:06:55
21  me what you mean by "that's the nature of fair
22  market value"?
23      A   Because it's the market that -- it's in
24  the market that the value is determined by the
25  interaction of supply and demand, and that price,   02:07:09

```
 1   that's the -- the cost per click reflects that,    02:07:13
 2   that interaction.
 3         So a specific ad, a specific impression
 4   of one ad may not be representative of the market
 5   value of that specific ad.                          02:07:30
 6         Gathering the information for a
 7   sufficient number of ads, whether they relate to a
 8   campaign or another grouping, allows you to reflect
 9   a more representative number for the parameters
10   that we're considering, such as click-through rates 02:07:53
11   and the cost per click.
12     Q   Would you agree with me that at the
13   individual user level, there could be users whose
14   endorsement actually has a neutral effect on
15   click-through rate or a negative effect on          02:08:18
16   click-through rate?
17     A   Yes, each individual impact on their
18   social network is most likely different, yes.
19     Q   Okay.
20     A   But that's why we look at the detailed    02:08:38
21   information to -- to -- to calculate those -- you
22   know, the appropriate click-through rates for the
23   group.
24     Q   Right.
25         You look at the detailed information to  02:08:50
                                                   Page 110
```

```
 1   calculate the appropriate click-through rate for the 02:08:52
 2   group, which is sort of -- it's the average of the
 3   appropriate click-through rates of each user in the
 4   group?
 5     A   Correct.                                  02:09:06
 6     Q   And if you were to aggregate at the
 7   industry level, is it correct that the F factor you
 8   would determine would be the -- represent the
 9   average value of the endorsement of all users who
10   appeared in a sponsored story that was within that  02:09:28
11   industry?
12     A   Yes, that would be the goal to have -- to
13   calculate the F that would reflect the market value
14   of the friend endorsement in which they
15   participated.                                       02:09:52
16     Q   Sitting here today, what do you know about
17   the different industry groups that would be
18   appropriate to use?
19     A   Well, there are industries that have
20   higher click-through rates because the nature of    02:10:04
21   their ads or the nature of their products lends
22   itself more or less to an immediate reaction by the
23   consumer.  You know, that's -- that's the main --
24     Q   Well, so before I ask a follow-up, just to
25   clarify that, so you're saying a sponsored story for 02:10:29
                                                   Page 111
```

```
 1   a movie might have higher click-through rates than a 02:10:34
 2   sponsored story for a airline jet, for example; is
 3   that right?
 4     A   You mean for an airline or for the sale
 5   of the jet.                                         02:10:55
 6     Q   For the purchase of a jet.
 7     A   Sure.  I mean, those would be two
 8   extremely different products.
 9     Q   Yeah.  So maybe that was a bad example,
10   but I was trying to understand what you meant by   02:11:07
11   your last answer, that there are certain products
12   where they're, you know, available for immediate
13   purchase versus other things.
14     A   So, for example, in promoting advertising
15   or marketing a movie, a studio -- what they         02:11:23
16   basically need is to get the name of the movie
17   across, get some positive attributes that link to
18   that movie, and the person needs to go out and
19   physically go and see the movie.
20         So that's a totally separate thing.        02:11:40
21   They're not going to go to the movie by clicking on
22   any -- on that particular ad from the studio as
23   opposed to, maybe, applying for a credit card where
24   the link in the sponsored story ad can take you to
25   a landing page that's an application for that       02:12:02
                                                   Page 112
```

```
 1   credit card.                                        02:12:04
 2     Q   Okay.
 3         Do you know if -- if there can or cannot
 4   be multiple types of sponsored stories run within
 5   the same campaign?                                  02:12:17
 6     A   My recollection from the -- the research
 7   that I did is it may be possible to specify it.
 8   There is -- there's different ways of defining a
 9   campaign, also.  So from a marketing or from the
10   advertiser's perspective, they might have a         02:12:44
11   campaign to promote, let's say, a video game.  From
12   Facebook advertising's perspective, there may be
13   different campaigns you can set depending on what
14   features of the -- of the product you're featuring,
15   because each campaign can have a different budget,  02:13:02
16   a different cost per click or a different cost per
17   thousand bid, you know.  There's different ways of
18   defining it.
19         So there's a campaign as defined within
20   the actual purchase of the advertising product and  02:13:17
21   a campaign from a economic or advertiser's point of
22   view.
23     Q   Going back to my question about the
24   industries, have you yet seen any of the data you
25   would need to analyze in order to determine whether 02:13:36
                                                   Page 113
```

```
 1  there's ten industry subgroups versus a thousand  02:13:39
 2  industry subgroups that you would need to examine?
 3      A   No, I haven't seen enough data to
 4  conclude that.
```



```
 5  that's -- that's why we would need to classify them  02:15:35
 6  in a broader -- you know, in a broad group.
 7          It may be the case that a lot of ads are
 8  being purchased through -- through agency products
 9  or software products that purchase ads.  So, you
10  know, there's not a direct link that Facebook has.   02:15:55
11  So I would expect that, you know, there may be --
12  there may be those kinds of problems with the data
13  that is produced.
14          The way to deal with it is that the
15  methodology is still sound and is still valid; just  02:16:13
16  need to adapt to the practical application of the
17  information.
18      Q   Well, you're just telling me that you can
19  adapt.  So if I've got a group of 100 million
20  sponsored story impressions where they are all      02:16:28
21  purchased by Johnson & Smith Ad Agency, how will you
22  classify those into any industry or otherwise break
23  them down?
24      A   We -- you know, with that information as
25  set out in that hypothetical that you -- that you    02:16:47
```

Page 114 / Page 115

```
 1  expressed, there is not enough -- not enough        02:16:53
 2  information to do that and, therefore, a general F
 3  factor would apply.
 4      Q   So for that group, let's say that across
 5  the 2011 sponsored stories, there are a billion     02:17:10
 6  sponsored stories purchased by ad agencies.  You're
 7  saying you would just group together for that F
 8  calculation all of the sponsored stories purchased
 9  by those ad agencies?
10      A   Yes.  The method would have to be applied   02:17:31
11  within the limitations of the data produced.
12      Q   And you don't know, sitting here today,
13  whether this is -- this question about ad agencies
14  is going to be a problem for 5 percent of the data
15  or 75 percent of the data, correct?                 02:17:48
16      A   I don't know for a fact exactly, you
17  know, how big of a problem it could be.
18      Q   Okay.
19          For the things that are not -- let's even
20  say not for ad agencies, is it your intent to get a 02:18:02
21  list of every sponsor of a sponsored story and then
22  put those into industry groups that you will deem
23  appropriate?
24      A   We would -- in that sense, if that
25  information is identifiable by sponsor ad, that     02:18:25
```

Page 116

```
 1  would be in the database so the software will be    02:18:31
 2  able to classify them if we have enough
 3  information.  So by running through the database,
 4  they would classify it one way or the other.
 5      Q   I'm sorry, I just missed the very end of   02:18:51
 6  what you said.
 7          What database or soft- -- I think you said
 8  "software."
 9          What software is going to tell you how to
10  correctly classify the following sponsored story    02:19:02
11  purchasers:  Wal-Mart, Warrior Dash, Popcorners,
12  Mormon.org, the Democratic Party and Michelle
13  Bachmann?
14      A   The software is not going to tell me how
15  to classify.  We would use software to run through  02:19:22
16  the database, and the criteria would be set from
17  outside, right?
18          So based on an initial examination of the
19  data of what is being produced, criteria would be
20  set up to say, well, if the sponsored ad is linked  02:19:42
21  only to an agency, use the general F.  If the
22  sponsored ad is linked just to an industry, use
23  that industry's F, and if the sponsored ad is
24  linked to a specific advertiser, maybe use that
25  specific advertiser's F, if it exists.    02:20:01
```

Page 117

Pages 114 to 117

**Page 134**

1  millions of people where their endorsement has no     02:43:03
2  effect on click-through rate or a negative effect on
3  click-through rate, could be; do you agree?
4      MR. ARNS: Objection; asked and answered,
5  argumentative.                                        02:43:13
6      THE WITNESS: Again, I think there's
7  likely to be a percentage. I would not expect it to
8  be high, you know, a very high number because that
9  would mean that overall, if you take an average, the
10 effectiveness of sponsored stories would be low.      02:43:31
11     All indications are that the effectiveness
12 of sponsored stories ads is high and, in fact,
13 that's really the -- one of the main goals of
14 advertising through a social network.
15 BY MR. GUTKIN:
16     Q   So it could be, you expect it to be a low
17 percentage, and that means what, 10 percent or less?
18 Your best estimate.
19     MR. ARNS: Object; lack of foundation.
20     THE WITNESS: I would agree that           02:44:01
21 10 percent or less would be a low percentage.
22 BY MR. GUTKIN:
23     Q   Okay.
24     The number of individual people where
25 their endorsement has zero or negative effect on      02:44:07

**Page 135**

1  click-through rate, you agree it's reasonable to say   02:44:11
2  5 to 10 percent?
3      A   I would expect that number to be within
4  that range, probably. I don't have -- it's not the
5  subject of what I analyzed, and I haven't seen         02:44:23
6  enough information to derive an opinion on that.
7  So it's my expectation that, yeah, it could be
8  around that number because it's a number that does
9  not dominate the whole universe.
10     Q   Okay.                                 02:44:41
11     How would you test if it's 5 percent,
12 10 percent, 15? Is there any part of what you're
13 proposing to do that would test for how many
14 individual users their effect on click-through rates
15 is zero or negative?                                   02:44:56
16     A   In -- the methodology considers the fact
17 that there's variations in the effectiveness of
18 some of the friend endorsements by using averages.
19 And averages are the device that are used to negate
20 the effect of those outliers.                          02:45:28
21     My expectation is that this fringe
22 hypothetical you're proposing is not going to be
23 representative of the situation, because all the
24 sampling, all the experiments and Facebook's own
25 advertising and declarations in the media, I mean,     02:45:50

**Page 136**

1  show and say and purport that sponsored stories ads   02:46:01
2  are more effective than standard ads, sometimes
3  two-and-a half times more effective. So if there
4  are people who term turn -- who turn potential
5  customers away, they're probably very, very few.      02:46:27
6      Q   In the 5 to 10 percent range?
7      MR. OSBORNE: Misstates testimony.
8      THE WITNESS: I really think that when we
9  see the data, we'll probably see that if we could
10 measure that, it would be around there.               02:46:44
11 BY MR. GUTKIN:
12     Q   But let's go one step at a time.
13     There's nothing in your declaration that
14 shows any way that you will measure the endorsement
15 power of users, correct? Individual users?           02:46:55
16     A   The methodology measures the damages
17 based on the fair market value of friend
18 endorsements, and it doesn't depend on a -- on an
19 evaluation on an ad-by-ad basis, which can't be
20 done.                                                 02:47:24
21     Q   Well, that wasn't my question. It was --
22 there's nothing in your methodology, and if there
23 is, then point me to it.
24     There's nothing in your methodology that
25 determines whether any individual user has a         02:47:35

**Page 137**

1  positive, a zero or a negative effect on              02:47:38
2  click-through rates for the sponsored stories they
3  appear in; do you agree?
4      MR. ARNS: Object; argumentative.
5      THE WITNESS: I don't agree in the sense     02:47:50
6  that to the extent that phenomenon would impinge on
7  the numbers is reflected in the click-through rate
8  of the sponsored stories.
9  BY MR. GUTKIN:
10     Q   So you said before that the averages    02:48:03
11 negate these outliers. And what you mean by that is
12 that when you average together a group of users,
13 then these outliers, you can't see them anymore if
14 the group results in a higher click-through rate as
15 compared to the comparison ad; then that's the       02:48:23
16 number you use for everyone in the group, including
17 the outliers, correct?
18     A   Not completely correct. By using the
19 averages, you're -- you're ruling out the bias from
20 specially ineffective people, and you're also         02:48:43
21 ruling out the effect of specially effective
22 people. It could be opinion leaders that are
23 included in that social network. And it could be,
24 you know, social outcasts included in the social
25 network.                                              02:48:59

```
 1         By using averages, we take away those      02:49:01
 2    distortions, and we talk about -- and we calculate
 3    the effects for the typical user, but by using
 4    averages, we don't distort the overall number.
 5         Q   I appreciate that answer and that     02:49:16
 6    clarification.
 7             So the average, it takes away -- it both
 8    removes from the number that you calculate the
 9    effect of the individuals who had a zero or negative
10    effect on click-through rate and it decreases the   02:49:34
11    measured effect of the strong endorsers, correct?
12         A   Correct.
13         Q   Okay.
14             And when you do the damages calculation to
15    determine what kind of check each user gets, their   02:49:52
16    check is based on the average for whatever group
17    they are put into, correct?
18         A   Well, their individual attribution of
19    damages, of their effect will depend on the
20    specific ads that they have appeared on. The       02:50:16
21    effectiveness of those ads will have been
22    calculated based on averages, and the effectiveness
23    of ads in general will have been calculated by a
24    more general average.  So it's a combination of
25    averages and the specific ads in which they appear.   02:50:28
```
Page 138

```
 1         MR. ARNS:  As soon as you come to a       02:50:32
 2    stopping point.
 3         MR. GUTKIN:  Sure.  Maybe just one more.
 4    BY MR. GUTKIN:
 5         Q   I appreciate that clarification.       02:50:35
 6             The amount of a user's check will depend
 7    on, for example, how many sponsored stories they
 8    appeared in and how much revenue Facebook earned for
 9    that sponsored story, but the amount will be higher
10    or lower based on the average F computed for         02:50:52
11    whatever group that user is put into, correct?
12         A   It would depend in part on the F.
13         Q   In part on the F and in part on how many
14    sponsored stories they appeared in and how much
15    revenue Facebook received, correct?                 02:51:09
16         A   For those ads, for those specific ads,
17    yes.
18         MR. GUTKIN:  Okay.  Why don't we take a
19    break.
20         THE VIDEOGRAPHER:  The time is 2:51 and we   02:51:17
21    are off the record.  This marks the end of Disk
22    Number 3 in the deposition of Fernando Torres.
23             (Recess taken.)
24         THE VIDEOGRAPHER:  The time is 3:13 and we
25    are on the record.  This marks the beginning of      03:12:55
```
Page 139

```
 1    Disk 4 in the deposition of Fernando Torres.     03:12:58
 2    BY MR. GUTKIN:
 3         Q   Let's talk about CPC or cost per click.
 4    Your damages equation uses cost -- the cost per
 5    click of a sponsored story to compute the actual    03:13:21
 6    revenue generated by that sponsored story, correct?
 7         A   Yes.
 8         Q   You do not use the cost per click of any
 9    comparison ad in your calculation of F or otherwise;
10    is that correct?                                   03:13:45
11         A   Correct.
12         Q   And that's because you are assuming that
13    the cost per click for the sponsored story and the
14    cost per click for the hypothetical ad that you're
15    comparing it to are the same?                      03:13:58
16         A   No.  In reality, it's because we know the
17    cost per click in the sponsored stories ads because
18    that's data that's recorded.  We don't know what
19    would have been the cost per click in standard ads.
20         Q   And why do you --                         03:14:22
21             Why do you think it's a safe or reasonable
22    assumption to treat them as the same?
23         A   Because in the comparisons that I saw
24    made internally by Facebook, the bids are the same,
25    so the advertiser bids are the same maximum.  In    03:14:40
```
Page 140

```
 1    practice, it depends on exactly the competition for   03:14:49
 2    that ad and other characteristics that go through
 3    the pricing as to what the cost per click will be,
 4    but the -- in general, there would be reasons why
 5    cost per clicks would be bid up if sponsored story   03:15:08
 6    ads are more effective.
 7             So a more conservative assumption is that
 8    the differences are not due to the cost per click
 9    itself; the differences are because some ads are
10    friend sponsored, friend endorsed and some ads are   03:15:30
11    not.
12         Q   Again, we'll just kind of want to break it
13    down and take it one piece at a time.
```



                                                    03:16:25
Page 141

**Page 198**

```
 1   what industry they're in, or would you just assign    05:00:00
 2   it to the industry of all individuals who purchased
 3   a sponsored story?
 4        MR. OSBORNE:  It's an incomplete
 5   hypothetical and it's vague.                          05:00:10
 6        THE WITNESS:  So in that hypothetical,
 7   there would be -- as in the case of an individual,
 8   there would be a series of advertisers associated
 9   with these ads that cannot be classified, and
10   they -- I mean, in the same fashion that in the       05:00:34
11   national accounts there is -- in the classification
12   of industries, there is always a category for not
13   elsewhere classified, so it would be an NEC for
14   sure.
15   BY MR. GUTKIN:                                        05:00:51
16    Q   So sort of every sponsored story that you
17   couldn't fit into an industry would go into the pool
18   of not otherwise -- not eligible for classification,
19   is that what --
20    A   Not elsewhere.                                   05:01:05
21    Q   I'm sorry.
22        Every sponsored story that you can't put
23   into an industry would be grouped together in the
24   not elsewhere classified pool?
25        MR. OSBORNE:  Same objections.                   05:01:15
```

**Page 199**

```
 1        THE WITNESS:  That would be one way of          05:01:16
 2   doing it, yes.
 3   BY MR. GUTKIN:
 4    Q   Are there any other ways, sitting here
 5   today, that you would be able to do it?              05:01:20
 6        MR. OSBORNE:  Same objections.
 7        THE WITNESS:  I don't think so.
 8   BY MR. GUTKIN:
 9    Q   Okay.
10        This issue that we've talked about a bit        05:01:30
11   of at what level you will do individualized
12   calculations of F or aggregated calculations of F,
13   is that described anywhere in your declaration that
14   you might do it by industry or you might do it
15   overall for all of Facebook's sponsored stories?     05:01:46
16    A   No.  The methodology set out in the
17   declaration is on a general basis.
18    Q   So you don't say anywhere whether it could
19   be all -- one F for all of sponsored stories, or 20
20   different Fs for the 20 industries, or far more at a 05:02:02
21   more disaggregated level in the declaration,
22   correct?
23    A   Correct.  The methodology is general
24   enough to be applicable for any of those
25   subclassifications.                                  05:02:15
```

**Page 200**

```
 1    Q   Okay.                                           05:02:15
 2        I take it that if the name of a particular
 3   sponsor is an unfamiliar name, like John Smith, you
 4   don't know whether John Smith is a maker of shoes or
 5   an individual just running a sponsored story for    05:02:34
 6   their plant grooming business.  I mean, it could be
 7   anything.  So I take it that a lot of such sponsors
 8   would fall into the not elsewhere classified
 9   category.
10        Do you agree?                                  05:02:49
11        MR. OSBORNE:  It's an incomplete
12   hypothetical, it's compound, and it lacks
13   foundation.
14        THE WITNESS:  I agree that in that
15   situation that would be a challenge.  Now, there    05:02:56
16   could be other circumstances in other hypothetical
17   situations where Facebook analytics has other
18   sources of information that allow them to classify
19   advertisers because when they set up the account,
20   they can get more information.                      05:03:20
21   BY MR. GUTKIN:
22    Q   But you're not -- don't know sitting here
23   today, one way or the other, whether that data is
24   available?
25    A   I don't know for certain, no.                  05:03:31
```

**Page 201**

```
 1    Q   And you haven't seen any of that data         05:03:33
 2   sitting here today?
 3    A   No, I haven't seen that data from
 4   Facebook, no.
 5    Q   Okay.                                         05:03:47
 6        Let's say that you --
 7        Well, do you know how many different
 8   sponsored story sponsors there are, whether it's
 9   20,000, 80,000, 400,000?
10        Do you know?                                  05:04:09
11    A   If you would clarify what "sponsors"
12   would be.
13    Q   Sure.
14        Different purchasers of sponsored stories.
15   Do you know how many unique purchasers of sponsored 05:04:18
16   stories there are?
17    A   I don't know the exact number of
18   advertisers that use the sponsored stories ad
19   product.
20    Q   Could be 20,000?  Could be 400,000?           05:04:28
21    A   Could be.
22    Q   Okay.
23        Let's just pick a number in the middle and
24   say it's 200,000.
25        Would it be your proposal that someone        05:04:40
```

**Page 202**

1  sits down and eyeballs each name on the list of    05:04:42
2  200,000 for assignment to an industry, where
3  possible?
4     A   In that hypothetical, no.
5     Q   How would it be done?    05:04:54
6     A   In that hypothetical situation, I would
7  ask a programmer to generate a program that looks
8  up the names or the entities listed on that
9  database and cross-reference them to other
10 databases that may be publicly available for that   05:05:21
11 situation to try to identify the industry.
12        So, for example, you know, just -- it's
13 not something that a person would have to sit down
14 and look at every name and just imagine what
15 industry.  There are systematic ways of doing it.   05:05:43
16    Q   So that's, frankly, kind of a creative
17 idea, but are you aware that it's possible to write
18 a program that just takes a list of names and
19 Googles them or uses some other method of trying to
20 assign each to an industry?  Are you aware whether  05:06:01
21 such a program exists?
22        MR. ARNS:  Object; compound,
23 argumentative.
24        THE WITNESS:  I did not say that that
25 specific program exists.  In the hypothetical you   05:06:12

**Page 203**

1  were posing, that's what I would do.  I would ask a  05:06:15
2  programmer to devise a program.  I'm not saying that
3  I know that it's going to be Python script or some
4  other application of Java.  It doesn't matter.  In
5  that situation there is information accessible that  05:06:30
6  can lead to that classification.  And for example,
7  some -- some of the advertisers on that list that
8  could be detected by the program running down the
9  list could be publicly traded companies.  Now,
10 publicly traded companies list their North American  05:06:55
11 industry classification numbers in their disclosures
12 to the SEC, and that's publicly available through
13 the EDGAR database.  So yes, a software program
14 could be written to run down the list, identify
15 publicly traded companies, go to EDGAR, pull out the 05:07:18
16 information for the NAIC codes and classify them,
17 you know, introduce the code into this database.
18 And I'm sure all of the ones that are not publicly
19 traded, it would be very difficult to get the proper
20 information.  But that is one way of doing it in    05:07:37
21 that hypothetical.
22 BY MR. GUTKIN:
23    Q   So I understand the description of the
24 program conceptually, what's your basis for saying
25 that it's possible to write such a program that    05:07:48

**Page 204**

1  would do this with a list of 200,000 sponsor names?  05:07:51
2     A   My basis is my experience.  The number of
3  sponsored names doesn't matter.
4     Q   Your experience in software usage?
5         What experience informs your belief that   05:08:12
6  this is possible?
7     A   My experience in economics; my experience
8  as a -- as an administrator of companies; my
9  experience as a software developer before; and
10 my -- the information I gather, my -- my experience  05:08:36
11 from being very familiar with the technology
12 industry.
13    Q   Have you ever seen such a program?
14    A   That specific program?  I've seen
15 something very similar.                            05:08:54
16    Q   What was that?
17    A   And I use it very often.  The -- for
18 intellectual property disputes and for
19 negotiations, we often need to refer to comparable
20 royalty rates and contract terms and licensing    05:09:09
21 transactions.  So there are several providers that
22 actually feed off of the EDGAR database
23 registrations and pull the licensing contracts that
24 come up in SEC disclosures of companies.  They
25 gather that information, and they classify it so we  05:09:30

**Page 205**

1  can use it in a database to search for those      05:09:32
2  royalty rates.  And they do this with a two-person
3  firm, neither of whom are -- are -- are software
4  developers or are not looking at each contract.
5  There is a way to systematically do that.         05:09:48
6     Q   Okay.
7         For the actual execution on your
8  methodology, is it still, in your mind, the three
9  possibilities of generating an F for each individual
10 campaign, generate an F for each industry, or    05:10:09
11 generate an overall F for all sponsored stories, or
12 over the course of the day, I mean, have you -- I'm
13 just not sure.
14        Have you ruled out the possibility of
15 generating an F for each individual campaign, or are  05:10:22
16 you still thinking you may do that?
17    A   In the course of the day, I haven't ruled
18 out any specific possibility.  There is also the
19 classification of an F by type of sponsored story
20 ad, depending on the way it's produced.         05:10:40
21    Q   So all of those are still on the table?
22    A   Yes, they're all possibilities to
23 calculate the proper --
24    Q   Can you say --
25        Based on the data you have seen so far,   05:10:53

```
 1  record.                         05:42:01
 2  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 3  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 5  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8  ▇▇▇▇▇▇▇▇
 9     Q   Okay.
10         And so again, you have said reasons that   05:42:21
11  Facebook expected the sponsored story click-through
12  rate to be higher and the reasons that you think it
13  ought to be higher because it involves a friend
14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21  ▇▇▇▇▇▇
22     Q   For the sponsored story?
23     A   For the sponsored story ads that they
24  tested, correct.
25     Q   Okay.                    05:43:00
                                       Page 226
```

```
 1         And you haven't done any analysis of the   05:43:01
 2  overall data, any data outside of this small group
 3  of documents, to know whether, in general, the
 4  click-through rates are higher or lower for
 5  sponsored stories versus comparable ads of other    05:43:12
 6  kinds.
 7         Do you agree?
 8         MR. OSBORNE:  It's asked and answered.
 9         THE WITNESS:  In developing the
10  declaration and the methodology, there was no data   05:43:22
11  to be used to analyze, so that -- you know, that's
12  not something that needed or had to or could have
13  been done.
14  BY MR. GUTKIN:
15     Q   And if you blended this Glory of Rome    05:43:39
16  video game sponsored story with, let's say, an F
17  calculated for all sponsored stories in the video
18  game industry, you would actually obscure the fact
19  that an individual instance, the sponsored story had
20  a lower click-through rate than the comparison ad.   05:44:00
21  Do you agree?
22         MR. OSBORNE:  It's vague as to "obscure."
23         MR. GUTKIN:  Hide.
24         MR. OSBORNE:  It's vague.
25         THE WITNESS:  In the -- in that    05:44:11
                                       Page 227
```

```
 1  hypothetical situation in deriving an average F for   05:44:12
 2  an industry such as the gaming, software-based
 3  games, averaging would be eliminating the bias of
 4  outliers, such as this one, and high performers,
 5  such as other situations that may arise.  So that's   05:44:35
 6  why we would have used averages.
 7  BY MR. GUTKIN:
 8     Q   You use averages to eliminate data such as
 9  this that shows there are outliers where sponsored
10  stories actually have a lower click-through rate    05:44:50
11  than equivalent comparison ads?
12     A   We use averages to eliminate the
13  distortions from small samples in an analysis of
14  the whole.
15     Q   But you don't have any basis to say this   05:45:06
16  is a small sample, right?
17         You have only looked at three or four
18  comparisons, and this is one of them, and you
19  haven't looked at the overall data.  You have no
20  basis to say that this is some sort of small sample,   05:45:16
21  do you?
22     A   I do have a basis.
23         MR. OSBORNE:  Argumentative.
24  BY MR. GUTKIN:
25     Q   What's your basis?            05:45:27
                                       Page 228
```

```
 1     A   I do have a basis.           05:45:28
 2     Q   Go ahead.
 3  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   05:45:40
 5  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6     Q   I'm not here to answer questions, but go
 7  on.
 8     A   I mean, do you see where I'm --
 9     Q   I do.  I see you're at the bottom of
10  page 1 of Exhibit 583.            05:45:51
11  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13     Q   So it's because --
14     A   So there is a basis to expect that.  If
15  you run an experiment with a wide enough sample,   05:46:09
16  you are more likely to get a higher click-through
17  rate.
18  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21  ▇▇▇▇▇▇▇▇▇
22  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23  ▇▇▇▇▇▇▇▇▇▇▇▇
24  ▇▇▇▇▇
25     Q   I'm sorry.  2.6.            05:46:39
                                       Page 229
```

Pages 226 to 229

**Page 242**

1  would be able to provide the proper methodology.  06:19:13
2     Q  Do you understand that plaintiffs have
3  engaged such an expert, or do you not know one way
4  or the other?
5     A  My understanding is that there is a  06:19:24
6  statistician engaged as well.
7     Q  So we've been talking all day about the
8  different ways you might be computing F.  This is
9  another one that you might use some sampling done by
10 a statistician and use that to compute F?  06:19:42
11    A  Correct.
12    Q  Okay.
13       Would you be the one who specifies, I need
14 a different F for every industry, or would you just
15 say, you know, whatever you think makes sense is  06:19:59
16 fine, and I'll use -- it will be my formula, but
17 you'll be the one who says you're going to have to
18 compute six different Fs or 10 different Fs or 50
19 different Fs or one F?
20       MR. OSBORNE:  Assumes facts, calls for a  06:20:16
21 legal conclusion.
22       THE WITNESS:  So if I have to conclude as
23 to how the methodology would be applied, it would be
24 in conjunction with probably the -- a statistical
25 expert to devise the statistical methods that would  06:20:39

**Page 243**

1  produce a result that makes sense for the  06:20:46
2  methodology to be applied.
3        There will be a process of analyzing the
4  data first to see what information is available, and
5  then discussing how best to and most reliably to use  06:21:03
6  that data.  The proper methods would be set out and
7  the calculations would be done.
8  BY MR. GUTKIN:
9     Q  That discussion and that analysis have not
10 been done yet, correct?  06:21:16
11    A  Correct.
12    Q  Is it your understanding that it's
13 Dr. Drogan who is the statistical expert, or do you
14 not actually know?
15    A  I understand Dr. Drogan is one of the  06:21:27
16 experts in the case.
17    Q  Okay.
18       But you don't --
19       I'm just trying to understand, do you know
20 one way or the other if he's the person you would  06:21:37
21 work with if you do sampling, or you don't know?
22    A  It's my expectation that I would work
23 with him if that were the situation, yes.
24    Q  Okay.
25       And -- but you haven't yet determined if  06:21:50

**Page 244**

1  you will do sampling or not; is that correct?  06:21:53
2     A  That's correct.
3     Q  Okay.
4        Are you familiar with the term
5  "homophily"?  06:22:07
6     A  Homophily, yes.
7     Q  How is it pronounced?
8     A  I'm not an expert in linguistics.
9     Q  Okay.
10       I figured it might be a term you encounter  06:22:20
11 with some regularity, unlike myself.
12       It's H-O-M-O-P-H-I-L-Y.
13    A  Correct.
14    Q  I'll just say it as -- I'll pronounce it
15 as homophily, even if someone who hears this  06:22:54
16 videotape may think that I'm embarrassingly mangling
17 the word.
18       What does that term mean?
19    A  That's a term that arises in connection
20 with the analysis of social networks or networks in  06:23:04
21 general, but it's very applicable in social
22 networks and economic networks, and that's why I
23 know of it.  So in my understanding, it's a
24 characteristic of social organizations, that people
25 tend to group themselves with people that share  06:23:23

**Page 245**

1  characteristics.  So, for example, some cities,  06:23:28
2  cities tend to be segregated by race or income
3  levels.  So people gather -- I guess the briefest
4  description is that the birds of a feather flock
5  together.  06:23:50
6     Q  Okay.
7        Are you aware of the effect of homophily
8  in social networks that would suggest people who
9  choose to be friends on Facebook tend to have
10 similar interests?  06:24:04
11    A  Yes.  That is one dimension of social
12 networks.
13    Q  Okay.
14       Have you ever read literature suggesting
15 that's true, or is that something you're aware of or  06:24:19
16 not aware of?
17    A  I've read literature on the theoretical
18 aspects of the analysis of networks, graph theory
19 and social networks and practical applications and
20 studies of social networks.  So that is one  06:24:36
21 characteristic I will be familiar with.
22    Q  Okay.
23       To your knowledge, can Facebook -- can
24 Facebook ads be targeted to the friends of people
25 who have "Liked" the advertiser's content?  06:24:58

Veritext National Deposition & Litigation Services
866 299-5127

**Page 246**

1  A  I understand that that is -- that is one  06:25:12
2  way -- it's one way of targeting ads within
3  Facebook.
4  Q  It's called Like Friends of Connections.
5  Are you familiar with that?  06:25:22
6  A  I'm not familiar with that term --
7  Q  Okay.
8  A  -- per se.
9  Q  But you're aware that that is an option
10  for targeting Facebook ads?  06:25:30
11  A  I would expect that that is one way of
12  contracting for ads. I'm not 100 percent sure
13  that, you know, right now there is that option.
14  Q  Okay.
15     I'll just ask you to assume hypothetically  06:25:48
16  that is an option.
17     Would you expect that ads, Facebook ads
18  that are targeted to the friends of people who have
19  "Liked" an advertiser's content, would have a higher
20  CTR than Facebook ads that are not so targeted?  06:26:06
21  A  Yes, I would expect that would be the
22  case.
23  Q  And that's because of the homophily
24  effect; that is, people who have "Liked" motorcycles
25  would tend to have Facebook friends who are also  06:26:31

**Page 247**

1  interested in motorcycles, so they would be more  06:26:33
2  likely to click on an ad for motorcycles?
3  A  Correct. That's not to mean that all of
4  their friends would be motorcycles enthusiasts, but
5  there would be a higher proportion of that type of  06:26:47
6  person in that person's social network.
7  Q  What's the widest audience that a
8  sponsored story can be shown to?
9  A  From what I recall from the description
10  of sponsored story ads, I think it would be friends  06:27:06
11  of the person who appears as the endorser --
12  Q  Okay.
13  A  -- on the friends.
14  Q  Have you done anything at all to quantify
15  the homophily effect that occurs to increase the  06:27:25
16  click-through rates of sponsored stories?
17     MR. OSBORNE: Lacks foundation, assumes
18  facts.
19     THE WITNESS: Since I haven't analyzed all
20  the data produced in connection with sponsored  06:27:46
21  stories, I haven't done that type of study. The
22  homophily effect is one of the reasons why sponsored
23  story ads would be expected to be more effective.
24  BY MR. GUTKIN:
25  Q  Okay.  06:28:03

**Page 248**

1  Is it your understanding that the  06:28:04
2  targeting of ads to the friends of people who have
3  "Liked" an advertiser's content is in any way
4  challenged in this lawsuit, or do you not know one
5  way or the other?  06:28:16
6  A  Is it my understanding targeting ads is a
7  subject -- is -- is part of the complaint?
8  Q  Yes.
9  A  I don't think targeting itself is part of
10  the complaint, in my understanding.  06:28:33
11  Q  So would you agree that a comparison of a
12  sponsored story that is targeted to the friends of
13  people who have already "Liked" an advertiser's
14  content includes a CTR boost simply related to the
15  targeting and the homophily effect?  06:28:58
16     MR. OSBORNE: Objection; compound.
17     THE WITNESS: No, I wouldn't agree with
18  that. I think homophily is a characteristic that
19  certain networks exhibit. That's from a technical
20  point of view of the theory of networks. That's one  06:29:21
21  of the underlying causes of the increased
22  effectiveness of sponsored story ads. It's one
23  aspect. It's not -- it's not sufficient, but it's
24  an underlying cause. It's not the direct cause.
25

**Page 249**

1  BY MR. GUTKIN:  06:29:53
2  Q  Okay.
3     I think that my last question was poorly
4  phrased.
5     Do you agree that if you were to compare a  06:29:57
6  sponsored story, which can only be targeted at the
7  friends of people who have already connected with
8  the advertiser's content in some way, if you were to
9  compare that to a Facebook ad that could actually be
10  targeted at anyone, that part of the differential in  06:30:13
11  the click-through rate would be explained by the
12  homophily effect and not by the endorsement in the
13  sponsored story?
14     MR. ARNS: It assumes facts. It's vague.
15  BY MR. GUTKIN:  06:30:28
16  Q  Do you agree with that?
17  A  I think it's incomplete in -- the
18  comparison there is not sufficient to draw that
19  conclusion because how would you have a comparable
20  ad just to test the homophily effect if it's not a  06:30:47
21  friend-endorsed ad?
22  Q  Well, let me ask you, do the --
23     In order for your comparison to be
24  reasonable and, in your view, to isolate of the
25  value of the friend endorsement, is it necessary  06:31:06

**Page 250**

1  that the standard ads be limited to those that are    06:31:09
2  targeted to the friends of people who have "Liked"
3  the advertiser's content?
4     A   I wouldn't agree that that is the general
5  case.  The comparability could still be proper in    06:31:30
6  the sense of using a control that is targeted at a
7  wider audience.
8     Q   Well, how -- if you used a control
9  targeted at a wider audience, how would you separate
10 out the homophily effect from the CTR differential    06:31:51
11 you measure?
12    A   Well, in my opinion, the homophily effect
13 is an underlying characteristic of the social
14 network.  It's not the cause.  It's an underlying
15 characteristic.  It can be interpreted as the        06:32:13
16 reason why sponsored story ads would work better.
17 But sponsored story ads are distinct in that they
18 have a friend endorsement that is made explicit.
19 So the control may have -- in principle, would have
20 to be a comparable ad, otherwise, except that it     06:32:37
21 does not have the friend endorsement.
22    Q   Well, that was the previous question.
23        In order for -- in your view as an
24 economist, in order for the comparison to be
25 reasonable and to isolate the value of the friend    06:32:53

**Page 251**

1  endorsement, would the control have to be targeted    06:32:55
2  only to the friends who have -- sorry -- the friends
3  of users who have connected with the advertiser's
4  content in order to exclude the homophily effect
5  from the data?                                        06:33:11
6        MR. OSBORNE:  Assumes facts.
7        THE WITNESS:  It wouldn't have to be
8  limited, unless testing for the homophily effect was
9  the sole objective.  It's not the only reason why
10 sponsored story ads are expected to work.  There are  06:33:25
11 other effects.  So in my methodology, my
12 declaration, I'm not talking -- that methodology
13 does not set that standard ad as a standard ad to
14 test or control for homophily.
15 BY MR. GUTKIN:                                        06:33:45
16    Q   I appreciate that.
17        So your -- your methodology does not allow
18 you to measure the importance of the homophily
19 effect on the differential between the sponsored
20 story CTR and the comparison ad CTR, correct?        06:33:57
21    A   It's not designed to isolate one of the
22 factors behind the effectiveness of sponsored story
23 ads.  That's not -- that's not what it's doing.
24    Q   Okay.
25        And it's possible in, for any given          06:34:20

**Page 252**

1  campaign or even industry, that the homophily effect   06:34:24
2  explains the entirety of the differential.
3        Do you agree with that?
4     A   I don't think that would be an
5  explanation, and it wouldn't be 100 percent of an     06:34:40
6  explanation.
7     Q   It's your intuition that it would not be
8  100 percent, but you don't know how much it is,
9  correct?
10    A   I don't even agree that isolating the --    06:34:54
11 trying to isolate the effect of homophily in that
12 comparison would be the proper method.
13    Q   That's fine.
14        I'm not asking you to agree with my
15 approach.  I'm just clarifying.                      06:35:06
16        Your methodology does not separate the
17 homophily effect from the endorsement value in
18 looking at that click-through rate differential?
19        MR. OSBORNE:  Assumes facts.
20 BY MR. GUTKIN:                                       06:35:26
21    Q   I'm clarifying that your method does not
22 separate those two things?
23    A   The method does not separate the effects
24 of two things that are not in the same plane of
25 abstraction.  So the homophily is one               06:35:38

**Page 253**

1  characteristic underlying the effectiveness of       06:35:44
2  friend endorsement.  So it's -- it's like saying --
3  to put it simply in another hypothetical, a boxing
4  match does not compare the abilities of one boxer,
5  or does not rule out the comparison of the           06:36:11
6  abilities of one boxer, to the race of both boxers.
7  It's not the same thing, so race has nothing to do
8  with abilities, but abilities can be associated
9  with race.
10    Q   Let me try and come at it from another      06:36:30
11 direction.
12        If you performed your F calculation for
13 the automobile industry and found a zero -- sorry --
14 .02 differential between the sponsored stories in
15 the automobile industry and whatever comparison ad   06:36:47
16 you chose, you would not be able to say how much of
17 that .02 differential is attributable to homophily,
18 correct?
19        MR. OSBORNE:  Incomplete hypothetical.
20        THE WITNESS:  The only way to draw that     06:37:05
21 conclusion is if those two comparisons, the only
22 difference between the two, would be a network of
23 friends that do not exhibit homophily and a network
24 of friends that do.
25

```
 1   articles, those are not online advertising agencies,   07:04:53
 2   right?
 3        As to online advertising agencies, there
 4   is only the two examples you found?
 5        A   I have materials from those -- from two      07:05:02
 6   advertising agencies.  And there is also a more
 7   general analysis that I also found, but I didn't
 8   cite that one in particular.
 9        Q   The more general analysis is not for
10   online advertising agencies; it's for people like    07:05:16
11   Nielsen and that sort of thing?
12        A   No, it's another one that I didn't have
13   time to properly include because it was a very
14   complicated diagramming of the whole online
15   advertising industry.                                07:05:33
16        Q   What's the -- what was the --
17            Can you describe that?  Is it from a
18   company that put out that analysis?
19        A   Some company that has an analytics
20   software package.                                    07:05:46
21        Q   Do you know the name of it?
22        A   I don't recall the name right now.
23        Q   Did you find it by Googling, or how did
24   you find it?
25        A   Yes, a lot of the research that I did was   07:05:54
                                                    Page 274
```

```
 1   through Google.                                      07:05:57
 2        Q   Okay.
```



```
14        Q   Okay.
15            Are you planning to use your methodology    07:06:51
16   and the actual revenue times 1 minus F to compute
17   damages for cost-per-impression sponsored stories?
18        A   Yes, I anticipate that the proper
19   conversion would be documented and included in the
20   calculation.                                         07:07:19
21        Q   So you would use the same methodology for
22   cost-per-impression sponsored stories?
23        A   Adjusting the inputs for -- you know, in
24   the proper way, yes.
25        Q   What adjustment would you make?  I just    07:07:36
                                                    Page 275
```

```
 1   want to make sure I understand.                      07:07:38
 2        Is it anything different than just actual
 3   revenue times 1 minus F for calculating the damages
 4   for cost-per-impression sponsored stories?
 5        A   If we have the actual revenue number,       07:07:48
 6   then that's -- that's fine.
 7        Q   Otherwise, it would be like the
 8   cost-per-impression price, times the number of
 9   impressions.  Is that what you mean?
10        A   Correct.                                    07:08:03
11            MR. GUTKIN:  Okay.  Why don't we go off
12   the record.
13            THE VIDEOGRAPHER:  The time is 7:08, and
14   we're going off the record.
15            This concludes today's testimony given by   07:08:25
16   Fernando Torres --
17            MR. GUTKIN:  I apologize.  I meant go off
18   the record so I can look at my notes.
19            THE VIDEOGRAPHER:  I'm sorry.
20            We'll just go off the record then.  This   07:08:35
21   does not conclude testimony for the day.  The time
22   is 7:08.
23            (Brief pause in proceedings.)
24            THE VIDEOGRAPHER:  The time is 7:11, and
25   we are back on the record.                           07:11:47
                                                    Page 276
```

```
 1            MR. GUTKIN:  And I have no further         07:11:49
 2   questions, subject to any questions your counsel
 3   might have.
 4            MR. OSBORNE:  I have no questions.
 5            THE VIDEOGRAPHER:  The time is 7:12, and   07:11:57
 6   we are off the record.  This concludes today's
 7   testimony given by Fernando Torres.
 8            The total number of media used was six and
 9   will be retained by Veritext, LLC.
10            (Time noted: 7:12 p.m.)
                                                    Page 277
```

Pages 274 to 277

```
 1   STATE OF CALIFORNIA    )
                            ) :ss
 2   COUNTY OF SAN FRANCISCO )
 3
 4       I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6       That the foregoing proceedings were taken before me
 7   at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that the verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14       I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17       IN WITNESS WHEREOF, I have this date subscribed my
18   name.
19
20   Dated: 4/12/12
21
22
23       _____
24       KELLI COMBS, CSR NO. 7705
25
                                                     Page 278
```

```
 1              I N D E X
 2   April 11, 2012
 3
 4   FERNANDO TORRES
 5   EXAMINATION                          PAGE
 6
 7       (BY MR. GUTKIN)                   5
 ...
                                                     Page 279
```

```
 1                  I N D E X
 2         EXHIBITS FOR IDENTIFICATION
 3   DEFENDANTS'                            PAGE
 4   Exhibit 1065   Online NielsenWire       9
                    produced by Mr. Torres
 5
     Exhibit 1066   CV of Fernando Torres   11
 6
     Exhibit 1067   Declaration of Fernando 48
 7                  Torres
 8   Exhibit 1068   Plaintiffs' Statement of 50
                    Facts
 9
     Exhibit 1069   A Facebook document that 83
10                  at the top says "The
                    Metropolitan Opera"
11
     Exhibit 1070   Document used by        164
12                  Mr. Torres to create the
                    Nike campaign analysis,
13                  Bates Number
                    FB_FRA_000002748 through
14                  -751
15
16
17           PREVIOUSLY MARKED EXHIBIT
18             EXHIBIT     PAGE
19               583        218
20
21
22                  * * * *
23
24
25
                                                     Page 280
```