# EXHIBIT GG

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PUBLIC DOCUMENT]

Sign In | Register Now | Subscribe | Mobile | Multimedia | Today's Paper          Going Out Guide | Job

NEWS   LOCAL   POLITICS   OPINIONS   SPORTS   Business   Arts & Living

washingtonpost.com  >  Technology  >  Faster Forward



**About Rob Pegoraro** | **On Twitter** | **On Facebook** | **RSS feed** | **E-mail Rob**

**MORE BUSINESS NEWS**



Your essential source for the latest news on the intersection of Wall Street and Washington.

**LATEST TWEETS**

- Unimpressed with the Nokia Drive app for the Lumia 900: doesn't call out streets by name, put a Walmart on the wrong side of the road. #WP7 32 minutes ago

- Good James Cameron inteview by @ryanlawler: "3-D is like music. You don't run music wall-to-wall throughout a movie." http://t.co/sKynft7d about 2 hours ago

- Yesterday wasn't just Tax Day, it was Goodbye Verizon Prepaid Phone Cards day (via @GabeG0): http://t.co/bU0Bi7Kq about 5 hours ago

 Follow here

**SEARCH THIS BLOG**

Posted at 10:13 AM ET, 01/27/2011

## Facebook 'Sponsored Stories' turn you into the ad

*By Rob Pegoraro*

Your clicks of Facebook's "Like" button and check-ins at restaurants, stores and other establishments are already valuable marketing material. Now Facebook is letting companies and individuals buy the right to republish those actions to your friends in ads -- including your name and profile photo -- on the social network's site.

Called "Sponsored Stories," these ads look like the other small ads that adorn the right side of the screen (which can already feature your name if you've Liked the product in question). In this case, as a video posted to Facebook's marketing page Tuesday explains, the ad will simply recycle your check-in or Like as an ad labeled "Sponsored Story."



In the video, Facebook developers explain how the format works and how it lets advertisers get around one disadvantage of people's check-ins and Likes showing up in the usual News Feed: "a lot of impressions do get lost because there's so much content coming through." One staffer also makes an important point that is already getting lost in debates about this: "A sponsored story never goes to somebody who's not one of your friends."

Mashable's story offers a few more details about how this will work. Ben



Go

**RECENT POSTS**

- It's National Data Privacy Day
- LivingSocial gaining on Groupon
- Tuning into car stereos at the Washington Auto Show
- How Egypt pulled out of the Internet
- Court approves Sony's restraining order against George Hotz

**Entries By Category**

- Apple
- CES 2010
- CES 2011
- Car Toys
- Computers
- DRM
- Digital culture
- E-books
- Finances
- Gadgets
- Gaming
- Internet TV
- Linux
- Location awareness
- Mac
- Mobile
- Music
- Net Neutrality
- Palm
- Pictures
- Policy and politics
- Productivity
- Search
- Security
- Social media
- Sprint
- Standards
- TV
- Tablets
- Telecom
- The Web
- Tips
- Video
- Weekly video
- Windows

Parr writes that advertisers will be able to bid on the chance to repurpose not just Likes and check-ins but also posts on public pages and "actions within custom applications."

But they won't be able to pluck particular bits of content and instead can only have a percentage of those actions reused as Sponsored Stories -- which could lead to these ads broadcasting critical comments left at a check-in. I can see people checking into a fast-food establishment and leaving remarks along the lines of "better than starving" or "will need angioplasty sooner than I thought."

We'll see -- I haven't seen any of these ads myself yet, and I've only heard from one reader who has.

(Disclosure, part 1: Post Co. Chairman Donald E. Graham sits on Facebook's board of directors. Since he's also on my Facebook friends list, it's possible that I will see a Sponsored Story ad featuring his name and profile picture at some point.)

(Disclosure, part 2: Since I myself use Facebook to market my work, I could buy Sponsored Stories ads to promote myself. I promise you that I will not do that.)

But one aspect of this ad program should be easy to predict: People won't like it. Facebook's poor presentation of it is bad enough -- the Palo Alto, Calif., company should have announced this on its blog, not in a video on a page many of its users don't know exists -- but its core mistake is not letting people opt out of Sponsored Stories.

It's a kind of bait and switch for the company to launch check-ins as a way to connect with friends on the go, then turn that action into an unavoidable advertising medium only five months later.

Facebook should let users tell advertisers "no thanks, you're getting enough publicity already from my check-ins appearing in the News Feed." Better yet, it should let them share in some of the proceeds if they decide to take part: If a coffee shop is going to profit from publicizing my endorsement, the least it can do is offer me a cup on the house in return.

By Rob Pegoraro | January 27, 2011; 10:13 AM ET
Categories: Social media

Recommend    657 people recommend

**Save & Share:**          

Previous: Police: Five Anonymous hacking group members arrested in Britain
Next: Facebook denies they're building a phone as rumors resuface

Network Ne

Fri

**Bookmarks**

- Apple Insider
- Ars Technica
- AVS Forum
- Betanews
- Between the Lin
- Daring Fireball
- Digital Camera Page
- DSL Reports
- Ed Bott's Micros
- Engadget
- Gadget Lab