# EXHIBIT OO

## TO DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## [PUBLIC DOCUMENT]

As filed with the Securities and Exchange Commission on February 1, 2012

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

## Facebook, Inc.
**(Exact name of Registrant as specified in its charter)**

| Delaware | 7370 | 20-1665019 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (IRS Employer Identification No.) |

**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, California 94025**
**(650) 308-7300**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**David A. Ebersman**
**Chief Financial Officer**
**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, California 94025**
**(650) 308-7300**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Please send copies of all communications to:*

| Gordon K. Davidson, Esq. | Theodore W. Ullyot, Esq. | William H. Hinman, Jr., Esq. |
|---|---|---|
| Jeffrey R. Vetter, Esq. | David W. Kling, Esq. | Daniel N. Webb, Esq. |
| James D. Evans, Esq. | Michael L. Johnson, Esq. | Simpson Thacher & Bartlett LLP |
| Fenwick & West LLP | Facebook, Inc. | 2550 Hanover Street |
| 801 California Street | 1601 Willow Road | Palo Alto, California 94304 |
| Mountain View, California 94041 | Menlo Park, California 94025 | (650) 251-5000 |
| (650) 988-8500 | (650) 308-7300 | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one)

Large accelerated filer ☐                                                              Accelerated filer ☐
Non-accelerated filer ☒   (Do not check if a smaller reporting company)              Smaller reporting company ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price[1][2] | Amount of Registration Fee |
|---|---|---|
| Class A Common Stock, $0.000006 par value | $5,000,000,000 | $573,000 |

(1) Estimated solely for the purpose of calculating the amount of the registration fee in accordance with Rule 457(o) of the Securities Act of 1933, as amended.
(2) Includes shares that the underwriters have the option to purchase to cover over-allotments, if any.

Table of Contents

|  | As of December 31, 2011 | | |
|---|---|---|---|
|  | Actual | Pro Forma[1] | Pro Forma As Adjusted[2][3] |
|  | (in millions) | | |
| **Consolidated Balance Sheet Data:** | | | |
| Cash, cash equivalents, and marketable securities | $3,908 | $3,908 | $ |
| Working capital | 3,705 | 4,034 | |
| Property and equipment, net | ,475 | ,475 | |
| Total assets | 6,33 | 6,660 | |
| Total liabilities | ,432 | ,432 | |
| Additional paid-in capital | 2,684 | 4,267 | |
| Retained earnings | ,606 | 967 | |
| Total stockholders' equity | 4,899 | 5,228 | |

(1) The pro forma consolidated balance sheet data as of December 31, 2011 presents our consolidated balance sheet data to give effect to the automatic conversion of all of our outstanding shares of convertible preferred stock into shares of Class B common stock in connection with our initial public offering and to also give effect to a share-based compensation expense of approximately $968 million associated with RSUs granted prior to 2011, for which the service condition was satisfied as of December 31, 2011 and which we expect to record upon completion of our initial public offering, as further described in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." The pro forma adjustment related to share-based compensation expense of approximately $968 million has been reflected as an increase to additional paid-in capital and the associated tax effect of $329 million has been netted against this charge, resulting in a net reduction of $639 million to retained earnings. The income tax effects have been reflected as an increase to deferred tax assets included in prepaid expenses and other current assets to reflect the anticipated future tax benefits upon settlement of these RSUs.

(2) The pro forma as adjusted consolidated balance sheet data reflects the items described in footnote (1) above and our receipt of estimated net proceeds from the sale of shares of Class A common stock that we are offering at an assumed initial public offering price of the Class A common stock of $        per share, the midpoint of the price range on the cover page of this prospectus, after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. A $1.00 increase (decrease) in the assumed initial public offering price of $        per share would increase (decrease) each of cash, cash equivalents, and marketable securities, working capital, total assets, additional paid-in capital, and total stockholders' equity by $        million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions.

(3) The pro forma as adjusted information discussed above is illustrative only and will be adjusted based on the actual initial public offering price and other terms of our initial public offering determined at pricing.

0