COOLEY LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

S. ASHLIE BERINGER (263977)
(ABeringer@gibsondunn.com)
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:      (650) 849-5219
Facsimile:       (650) 849-5333

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF SANDEEP N. SOLANKI IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5**<br><br>[CIV. L.R. 79-5]<br><br>Courtroom:   4<br>Judge:          Hon. Lucy H. Koh<br>Trial Date:   Dec. 3, 2012 |

I, Sandeep N. Solanki, declare:

1. I am a Litigation Counsel employed by Defendant Facebook, Inc. ("Facebook"). I submit this supplemental declaration in support of Facebook's Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5 ("Facebook's Administrative Motion"), filed with the Court on April 19, 2012. I am informed that a small number of descriptions of the bases for redactions in Facebook's Opposition to Plaintiffs' Motion for Class Certification (the "Opposition"), as well as Exhibit Y to the Declaration of Matthew D. Brown, were inadvertently omitted from my April 19, 2012 declaration filed in support of Facebook's Administrative Motion. I submit this supplemental declaration to support the filing of those items under seal. Except as otherwise noted, I have personal knowledge of the facts set forth below, and if called as a witness to testify, could and would testify competently thereto.

**Facebook's Opposition Brief**

2. Facebook's Opposition references, analyzes or relies upon confidential and proprietary Facebook business information that is non-public, as set forth in the below chart. Public disclosure of this information would cause competitive harm to Facebook by giving third-parties access to sensitive information, which they could use to gain an unfair advantage against Facebook. In addition, Facebook's Opposition contains non-public information of individual third-party Facebook users, which has been redacted to protect their privacy. A copy of Facebook's Opposition with proposed redactions narrowly tailored to redact only this information (along with information *Plaintiffs* designated Confidential under the Protective Order) was lodged with the Court under seal on April 20, 2012. Below is a chart showing the basis for proposed redactions in Facebook's Opposition that were inadvertently omitted from the chart in Paragraph 5 of my April 19, 2012 declaration.

///

///

///

**ADDITIONAL CITATIONS TO REDACTIONS OF FACEBOOK INFORMATION**

| DESCRIPTION | CITATION | BASIS TO REDACT |
|---|---|---|
| Facebook's Opposition Brief | p. 7, line 3 | Confidential information regarding product performance and related metric |
| Facebook's Opposition Brief | p. 12, line 11 | Confidential information regarding product performance and related metric. |
| Facebook's Opposition Brief | p. 14, lines 10-15 | References to third-party Facebook user information that Facebook has redacted to protect the individual's privacy. |
| Facebook's Opposition Brief | p. 18, line 11 | Calculation of numbers based in part upon confidential information regarding product performance and related metric. |
| Facebook's Opposition Brief | p. 19, line 21 | Calculation of numbers based in part upon confidential information regarding product performance and related metric. |

**Exhibit Y to the Brown Declaration**

3. Exhibit Y to the Declaration of Matthew D. Brown contains information about the Facebook usage of one of the named Plaintiffs and third-party Facebook user information that Facebook is filing under seal to protect their privacy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2012 in Menlo Park, California.

/s/ Sandeep N. Solanki
Sandeep N. Solanki

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the signatory and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  May 2, 2012        COOLEY LLP

                            /s/ Michael G. Rhodes
                           Michael G. Rhodes
                           Attorneys for Plaintiff

749869/SD

Cooley LLP
Attorneys At Law
San Francisco

3.

**Supp. Solanki Decl. ISO Adm. Mot. to Seal**
**Case No. CV 11-1726 LHK (PSG)**