UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGEL FRALEY, et al., | ) | Case No.: 11-CV-01726-LHK |
| | ) | |
| Plaintiffs, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FACEBOOK, INC., a corporation; and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown          Plaintiff Attorney: Robert Arns and Jonathan Davis
Reporter:  Lee-Anne Shortridge      Defendant Attorney: Michael Rhodes, Matthew Brown, Jeffrey Gutkin

At the parties' request, a telephonic status conference was held on May 21, 2012, during which the parties represented that they have reached a settlement agreement in principle.  The parties agreed to the following:

By noon on May 22, 2012, the parties shall jointly file a Notice of Execution of Term Sheet, at which time the Court will continue the hearing on Plaintiffs' Motion for Class Certification, currently set for May 24, 2012, at 1:30 p.m., to May 31, 2012, at 1:30 p.m.  By 5 p.m. on May 23, 2012, the parties shall file a status update regarding settlement discussions with plaintiffs in the related case, *C.M.D. v. Facebook, Inc.*, Case No. 5:12-cv-01216-LHK.  If settlement has not been reached in *C.M.D. v. Facebook* by May 23, 2012, at 5 p.m., then the parties shall file another status update on the same topic by May 25, 2012.  Upon the parties' filing of a Notice of Execution of Term Sheet with the plaintiffs in *C.M.D. v. Facebook*, the Court will further continue the hearing on the Plaintiffs' Motion for Class Certification from May 31, 2012, to July 12, 2012, at 1:30 p.m.  If, by June 14, 2012, the parties file a motion for preliminary approval of a class action settlement, the July 12, 2012 hearing on Plaintiffs' Motion for Class Certification will be converted to a hearing on the motion for preliminary approval.

Until a motion for preliminary approval of a class action settlement is filed, all case deadlines remain as set.

**IT IS SO ORDERED.**

Dated: May 21, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge