| | | |
|---|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) | THE ARNS LAW FIRM<br>ROBERT S. ARNS (65071) |
| 2 | (rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972) | (rsa@arnslaw.com)<br>STEVEN R. WEINMANN (190956) |
| 3 | (brownmd@cooley.com)<br>JEFFREY M. GUTKIN (216083) | (srw@arnslaw.com)<br>JONATHAN E. DAVIS (191346) |
| 4 | (jgutkin@cooley.com)<br>101 California Street, 5th Floor | (jed@arnslaw.com)<br>515 Folsom Street, 3rd Floor |
| 5 | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 | San Francisco, CA 94105<br>Telephone:     (415) 495-7800 |
| 6 | Facsimile:     (415) 693-2222 | Facsimile:     (415) 495-7888 |
| 7 | FACEBOOK, INC.<br>COLIN S. STRETCH (205144) | JONATHAN JAFFE LAW<br>JONATHAN M. JAFFE (267012) |
| 8 | (colin@fb.com)<br>SANDEEP N. SOLANKI (244005) | (jmj@jaffe-law.com)<br>3055 Hillegass Avenue |
| 9 | (ssolanki@fb.com)<br>1601 S. California Ave. | Berkeley, CA 94705<br>Telephone:     (510) 725-4293 |
| 10 | Palo Alto, CA 94304<br>Telephone:     (650) 853-1300 | Attorneys for Plaintiffs. |
| 11 | Facsimile:     (650) 543-4800 | |
| 12 | Attorneys for Defendant FACEBOOK, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>                    Defendant. | Case No. CV-11-01726 LHK (PSG)<br><br>**NOTICE OF EXECUTION OF TERM SHEET**<br><br>Judge:            Hon. Lucy H. Koh<br>Courtroom:     4<br>Trial Date:      December 3, 2012 |

Pursuant to the Court's May 21, 2012 Case Management Order (Dkt No. 163), Plaintiffs and Defendant Facebook, Inc. hereby jointly report, through their lead counsel of record, that they have executed (through authorized counsel) a term sheet memorializing their settlement in principle.

Dated: May 22, 2012                COOLEY LLP


                                    /s/ Michael G. Rhodes
                                   Michael G. Rhodes (116127)

                                   Attorneys for Defendant FACEBOOK, INC.

Dated: May 22, 2012                THE ARNS LAW FIRM


                                    /s/ Robert S. Arns
                                   Robert S. Arns

                                   Attorneys for Plaintiffs

## ATTESTATION
## (GENERAL ORDER 45)

I, Michael G. Rhodes, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

*/s/ Michael G. Rhodes*
Michael G. Rhodes

1270700 /SF