# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

ANGEL FRALEY, ET AL,
                    Plaintiff

v.

FACEBOOK, INC.
                    Defendant.

Case No: 11-CV-01726LHK

**CLERK'S NOTICE CONTINUING**

**MOTION HEARING**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiffs' Motion to Certify Class (docket #106) currently scheduled for hearing on Thursday, May 24, 2012 at 1:30 p.m. is hereby continued to Thursday, May 31, 2012 at 1:30 p.m.

Dated: May 22, 2012

For the Court,
RICHARD W. WEIKING, Clerk


/s/ Martha Parker Brown
By: _____
Martha Parker Brown
Courtroom Deputy Clerk