| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222 | THE ARNS LAW FIRM<br>ROBERT S. ARNS (65071)<br>(rsa@arnslaw.com)<br>STEVEN R. WEINMANN (190956)<br>(srw@arnslaw.com)<br>JONATHAN E. DAVIS (191346)<br>(jed@arnslaw.com)<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Telephone:     (415) 495-7800<br>Facsimile:      (415) 495-7888 |
| FACEBOOK, INC.<br>COLIN S. STRETCH (205144)<br>(colin@fb.com)<br>SANDEEP N. SOLANKI (244005)<br>(ssolanki@fb.com)<br>1601 S. California Ave.<br>Palo Alto, CA 94304<br>Telephone:     (650) 853-1300<br>Facsimile:      (650) 543-4800 | JONATHAN JAFFE LAW<br>JONATHAN M. JAFFE (267012)<br>(jmj@jaffe-law.com)<br>3055 Hillegass Avenue<br>Berkeley, CA 94705<br>Telephone:     (510) 725-4293<br><br>Attorneys for Plaintiffs. |

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>                    Defendant. | Case No. CV-11-01726 LHK (PSG)<br><br>**JOINT STATUS REPORT REGARDING REVISED SETTLEMENT  TERM SHEET**<br><br>Judge:            Hon. Lucy H. Koh<br>Courtroom:    8<br>Trial Date:     December 3, 2012 |

Further to the Court's May 21, 2012 Case Management Order (Dkt. No. 163), Plaintiffs and Defendant Facebook, Inc. ("Facebook" and collectively with Plaintiffs, the "Parties") hereby jointly report, through their lead counsel of record, that they have executed a revised term sheet regarding settlement of this action. As reflected in the Court's May 21, 2012 Case Management Order and the Court's May 25, 2012 Order Re: Hearing on Motion for Class Certification (Dkt. No. 170), the Parties' previous term sheet had included a provision conditioning settlement of this action on settlement of the related action entitled *C.M.D. et al. v. Facebook, Inc.*, No. 12-CV-01216-LHK (N.D. Cal.) ("*C.M.D.*"). The Parties' revised term sheet removes that contingency, and the Parties are now moving forward with the settlement solely of this action.

Accordingly, counsel for Plaintiffs and Facebook hereby jointly request that the Court take the currently scheduled hearing on the *Fraley* Plaintiffs' motion for class certification (May 31, 2012 at 1:30 p.m.) off calendar as they prepare the motion for preliminary approval of the proposed settlement, which the Parties will file, per the Court's direction, on June 14, 2012.

Dated: May 27, 2012                COOLEY LLP

                                    */s/ Michael G. Rhodes*
                                    Michael G. Rhodes (116127)

                                    Attorneys for Defendant FACEBOOK, INC.

Dated: May 27, 2012                THE ARNS LAW FIRM

                                    */s/ Robert S. Arns*
                                    Robert S. Arns

                                    Attorneys for Plaintiffs

## ATTESTATION
## (GENERAL ORDER 45)

I, Michael G. Rhodes, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

                                          */s/ Michael G. Rhodes*
                                        Michael G. Rhodes

1271334 v1/SF