UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ANGEL FRALEY, et al., ) | Case No.: 11-CV-01726-LHK |
| Plaintiffs, ) | |
| ) | ORDER RE: JOINT STATUS REPORT |
| v. ) | |
| ) | (re: dkt. # 171) |
| FACEBOOK, INC., a corporation; and DOES 1-100, ) ) ) | |
| Defendants. ) ) | |

In light of the parties' Joint Status Report Regarding Revised Settlement Term Sheet, ECF No. 171, the hearing on Plaintiffs' motion for class certification is continued from May 31, 2012, to July 12, 2012, at 1:30 p.m. In accordance with the Court's May 21, 2012 Case Management Order, if, by June 14, 2012, the parties file a motion for preliminary approval of a class action settlement, the July 12, 2012 hearing on Plaintiffs' motion for class certification will be converted to a hearing on the motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: May 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-01726-LHK
ORDER RE: JOINT STATUS REPORT