ROBERT S. ARNS
 (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS
 (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN
 (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:     (415) 495-7800
Fax:    (415) 495-7888

JONATHAN M. JAFFE
 (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Telephone: (510) 725-4293

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated;<br>　　　　　Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., a corporation and DOES 1 to 100, inclusive<br>　　　　　Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>[Proposed] Order Granting Plaintiffs' Motion For Additional Pages For Motion For Preliminary Approval Of Class Action Settlement<br><br>As Amended<br><br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br><br>Trial Date: December 3, 2012 |

-1-
[Proposed] Order Granting Plaintiffs' Motion For Additional Pages For Motion For
Preliminary Approval Of Class Action Settlement
Case No. CV 11-01726 LHK (PSG)

1   Plaintiffs Susan Mainzer; James H Duval, a minor, by and through James Duval, as
2   Guardian ad Litem; and William Tait, a minor, by and through Russell Tait, as Guardian ad
3   Litem; individually and on behalf of all others similarly situated ("Plaintiffs") filed pursuant
4   to Local Rule 7-11 a Motion for Administrative Relief Granting Additional Pages For Motion
5   for Preliminary Approval of Class Action Settlement. Plaintiffs filed a Declaration of Steven
6   R. Weinmann in support of the Motion For Additional Pages. The motion sought an
7   additional 20 pages in addition to the 25 permitted under Local Rule 7-4. The Motion for
8   Additional Pages was unopposed by defendant Facebook, Inc.

9   The Motion for Preliminary Approval of Class Action Settlement to Dismiss is
10  currently scheduled to be heard on July 12, 2012. After full consideration of the matter, and
11  for good cause shown, the Court hereby GRANTS the Motion. Plaintiffs may have up to
12  thirty-five (35) ~~forty-five (45)~~ pages for their brief on their Motion for Preliminary Approval of Class Action
13  Settlement.

15  IT IS SO ORDERED.

17  Dated: June 11, 2012

             *Lucy H. Koh*
             LUCY H. KOH
             United States District Court Judge

-2-
~~[Proposed]~~ Order Granting Plaintiffs' Motion For Additional Pages For Motion For
Preliminary Approval Of Class Action Settlement
Case No. CV 11-01726 LHK (PSG)