ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a corporation; and DOES 1-100, <br><br> Defendants. | Case No. CV 11-01726 LHK <br><br> **DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Courtroom:  8 <br> Judge:  Hon. Lucy H. Koh <br> Date; July 12, 2012 <br> Time: 1:30 p.m. <br> Trial Date:  December 3, 2012 |

-1-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT-CASE NO. CV 11-01726 LHK**

I, Jonathan M. Jaffe, hereby state and declare:

1.   I am an attorney licensed to practice before all the courts of the State of California as well as the Northern District of California, and am one of the attorneys for Plaintiffs herein. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2.   Attached hereto as Exhibit 1 is a copy of my curriculum vitae.

3.   Prior to becoming an attorney, I worked with Information Technology departments at over 40 companies during the past 17 years, the prior 13 of which have been generally as a security consultant, designing and building security systems.

4.   I have extensive experience in the field of integrated Internet application and systems design. I design and implement Internet-based data and security systems for corporations globally. I have done this mainly as an independent consultant since 1999, and have worked in Information Technology full-time since 1993.

5.   The systems I design and implement range from corporate messaging systems, web applications, security databases, directories, access control systems, identity management systems, email systems, and others.

6.   I have consulted on several class action cases as to computer systems as well as electronic discovery, including a suit in Los Angeles Superior Court against an Internet-based legal services company, LegalZoom.com, and a Northern District of

-1-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT-CASE NO. CV 11-01726 LHK**

California case against Wells Fargo Bank. Both of those cases have or are in the process of being concluded by way of settlement.

7.   I have been actively and personally involved in the litigation of this matter since its inception, to the point of consumption. This includes (1) identifying, researching and developing the legal theories of this matter, (2) frequently meeting and working with the class representatives to respond to a heavy load of discovery, and keeping them informed of the status of the case, (3) intimately participating in the research and drafting of all pleadings, discovery and briefs, (4) managing the entire process of electronic discovery, (6) reviewing all discovery produced by Facebook, which to date has been over 169,000 pages of documents (5) developing all aspects of Plaintiffs' legal strategy, (6) participating in nearly ever settlement discussion and negotiation, (7) preparing a large proportion of Plaintiffs' mediation brief of over 230 pages, (8) regularly communicating with opposing lawyers on all aspects of this case, throughout the entire case, (9) conducting and participating in near-daily meetings the plaintiff team to develop for the entire length of this case, currently at one year and five months, (10) preparing and defending all depositions of Plaintiffs, including former Plaintiff Angel Fraley, (11) locating and preparing expert witnesses, (12) preparing for and deposing all Facebook witnesses including expert witnesses, (13) appearing as co-counsel at each appearance before this Court, with the exception of one discovery hearing, (14) managing my co-counsel and their staff, and (11) in general obsessing about every detail of this case. I have spent an excessive amount of time on this case at the expense of other consulting

opportunities that would have paid for each hour worked, had I taken them instead of worked on this case.

8. I have personally worked with all the current and former plaintiffs in this case during every aspect of their involvement.

9. Mr. Duval and his family have devoted at least 55 hours staying informed, preparing for and being deposed, and responding to Facebook's discovery requests, including at least 114 requests for admissions, 25 interrogatories and 54 requests for production. Mr. Duval's parents were deposed on a separate occasion from him.

10. Ms. Mainzer has devoted at least 25 hours staying informed, preparing for and being deposed, and responding to Facebook's discovery requests, including at least 115 requests for admissions, 25 interrogatories and 54 requests for production.

11. W.T. and his father have devoted at least 77 hours staying informed, preparing for and being deposed, and responding to Facebook's discovery requests, including at least 114 requests for admissions, 25 interrogatories and 54 requests for production. This time includes the time spent away from their normal schedule while traveling from Redondo Beach, CA to be deposed. Both W.T. and his father were deposed on different occasions.

12. In 2011, Facebook moved the Court for attorney fees in a case also based on Ca. Civ. Code § 3344, *David Cohen v. Facebook*, Los Angeles County Superior Court No. BC 444482 (consolidated with BC 454799) where Facebook won on its demurrer under the Children's Online Privacy Protection Act, or COPPA, 15 U.S.C. §6502 on September 22, 2011. Facebook then moved the Court for over $790,000 in fees and

-3-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT-CASE NO. CV 11-01726 LHK**

costs. In another case, *Cohen v. Facebook*, No. 10-cv-05282 (Judge Richard Seeborg), Facebook has appealed to the United States Court of Appeals for the Ninth Circuit the lower court's denial of more than $700,000 for attorney's fees.

13.   Facebook propounded the following request for admission to all three Plaintiffs:

Admit that YOU are aware that, if FACEBOOK is deemed the prevailing party in this lawsuit, the Court may find that YOU are legally obligated to satisfy, in whole or in part, a judgment awarding reasonable attorneys' fees and costs to FACEBOOK.

14.   In the face of the threat by Facebook that Plaintiffs may be legally obligated to pay attorneys fees, they still chose to move ahead with the case.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on June 14, 2012 in San Francisco, California.

Jonathan M. Jaffe

-4-
**DECLARATION OF JONATHAN M. JAFFE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT-CASE NO. CV 11-01726 LHK**