**EXHIBIT 1**

# JONATHAN JAFFE, ESQ.

*3055 Hillegass Ave, Berkeley, CA  USA  •  +1 415.425.1474  •  jonathan.jaffe@gmail.com*

## EXPERIENCE

*Attorney, 2010 - Present*
**Jonathan Jaffe Law**
Attorney focusing on electronic discovery in complex litigation.

*Senior Systems Architect, 1999 - Present*
**Independent Consultant**

- Bank of America – Perform competive analysis of Virtual Directory Server products for production selection for system to handle 3 billion directory requests daily; Design system for implementation.
- Jet Propulsion Laboratories – Design and implement LDAP Proxy Server to support critical space flight launch services; Analyze and tune LDAP Directory Servers for the same; Perform product analysis for access management product selection.
- Genentech – Maintain Sun Role Manager; Design and implement complex LDAP upgrade from Sun Directory Server 5.2 to 6.3; Implement Sun LDAP Proxy Server. All work was performed in a highly-regulated, FDA validated environment requiring adherence to precise federal compliance rules of documentation and execution.
- Northern Trust – Fix and support secure Directory Server implementation; Integrate with Oracle Access Manager. Test and configure LDAP Proxy; Tune all systems.
- Intuit – Fix and optimize password synchronization between Active Directory and Sun Directory Server systems using Sun's Identity Synchronization for Windows. Create highly-available password synchronization infrastructure.
- BlueCoat – Design and oversee secure implementation of Sun Identity Manager, Access Manager, Federated Manager solution for internal and external users. Synchronize data between Active Directory, Oracle, MySQL, LDAP and Salesforce.com.
- ING – Design highly-available LDAP Proxy solution for critical bank functions around customer security. Design covers 40 hosts across four data centers.
- Sprint – Design, implement and migrate massive LDAP system across two data centers. Migrate **40 million** LDAP objects from Directory Server 5.2 to 6.3. Create and implement LDAP Proxy for load-balancing and failover in no-tolerance environment.
- Northern Trust – Perform health-check for Directory Server 5.2 system that had been part of a larger system exhibiting failures.
- VISA – Analyze current design and re-architect that design for a Flexible Access Control project; Participate as the Sun, Microsystems LDAP expert to brainstorm on the design for massive system supporting potentially millions of merchants and customers.
- OTE – Design Sun Identity Manager, Access Manager, and Directory Server implementation for Greece's largest telco to support 20,000 employees and millions of subscribers.
- EDS – Design and integration of Sun Identity Manager, Vaau RBACx, Sun Directory Server, RSA Access Manager as part of a much larger full-service outsourced human resources portal offering. This offer will support millions of users in an multi-tenant hosted model; Perform Security Design Assessments to meet international government and US HIPAA requirements; Design the secure integration of various third-party software products with this human resources portal.
- HEB Grocery – Design and validate Directory Server integration with Sun Identity Manager and Vaau RBACx. Migrate UNIX host authentication from NIS to LDAP.
- Medtronic – Design and install proof of concept bi-directional password synchronization between Active Directory and Sun Directory Servers using Sun Identity Synchronization for Windows. User base is 40,000.
- Verizon Wireless – Design Single Sign-on solution across multiple Internet domains (cross-domain single sign-on solution) to handle 66 million consumers using Sun's Access Manager and Directory Server. Design meets 99.999% uptime requirements and spans two data centers. The hardware budget alone was $5.5 million dollars.

# JONATHAN JAFFE, ESQ.
*3055 Hillegass Ave, Berkeley, CA  USA   •   +1 415.425.1474   •   jonathan.jaffe@gmail.com*

- Intuit – Validate and deploy password synchronization system (Sun's Identity Synchronization for Windows) to perform on-demand password synchronization between Active Directory and Sun's Directory Server. 16,000 directory objects.
- Kaiser Permanente – Write and maintain IBM Tivoli Identity Manager agents (IBM Tivoli Directory Integrator) to Critical Path and IBM Directory Server LDAP directories. Partial gathering, designing and implementing provisioning policies., including full password synchronization. Partial design of LDAP schema for Kaiser employees. 210,000 objects in account directories.
- MedImpact – Implement IBM's Tivoli Identity Manager and Access Manager for pilot project, integrating Sun Java Enterprise Directory Server, UNIX logon and IBM Directory Server for target account system management. Write basic workflow, provisioning policies, access control policies.
- 21st Century Insurance – Design and implement a uni-directional password synchronization system from SunONE Directory Server, IBM Directory Server to Active Directory and RACF using IBM's Directory Integrator, and integration with an custom Java application. Utilized encryption to target directories. Designed, built and implemented in less than two months. User base of approximately 20,000 objects.
- Oxford Health Plan – Review, design, and implement HIPAA-compliant Security Directory Services. In addition to building a SunONE Directory Services system that integrates with Windows NT, I designed the system to integrate with Active Directory, replace the NIS platform, and work with a large number of current applications. These subsequent items will be realized over the next year as appropriate products are released. 10,000 objects.
- Adobe, Inc – Migrate 4200 mail accounts from Netscape Messaging Server to SunONE Messaging Server. The Messaging system consists of 15 Messaging Servers and 18 LDAP Directory Servers across the world. Migration includes migrating two of the larger systems running under Veritas Cluster Server. Directory Server is highly customized by Adobe so migration required significant Directory work as well as assisting with modifying the provisioning system at Adobe. All systems run on Solaris. Performed work on behalf of Sun Professional Services.
- University of California, Merced – Architect, customize, and implement a Messaging and Identity Management solution. Performed a first-time integration of SunONE Identity Server and SunONE Messaging Server to allow Identity Server to manage Messaging Server users. Wrote up how to do this and is now available for all of Sun Professional Services to use. 6,000 objects.
- Gap, Inc – Architect critical authentication system used to support Point of Sales applications, among other things. Design directory information tree, validate schema, design physical machine layout and optimize OS system parameters for system needs, architect complex multi-mastered directory service that incorporates LDAP proxies (SunONE Directory Proxy). Implement the system in development and staging environments, and run extensive tests to validate design and implementation. Write comprehensive documentation and educate internal administrators on how to maintain the directory services system. Performed work on behalf of Sun Professional Services. 200,000 objects.
- Delta Dental – Architect the entire HIPAA-compliant web access security infrastructure to protect a variety of existing and planned web-based applications for a minimum user base of 2 million directory objects. Design includes working with a remote system similar in architecture, which I also designed, to allow multi-domain single sign on. Total user base is expected to be as high as 17 million directory objects. Implement the final design for both systems. Products include SunOne (iPlanet) Directory Server, Directory Access Router (LDAP Proxy), Netegrity SiteMinder, Netegrity Delegated Management Services, Apache Web Server with OpenSSL and Proxy, NewAtlanta ServeletExec, and various UNIX administration tools. Architecture includes LDAP schema design, directory information tree design, hardware system sizing, configuration, and integration design after conducting extensive load analysis. 1 million objects.

    Evaluate Netegrity's SiteMinder, RSA's ClearTrust, and iPlanet's DSAME (SunONE's Identity Server.) Develop an extensive technical evaluation of the final candidate products; Write up the findings for official, internal publication and review. Write proposal for subsequent work to implement the web access control product chosen. Implement this work, as described above. Performed all work on behalf of Caspian Consulting.
- American Airlines – Review, validate, recommend and deploy changes for LDAP directory tree, schema, and architecture for a deployment to support an initial 400,000 directory objects and able to

# JONATHAN JAFFE, ESQ.

*3055 Hillegass Ave, Berkeley, CA USA • +1 415.425.1474 • jonathan.jaffe@gmail.com*

- support at least 1 million, using iPlanet Directory Server on Solaris. Educate PricewaterhouseCoopers consultants on implementing and maintaining the product. Performed work on behalf of PricewaterhouseCoopers.
- <u>Motorola</u> – Design and implement Netegrity SiteMinder to support an initial 400,000 user accounts, and expected to grow to three million in three years. Protect a wide variety of applications under a single sign-on environment. Implement Netegrity SiteMinder on Solaris, and web agents on various Solaris and NT machines running iPlanet and IIS web servers as well as WebLogic and NetDynamics application servers. Provide Java developers with assistance on integrating applications into SSO environment. Write detailed integration manual to be used by future developers needing to know how to integrate applications into this web access control environment. Performed work on behalf of iPlanet Professional Services. 200,000 objects.
- <u>Verizon Wireless</u> – Validate directory information tree designs to support a massive NIS migration to LDAP. Participated in workshop to teach the customer proper LDAP design for the particular problem. Performed work on behalf of Sun Professional Services.
- <u>CyberRoute</u> – Architect and implement an entire suite of iPlanet's products (Directory, Delegated Administrator, Messaging Server, Calendar Server, Portal Server, along with Citrix's MetaFrame into a single ASP environment in Holland. Performed work on behalf of iPlanet Professional Services.
- <u>GE Power Systems</u> – Trouble-shoot and repair faulty iPlanet Directory Server being used by Netegrity's SiteMinder, supporting 100,000 external customers. Identify various problems, make and implement recommendations to bring the server up to production quality. Successful engagement saw an improved performance of over 700% in speed, and infinite improvement in reliability.
- <u>Providian Financial Corporation</u> – design and implement iPlanet's Directory Server for a user base of 30,000 users. Incorporate PeopleSoft HRMS, Lotus Notes, and other systems with a centralized LDAP directory (iPlanet Directory Server.) Wrote operations manual for continued best-practices of operations. Performed work on behalf of iPlanet Professional Services.
- <u>Washington Mutual</u> – Design and implement 40,000 object LDAP directory (Netscape Directory Server), and integrate with mail, web, and proxy systems. Designed and managed production of a one-way synchronization system from PeopleSoft HRMS to the LDAP directory.
    Returned to client to assist in architecting integration between Netegrity SiteMinder, iPlanet WebTop (now SunONE Portal Server), and iPlanet Calendar server. Write operations manual for continued best-practices operations of Directory Server. All systems implemented on Solaris. Performed work on behalf of Netscape Professional Services.
- <u>GE Industrial Systems</u> – Architect and implement Netscape Directory Server to support Netegrity SiteMinder implementation for 300,000 directory objects. Design schema, directory information tree, and system architecture. Implement system on Solaris, AIX, and Windows. Write operations manual for continued best-practices of operations. Performed work on behalf of Netscape Professional Services
- <u>ABN AMRO</u> – Design LDAP schema and directory information tree for 20,000 object LDAP directory (Netscape Directory Server) to be used to support 1200 remote bank locations for Intranet user authentication; Integrate with Microsoft's Active Directory and support developers in writing LDAP application code. Write supporting schema, tree, and architecture document. Performed work on behalf of Netscape Professional Services.
- <u>Saudi Aramco</u> – Design and implement LDAP directory for a 30,000 user base; Design and implement Meta-directory solution; Integrate with NT Domains, Microsoft Exchange, SIMS Mail Server, and Netscape Proxy Server using Netscape Meta-directory. Performed work on behalf of Netscape Professional Services.

*Senior Systems Architect, January 2004 to February 2005*
## Critical Path, Inc
- Scope and design solutions for massive secure hosted messaging services (over 2 million objects.) This includes gathering requirements, writing the full technical design, and often times, managing parts of the implementation.
- Conduct technical reviews with customers of such design.

# JONATHAN JAFFE, ESQ.
*3055 Hillegass Ave, Berkeley, CA  USA   •   +1 415.425.1474   •   jonathan.jaffe@gmail.com*

- Designs include phone-based IMAP, POP, SMTP, WML and HTML access to messaging services, all based on secure systems; integrating into provisioning systems for automated registration, SMS-integration with messaging and provisioning services. Designs also include improving upon existing operational procedures such as logging, monitoring, and reporting. Full solution design for anti-spam, anti-virus solutions for both email and SMS services.
- Design anti-spam solution for hosted email services covering 12.5 million email accounts.

***Senior Systems Engineer,*** *November 1997 – September 1999*
INTRAWARE, INC.,   ORINDA, CA
- Research, analyze and evaluate technologies and products.
- Create content and present Technology Seminars for IT executives and managers in the areas of Internet infrastructure and security. Topics include Public Key Infrastructure, Access Control, Directories (LDAP), Mail Systems.
- Create visions and strategies at the executive level for IT departments.
- Write technology research papers (encryption, PKI), technology Position Papers (Single Sign-On, UML), Product Case Studies (Netscape Mission Control Desktop Implementation), and general knowledge papers for IT audiences.
- Research and analyze various products for internet-related markets (personalization products, content management products, proxy servers, access control products.)
- Perform normal consulting duties (Statement of Work, Preliminary Analysis, Progress Updates, Timelines, Conclusion of Work) for implementing enterprise server products (mail servers, directory servers, calendaring servers, web servers and so on.)
- Implement the above systems on a consulting basis.
- Interact with executive-level management.

Fluency in established and emerging internet technologies with an emphasis on infrastructure and security coupled with the ability to understand, evaluate, and explain new and complex ideas.

***Web Master, Systems Administrator,*** *February 1997 – November 1997*
IMMUNEX CORPORATION,   SEATTLE, WA
- Design and implement vision of corporate Intranet and related applications.
- Manage creation and growth of corporate Intranet.
- Manage relationships of many different groups.
- Unix systems administration.
- Web server, news server, mail server, proxy server, directory server administration.

***Independent Consultant,*** *October 1995 – February 1997*
TOKYO
- Manage implementation of Japan's first 100% dynamic (database-driven) web site, www.australia.or.jp.
- Architect hardware and software solution.
- Liaison between Australian government and production company.
- Testing and Quality assurance during the localization of virtual reality modeling products (Virtus Corporation) for release in Japan.

***Language Learning Lab, University of Washington,*** *October 1993 – September 1995*
SEATTLE
- Manage UNIX, Macintosh and Windows computer lab.

# EDUCATION
UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW

4

# JONATHAN JAFFE, ESQ.

*3055 Hillegass Ave, Berkeley, CA  USA  •  +1 415.425.1474  •  jonathan.jaffe@gmail.com*

*Juris Doctor, May 2009*
- Dean's Scholarship, 2005–2009—Highest merit-based scholarship offered, given only to top 5% of admitted law school applicants
- Academic Honors, 2006-2008
- Arthur C. Zief, Jr. Scholarship, 2008-2009—Received for defense work in *RIAA v. Defendant*

KEIO UNIVERSITY, TOKYO
*Post Graduate Research Fellow, 1995 to 1997*
- Recipient of Highly Competitive Monbushyo Fellowship—Full tuition and living expenses
- Focus: Japan's Information Economy

UNIVERSITY OF WASHINGTON, SEATTLE, WA
*MA, International Studies, 1995*
- Honors
- Focus: Japan's Information Economy

UNIVERSITY OF CALIFORNIA, BERKELEY, CA
*BA, Architecture, 1991*
- Honors

## AWARDS / PUBLICATIONS / PRESENTATIONS

PUBLISHED THE TRIAL WHEEL, THE EVIDENCE WHEEL, BOTH CALIFORNIA AND FEDERAL VERSIONS— AS PRODUCER AND EDITOR, THE RUTTER GROUP, 2009

AWARDED '95 RESEARCH PRIZE — PACIFIC TELECOMMUNICATIONS COUNCIL, 1996

PUBLICATION IN PACIFIC TELECOMMUNICATIONS REVIEW, "THE INFORMATIZATION OF JAPAN: CREATING AN INFORMATION SOCIETY OR JUST GOOD SALESMANSHIP?" JUNE 1996

PRESENTATION PTC '96, HAWAII, 1996. "THE INFORMATIZATION OF JAPAN: CREATING AN INFORMATION SOCIETY OR JUST GOOD SALESMANSHIP?"

AWARDED MONBUSHO FELLOWSHIP, MINISTRY OF EDUCATION, JAPAN, 1995
   1.5 YEARS FULL RESEARCH SCHOLARSHIP, KEIO UNIVERSITY