ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W. T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>        Defendants. | **Case No. CV 11-01726 LHK**<br><br>**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 12, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial Date: December 3, 2012 |

-1-
**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
Case No. CV 11-01726 LHK

I, Steven R. Weinmann, hereby state and declare:

1. I am an attorney licensed to practice before all the federal and state courts located in the State of California and I am admitted to practice before this Court. I am Of Counsel to The Arns Law Firm, one of the attorneys for Plaintiffs herein. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. Attached here as Exhibit 1 is a true and correct copy of Plaintiff's Second Amended Complaint.

3. Attached here as Exhibit 2 is a true and correct copy of a Sponsored Story featuring Plaintiff James H. Duval.

4. Attached here as Exhibit 3 is a true and correct copy of a Sponsored Story featuring Plaintiff W.T.

5. Attached here as Exhibit 4 is a true and correct copy of Dep. Ex. 345.

6. Attached here as Exhibit 5 is a true and correct copy of Dep. Ex. 672, Facebook's "Sponsored Stories for Marketplace" brochure.

7. Attached here as Exhibit 6 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

8. Attached hereto as Exhibit 7 ■■■■■■■■■■■■■■■■■■■■■■

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the transcript of the deposition of Susan Mainzer.

10. Attached hereto as Exhibit 9 is a true and correct copy of Susan Mainzer's

-1-
DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 11-01726 LHK

Responses to Interrogatory Nos. 8, 11.

11. Attached hereto as Exhibit 10 ███████████████████████
████████████████████████████████████████████████
███████

12. Attached hereto as Exhibit 11 is a true and correct copy of Dep. Ex. 566.

13. Attached here as Exhibit 12 ████████████████████████
████████████████████████

14. Attached hereto as Exhibit 13 ██████████████████████
██████████████████████████████

15. Attached here as Exhibit 14 ██████████████████████████

16. Attached hereto as Exhibit 15 ████████████████████████
████████████

17. Attached here as Exhibit 16 is a true and correct copy of the Statement of Rights and Responsibilities ("SRR") for May 24, 2007—December 21, 2009, Dep.Exhibit 66.

18. Attached here as Exhibit 17 is a true and correct copy of "Terms of Use"; SRR for December 21, 2009—April 22, 2010, Dep. Exhibit 78.

19. Attached here as Exhibit 18 is a true and correct copy of the SRR for April 22, 2010—August 25, 2010, Dep. Exhibit 81.

20. Attached here as Exhibit 19 is a true and correct copy of the SRR for August 25, 2010—October 4, 2010, Dep. Exhibit 82.

21. Attached here as Exhibit 20 is a true and correct copy of the SRR for October 4, 2010—April 26, 2011, Dep. Exhibit 83.

-2-
DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. CV 11-01726 LHK

21. Attached here as Exhibit 20 is a true and correct copy of the SRR for October 4, 2010—April 26, 2011, Dep. Exhibit 83.

22. Attached here as Exhibit 21 is a true and correct copy of SRR for April 26, 2011—August 25, 2011, Dep. Ex 151.

23. Attached here as Exhibit 22 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

24. Attached here as Exhibit 23 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

25. Attached here as Exhibit 24 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

26. Attached here as Exhibit 25 is a true and correct copy of Dep. Ex. 103.

27. Attached here as Exhibit 26 is a true and correct copy of Dep. Ex. 109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on June 14, 2012 in San Francisco, California.

*/s/ Steven R. Weinmann*

Steven R. Weinmann

-3-
**DECLARATION OF STEVEN R. WEINMANN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
**Case No. CV 11-01726 LHK**