# EXHIBIT 5

# Sponsored Stories for **Marketplace**

October 20th, 2011

What are Sponsored Stories? .......... 2

Sponsored Stories Types .......... 3

- Page Like Story .......... 3
- Page Post Like Story .......... 4
- App Used and Game Played Story .......... 5
- App Share Story .......... 6
- Check-in Story .......... 7
- Domain Story .......... 8
- Summary .......... 9

Creating Sponsored Stories in 5 easy steps .......... 10

Case: 11-CV-01726 LHK
EXHIBIT
672

Facebook © 2011

# What are Sponsored Stories?

At Facebook, we believe businesses will be better in a connected world. Sponsored Stories let you promote stories about people connecting with your Page, app, event or domain to their friends. When people hear about your brand from their friends, they're twice as likely to engage.

People are naturally interested in things their friends care about. That's why the News Feed is such a central part of Facebook: News Feed stories give friends an easy way to show each other what they like.

Now with Sponsored Stories, you can increase the visibility of these powerful News Feed stories when they relate to your organization or business. No matter how many fans you have, they are only a portion of the people you can reach on Facebook. Sponsored Stories broadens your reach by allowing your fans to help their friends discover your brand and connect with your campaign objectives. Like Facebook Ads, Sponsored Stories are non-disruptive and respect people's privacy settings. There are six types of Sponsored Stories that each surface different types of content.

## How Sponsored Stories work:

1. A person engages with your Page, App, Place or Domain.

2. Normally, a story about this activity can be generated on their friends' News Feeds, which their friends may or may not see due to the dynamic nature of News Feed.

David likes this brand

3. By including Sponsored Stories with your Facebook Ads campaign, this person's friends can also see the story appear in the right-hand.

Sponsored Stories
David likes this brand
Your Brand
Like

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

# Sponsored Stories Types

All Sponsored Stories are 240 px wide and have variable height. Since they're generated from the actions people take with your business, you do not need to add a creative to your Sponsored Stories campaign.

## 1. Page Like Story

**What happens:** Someone liked your Page directly from Facebook or from the Like Box on your website at any point in time.

**What you can do**: You can use the Page Like Story to make sure his friends know about this action.

All rights reserved. Product specifications subject to change without notice


## 2. Page Post Like Story

**What happens:** One of your fans liked one of your Page posts in the last seven days.

**What you can do:** You can use the Page Post Like Story to make sure his friends know about this action

**Friend's Photo & Name** Takes you to this friend's profile

**Comment & Like Tags** Take you to the permalink for the News Feed story, where you can comment and/or like the story as well

Fidji Simo likes adidas Soccer's album FC Dallas 4/17/11

FC Dallas 4/17/11

23 174

**Page Name** Takes you to Page. Full name of Page is preserved (up to 70 characters)

**Page Post** Takes you to the permalink for the News Feed story

- **If the liked Page post is a status update:** 100 character maximum (followed by ellipses)
- **If the liked Page post is an image alone:** max dimensions of 90px wide, 90px high (aspect ratio is preserved); 70 character maximum for photo title
- **If the liked Page post is an image with comment:** 50 px wide, 50px high (aspect ratio is preserved); 70 character maximum for photo title; 100 character maximum (followed by ellipses)
- **If the liked Page post is a video alone*:** 90px wide, 90px high (aspect ratio is preserved); 70 character maximum for video title
- **If the liked Page post is a video with comment*:** 50px wide, 50px high (aspect ratio is preserved); 70 character maximum for video title; 100 character maximum (followed by ellipses) for comment

*Note: Premium Sponsored Stories have video-play capabilities inline, while Marketplace Sponsored Stories do not.

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

## 3. App Used and Game Played Story

**What happens**: Someone used your App or played your Game at least twice or for at least 10 minutes in the last month.

**What you can do**: You can use the App Used and Game Played Story to make sure his friends know about this action

**Friend's Photo & Name** Takes you to this friend's profile
**App Image Thumbnail** 50px wide, 50px high (same as thumbnail managed by App; aspect ratio is preserved) Takes you to the Canvas App page
Lauryn Hale played Glory of Rome.
GoR
BETA
Glory of Rome
Play
**App Name** Full title of the App story is preserved (up to 70 characters) Takes you to the Canvas App page
**Play** Takes you to the Canvas App page

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

facebook. Case5:11-cv-01726-LHK Document183-5 Filed06/20/12 Page7 of 13

## 4. App Share Story

**What happens**: Someone shared a story from your App in the last seven days.

**What you can do**: You can use the App Share Story to make sure his friends know about this action.

Friend's Photo & Name
Hayes Metzger is supporting the UCSF Benioff Children's Hospital. Double win.
Comment by Friend (if applicable)
App Name
App Image Thumbnail
Eventbrite - TechCrunch and CrunchGear present TRON: Legacy in 3-D (San Francisco)
Eventbrite
4 · Get Tickets
Action Link
Comment and Like Tags

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

## 5. Check-in Story

**What happens:** Someone checked in and/or claimed a deal at one of your claimed Places in the last seven days using Facebook Places.

**What you can do:** You can use the Check-in Story to make sure his friends know about this action

Friend's Photo & Names
Takes you to this friend's profile
Lisa Carey Second time today — at Starbucks with Philip Zigoris
Comment by Friend (if applicable)
100 character maximum (followed by ellipses)
ce Image Thumbnail
Starbucks
Like
Place Name
1 1
Comment and Like Tags
Like

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

## 6. Domain Story

**What happens:** Someone liked a piece of content on your website using the Like button, shared a piece of content from your website using the Share button, or pasted a link to your website in his status update in the last seven days.

**What you can do:** You can use the Domain Story to make sure his friends know about this action

Friend's Photo & Names Takes you to this friend's profile
Image Thumbnail 500px wide, 500px high For Likes and Shares the image is the one specified in the meta tags on the page For pasted links, the image is the same as the one chosen by the user in the News Feed Story Takes you to the Open Graph object page on that domain where action occurred
Comment and Like tags Take you to the permalink for the News Feed story, where you can comment and/or like the story as well
Mike Fretto Great cause
Autism Thing Dark T-shirt on CafePress.com
www.cafepress.com
1 · Share
Comment by Friend (if applicable) 30 character maximum (followed by ellipses)
Story Title 70 characters before ellipses Takes you to the Open Graph object page on that domain where action occurred
URL Takes you to the home page of the domain
Share Allows you to share the story on your profile or send as a message to a friend

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

# Summary: Sponsored Stories types

| Story type | | Story content | Who sees it |
|---|---|---|---|
| Page Like | Mike Fretto and Mary-Jane Faul like Southwest Airlines. Southwest Airlines Like | Someone liked your Page directly from Facebook or from the Like Box on your website at any point in time | The friends of your fans |
| Page Post Like | Fidji Simo likes adidas Soccer's album FC Dallas 4/17/11. FC Dallas 4/17/11 23 174 | [illegible] | [illegible] |
| App Used and Game Played | Lauryn Hale played Glory of Rome. Glory of Rome Play | Someone used your App or played your Game at least twice or for at least 10 minutes in the last month | The friends of the people who used your App or played your Game |
| App Shared | Hayes Metzger is supporting the UCSF Benioff Children's Hospital. Double win. Eventbrite - Tech-Crunch and Crunch-Gear present TRON: Legacy in 3-D (San Francisco) Eventbrite 4 · Get Tickets | Someone shared a story from your App in the last seven days | The friends of the people who shared a story from your App |
| Check-in | Lisa Carey Second time today — at Starbucks with Philip Zigoris. Starbucks Like 1 1 | Someone checked in and/or claimed a Deal at one of your claimed Places in the last seven days using Facebook Places | The friends of the people who checked in or claimed a Deal |
| Domain | Mike Fretto Great cause. Autism Thing Dark T-shirt on CafePress.com www.cafepress.com 1 · Share | Someone liked a piece of content on your website using the Like button, shared a piece of content from your website using the Share button or pasted a link to your website in his status update in the last seven days | The friends of the people who liked or shared content from your site |

© 2011 Facebook Inc. All rights reserved. Product specifications subject to change without notice.

# Creating Sponsored Stories in 5 easy steps

## Step 1 Go to http://www.facebook.com/ads/create

## Step 2 Select the Destination you want to promote

[illegible] will first need to claim your Domain. This process should take your developer about five minutes to complete and simply involve adding tags to the header of your webpage. Claiming your Domain will also allow you to get access to Insights for Domains, a Facebook dashboard providing detailed analytics about the people who interact with content on your website. To claim your domain, please click here and follow the instructions under "Claiming a Domain".

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice

## Step 3 Select the type of stories you want to promote

facebook Search

### Advertise on Facebook

**1. Design Your Ad** Select Existing Creat

**Destination:** Facebook Marketing Solutions [?]

**Type:**
- (•) Sponsored Stories [?]
- ( ) Facebook Ads [?]

**Story Type:**
- (•) Page Like Story [?]
- ( ) Page Post Story [?]
- ( ) Page Post Like Story [?]

**Preview:**
Fidji Simo likes Facebook Marketing Solutions.
**Facebook Marketing Solutions**
Like

Under 'Type' please select 'Sponsored Stories'. The type of Sponsored Stories that you will be able to select under 'Story Type' will vary:

- **For a Page**, you will be able to choose a Page Like Story or a Page Post Like Story
- **For a Place**, you will be able to choose a Page Like Story, a Page Post Like Story or a Check-in Story
- **For an App that is a Game**, you will be able to choose an App Share Story or a Game Played Story
- **For an App that is not a Game**, you will be able to choose an App Share Story or an App Used Story
- **For a Domain**, you will only be able to select a Domain Story

In order to create several types of Sponsored Stories, you have to go through the create flow each time you want to create a new type.

[illegible]

© 2011 Facebook, Inc. All rights reserved. Product specifications subject to change without notice.

facebook.

## Step 4 Select your targeting criteria

Sponsored Stories are targeted to people who are eligible to see the story in their News Feed. You can narrow down your target audience further using the same targeting options that are available for Marketplace Ads. For more information about these targeting criteria, please visit the Guide to Facebook Ads at http://www.facebook.com/adsmarketing/

*Please be aware that using additional targeting options will reduce your reach.*

## Step 5 Set up your campaign budget, pricing and scheduling

You can set up your campaign budget, pricing and scheduling for Sponsored Stories the same way you would for Marketplace Ads. You can learn more about it by visiting the Guide to Facebook Ads at http://www.facebook.com/adsmarketing.

**Recommendation: Increase organic actions**

*Sponsored Stories depend on the amount of organic actions people take with your Page, Place, App or Domain. Therefore, we recommend that you use both Sponsored Stories and Facebook Ads. Your ad campaign will increase the number of action[s] people take with your content, while Sponsored Stories will broaden the reach of those actions. Additionally, we advise y[ou] to put social plugins on prominent locations your website and give people compelling reasons to share content from you[r] site in order to increase to number of organic stories about your business.*

... All rights reserved. Product specifications subject to change without notice