# EXHIBIT 6

[COMPLETE EXHIBIT REDACTED]