# EXHIBIT 7

**[COMPLETE EXHIBIT REDACTED]**