**EXHIBIT 8**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4                       ---o0o---
 5
 6   ANGEL FRALEY; PAUL WANG, et    )
 7   al.,                           )
 8         Plaintiffs,              )
 9      vs.                         )   No. CV-11-01726LHK
10   FACEBOOK, INC., a              )
11   corporation; and Does 1-100,   )
12         Defendants.              )
13   _____ )
14
15
16         VIDEOTAPED DEPOSITION OF SUSAN MAINZER
17              TUESDAY, DECEMBER 20, 2011
18
19
20
21
22
23   PAGES 1 - 230
24
25
                                                  Page 1
```

```
 1                 (Deponent sworn.)                    9:44:18AM
 2                    EXAMINATION
 3   BY MR. BROWN:
 4         Q    Please state and spell your name for the
 5   record.                                            9:44:31AM
 6         A    My name is Susan Mainzer.  That's
 7   S-U-S-A-N M-A-I-N-Z, as in zebra, E-R.
 8         Q    And is that your current legal name?
 9         A    That is my current legal name.
10         Q    And I see in some documents and the like 9:44:47AM
11   references to Susan von Seggern.
12              So I take it that, then, is not your legal
13   name or is that --
14         A    That's my married name.
15         Q    But your legal name is still Susan       9:45:00AM
16   Mainzer?
17         A    Yes.
18         Q    When did you get married?
19         A    July 19th, 2008.
20         Q    And what name did you use to register for 9:45:17AM
21   Facebook?
22         A    Susan Mainzer.
23         Q    Okay.
24              And then did you change the name on your
25   Facebook account to Susan von Seggern at some point? 9:45:29AM
```

Page 5

| | | |
|---|---|---|
| 1 | Q    So do you have an understanding of how | 11:16:36AM |
| 2 | many of your "Like" -- how many of your "Likes" on | |
| 3 | Facebook have actually resulted in a sponsored | |
| 4 | story? | |
| 5 | A    Through discussions with my attorneys, I | 11:16:50AM |
| 6 | believe four. | |
| 7 | MR. ARNS:  Let me just interpose | |
| 8 | attorney/client privilege to that last answer. | |
| 9 | BY MR. BROWN: | |
| 10 | Q    And do you know -- | 11:17:15AM |
| 11 | Do you have an understanding of what | |
| 12 | particular "Like" statements resulted in the | |
| 13 | sponsored stories?  Do you know what the four were? | |
| 14 | A    I know that one of them was UNICEF.  I | |
| 15 | don't know what the other three were, which is very | 11:17:30AM |
| 16 | upsetting to me. | |
| 17 | Q    Are you aware of any concrete harm that's | |
| 18 | resulted from your appearance in the sponsored | |
| 19 | stories? | |
| 20 | MR. ARNS:  Object; vague as to what is | 11:17:49AM |
| 21 | meant by "concrete harm."  You might explain what | |
| 22 | your worries are. | |
| 23 | THE WITNESS:  Okay.  Yeah, I'm -- I'm | |
| 24 | concerned that people will see my name and likeness | |
| 25 | associated with something they don't like, and | 11:18:07AM |

| | | |
|---|---|---|
| 1 | Q     Are you aware of whether it was before | 11:39:57AM |
| 2 | January 1st, 2011 or after? | |
| 3 | A     I'm not. | |
| 4 | Q     And what is your understanding of what | |
| 5 | information about you appears in a sponsored story, | 11:40:07AM |
| 6 | to the extent that there is a sponsored story | |
| 7 | that -- about you? | |
| 8 | A     From -- from the one I've seen, it's my | |
| 9 | photograph and my name and that I like -- in the | |
| 10 | case I've seen -- UNICEF, and that -- and then the | 11:40:25AM |
| 11 | sponsored stories I've seen on Facebook, because I | |
| 12 | am a Facebook junkie, you know, it's the name and | |
| 13 | the -- and the -- and the picture, and then | |
| 14 | sometimes it will be more than one person's name or | |
| 15 | picture, so it will be like other people that that | 11:40:44AM |
| 16 | person whose page it appears on knows, and -- and | |
| 17 | most prominently the logo of the advertiser. | |
| 18 | Q     And have you seen any of your friends' | |
| 19 | actions on Facebook appear as sponsored stories? | |
| 20 | A     I have. | 11:41:12AM |
| 21 | Q     When did you first see a sponsored story | |
| 22 | with one of your Facebook friends? | |
| 23 | A     I think in the last year. | |
| 24 | Q     And approximately how many of those | |
| 25 | sponsored stories have you seen? | 11:41:25AM |

```
 1    just -- I just -- I don't really like them.  I just        11:46:38AM
 2    don't -- there is something about them as a company
 3    that just rubs me the wrong way, the very -- you
 4    know, labor practices, the stuff is very expensive.
 5            I -- I -- you know, I feel like mar- --            11:46:51AM
 6    yoga shouldn't be so marketed.  It's a -- it's a
 7    spiritual discipline, you know what I mean?  It
 8    shouldn't be like a branding play.
 9        Q   So let me ask this:  Are you able to
10    identify any way in which the story that would              11:47:14AM
11    appear in your friends' news feed would differ from
12    the way that the story would appear as a sponsored
13    story after you've hit the "Like" button for
14    something?
15        A   Yeah.  If -- after you hit the "Like"              11:47:30AM
16    button, the -- that item goes into your news feed
17    and then it goes down until it's off the page
18    because a new -- a new item -- new items come up to,
19    you know, be more recent.
20            A sponsored story is over here in the ads          11:47:49AM
21    section of the page and --
22        Q   In the right-hand column of the page?
23        A   In the right-hand column of the page where
24    it says "Sponsored, Create an Ad."
25            And also I believe those stories -- the            11:48:14AM
```

Page 77

```
1    sponsored stories come up at -- they don't just come        11:48:15AM
2    up when it happens, they come up at any time.  I
3    mean, if I -- I think I "Liked" UNICEF when I was
4    first, first, first on Facebook, which was many
5    years ago, and the sponsored story with me liking          11:48:23AM
6    UNICEF was earlier this year.  So --
7         Q    So --
8         A    -- maybe I stopped liking UNICEF in that
9    time and just didn't "unLike" them.
10        Q    So -- well, first of all, have you stopped       11:48:37AM
11   liking UNICEF?
12        A    No, I like UNICEF still.
13        Q    Okay.
14        A    But I don't know what other three ads I've
15   appeared in, so perhaps I don't like them anymore.         11:48:48AM
16   Who knows.
17        Q    Aside from the timing of the appearance of
18   the sponsored story or the location on the page of a
19   sponsored story, are you aware of any differences in
20   the content of the story?  That's really what I was        11:49:08AM
21   getting at.
22        A    Yeah, the sponsored story has other
23   people, has the logo, most prominently the logo of
24   the -- Facebook's client, the advertiser.
25             You know, when it's in my news feed, it          11:49:25AM
```

Page 78

```
 1            THE WITNESS:  Yeah, super glamorous          12:09:45PM
 2   Los Angeles Hollywood life.
 3   BY MR. BROWN:
 4        Q    So just to linger for another minute on
 5   documents, so do you recall actually sending          12:10:03PM
 6   documents or electronic information to your lawyers?
 7   And again, I don't want to know about any
 8   communications or the substance of the
 9   communications.
10        A    Yes, I -- I did.  I especially remember     12:10:14PM
11   filling out those spreadsheets and sending them
12   back.
13        Q    Okay.
14             And have you taken any steps to make sure
15   that documents that would pertain to the case         12:10:26PM
16   haven't gotten deleted or anything like that?
17        A    Yeah.  I -- yeah, I think so.
18        Q    Do you recall when you first registered
19   for Facebook?
20        A    Yeah.  I think it was the late -- late      12:10:47PM
21   spring or early summer of 2007.
22        Q    And do you just have one Facebook account?
23        A    I do.
24        Q    I'm sorry.  Again, I just want to make
25   sure I understand, because we talked about this       12:11:15PM
```

```
 1   really early in the deposition.                    12:11:16PM
 2          So your legal name is still Susan Mainzer,
 3   right?
 4       A   It is.
 5       Q   But since you have been married, you have  12:11:21PM
 6   been going by Susan von Seggern?
 7       A   I have.
 8       Q   Have you used any other names on Facebook
 9   other than those two?
10       A   No.                                        12:11:30PM
11       Q   So of the nearly 1400 Facebook friends
12   that you have, how many of those friends knew you
13   from before when you were married, when you started
14   using Susan von Seggern?
15       A   Oh, gosh.  I don't -- I real- -- I don't   12:11:58PM
16   even know.  I mean -- well, let's see.  If I -- if
17   I -- if I got married like a little over a year
18   after I started on Facebook -- you know, you guys
19   could figure that out much easier than I could
20   figure that out, because you could see like how many 12:12:15PM
21   people I was friends with before like July of 2008,
22   and then also you got to figure plenty of the people
23   that I've become friends with since July of 2008 are
24   people who knew me when I was Susan -- it's real- --
25   I can't figure that out for you guys.  I'm sorry.   12:12:29PM
```

Page 93

| | | |
|---|---|---|
| 1 | Q    Beyond those two that you personally work | 12:42:33PM |
| 2 | with, you have got other nonprofit or charitable | |
| 3 | organizations who you've "Liked" on Facebook, | |
| 4 | correct? | |
| 5 | A    Yes, but those are the only two that I | 12:42:44PM |
| 6 | really want people to give money to.  I'm happy if | |
| 7 | people give money to UNICEF, like, "God, give money | |
| 8 | to UNICEF," but I want people to give money to | |
| 9 | NextAid and Wells Bring Hope. | |
| 10 | Q    So when you "Liked" UNICEF in order to | 12:43:07PM |
| 11 | sort of promote their campaign at that time, I take | |
| 12 | it that you were fine if people wanted to donate | |
| 13 | money to UNICEF in order to support that campaign, | |
| 14 | correct? | |
| 15 | A    I don't think I really thought about it. | 12:43:29PM |
| 16 | I just thought about it as me going, "Yeah, sure, | |
| 17 | UNICEF, right on." | |
| 18 | Q    And in that campaign that they were | |
| 19 | undertaking at the time to reduce childhood deaths. | |
| 20 | A    I -- I don't -- I don't 100 percent | 12:43:43PM |
| 21 | recall, but I somewhat slightly recall that I think | |
| 22 | if you "Liked" them, they actually got a dollar from | |
| 23 | some matching donor.  And that was what really | |
| 24 | prompted me to take that action. | |
| 25 | MR. BROWN:  Okay.  I think this is a good | 12:44:01PM |

```
 1              And because I "Like" a story in the New        1:56:11PM
 2   York Times doesn't mean I want to promote the New
 3   York Times; it just means I'm promoting that story
 4   in the New York Times.
 5              And if I'm promoting anything, because          1:56:27PM
 6   I -- promoting things is what I do for a living, I
 7   should get paid, and I'm not getting paid to promote
 8   the New York Times.
 9         Q    And is it your understanding that if you
10   were to "Like" that article in the New York Times       1:56:41PM
11   that mentioned Tia's Bakery, that the resulting
12   sponsored story, if there was one, would say, "Susan
13   von Seggern likes the New York Times," or would it
14   say, "Susan von Seggern likes this article," or
15   would it say something different?                        1:57:03PM
16         A    I mean, in the sponsored stories that I've
17   seen on the ad section of my page, they just say,
18   "Susan Von Seggern likes" -- or "Joe Schmoe likes
19   X."  They don't break it down further that I've
20   seen.                                                    1:57:17PM
21         Q    Okay.
22              But -- so just --
23              I'm just going to ask you to assume
24   something for the sake of my next question.  So
25   assume that the sponsored story that came after you      1:57:26PM
```

Page 120

| | | |
|---|---|---|
| 1 | had "Liked" the New York Times article said, "Susan | 1:57:29PM |
| 2 | von Seggern likes this article," in contrast to it | |
| 3 | saying, "Susan von Seggern likes the New York | |
| 4 | Times," more generally. | |
| 5 |     Would you agree that by virtue of having | 1:57:42PM |
| 6 | that story show up in the right-hand side of the | |
| 7 | screen, that you're simply getting more visibility | |
| 8 | for your "Like" of the article than you would simply | |
| 9 | having it in your wall? | |
| 10 |     A   It would be giving more visibility to that | 1:58:06PM |
| 11 | story, but that's a terrible hypothetical because it | |
| 12 | wouldn't happen like that unless change -- you -- | |
| 13 | unless Facebook changes the way they do -- do that. | |
| 14 | That's not -- it's -- it's not a good hypothetical. | |
| 15 |     But, yes, if -- if Facebook changed the | 1:58:23PM |
| 16 | way they -- they handle the sponsored stories to be | |
| 17 | more specific, it would put more attention to that | |
| 18 | story. | |
| 19 |     Q   Would you ever -- | |
| 20 |     Would you ever "Like" a page on Facebook? | 1:58:39PM |
| 21 | Not like a story on another website that has a | |
| 22 | "Like" button, but -- actually, let me just withdraw | |
| 23 | that. It was going to end up being a very, very | |
| 24 | long question. | |
| 25 |     Would you ever "Like" a page on Facebook | 1:58:55PM |

Veritext National Deposition & Litigation Services
866 299-5127

```
1   STATE OF CALIFORNIA     )
                            ) :ss
2   COUNTY OF SAN FRANCISCO )
```

I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that the verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: January 9, 2012

_____

KELLI COMBS, CSR NO. 7705

Page 227