**EXHIBIT 10**

**[COMPLETE EXHIBIT REDACTED]**