# EXHIBIT 11




Case: 11-CV-01726 LHK
EXHIBIT
566