**EXHIBIT 12**

**[COMPLETE EXHIBIT REDACTED]**