# EXHIBIT 13

[COMPLETE EXHIBIT REDACTED]