**EXHIBIT 14**

**[COMPLETE EXHIBIT REDACTED]**