# EXHIBIT 22

[COMPLETE EXHIBIT REDACTED]