**EXHIBIT 23**

[COMPLETE EXHIBIT REDACTED]