# EXHIBIT 24

**[COMPLETE EXHIBIT REDACTED]**