# EXHIBIT 25

**facebook** HELP CENTER

Browse Help Topics

Help Discussions

Top Questions

Safety Center

Back to Facebook

## Facebook Sponsored Stories » Can I opt out of seeing or being featured in sponsored News Feed stories?

English (US)



Expand All

**Can I opt out of seeing or being featured in sponsored News Feed stories?**
While there is no way to opt out of seeing all or being featured in any Sponsored Stories, you can remove specific stories by clicking the "X" displayed in the upper right side of a story and choosing the appropriate option when prompted. For stories about games played or apps used, simply uninstall the game or app.

Sponsored Stories that feature news about the actions your friends have taken on Facebook respect applicable privacy settings. Therefore, only people who are eligible to see your News Feed story are eligible to see it as as Sponsored Story.

Permalink

Was this answer helpful?   [Yes] [No]

Facebook © 2011 · English (US)    Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help