# EXHIBIT 26

Case5:11-cv-01726-LHK Document183-26 Filed06/20/12 Page1 of 2

**facebook** HELP CENTER

**Browse Help Topics**

Help Discussions

Top Questions

Safety Center

Back to Facebook

# Facebook Ads » CPM (Cost Per Thousand Impressions)

English (US)

Expand All

**CPM (Cost Per Thousand Impressions)**
CPM stands for Cost Per Thousand Impressions. If your ads are bid on a CPM basis, you will be charged when users view your ads, regardless of whether or not they click on them.

As a CPM advertiser you are indicating that it is more important to you where your ad shows up and what your ad looks like.

Permalink

Was this answer helpful?   

Facebook © 2011 · English (US)    Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

http://www.facebook.com/help/?faq=194239567288945[8/19/2011 12:36:52 PM]



Case: 11-CV-01726 LHK
EXHIBIT 109

FB_FRA_000451