UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGEL FRALEY, et al., | ) | Case No.: 11-CV-01726-LHK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER RE: BRIEFING SCHEDULE |
| v. | ) | FOR MOTION TO INTERVENE |
| | ) | |
| FACEBOOK, INC., a corporation; and DOES 1-100, | ) | (re: dkt. #187) |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 22, 2012, Movants, the plaintiffs in the related action, *C.M.D. v. Facebook*, Case No. 12-CV-01216-LHK, filed a Motion to Intervene to Oppose the Motion for Preliminary Approval of Class Settlement. *See* ECF No. 187. Under the Civil Local Rules, Movants' reply brief is not due until July 13, 2012. However, the hearing on the Motion for Preliminary Approval of Class Action Settlement is set for July 12, 2012, at 1:30 p.m. Accordingly, Movants shall file their reply brief by July 10, 2012, at 7:00 p.m.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge