In the U.S. District Court, Northern District of California

FILED 2012 JUL -3 P 4: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Angel Fraley et al.,

individually and on behalf of

all others similarly situated

vs.

Facebook Inc.,

Defendant,

Case:11-cv-1726

LHK

MOTION

JUDICIAL NOTICE

## MOTION AND JUDICIAL NOTICE

Comes Now Jeffrey Allen Pennington (Here After "Movant") and does submit this Motion and Judicial Notice and Alleges the Following;

1. Movant is a party to this action by way of being similarly situated.
2. Movant states that Movant has several Facebook accounts.
3. Movant Does Claim injuries by Defendant.
4. Movant Moves this court to include several Nonprofits to be considered in the settlement.
5. Movant submits for consideration the following.
   a. The Transitional Learning Center a 501c3 which helps the Homeless. http://tlc.power4deliverance.org
   b. H.O.M.E. (Home Ownership Made Easy) an organization which Provides low income housing to the less fortunate which is part of the Transitional Learning Center but a separate entity.
   c. BethYah Ministries which provides valuable counseling to families of abuse, (Drug, Alcohol and Domestic Violence).
6. Movant states that all of these organizations are in dire need of help to continue providing the services that they provide which are in great demand by those who need them, but to those who are giving chose not to support these types of missions.
7. Movant is seeking an order for these organizations to be included in the list of charities that the Defendants give to in conjunction with the ruling by this honorable court.

8. Movant states that since Movant is very familiar with these organizations that Movant will feel that this award is going to organizations that truly are in need and that Defendant does not just give to those who already receive funding from other sources.

## PRAYER

9. Wherefore Movant does hereby submits this Motion and alleges the above Movant does hereby pray that this Court would;
10. Grant the above motion and issue an order directly Defendant to donate to the above Listed Charities;
11. Such other and further relief as this court may deem appropriate;
12. Dated: this 25th, day of June, 2012.

Respectfully submitted,

J. Allen Pennington

VERIFIED STATEMENT
The undersigned plaintiff, Jeffrey Pennington, pro per, a Man, a Living Souls and a civilian, hereinafter "plaintiff", does solemnly declare and state under the penalty of perjury as follows:
1. Movant are competent to state the matters set forth herein.
2. Movant have knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, not misleading, to the best of plaintiff's knowledge and belief, and admissible as evidence, and if called upon as a witness, Movant will testify to their veracity.

Plaintiff's Address:

By: _____
Jeffrey Pennington, Beneficiary
All Rights Reserved and None Waved

Jeffrey Pennington
C/o P.O. Box 171
Dry Branch, Georgia [31020]
215 558 9133
pastorpenn@gmail.com

C/o P.O. Box 171
[My Branch, Georgia
31020]

MACON GA 310
28 JUN 2012 PM 2 T

United States District Court
Office of the Clerk of court
450 Golden Gate Ave.
San Francisco, CA 94162-3489