**From:** Jonathan Jaffe [mailto:jmj@jaffe-law.com]
**Sent:** Wednesday, April 20, 2011 3:07 PM
**To:** Stuart Law Firm - Information
**Subject:** Re: Cohen v Facebook: Related Opinion

Hello Mr. Stuart,

I'll try to call you later today.

Rooting for you against Facebook,

Jonathan

On Apr 20, 2011, at 2:31 PM, Stuart Law Firm - Information wrote:

Dear Mr. Jaffe,

Thank you for this! Please feel free to call me to explain the nature of your interest in the matter, and, perhaps, to discuss it.

Tony Stuart



Stuart Law Firm
801 South Grand Avenue, 11th floor
Los Angeles, California 90017
213-612-0009
www.stuartlaw.us

-----Original Message-----
From: Jonathan Jaffe [mailto:jmj@jaffe-law.com]
Sent: Wednesday, April 20, 2011 11:33 AM
To: Torjesen@LAinjurylaw.com; info@StuartLaw.us
Subject: Cohen v Facebook: Related Opinion

**Exhibit 1**

Dear Mr. Torjesen and Mr. Stuart,

I have been watching your case against Facebook from the sidelines. I thought you might want to see the Zynga opinion put out in the Oakland Division in Northern District of California last November. I think it supports your position on the CDA arguments and might be useful in your reply to Facebook's supplemental response recently filed.

Regards,

Jonathan Jaffe


_____
Jonathan Jaffe
Attorney at Law
jmj@Jaffe-Law.com

(415) 425-1474 m
(510) 725.4293 v
(510) 868-3393 f

2

**Exhibit 1**