United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.M.D. et al., individually and on behalf of all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FACEBOOK, INC., )<br>)<br>Defendant. )<br>) | Case No.: 12-CV-01216-LHK<br><br>ORDER OF CLARIFICATION |

On July 11, 2012, the Court filed an order recusing itself from the related case, *Fraley v. Facebook, Inc.*, Case No. 11-CV-01726-LHK ("*Fraley* action"). Shortly after the Court filed its recusal order, Plaintiffs in the above captioned action called the Court seeking clarification of the Court's recusal order. Plaintiffs should not have *ex parte* communication with the Court. *See* Civ. L. R. 11-4(c). Accordingly, the Court issues this Order to clarify for both parties that the recusal order filed in the *Fraley* action applies only to the *Fraley* action and does not apply to this case. The hearing on Plaintiffs' Motion to Intervene in the *Fraley* action, which was scheduled for July 12, 2012, is vacated, pursuant to the Court's recusal order. All pending dates and deadlines in this case, including the July 25, 2012 case management conference, remain as set.

**IT IS SO ORDERED.**

Dated: July 11, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01216-LHK
ORDER OF CLARIFICATION