**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY, ET AL., | No. C 11-01726 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FACEBOOK, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion for preliminary approval (#181) and the motion to intervene (#187) in the instant case has been scheduled for **August 2, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 7/12/12

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk