UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: August 2, 2012

**Case No:** C 11-01726 RS

**Case Title**: Fraley, et al., v. Facebook, Inc.

**Appearances:**

For Plaintiff: Jonathan Davis, Robert Arns, Robert Foss, Steven Weinmann, Jonathan Jaffe

For Defendant: Michael Rhodes, Candace Jackman, Matthew Brown, Jeffrey Gutkin, Aaron Zigler, Anthony Stuart

**Deputy Clerk**: Corinne Lew           **Court Reporter**: Sahar Bartlett
**Time in Court:** 2 hours

## PROCEEDINGS

Motion for Settlement Hearing Held.

## SUMMARY

MOTION/MATTER:  **( )** Granted
( ) Denied
( ) Granted in part/Denied in part
**(X) Taken under submission**
( ) Withdrawn/Off Calendar
() Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **( X) Court**