COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

FACEBOOK, INC.
COLIN S. STRETCH (205144) (colin@fb.com)
SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
1601 S. California Ave.
Palo Alto, CA 94304
Telephone: (650) 853-1300
Facsimile: (650) 543-4800

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>　　　　　　Defendant. | Case No. CV-11-01726 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE PENDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Judge:　　　Hon. Richard Seeborg<br>Courtroom:　3<br>Trial Date:　December 3, 2012 |

Pursuant to Civil Local Rule 7-12, this Stipulation is entered into by and between Plaintiffs and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") by and through their respective counsel:

1. On August 1, 2012 the Court ordered the Parties to meet and confer regarding the administrative motions to seal documents then pending before the Court (the "August 1 Order") (Dkt. No. 217).

2. The pending motions consist of the following:[1]

**Table 1 – Pending Administrative Motions to Seal Documents**

| Docket No. | Motion to Seal |
|---|---|
| 110 | Plaintiffs' Administrative Motion to Seal Documents in Support of the Motion for Class Certification |
| 115 | Facebook's Administrative Motion to Seal Additional Documents Lodged by Plaintiffs in Support of the Motion for Class Certification<br>• *Revised by* Dkt. No. 124 |
| 129 | Facebook's Administrative Motion to Seal Documents in Support of Facebook's Opposition to the Motion for Class Certification |
| 135 | Facebook's Administrative Motion to Seal Documents in Support of Facebook's Motion to Strike |
| 153 | Plaintiffs' Administrative Motion to Seal Documents in Support of Plaintiffs' Reply Brief in Support of the Motion for Class Certification |
| 158 | Facebook's Administrative Motion to Seal Additional Documents Lodged by Plaintiffs' in Support of Plaintiffs' Reply Brief in Support of the Motion for Class Certification |
| 160 | Facebook's Administrative Motion to Seal Documents in Support of Facebook's Evidentiary Objections to the Reply Declaration of Fernando Torres filed in Support of Plaintiffs' Reply to the Motion for Class Certification |
| 176 | Plaintiffs' Administrative Motion to Seal Documents in Support of Plaintiffs' Motion for Preliminary Approval of Settlement<br>• *Proposed Redactions Narrowed in* Declaration of Sandeep N. Solanki in Support of Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 186). |
| 188 | Facebook's Administrative Motion to Seal Documents in Support of Facebook's Brief in Support of Plaintiffs' Motion for Preliminary Approval of Settlement |
| 190 | Plaintiffs' Administrative Motion to Seal Documents in Support of Plaintiffs' Opposition to Motion to Intervene |

3. On July 25, 2012, the Court denied the Motion to Intervene filed by the named plaintiffs in the related case captioned *C.M.D. v. Facebook, Inc.*, No. 12-cv-01216 RS (N.D.

---

[1] The Court's August 1 Order identified eleven pending motions to seal, Dkt. Nos. 110, 115, 129, 135, 153, 158, 160, 17, 181, 181, and 190. After carefully reviewing the docket, the Parties believe that the table above accurately reflects the pending motions to seal. Table 1 does not include Dkt. Nos. 17 or 181, omitting them for Dkt. Nos. 176 and 188.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. & [PROPOSED] ORDER RE PENDING
ADMIN. MOTIONS TO SEAL
CASE NO. CV 11-01726 RS

1 Cal.), describing the Motion to Intervene as "moot" given the proposed intervenors' ability to file objections to preliminary and final approval of the settlement (*see* Dkt. No. 215) (the "July 25 Order").

4. In the August 1 Order, the Court also denied Plaintiffs' Motion for Class Certification without prejudice (*see* Dkt. No. 217).

5. Pursuant to the Court's August 1 Order, the Parties have met and conferred regarding the pending motions to seal referenced above in Table 1, and have also conferred regarding the impact of the Court's July 25 Order and August 1 Order on those motions to seal.

6. The Parties agree that the Court's July 25 Order renders as moot the pending administrative motion to seal documents related to the Motion to Intervene (Dkt. No. 190).

7. The Parties agree that the Court's August 1 Order renders as moot for present purposes the pending administrative motions to seal documents related to the Motion for Class Certification (Dkt. Nos. 110, 115, 129, 135, 153, 158, and 160), but that circumstances may arise in the future that would require a ruling on those motions to seal.

8. The Parties have also met and conferred regarding the proposed redactions in the two remaining administrative motions to seal related to the Motion for Preliminary Approval of Class Action Settlement—namely, (i) Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 176), with the narrower redactions proposed by Facebook in the Declaration of Sandeep N. Solanki in Support of Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal and the Exhibits attached thereto, and (ii) Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Documents and Portions of Documents (Dkt. No. 188). Having met and conferred, the Parties assert that the following document should be sealed as reflected below in Table 2. This table also reflects the basis in Facebook's supporting papers demonstrating good cause for the Court to seal the document.

/ / /

/ / /

/ / /

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. & [PROPOSED] ORDER RE PENDING
ADMIN. MOTIONS TO SEAL
CASE NO. CV 11-01726 RS

**Table 2 – Portions of Document To Be Filed Under Seal**

| Motion to Seal | Document to be sealed & Dkt No. of Publicly Redacted Document | Page/Line cite of proposed redaction | Basis for Sealing |
|---|---|---|---|
| Dkt. No. 176 | Declaration of Steven R. Weinmann in support of Motion for Preliminary Approval of Class Action Settlement, Exhibit 13 (Facebook's Supp. Response to Special Interrogatory No. 10, which can be found on ECF Page 11 of 11 on Dkt. No. 186, Exh. A) | Internal page 3; lines 15 and 21 | This information consists of non-public, confidential information about the number of Sponsored Stories impressions shown to Facebook users. *See* Decl. of Sandeep Solanki (Dkt. No. 186), pg. 2 and Exhibit A. |

9. Facebook is also lodging with the Court courtesy copies of redacted and highlighted versions of the document that reflect the proposed redactions in Table 2.

10. NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

    a. The Court's July 25 Order renders as moot the pending administrative motion to seal documents related to the Motion to Intervene (Dkt. No. 190);

    b. The Court's August 1 Order renders as moot for present purposes the pending administrative motions to seal documents related to the Motion for Class Certification (Dkt. Nos. 110, 115, 129, 135, 153, 158, and 160), and those motions do not need to be ruled on at this time;

    c. The Parties ask the Court to hold its ruling on the motions to seal documents related to the Motion for Class Certification (Dkt. Nos. 110, 115, 129, 135, 153, 158, and 160) in abeyance, and to keep the documents provisionally under seal, with the Parties to notify the Court in the future if a ruling on those motions is required;

    d. The Parties renew Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 176), but only as to the information in the Declaration of Steven R. Weinmann in support of Motion for Preliminary Approval of Class Action Settlement, Exhibit 13 (Facebook's Supp. Response to Special Interrogatory No. 10, which can be found on ECF Page 11 of 11 on Dkt. No. 186, Exh. A), on internal page 3; lines 15

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. & [PROPOSED] ORDER RE PENDING
ADMIN. MOTIONS TO SEAL
CASE NO. CV 11-01726 RS

and 21; the remainder of that motion may be denied without prejudice; and

      e.    The Parties agree that Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Documents and Portions of Documents (Dkt. No. 188) may be denied without prejudice, with unredacted versions to be filed in the public record.

**IT IS SO STIPULATED.**

Dated: August 20, 2012           COOLEY LLP

                                       /s/ Matthew D. Brown
                                       Matthew D. Brown (196972)

                                       Attorneys for Defendant FACEBOOK, INC.

Dated: August 20, 2012           THE ARNS LAW FIRM

                                       /s/ Robert S. Arns
                                       Robert S. Arns (75071)

                                       Attorneys for Plaintiffs

**ATTESTATION**
**(CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                       */s/ Matthew D. Brown*
                                       Matthew D. Brown

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIP. & [PROPOSED] ORDER RE PENDING
ADMIN. MOTIONS TO SEAL
CASE NO. CV 11-01726 RS

**[PROPOSED] ORDER**

This matter, having come before the Court pursuant to the Stipulation Regarding the Pending Administrative Motions to Seal, filed August 20, 2012, and the Court having considered the Administrative Motion to Seal Documents related to the Motion for Preliminary Approval (Dkt. No. 176) ("Administrative Motion"):

The Court finds that good cause has been shown to support filing under seal the excerpts from page 3; lines 15 and 21of Exhibit 13 to the Declaration of Steven R. Weinmann in support of Motion for Preliminary Approval of Class Action Settlement, Exhibit 13 (Facebook's Supp. Response to Special Interrogatory No. 10, which can be found on ECF Page 11 of 11 on Dkt. No. 186, Exh. A).

Accordingly, the Administrative Motion is GRANTED in part and denied in part.

IT IS HEREBY ORDERED that the following documents and portions of documents shall be filed under seal and sealed from the public record:

- Excerpts from page 3; lines 15 and 21of Exhibit 13 to the Declaration of Steven R. Weinmann in support of Motion for Preliminary Approval of Class Action Settlement, Exhibit 13 (Facebook's Supp. Response to Special Interrogatory No. 10, which can be found on ECF Page 11 of 11 on Dkt. No. 186, Exh. A);

The remaining portions of Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 176) are denied without prejudice;

Facebook, Inc.'s Administrative Motion to File Under Seal Documents and Portions of Documents (Dkt. No. 188) is denied without prejudice;

Plaintiffs' Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 190) is denied without prejudice;

The following administrative motions to seal documents are held in abeyance, with the documents to be kept provisionally under seal, and the parties are directed to notify the Court promptly if a ruling on any of these motions is required:

- Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 110)

Cooley LLP
Attorneys At Law
San Francisco

5.

Stip. & [Proposed] Order Re Pending Admin. Motions to Seal
Case No. CV 11-01726 RS

- Defendant Facebook, Inc.'s Administrative Motion to Seal Additional Documents and Portions of Documents Lodged by Plaintiffs in Support of Plaintiffs' Motion for Class Certification (Dkt. No. 115)
- Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5 (Dkt. No. 129)
- Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Exhibits to Gutkin Declaration Pursuant to Civ. L.R. 79-5 (Dkt. No. 135)
- Administrative Motion and Notice to File Documents and Portions of Documents Under Seal (Dkt. No. 153)
- Defendant Facebook, Inc.'s Administrative Motion to Seal Additional Documents and Portions of Documents Lodged by Plaintiffs in Support of Their Reply in Support of Motion for Class Certification (Dkt. No. 158)
- Defendant Facebook, Inc.'s Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5 (Dkt. No. 160)

**IT IS SO ORDERED.**

Dated: August __, 2012

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

763983/SD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6.

STIP. & [PROPOSED] ORDER RE PENDING
ADMIN. MOTIONS TO SEAL
CASE NO. CV 11-01726 RS