IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANGEL FRALEY, et al.

        Plaintiffs,

  v.

FACEBOOK, INC.,

        Defendant.

No. C 11-1726 RS

**ORDER RE COMMUNICATIONS FROM THIRD PARTIES**

In connection with the motion for preliminary approval of the settlement reached by the parties in this matter, various persons and entities submitted letters to the Court. Up until now, those letters have simply been filed. In the event a settlement is preliminarily approved, all members of any conditionally-certified class will have the opportunity to submit objections. Until and unless that occurs, however, the only persons with standing to address the Court are counsel of record for the parties and any person who applies for, and is granted, leave to appear either as an *amicus*, or as an intervenor. Accordingly, any further letters received will not be considered or filed.

IT IS SO ORDERED.

Dated: 8/27/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE