# EXHIBIT 22

1   COOLEY LLP
    MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
2   MATTHEW D. BROWN (196972) (brownmd@cooley.com)
    JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
3   101 California Street. 5th Floor
    San Francisco, CA  94111-5800
4   Telephone:     (415) 693-2000
    Facsimile:     (415) 693-2222
5
    FACEBOOK, INC.
6   COLIN S. STRETCH (205144) (colin@fb.com)
    SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
7   1601 S. California Ave.
    Palo Alto, CA 94304
8   Telephone:     (650) 853-1300
    Facsimile:     (650) 543-4800
9
    Attorneys for Defendant FACEBOOK, INC.
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13

14
    ANGEL FRALEY; PAUL WANG; SUSAN          Case No.  CV 11-01726 LHK (PSG)
15  MAINZER; JAMES H. DUVAL, a minor, by
    and through JAMES DUVAL, as Guardian ad **DEFENDANT FACEBOOK, INC.'S**
16  Litem; and WILLIAM TAIT, a minor, by and **RESPONSES AND OBJECTIONS TO**
    through RUSSELL TAIT, as Guardian ad     **PLAINTIFFS' REQUESTS FOR ADMISSIONS**
17  Litem; individually and on behalf of all others
    similarly situated,                     **SETS ONE - FIVE**
18
                    Plaintiffs,
19
            v.
20
    FACEBOOK, INC., a corporation; and DOES
21  1-100,
22                  Defendants.
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

RECEIVED

JUN 27 2011

ARNS LAW FIRM

1  **REQUEST FOR ADMISSION NO. 1.3:**

2    Admit that SPONSORED STORIES has been available on FACEBOOK.COM since

3  January 25, 2011.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.3:**

5    Defendant objects to this Request on the grounds that Plaintiffs' defined term

6  "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in

7  General Objection Number 16, incorporated herein by reference as though fully set forth herein.

8  Defendant further objects to this Request on the grounds that the phrase "has been available" is

9  vague, ambiguous and unintelligible in the context of this Request. Defendant further objects to

10 this Request as premature, as set forth in Defendant's June 21, 2011 Motion for Protective Order.

11 **REQUEST FOR ADMISSION NO. 1.4:**

12   Admit that SPONSORED STORIES are advertisements within the meaning of California

13 Civil Code section 3344.

14 **RESPONSE TO REQUEST FOR ADMISSION NO. 1.4:**

15   Defendant objects to this Request on the grounds that Plaintiffs' defined term

16 "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in

17 General Objection Number 16, incorporated herein by reference as though fully set forth herein.

18 Defendant further objects to this Request as calling for a legal conclusion. Defendant further

19 objects to this Request as premature, as set forth in Defendant's June 21, 2011 Motion for

20 Protective Order.

21 **REQUEST FOR ADMISSION NO. 1.5:**

22   Admit that SPONSORED STORIES is an advertising service provided by FACEBOOK

23 to advertisers.

24 **RESPONSE TO REQUEST FOR ADMISSION NO. 1.5:**

25   Defendant objects to this Request on the grounds that Plaintiffs' defined term

26 "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in

27 General Objection Number 16, incorporated herein by reference as though fully set forth herein.

28 Defendant further objects to this Request on the grounds that the phrase "advertising service" is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

1  vague, ambiguous and unintelligible. Defendant further objects to this Request as calling for a

2  legal conclusion. Defendant further objects to this Request as premature, as set forth in

3  Defendant's June 21, 2011 Motion for Protective Order.

4  **REQUEST FOR ADMISSION NO. 1.6:**

5      Admit that SPONSORED STORIES are advertisements to MEMBERS.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.6:**

7      Defendant objects to this Request on the grounds that Plaintiffs' defined term

8  "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in

9  General Objection Number 16, incorporated herein by reference as though fully set forth herein.

10  Defendant further objects to this Request on the grounds that the phrase "advertisements to

11  MEMBERS" is vague, ambiguous and unintelligible. Defendant further objects to this Request as

12  calling for a legal conclusion. Defendant further objects to this Request as premature, as set forth

13  in Defendant's June 21, 2011 Motion for Protective Order.

14  **REQUEST FOR ADMISSION NO. 1.7:**

15      Admit that MEMBERS whose IDENTITIES (*when applied to a MEMBER, means full*

16  *name, photograph, voice, signature, likeness and identity of that MEMBER as known by YOU*)

17  are used in a SPONSORED STORY advertisement are not compensated for such use.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.7:**

19      Defendant objects to this Request as calling for an admission with no relevance that is not

20  reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects

21  to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORY" is vague,

22  ambiguous, and unintelligible for the reasons set forth in General Objection Number 16,

23  incorporated herein by reference as though fully set forth herein. Defendant further objects to the

24  premise of this Request, including the suggestion that Sponsored Stories are advertisements that

25  use members' identities. Defendant further objects to this Request as the term "compensated"

26  and phrase "such use" are vague, ambiguous and unintelligible. Defendant further objects to this

27  Request on the grounds that Plaintiffs' defined term "IDENTITIES" is vague, ambiguous, and

28  unintelligible for the reasons set forth in General Objection Number 18, incorporated herein by

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

1   COOLEY LLP
    MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
2   MATTHEW D. BROWN (196972) (brownmd@cooley.com)
    JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
3   JAMES M. PENNING (229727) (jpenning@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA  94111-5800
    Telephone:      (415) 693-2000
5   Facsimile:      (415) 693-2222

6   FACEBOOK, INC.
    COLIN S. STRETCH (205144) (colin@fb.com)
7   SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
    1601 S. California Ave.
8   Palo Alto, CA 94304
    Telephone:      (650) 853-1300
9   Facsimile:      (650) 543-4800

10  Attorneys for Defendant FACEBOOK, INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15  ANGEL FRALEY; PAUL WANG; SUSAN         Case No. CV 11-01726 LHK (PSG)
    MAINZER; JAMES H. DUVAL, a minor, by
16  and through JAMES DUVAL, as Guardian ad   **DEFENDANT FACEBOOK, INC.'S**
    Litem; and WILLIAM TAIT, a minor, by and  **AMENDED RESPONSES AND OBJECTIONS**
17  through RUSSELL TAIT, as Guardian ad      **TO PLAINTIFFS' REQUESTS FOR**
    Litem; individually and on behalf of all others  **ADMISSIONS**
18  similarly situated,

19              Plaintiffs,                   **SETS ONE - FIVE**

20      v.

21  FACEBOOK, INC., a corporation; and DOES
    1-100,
22
                Defendants.
23

24

        **PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER**
25

26  **REQUESTS NO. 1.3 AND 4.9 DESIGNATED:   CONFIDENTIAL**

27

28

COOLEY LLP
ATTORNEYS AT LAW                                     DEFENDANT'S AMENDED RESPONSES AND
SAN FRANCISCO                            1.      OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
                                                     NO. CV 11-01726 LHK (PSG)

1  between you and us, without regard to conflict of law provisions." Except as otherwise expressly

2  admitted, this Request is denied.

3  **REQUEST FOR ADMISSION NO. 1.2:**

4  Admit that FACEBOOK created SPONSORED STORIES *(the content found at*

5  *FACEBOOK.COM and the scheme by which it is generated, known by that NAME, and offered as*

6  *an advertising service by FACEBOOK. The term also includes the system which generates and*

7  *delivers SPONSORED STORIES content).*

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.2:**

9  Defendant objects to this Request on the grounds that Plaintiffs' defined term

10  "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in

11  General Objection Number 11, incorporated herein by reference as though fully set forth herein.

12  Defendant will construe "SPONSORED STORIES" as set forth in its General Objections.

13  Defendant objects to this Request on the grounds that the term "created" is vague and ambiguous

14  in the context of this Request.  Subject to and without waiving the General and Specific

15  Objections, Defendant responds as follows:

16  Facebook admits that it developed and implemented the service and process through

17  which user-created content may be republished on Facebook web pages as Sponsored Stories,

18  subject to users' account and privacy settings.  Except as otherwise expressly admitted, this

19  Request is denied.

20  **REQUEST FOR ADMISSION NO. 1.3:**

21  Admit that SPONSORED STORIES has been available on FACEBOOK.COM since

22  January 25, 2011.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.3:**

24  Defendant objects to this Request on the grounds that Plaintiffs' defined term

25  "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in

26  General Objection Number 11, incorporated herein by reference as though fully set forth herein.

27  Defendant will construe "SPONSORED STORIES" as set forth in its General Objections.

28  Defendant further objects to this Request on the grounds that the phrase "has been available" is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

DEFENDANT'S AMENDED RESPONSES AND
OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)

1 | vague and ambiguous in the context of this Request. Subject to and without waiving the General

2 | and Specific Objections, Defendant responds as follows:

3 | *****

4 | **CONFIDENTIAL**

5 | Facebook admits that the official launch of Sponsored Stories on Facebook.com occurred

6 | on January 25, 2011. Facebook ran limited (unpaid) tests of Sponsored Stories on Facebook.com

7 | beginning in approximately October 2010.

8 | **CONFIDENTIAL**

9 | *****

10 | **REQUEST FOR ADMISSION NO. 1.4:**

11 | Admit that SPONSORED STORIES are advertisements within the meaning of California

12 | Civil Code section 3344.

13 | **RESPONSE TO REQUEST FOR ADMISSION NO. 1.4:**

14 | Defendant objects to this Request on the grounds that Plaintiffs' defined term

15 | "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in

16 | General Objection Number 11, incorporated herein by reference as though fully set forth herein.

17 | Defendant will construe "SPONSORED STORIES" as set forth in its General Objections.

18 | Defendant further objects to this Request as calling for a legal conclusion. Subject to and without

19 | waiving the General and Specific Objections, Defendant responds as follows:

20 | Facebook denies this Request.

21 | **REQUEST FOR ADMISSION NO. 1.5:**

22 | Admit that SPONSORED STORIES is an advertising service provided by FACEBOOK

23 | to advertisers.

24 | **RESPONSE TO REQUEST FOR ADMISSION NO. 1.5:**

25 | Defendant objects to this Request on the grounds that Plaintiffs' defined term

26 | "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in

27 | General Objection Number 11, incorporated herein by reference as though fully set forth herein.

28 | Defendant will construe "SPONSORED STORIES" as set forth in its General Objections.

COOLEY LLP
TTORNEYS AT LAW
SAN FRANCISCO

10.

1  Defendant further objects to this Request on the grounds that the phrase "advertising service" is
2  vague and ambiguous in the context of this Request. Defendant further objects to this Request as
3  calling for a legal conclusion. Subject to and without waiving the General and Specific
4  Objections, Defendant responds as follows:

5      Facebook admits that some third parties pay a fee to have user-generated stories that are
6  eligible to appear in users' Facebook Friends' News Feeds, subject to the users' account and
7  privacy settings, redisplayed on certain pages on Facebook.com. Except as otherwise expressly
8  admitted, this Request is denied.

9  **REQUEST FOR ADMISSION NO. 1.6:**

10      Admit that SPONSORED STORIES are advertisements to MEMBERS.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.6:**

12      Defendant objects to this Request on the grounds that Plaintiffs' defined terms
13  "MEMBERS" and "SPONSORED STORIES" are overly broad, vague, and ambiguous for the
14  reasons set forth in General Objection Numbers 10 and 11, incorporated herein by reference as
15  though fully set forth herein. Defendant will construe "MEMBERS" and "SPONSORED
16  STORIES" as set forth in its General Objections. Defendant further objects to this Request on the
17  grounds that the phrase "advertisements to MEMBERS" is vague and ambiguous in the context of
18  this Request. Defendant further objects to this Request as calling for a legal conclusion. Subject
19  to and without waiving the General and Specific Objections, Defendant responds as follows:

20      Facebook denies this Request.

21  **REQUEST FOR ADMISSION NO. 1.7:**

22      Admit that MEMBERS whose IDENTITIES (*when applied to a MEMBER, means full*
23  *name, photograph, voice, signature, likeness and identity of that MEMBER as known by YOU*)
24  are used in a SPONSORED STORY advertisement are not compensated for such use.

25  **RESPONSE TO REQUEST FOR ADMISSION NO. 1.7:**

26      Defendant objects to this Request on the grounds that Plaintiffs' defined terms
27  "MEMBERS" and "SPONSORED STORY" are overly broad, vague, and ambiguous for the
28  reasons set forth in General Objection Numbers 10 and 11, incorporated herein by reference as

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.

DEFENDANT'S AMENDED RESPONSES AND
OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)