# EXHIBIT 6

## OPT-OUT FORM

*FRALEY V. FACEBOOK, INC.*, OPT-OUT FORM
United States District Court for the Northern District of California
Case No. 11-cv-01726-RS
Settlement Website: www.[xxx].com

**THIS FORM MUST BE COMPLETED AND SUBMITTED ELECTRONICALLY NO LATER THAN [MONTH] [DAY], [YEAR] AT 11:59 P.M. (PACIFIC). IF THIS FORM IS SUBMITTED BY U.S. MAIL, IT MUST BE POSTMARKED BY [MONTH] [DAY], [YEAR].**

INFORMATION NECESSARY TO PROCESS REQUEST TO BE EXCLUDED (TO OPT OUT) OF THE SETTLEMENT:

Please legibly print or type the following information:

    Name (first, middle, and last):_____

    Email address associated with the your (or your child's) Facebook account:_____

    User ID or Username[1] for your (or your child's) Facebook account: _____

    Class Member Number listed on the notice you (or your child) received (if available):_____

(If you did not receive an email notice about the lawsuit or no longer have access to that document, you may leave blank the item immediately above calling for your Class Member Number.)

**YOUR PERSONAL INFORMATION WILL BE USED ONLY IN CONNECTION WITH THIS OPT-OUT REQUEST. YOUR INFORMATION WILL NOT BE USED FOR ANY OTHER PURPOSE.**

REQUEST FOR EXCLUSION/OPT-OUT:

<u>I have decided not to participate in the class action settlement referred to on the website referenced above (the "Settlement") and have chosen, instead, to be excluded from the class of plaintiffs in that class action.</u>  I confirm that I have received notice of the proposed Settlement in this lawsuit, I have decided to be excluded from the class, and I have decided not to participate in the proposed Settlement. By excluding myself from the Settlement, I understand that I am not entitled to receive any individual benefit from the Settlement.

IF SUBMITTED ELECTRONICALLY:

☐     **I agree to the foregoing and request to be excluded.**

(*continued on the next page*)

---

[1] To confirm your (or your child's) User ID or Username, log into the claimant's Facebook account, navigate to the profile page by clicking on the claimant's name. The portion of the URL (web address) shown after "www.facebook.com/" is the claimant's User ID or Username.

IF SUBMITTED BY U.S. MAIL:

**I agree to the foregoing and request to be excluded.**

Dated: _____   Signature: _____

IF SUBMITTED BY MAIL, PLEASE SEND THIS OPT-OUT FORM TO:

*Fraley v. Facebook, Inc., Settlement*
c/o GCG
[Address]
[City], [State] [ZIP Code]