# EXHIBIT 8

## SPONSORED STORY EXAMPLES

# EXHIBIT 8 - SPONSORED STORY EXAMPLES




























   

 

