COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>         Defendants. | Case No. CV 11-01726 RS<br><br>**DECLARATION OF MICHAEL G. RHODES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT**<br><br>**DATE:**     October 25, 2012<br>**TIME:**     1:30 p.m.<br>**JUDGE:**    Hon. Richard Seeborg<br>**COURTROOM:** 3 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

RHODES DECLARATION ISO JOINT MOTION FOR
PRELIM. APPROVAL OF REVISED SETTLEMENT
CV 11-01726 RS

I, Michael G. Rhodes, declare:

1. I am a partner with the law firm of Cooley LLP ("Cooley"), attorneys of record in this matter for Defendant Facebook, Inc. ("Facebook"). I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of my biography as posted on Cooley's website, available at www.cooley.com. Attached hereto as **Exhibit B** and **Exhibit C**, respectively, are the biographies of Matthew D. Brown and Jeffrey M. Gutkin, partners at Cooley who also represent Facebook in this matter.

3. Cooley maintains a Commercial Class Action Litigation practice, which has in-depth experience representing companies across a wide array of industries in various types of commercial class actions. Members of this practice group, including myself, Mr. Brown and Mr. Gutkin, have litigated matters involving consumer protection, copyright, Internet transactions and payment processing, internet advertising and privacy issues. A true and correct copy of the Cooley website page featuring the Commercial Class Action Litigation practice is attached hereto as **Exhibit D**.

Mediation

4. On March 1, 2012, I, along with Robert Arns, counsel for Plaintiffs in this matter, participated in an all-day mediation session at JAMS in San Francisco, California, before the Honorable Edward A. Infante (Ret.), a former Chief Magistrate Judge of the U.S. District Court, Northern District of California, who has more than 30 years of dispute resolution experience. A true and correct copy of the biography of Judge Infante, as set forth on the JAMS website, available at www.jamsadr.com, is attached hereto as **Exhibit E**. Although this mediation provided a constructive forum for settlement discussions before a highly skilled and experienced mediator, the Parties were unable to reach a settlement.

Negotiations

5. Following the mediation before Judge Infante, the Parties continued to engage in negotiations. Judge Infante supervised these settlement discussions. Ultimately, the Parties arrived at an outline of a settlement agreement.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

RHODES DECLARATION ISO JOINT MOTION FOR
PRELIM. APPROVAL OF REVISED SETTLEMENT
CV 11-01726 RS

6. The Parties' initial settlement agreement was brought to the Court's attention as part of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated June 14, 2012, (*See* ECF Nos. 176 (associated motion to seal); 184-1 (publicly filed settlement agreement).

7. Following the Court's Order Denying Motion for Preliminary Approval of Settlement Agreement, Without Prejudice, dated August 17, 2012, ECF No. 224, the Parties have engaged in further negotiations that have resulted in the revised Settlement Agreement the Parties have provided to the Court as part of their Joint Motion for Preliminary Approval of Revised Settlement.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2012 in San Francisco, California.

/s/ Michael G. Rhodes
Michael G. Rhodes

774621/SD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

**RHODES DECLARATION ISO JOINT MOTION FOR
PRELIM. APPROVAL OF REVISED SETTLEMENT
CV 11-01726 RS**