# EXHIBIT C

# TO DECLARATION OF MICHAEL G. RHODES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT



## Jeff Gutkin, Partner

**Jeff Gutkin** is a partner in the Cooley Litigation department. He joined the Firm in 2000 and is resident in the San Francisco office.

Mr. Gutkin's practice focuses on class action defense, internet privacy litigation, antitrust litigation, and other complex business litigation matters. As a member of the Firm's Commercial Class Action group, Mr. Gutkin has defended clients in a broad variety of class actions and complex multi-district litigations. These matters have spanned numerous industries (social networking, computer graphics, online advertising, medical devices) and been litigated on behalf of numerous, multi-national corporations, including Facebook, Inc., NVIDIA Corporation, and Covidien Inc. (formerly Tyco Healthcare).

In addition to Mr. Gutkin's work on class actions, he also recently represented NVIDIA Corporation in a multi-year licensing dispute with Intel Corporation in the Delaware Court of Chancery.

Shortly after joining the Firm, Mr. Gutkin took a leave to serve as a law clerk to the Honorable Samuel Conti, Federal District Court Judge for the Northern District of California. Mr. Gutkin served part of his clerkship in New York City, while Judge Conti sat by designation on the Federal District Court for the Southern District of New York.

Mr. Gutkin received a JD from the University of Michigan Law School where he was elected to the Order of the Coif upon graduation. Mr. Gutkin received a BA, *magna cum laude*, from Brandeis University in 1995 where he was elected to Phi Beta Kappa. He majored in Political Science, with a minor in Creative Writing.

Mr. Gutkin is a member of the State Bar of California.



San Francisco
101 California Street
5th Floor
San Francisco,
California 94111-5800

Phone: +1 415 693 2026
Fax: +1 415 693 2222
jgutkin@cooley.com

### Education

- University of Michigan Law School
  JD, 2000, Order of the Coif

- Brandeis University
  BA Political Science, 1995, *magna cum laude*, Phi Beta Kappa

### Court Admissions

- U.S. District Court, Northern District of California

- U.S. District Court, Central District of California

- U.S. District Court, Eastern District of California
- U.S. District Court, District of Colorado
- U.S. District Court, Northern District of Georgia
- U.S. Court of Appeals, First Circuit
- U.S. Court of Appeals, Ninth Circuit

### Admissions

- California

### Memberships

- American Bar Association

©2003-2012 Cooley LLP. All rights reserved. COOLEY® and the COOLEY LLP® logo are registered U.S. service marks of Cooley LLP.

Cooley was founded in 1920 – for our story, visit our **history page**.