COOLEY LLP
MICHAEL G. RHODES (116127)
(mrhodes@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 RS<br><br>**DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT**<br><br>**DATE:** October 25, 2012<br>**TIME:** 1:30 p.m.<br>**JUDGE:** Hon. Richard Seeborg<br>**COURTROOM:** 3 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

KEOUGH DECL. I/S/O JT. MOT. FOR
PRELIM. APPROVAL OF REV. SETTLEMENT
CASE NO. CV 11-01726 RS

I, Jennifer M. Keough, hereby declare as follows:

1. I am Executive Vice President and Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other experienced GCG employees working under my supervision. If called on to do so, I could and would testify competently thereto.

2. GCG has been providing comprehensive legal administrative and notice services for over 25 years. GCG has a staff of more than 1,000 that includes lawyers, a nationally recognized noticing expert, a team of software engineers, call center professionals, in-house legal advertising specialists and graphic artists with extensive website design experience. Our team has served as administrator for over 2,500 cases. In the course of its history, GCG has mailed over 287 million notices, disseminated over 700 million emails, handled over 28 million phone calls, processed over 50 million claims, and distributed over $33 billion in settlement benefits. A true and correct copy of a document describing GCG's services and expertise is attached hereto as **Exhibit A**.

3. GCG has been retained to implement and administer a number of complex and technical email based notice administrations. Some of our largest email administrations include Classmates.com, Webloyalty.com, Browning v. Yahoo! Inc., Expedia, Inc., AT & T Wireless, Equifax Consumer Services, Inc., and 1-800 Flowers Retail. A more extensive list of the cases GCG has handled can be found on our website at http://www.gcginc.com.

4. Based on GCG's experience and expertise, GCG has estimated that the total administrative costs associated with the proposed Settlement, including costs associated with providing notice, processing claim forms, and paying claims, will fall within the following ranges: (1) should 200,000 claims be submitted, total administrative costs of between $776,000 - $1.27 million; and (2) should 2 million claims be submitted, total administrative costs of between $2.55 million - $3.04 million. These estimated cost ranges take into account and assume the following facts: (1) class size of 123,868,976; (2) GCG will receive between 50,000 and 300,000 email communications from class members; (3) claims will be filed 97% online and 3% in hardcopy; and (4) all claimants will request distribution of payment via check, which is a very

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

KEOUGH DECL. I/S/O JT. MOT. FOR
PRELIM. APPROVAL OF REV. SETTLEMENT
CASE NO. CV 11-01726 RS

1  conservative assumption, because the cost of delivering a paper check substantially exceeds the
2  cost of making an electronic payment.
3       I declare under penalty of perjury that the foregoing is true and correct.
4       Executed on October 5, 2012 at Seattle, Washington.

                                            /s/ Jennifer M. Keough
                                                Jennifer M. Keough

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

KEOUGH DECL. I/S/O JT. MOT. FOR
PRELIM. APPROVAL OF REV. SETTLEMENT
CASE NO. CV 11-01726 RS

1 **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

2 In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3 document has been obtained from the signatory.

4 Dated:  October 5, 2012                    COOLEY LLP

6      */s/* Michael G. Rhodes
       Michael G. Rhodes

7 Attorneys for Defendant Facebook, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

KEOUGH DECL. I/S/O JT. MOT. FOR
PRELIM. APPROVAL OF REV. SETTLEMENT
CASE NO. CV 11-01726 RS