| | |
|---|---|
| THE ARNS LAW FIRM<br>ROBERT S. ARNS (65071)<br>(rsa@arnslaw.com)<br>JONATHAN E. DAVIS (191346)<br>(jed@arnslaw.com)<br>STEVEN R. WEINMANN (190956)<br>(srw@arnslaw.com)<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Tel:  (415) 495-7800<br>Fax:  (415) 495-7888 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(mrhodes@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| JONATHAN JAFFE LAW<br>JONATHAN M. JAFFE (267012)<br>(jmj@jaffe-law.com)<br>3055 Hillegass Avenue<br>Berkeley, CA 94705<br>Tel:  (510) 725-4293<br>Fax:  (510) 868-3393 | Attorneys for Defendant Facebook, Inc. |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. CV-11-01726 RS<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Joint Administrative Motion for Relief From Civil Local Rule 7-2 For Preliminary Approval of Revised Settlement AS MODIFIED BY COURT**<br><br>**Judge:** Hon. Richard Seeborg<br>**Courtroom:** 3 |

Cooley LLP
Attorneys At Law
San Francisco

**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Joint Admin.
Motion for Relief From Civ. L.R. 7-2
Case No. CV 11-01726 RS**

1    Pursuant to Civil Local Rule 7-11, plaintiffs Susan Mainzer, James H. Duval, and W.T., by and through Russell Tait, as Guardian ad Litem ("Plaintiffs") and defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") jointly brought this Administrative Motion for Relief from Civil Local Rule 7-2 ("Administrative Motion") and filed a stipulation in support of the Administrative Motion pursuant to Civil Local Rule 7-11(a).  The Administrative Motion sought an order: permitting the Parties to file a Joint Motion for Preliminary Approval of Revised Settlement (the "Joint Motion"), but to separately submit memoranda of points and authorities in support of that motion; extending the page limits for each such memorandum to 50 pages; and setting the Joint Motion for a hearing on shortened time on October 25, 2012.  Having considered the Parties' papers in support of the Administrative Motion and any other materials properly considered by the Court, and good cause having been shown, the Court issues the following order:

**IT IS HEREBY ORDERED THAT** the Parties' Administrative Motion is **GRANTED**:

The Parties may file papers in the following form:

a.    The Parties may file a Joint Motion For Preliminary Approval of Revised Settlement containing the content required by Civil Local Rule 7-2(b)(1)-(3); and

b.    Plaintiffs and Facebook may each file a separate memorandum of points and authorities, not to exceed 50 pages in length, under Civil Local Rule 7-2(b)(4).

The Joint Motion will be heard on <u>November 15, 2012,</u> as the earlier date requested is unavailable.

**IT IS SO ORDERED.**

Dated: 10/9/12

_____
The Honorable Richard Seeborg
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[~~PROPOSED~~] ORDER GRANTING JOINT ADMIN.
MOTION FOR RELIEF FROM CIV. L.R. 7-2
CASE NO. CV 11-01726 RS