# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>  Defendants. | Case No. CV 11-01726 RS<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE GIVEN PURSUANT TO THE CLASS ACTION FAIRNESS ACT** |

I, JENNIFER M. KEOUGH, declare as follows:

1. I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other experienced GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. I submit this Declaration to provide the Court with information on the implementation of notice pursuant to the Class Action Fairness Act.

DECLARATION OF JENNIFER M. KEOUGH – Page 1

3. On behalf of Defendant, GCG provided notice of the proposed settlement reflected in the Amended Settlement Agreement and Release and the Joint Motion for Preliminary Approval of Revised Settlement pursuant to the Class Action Fairness Act 28 U.S.C. §1715(b) ("CAFA Notice"). At Counsel for Defendant's direction, on October 12, 2012, GCG served CAFA Notice and an accompanying CD to the Attorney General of the United States and to the state Attorneys General identified in Attachment A of the CAFA Notice attached hereto as Exhibit 1. GCG sent the CAFA Notice by Federal Express overnight delivery service. On October 15, 2012, GCG confirmed delivery for each addressee to whom it sent the CAFA Notice. The delivery confirmations from Federal Express for the October 12, 2012, mailing are attached hereto as Exhibit 2.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October 2012, at Seattle, Washington.

_____
JENNIFER M. KEOUGH

DECLARATION OF JENNIFER M. KEOUGH – Page 2