UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: November 15, 2012

**Case No:** C 11-01726 RS

**Case Title**: Fraley, et al., v. Facebook

**Appearances:**

    For Plaintiff(s): Robert Arns, Steven Weinmann, Robert Foss, Jonathan Jaffe, Jonathan Davis, Kevin Osborne

    For Defendant(s): Michael Rhodes, Matthew Brown, Jeffrey Gutkin

**Deputy Clerk**: Corinne Lew          **Court Reporter**: Belle Ball
**Time in Court:** 1 hour

## PROCEEDINGS

Motion Hearing Held. Further Case Management Conference set for 12/6/12 at 10:00 a.m. has been vacated.

## SUMMARY

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar
                () Continued to:

Order to be prepared by:     ( ) Plaintiff    ( ) Defendant    **(X) Court**