| | |
|---|---|
| THE ARNS LAW FIRM<br>ROBERT S. ARNS (65071)<br>(rsa@arnslaw.com)<br>JONATHAN E. DAVIS (191346)<br>(jed@arnslaw.com)<br>STEVEN R. WEINMANN (190956)<br>(srw@arnslaw.com)<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Tel:   (415) 495-7800<br>Fax:   (415) 495-7888<br><br>JONATHAN JAFFE LAW<br>JONATHAN M. JAFFE (267012)<br>(jmj@jaffe-law.com)<br>3055 Hillegass Avenue<br>Berkeley, CA 94705<br>Tel:   (510) 725-4293<br>Fax:   (510) 868-3393<br><br>Attorneys for Plaintiffs | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(mrhodes@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant Facebook, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>        Defendants. | Case No. CV 11-01726 RS<br><br>**REVISED CLASS NOTICE DOCUMENTS IN FURTHER SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT**<br><br>**JUDGE:**       Hon. Richard Seeborg<br>**COURTROOM:**   3 |

**REVISED CLASS NOTICE DOCS I/S/O MOT. FOR PRELIM. APPROVAL OF REV. SETTLEMENT**
**CASE NO. CV 11-01726 RS**

In further support of their October 5, 2012 Joint Motion for Preliminary Approval of the Revised Settlement, and per the Court's guidance during the November 15, 2012 hearing, the Parties respectfully submit the attached modified versions of the originally-filed Long Form Notice (Exhibit 2), Email Notice (Exhibit 3), and Publication Notice (Exhibit 4).[1] These modified versions will replace, in their entirety, the October 5, 2012 versions of these documents, which were previously filed as attachments to the Parties' Amended Settlement Agreement and Release (Dkt. Nos. 235-3, 235-4, and 235-5 respectively).

For the Court's convenience, the Parties are also filing "redline" comparisons of the originally-filed documents and the modified versions, which reflect all the changes to those documents. The redlines are filed herewith for the Long Form Notice (Exhibit 2R), the Email Notice (Exhibit 3R), and the Publication Notice (Exhibit 4R).

Dated: Nov. 20, 2012       THE ARNS LAW FIRM

*/s/* Robert S. Arns
Robert S. Arns (65071)

THE ARNS LAW FIRM
ROBERT S. ARNS (65071)
(rsa@arnslaw.com)
JONATHAN E. DAVIS (191346)
(jed@arnslaw.com)
STEVEN R. WEINMANN (190956)
(srw@arnslaw.com)
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN JAFFE LAW
JONATHAN M. JAFFE (267012)
(jmj@jaffe-law.com)
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

---

[1] The first document attached hereto is styled as Exhibit 2 to preserve the Exhibit numbering scheme used for the originally-filed versions of these same documents.

Dated: Nov. 20, 2012            COOLEY LLP

*/s/* Michael G. Rhodes
Michael G. Rhodes

COOLEY LLP
MICHAEL G. RHODES (116127)
mrhodes@cooley.com
MATTHEW D. BROWN (196972)
brownmd@cooley.com
JEFFREY M. GUTKIN (216083)
jgutkin@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant Facebook, Inc.

**ATTESTATION**
**(CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: Nov. 20, 2012            */s/* Michael G. Rhodes
Michael G. Rhodes

1294491/SF

2.    **REVISED CLASS NOTICE DOCS I/S/O MOT. FOR PRELIM. APPROVAL OF REV. SETTLEMENT**
**CASE NO. CV 11-01726 RS**

Dated: Nov. 20, 2012     COOLEY LLP

*/s/* Michael G. Rhodes
Michael G. Rhodes

COOLEY LLP
MICHAEL G. RHODES (116127)
mrhodes@cooley.com
MATTHEW D. BROWN (196972)
brownmd@cooley.com
JEFFREY M. GUTKIN (216083)
jgutkin@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant Facebook, Inc.

**ATTESTATION**
**(CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: Nov. 20, 2012     */s/* Michael G. Rhodes
Michael G. Rhodes

1294491/SF