UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. 11-CV-01726 RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Date:         June 28, 2013<br>Time:        10:00 a.m.<br>Judge:       Hon. Richard Seeborg<br>Courtroom: 3 |

The Plaintiffs' Motion For Attorneys' Fees, Costs And Class Representatives' Service Awards filed by Plaintiffs, Susan Mainzer, James H. Duval, and W.T., a minor, by and through Russell Tait as Guardian ad Litem ("Plaintiffs") on behalf of themselves and all others similarly situated, came on for hearing on June 28, 2013. This Court has reviewed the motion, including the Memorandum of Law and supporting declarations of Robert S. Arns, Jonathan M. Jaffe and Richard Pearl, as well as the previously filed Joint Motion for Preliminary Approval of Class Action Settlement and supporting documents, the previously filed Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representatives Pursuant to Motion for Preliminary Approval and supporting documents, and considered the arguments of counsel. Based on this review and the findings below, the Court found good cause to grant the motion.

Having read and considered the briefing and supporting documents, and the arguments of counsel, the Court grants the Motion in all respects. The Court hereby FINDS and ORDERS:

1. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

2. The requested attorneys' fees and costs are fair, reasonable, and were incurred in the best interests of the Settlement Class. Class Counsel, The Arns Law Firm and Jonathan Jaffe Law, have achieved an excellent result for the Settlement Class, and based upon the quality of the work and results for the class, is entitled to the requested multiplier applied to their lodestar of____. The fees are also appropriate under a percentage-of-recovery analysis, under method, given, among other factors, the result obtained for the Settlement Class, the financial burden of contingent representation, and the quality of Counsel's work. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

1.

3. The Arns Law Firm and Jonathan Jaffe Law are awarded $7,500,000.00 in fees, and reimbursement of expenses in the amount of $282,566.49, for a total fee and expense award of $7,782,566.49, payable to The Arns Law Firm.

4. Plaintiffs Susan Mainzer, James H. Duval, and W.T., a minor, by and through Russell Tait as Guardian ad Litem have helped obtain a benefit for the Settlement Class, and are each awarded $12,500.00 for their service as Class Representatives, for a total of $37,500.00.

5. Fourteen (14) business days after the Final Settlement Date as defined in the Amended Settlement Agreement §1.13, the Settlement Administrator shall pay the above-stated attorneys' fees and costs to Class Counsel pursuant to A.S.A. §2.5(b), and the and service award to the Class Repressentatives pursuant to A.S.A.§2.6. These amounts will be paid from the Settlement Fund. Settlement Agreement, A.S.A. §§2.5, 2.6.

**IT IS SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE