FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (109234)
jrk@classactionlaw.com
MARK L. KNUTSON (131770)
mlk@classactionlaw.com
WILLIAM R. RESTIS (246823)
wrr@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
Fax: (619) 238-5425

Attorneys for Plaintiff Lucy Funes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LUCY FUNES, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTAGRAM, INC., a Delaware Corporation; and INSTAGRAM, LLC, a Delaware LLC<br><br>Defendants. | Case No. 12-CV-6482-NC<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 12-CV-6482-NC; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11**<br><br><u>CLASS ACTION</u><br><br>The Honorable Nathanael M. Cousins |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that a related case, *Fraley et al. v. Facebook, Inc.*, was filed on June 6, 2011 in the United State District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Lucy Funes submits this Administrative Motion to Consider Whether Cases Should Be Related.

## I. APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." Civil L.R. 3-12(d).

## II. RELATED CASE

On December 21, 2012, Lucy Funes filed a class action lawsuit against Instagram Inc. and Instagram, LLC (collectively "Instagram"), No. 12-cv-6482-NC, for breach of contract, declaratory relief, and various violations of California statutory law. Related case *Fraley et al. v. Facebook, Inc.*, No. 11-cv-01726 LHK PSG, is currently before the Honorable Richard Seeborg in this District.

The instant action is related to *Fraley* because Facebook Inc. is the parent company of Instagram, and the case involves similar wrongful acts and occurrences, namely the misappropriation of member photographs for commercial purposes. On or around January 25, 2011, Facebook launched a new advertising service called "Sponsored Stories." This service

created online advertisements in which Facebook used its members' photographs and likenesses to endorse products and services without members' consent. Similarly, Instagram is currently changing their Terms of Use to allow for the same offensive and illegal behavior. Under their new Terms of Use, Instagram grants itself an irrevocable "transferable and sub-licensable" licence in its members' photographs, including their personal likenesses, which allows Instagram to license and commercially exploit these photographs to advertisers without the consent of Instagram members. As such, the following similar questions of law and fact exist between *Funes* and *Fraley.*:

- Whether the defendants' commercial exploitation of members' photographs and likenesses is a violation of California Civil Code section 3344;
- Whether defendants' commercial exploitation of members' photographs and likenesses is an unfair and/or unlawful business practice under California's Unfair Competition Law, CAL. BUS. & PROF. CODE section 17200, *et seq.*;
- Whether the defendants should be permanently enjoined from engaging in such business practices.

Accordingly, it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases proceed before different judges. Civil L.R. 3-12(b)(2).

/ / /

/ / /

/ / /

III. **CONCLUSION**

As set for above, *Funes* is related to *Fraley,* which is currently before this Court.

Dated: December 27, 2012  Respectfully submitted,

FINKELSTEIN & KRINSK LLP

/s/ William Restis
William R. Restis, Esq.
wrr@classactionlaw.com

Jeffrey R. Krinsk, Esq.
jrk@classactionlaw.com
Mark L. Knutson, Esq.
mlk@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
Fax: (619) 238-5425

Attorneys for Plaintiff and the Class