COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
MAZDA K. ANTIA (214963) (mantia@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
INSTAGRAM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>    Defendant. | Case No. 11-cv-01726 RS<br><br>**INSTAGRAM, LLC'S JOINDER IN FACEBOOK, INC.'S OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

INSTAGRAM'S JOINDER IN OPP'N TO
MOT. TO RELATE
NO. 11-CV-01726 RS

Instagram, LLC is a defendant in the case *Funes v. Instagram Inc. and Instagram, LLC*, Case No. 12-cv-6482 NC,[1] which was filed on December 21, 2012. On December 27, 2012, the plaintiff in *Funes* filed a third-party motion in this Court to relate *Funes v. Instagram* to the above-captioned case, *Fraley v. Facebook*, Case No. 11-cv-01726 RS. Facebook, Inc. filed an opposition to Funes's motion to relate the *Funes* and *Fraley* cases on December 31, 2012. (Dkt. No.275.) Instagram LLC hereby joins in Facebook's opposition because the cases are not related under Civil Local Rule 3-12 for the reasons set forth in Facebook's brief.

Dated: December 31, 2012                    COOLEY LLP

                                            */s/ Mazda K. Antia*
                                            Mazda K. Antia
                                            Attorneys for Defendant INSTAGRAM, LLC

---

[1] Although the complaint also names Instagram, Inc., as a defendant, Instagram, Inc. has been dissolved.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

INSTAGRAM'S JOINDER IN OPP'N TO
MOT. TO RELATE
NO. 11-CV-01726 RS