1 | COOLEY LLP
2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
    MATTHEW D. BROWN (196972) (brownmd@cooley.com)
3 | JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
    101 California Street, 5th Floor
4 | San Francisco, CA 94111-5800
    Telephone: (415) 693-2000
5 | Facsimile: (415) 693-2222

6 | FACEBOOK, INC.
    COLIN S. STRETCH (205144) (colin@fb.com)
7 | SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
    1601 S. California Ave.
8 | Palo Alto, CA 94304
    Telephone: (650) 853-1300
9 | Facsimile: (650) 543-4800

10 | Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated, | Case No. CV-11-01726 RS |
|---|---|
| | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT FACEBOOK'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| Plaintiffs, | |
| v. | Judge: Hon. Richard Seeborg
Courtroom: 3
Trial Date: None |
| FACEBOOK, INC., a corporation; and DOES 1-100, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE DEADLINE TO RESPOND TO
MOTION FOR ATTORNEYS' FEES
(CV-11-01726 RS)

WHEREAS, on October 5, 2012, Defendant Facebook, Inc. ("Facebook") and Plaintiffs (collectively, the "Parties") filed a Joint Motion for Preliminary Approval of Revised Settlement (Dkt. No. 235), together with documents, declarations, and papers in support thereof;

WHEREAS, on December 3, 2012, the Court granted preliminary approval of the revised settlement agreement, among other things, ordering Plaintiffs to file their request for attorneys' fees and costs within 23 calendar days of the entry of the order (*see* Dkt. No. 252, at ¶ 13);

WHEREAS, on December 21, 2012, Plaintiffs filed their Motion and Memorandum of Law in Support of Motion for Attorneys' Fees and Costs and Class Representatives' Service Awards (Dkt. No. 253) (the "Motion for Fees");

WHEREAS both Parties believe that it would be most efficient and appropriate if Facebook's response to Plaintiffs' Motion for Fees, if any, were submitted after the filing of any class member objections to Plaintiffs' Motion for Fees; and

WHEREAS both Parties believe that providing the Court with Facebook's response to Plaintiffs' Motion for Fees, if any, on or before June 7, 2013 will ensure that the Court has adequate time to review Facebook's response in conjunction with its consideration of Plaintiffs' Motion for Fees;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to approval and entry of this order by the Court:

1. Facebook's deadline to file a response to Plaintiffs' Motion for Fees, if any, shall be June 7, 2013;

2. This stipulation shall not affect any deadline previously set by the Court, including the scheduled June 28, 2013 hearing date for the Fairness Hearing.

| | | |
|---|---|---|
| 1 | Dated: December 28, 2012 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew D. Brown* |
| 4 | | Matthew D. Brown (196972) |
| 5 | | Attorneys for Defendant FACEBOOK, INC. |
| 6 | Dated: December 28, 2012 | THE ARNS LAW FIRM |
| 7 | | |
| 8 | | */s/ Robert S. Arns* |
| 9 | | Robert S. Arns (65071) |
| 10 | | Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/31/12

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION RE DEADLINE TO RESPOND TO
MOTION FOR ATTORNEYS' FEES
(CV-11-01726 RS)