# EXHIBIT 3

**Profile Pictures**
Will Tait · View Photos

Tag Photos   Like

**Recommended Pages**    See All


**Hello Shiso**
Mimi Tsang suggested you check out her page.
Like

**Sponsored Story**


Will Tait and Paul Wang like Warrior Dash.


**Warrior Dash**
Like

**Sponsored**    Create an Ad

**Global Purchasing Companies**

Fashion 1 day crash courses on everything you need to know about the industry. A must before you open your store or start fashion line.
Like

**Thursdays at SF Ballet**
sfballet.org

Thursday is the new Friday. Enjoy an evening of world class dance and cocktails for as little as $69.

**Myanmar Earthquake 24 March 2011**

Please report observations and other reports about the Mar24 Myanmar quake here!
Like

**Warren S Kurnick MD, Dermatology**

Visit our Page and 'Like' us today! 10% off all glycolic products during the month of September
Like

In this Album

Updated about 7 months ago

Share This Album
Post Album to Profile

Like

Press Enter to post your comment.

Facebook © 2011 · English (US)    About · Advertising · Developers · Careers · Privacy · Terms · Help

Chat (Offline)