# EXHIBIT 4

Case3:11-cv-01726-RS Document283-4 Filed01/02/13 Page1 of 2

# facebook

☑ Keep me logged in    Forgot your password?

Facebook helps you connect and share with the people in your life.

Using Facebook
Help Discussions
Top Contributor
Getting Started
Safety

## Help Center

Search

Example: What is the Like button?

### Sponsored Stories

**Can I opt out of seeing or being featured in sponsored News Feed stories?**
While there is no way to opt out of seeing all or being featured in any Sponsored Stories, you can remove specific stories by clicking the "X" displayed in the upper right side of a story and choosing the appropriate option when prompted.

Sponsored Stories that feature news about the actions your friends have taken on Facebook respect applicable privacy settings. Therefore, only people who are eligible to see your News Feed story are eligible to see it as as Sponsored Story.

Was this answer helpful?    Yes    No

Facebook © 2011 · English (US)  Mobile · Find Friends · Badges · People · Pages · About · Advertising · Developers · Careers · Privacy · Terms · Help



Case: 11-CV-01726 LHK
EXHIBIT
345

http://www.facebook.com/help/?faq=19723    Page 1 of 1

AL- 02.1002