# EXHIBIT 7



Case: 11-CV-01726 LHK
EXHIBIT
673