**EXHIBIT 8**

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4                       ---o0o---
 5
 6   ANGEL FRALEY; PAUL WANG, et   )
 7   al.,                          )
 8         Plaintiffs,             )
 9     vs.                         )   No. CV-11-01726LHK
10   FACEBOOK, INC., a             )
11   corporation; and Does 1-100,  )
12         Defendants.             )
13   _____ )
14
15
16           VIDEOTAPED DEPOSITION OF SUSAN MAINZER
17                 TUESDAY, DECEMBER 20, 2011
18
19
20
21
22
23   PAGES 1 - 230
24
25
                                                    Page 1
```

| | | |
|---|---|---|
| 1 | (Deponent sworn.) | 9:44:18AM |
| 2 | EXAMINATION | |
| 3 | BY MR. BROWN: | |
| 4 | Q    Please state and spell your name for the | |
| 5 | record. | 9:44:31AM |
| 6 | A    My name is Susan Mainzer.  That's | |
| 7 | S-U-S-A-N M-A-I-N-Z, as in zebra, E-R. | |
| 8 | Q    And is that your current legal name? | |
| 9 | A    That is my current legal name. | |
| 10 | Q    And I see in some documents and the like | 9:44:47AM |
| 11 | references to Susan von Seggern. | |
| 12 | So I take it that, then, is not your legal | |
| 13 | name or is that -- | |
| 14 | A    That's my married name. | |
| 15 | Q    But your legal name is still Susan | 9:45:00AM |
| 16 | Mainzer? | |
| 17 | A    Yes. | |
| 18 | Q    When did you get married? | |
| 19 | A    July 19th, 2008. | |
| 20 | Q    And what name did you use to register for | 9:45:17AM |
| 21 | Facebook? | |
| 22 | A    Susan Mainzer. | |
| 23 | Q    Okay. | |
| 24 | And then did you change the name on your | |
| 25 | Facebook account to Susan von Seggern at some point? | 9:45:29AM |

| | | |
|---|---|---|
| 1 | Q    So do you have an understanding of how | 11:16:36AM |
| 2 | many of your "Like" -- how many of your "Likes" on | |
| 3 | Facebook have actually resulted in a sponsored | |
| 4 | story? | |
| 5 | A    Through discussions with my attorneys, I | 11:16:50AM |
| 6 | believe four. | |
| 7 | MR. ARNS:  Let me just interpose | |
| 8 | attorney/client privilege to that last answer. | |
| 9 | BY MR. BROWN: | |
| 10 | Q    And do you know -- | 11:17:15AM |
| 11 | Do you have an understanding of what | |
| 12 | particular "Like" statements resulted in the | |
| 13 | sponsored stories?  Do you know what the four were? | |
| 14 | A    I know that one of them was UNICEF.  I | |
| 15 | don't know what the other three were, which is very | 11:17:30AM |
| 16 | upsetting to me. | |
| 17 | Q    Are you aware of any concrete harm that's | |
| 18 | resulted from your appearance in the sponsored | |
| 19 | stories? | |
| 20 | MR. ARNS:  Object; vague as to what is | 11:17:49AM |
| 21 | meant by "concrete harm."  You might explain what | |
| 22 | your worries are. | |
| 23 | THE WITNESS:  Okay.  Yeah, I'm -- I'm | |
| 24 | concerned that people will see my name and likeness | |
| 25 | associated with something they don't like, and | 11:18:07AM |

| | | |
|---|---|---|
| 1 | Q    Are you aware of whether it was before | 11:39:57AM |
| 2 | January 1st, 2011 or after? | |
| 3 | A    I'm not. | |
| 4 | Q    And what is your understanding of what | |
| 5 | information about you appears in a sponsored story, | 11:40:07AM |
| 6 | to the extent that there is a sponsored story | |
| 7 | that -- about you? | |
| 8 | A    From -- from the one I've seen, it's my | |
| 9 | photograph and my name and that I like -- in the | |
| 10 | case I've seen -- UNICEF, and that -- and then the | 11:40:25AM |
| 11 | sponsored stories I've seen on Facebook, because I | |
| 12 | am a Facebook junkie, you know, it's the name and | |
| 13 | the -- and the -- and the picture, and then | |
| 14 | sometimes it will be more than one person's name or | |
| 15 | picture, so it will be like other people that that | 11:40:44AM |
| 16 | person whose page it appears on knows, and -- and | |
| 17 | most prominently the logo of the advertiser. | |
| 18 | Q    And have you seen any of your friends' | |
| 19 | actions on Facebook appear as sponsored stories? | |
| 20 | A    I have. | 11:41:12AM |
| 21 | Q    When did you first see a sponsored story | |
| 22 | with one of your Facebook friends? | |
| 23 | A    I think in the last year. | |
| 24 | Q    And approximately how many of those | |
| 25 | sponsored stories have you seen? | 11:41:25AM |

Page 72

|   |   |   |
|---|---|---|
| 1 | just -- I just -- I don't really like them.  I just | 11:46:38AM |
| 2 | don't -- there is something about them as a company | |
| 3 | that just rubs me the wrong way, the very -- you | |
| 4 | know, labor practices, the stuff is very expensive. | |
| 5 |         I -- I -- you know, I feel like mar- -- | 11:46:51AM |
| 6 | yoga shouldn't be so marketed.  It's a -- it's a | |
| 7 | spiritual discipline, you know what I mean?  It | |
| 8 | shouldn't be like a branding play. | |
| 9 |     Q    So let me ask this:  Are you able to | |
| 10 | identify any way in which the story that would | 11:47:14AM |
| 11 | appear in your friends' news feed would differ from | |
| 12 | the way that the story would appear as a sponsored | |
| 13 | story after you've hit the "Like" button for | |
| 14 | something? | |
| 15 |     A    Yeah.  If -- after you hit the "Like" | 11:47:30AM |
| 16 | button, the -- that item goes into your news feed | |
| 17 | and then it goes down until it's off the page | |
| 18 | because a new -- a new item -- new items come up to, | |
| 19 | you know, be more recent. | |
| 20 |         A sponsored story is over here in the ads | 11:47:49AM |
| 21 | section of the page and -- | |
| 22 |     Q    In the right-hand column of the page? | |
| 23 |     A    In the right-hand column of the page where | |
| 24 | it says "Sponsored, Create an Ad." | |
| 25 |         And also I believe those stories -- the | 11:48:14AM |

1   just -- I just -- I don't really like them.  I just            11:46:38AM
2   don't -- there is something about them as a company
3   that just rubs me the wrong way, the very -- you
4   know, labor practices, the stuff is very expensive.
5           I -- I -- you know, I feel like mar- --                 11:46:51AM
6   yoga shouldn't be so marketed.  It's a -- it's a
7   spiritual discipline, you know what I mean?  It
8   shouldn't be like a branding play.
9       Q   So let me ask this:  Are you able to
10  identify any way in which the story that would                  11:47:14AM
11  appear in your friends' news feed would differ from
12  the way that the story would appear as a sponsored
13  story after you've hit the "Like" button for
14  something?
15      A   Yeah.  If -- after you hit the "Like"                   11:47:30AM
16  button, the -- that item goes into your news feed
17  and then it goes down until it's off the page
18  because a new -- a new item -- new items come up to,
19  you know, be more recent.
20          A sponsored story is over here in the ads               11:47:49AM
21  section of the page and --
22      Q   In the right-hand column of the page?
23      A   In the right-hand column of the page where
24  it says "Sponsored, Create an Ad."
25          And also I believe those stories -- the                 11:48:14AM

Page 77

```
 1   sponsored stories come up at -- they don't just come      11:48:15AM
 2   up when it happens, they come up at any time.  I
 3   mean, if I -- I think I "Liked" UNICEF when I was
 4   first, first, first on Facebook, which was many
 5   years ago, and the sponsored story with me liking        11:48:23AM
 6   UNICEF was earlier this year.  So --
 7       Q   So --
 8       A   -- maybe I stopped liking UNICEF in that
 9   time and just didn't "unLike" them.
10       Q   So -- well, first of all, have you stopped       11:48:37AM
11   liking UNICEF?
12       A   No, I like UNICEF still.
13       Q   Okay.
14       A   But I don't know what other three ads I've
15   appeared in, so perhaps I don't like them anymore.       11:48:48AM
16   Who knows.
17       Q   Aside from the timing of the appearance of
18   the sponsored story or the location on the page of a
19   sponsored story, are you aware of any differences in
20   the content of the story?  That's really what I was     11:49:08AM
21   getting at.
22       A   Yeah, the sponsored story has other
23   people, has the logo, most prominently the logo of
24   the -- Facebook's client, the advertiser.
25           You know, when it's in my news feed, it         11:49:25AM
```

Page 78

| | | |
|---|---|---|
| 1 | THE WITNESS: Yeah, super glamorous | 12:09:45PM |
| 2 | Los Angeles Hollywood life. | |
| 3 | BY MR. BROWN: | |
| 4 | Q   So just to linger for another minute on | |
| 5 | documents, so do you recall actually sending | 12:10:03PM |
| 6 | documents or electronic information to your lawyers? | |
| 7 | And again, I don't want to know about any | |
| 8 | communications or the substance of the | |
| 9 | communications. | |
| 10 | A   Yes, I -- I did. I especially remember | 12:10:14PM |
| 11 | filling out those spreadsheets and sending them | |
| 12 | back. | |
| 13 | Q   Okay. | |
| 14 | And have you taken any steps to make sure | |
| 15 | that documents that would pertain to the case | 12:10:26PM |
| 16 | haven't gotten deleted or anything like that? | |
| 17 | A   Yeah. I -- yeah, I think so. | |
| 18 | Q   Do you recall when you first registered | |
| 19 | for Facebook? | |
| 20 | A   Yeah. I think it was the late -- late | 12:10:47PM |
| 21 | spring or early summer of 2007. | |
| 22 | Q   And do you just have one Facebook account? | |
| 23 | A   I do. | |
| 24 | Q   I'm sorry. Again, I just want to make | |
| 25 | sure I understand, because we talked about this | 12:11:15PM |

Veritext National Deposition & Litigation Services
866 299-5127

```
 1   really early in the deposition.                    12:11:16PM
 2            So your legal name is still Susan Mainzer,
 3   right?
 4       A    It is.
 5       Q    But since you have been married, you have  12:11:21PM
 6   been going by Susan von Seggern?
 7       A    I have.
 8       Q    Have you used any other names on Facebook
 9   other than those two?
10       A    No.                                        12:11:30PM
11       Q    So of the nearly 1400 Facebook friends
12   that you have, how many of those friends knew you
13   from before when you were married, when you started
14   using Susan von Seggern?
15       A    Oh, gosh.  I don't -- I real- -- I don't   12:11:58PM
16   even know.  I mean -- well, let's see.  If I -- if
17   I -- if I got married like a little over a year
18   after I started on Facebook -- you know, you guys
19   could figure that out much easier than I could
20   figure that out, because you could see like how many 12:12:15PM
21   people I was friends with before like July of 2008,
22   and then also you got to figure plenty of the people
23   that I've become friends with since July of 2008 are
24   people who knew me when I was Susan -- it's real- --
25   I can't figure that out for you guys.  I'm sorry.   12:12:29PM
```

Page 93

```
 1      Q    Beyond those two that you personally work          12:42:33PM
 2  with, you have got other nonprofit or charitable
 3  organizations who you've "Liked" on Facebook,
 4  correct?
 5      A    Yes, but those are the only two that I             12:42:44PM
 6  really want people to give money to.  I'm happy if
 7  people give money to UNICEF, like, "God, give money
 8  to UNICEF," but I want people to give money to
 9  NextAid and Wells Bring Hope.
10      Q    So when you "Liked" UNICEF in order to             12:43:07PM
11  sort of promote their campaign at that time, I take
12  it that you were fine if people wanted to donate
13  money to UNICEF in order to support that campaign,
14  correct?
15      A    I don't think I really thought about it.           12:43:29PM
16  I just thought about it as me going, "Yeah, sure,
17  UNICEF, right on."
18      Q    And in that campaign that they were
19  undertaking at the time to reduce childhood deaths.
20      A    I -- I don't -- I don't 100 percent                12:43:43PM
21  recall, but I somewhat slightly recall that I think
22  if you "Liked" them, they actually got a dollar from
23  some matching donor.  And that was what really
24  prompted me to take that action.
25           MR. BROWN:  Okay.  I think this is a good          12:44:01PM
```

Page 115

| | | |
|---|---|---|
| 1 | And because I "Like" a story in the New | 1:56:11PM |
| 2 | York Times doesn't mean I want to promote the New | |
| 3 | York Times; it just means I'm promoting that story | |
| 4 | in the New York Times. | |
| 5 | And if I'm promoting anything, because | 1:56:27PM |
| 6 | I -- promoting things is what I do for a living, I | |
| 7 | should get paid, and I'm not getting paid to promote | |
| 8 | the New York Times. | |
| 9 | Q   And is it your understanding that if you | |
| 10 | were to "Like" that article in the New York Times | 1:56:41PM |
| 11 | that mentioned Tia's Bakery, that the resulting | |
| 12 | sponsored story, if there was one, would say, "Susan | |
| 13 | von Seggern likes the New York Times," or would it | |
| 14 | say, "Susan von Seggern likes this article," or | |
| 15 | would it say something different? | 1:57:03PM |
| 16 | A   I mean, in the sponsored stories that I've | |
| 17 | seen on the ad section of my page, they just say, | |
| 18 | "Susan Von Seggern likes" -- or "Joe Schmoe likes | |
| 19 | X." They don't break it down further that I've | |
| 20 | seen. | 1:57:17PM |
| 21 | Q   Okay. | |
| 22 | But -- so just -- | |
| 23 | I'm just going to ask you to assume | |
| 24 | something for the sake of my next question. So | |
| 25 | assume that the sponsored story that came after you | 1:57:26PM |

Page 120

|   |   |   |
|---|---|---|
| 1 | had "Liked" the New York Times article said, "Susan | 1:57:29PM |
| 2 | von Seggern likes this article," in contrast to it | |
| 3 | saying, "Susan von Seggern likes the New York | |
| 4 | Times," more generally. | |
| 5 |     Would you agree that by virtue of having | 1:57:42PM |
| 6 | that story show up in the right-hand side of the | |
| 7 | screen, that you're simply getting more visibility | |
| 8 | for your "Like" of the article than you would simply | |
| 9 | having it in your wall? | |
| 10 |     A   It would be giving more visibility to that | 1:58:06PM |
| 11 | story, but that's a terrible hypothetical because it | |
| 12 | wouldn't happen like that unless change -- you -- | |
| 13 | unless Facebook changes the way they do -- do that. | |
| 14 | That's not -- it's -- it's not a good hypothetical. | |
| 15 |     But, yes, if -- if Facebook changed the | 1:58:23PM |
| 16 | way they -- they handle the sponsored stories to be | |
| 17 | more specific, it would put more attention to that | |
| 18 | story. | |
| 19 |     Q   Would you ever -- | |
| 20 |     Would you ever "Like" a page on Facebook? | 1:58:39PM |
| 21 | Not like a story on another website that has a | |
| 22 | "Like" button, but -- actually, let me just withdraw | |
| 23 | that. It was going to end up being a very, very | |
| 24 | long question. | |
| 25 |     Would you ever "Like" a page on Facebook | 1:58:55PM |

Page 121

```
 1   STATE OF CALIFORNIA      )
                              ) :ss
 2   COUNTY OF SAN FRANCISCO  )
 3
 4       I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6       That the foregoing proceedings were taken before me
 7   at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that the verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14       I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17       IN WITNESS WHEREOF, I have this date subscribed my
18   name.
19
20       Dated:January 9, 2012
21
22
23                       _____
24                       KELLI COMBS, CSR NO. 7705
25
```

Page 227