# EXHIBIT 10

COOLEY LLP
MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.)
101 California Street 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

FACEBOOK, INC.
COLIN S. STRETCH (205144) (colin@fb.com)
SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
1601 S. California Ave.
Palo Alto, CA 94304
Telephone: (650) 853-1300
Facsimile: (650) 543-4800

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>**DEFENDANT FACEBOOK, INC.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES**<br><br>**SET ONE** |

PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER

INTERROGATORIES NO. 2, 4, AND 15 DESIGNATED:     CONFIDENTIAL

INTERROGATORIES NO. 10, 11, AND 12 DESIGNATED:     HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   See Response to Interrogatory No. 11 above.

2   Facebook's investigation and discovery are ongoing. Facebook reserves the right to supplement and amend this response, pursuant to Federal Rule of Civil Procedure 26(e) or otherwise, and, if necessary, to assert additional objections arising from further investigation or discovery.

**INTERROGATORY NO. 13:**

Please IDENTIFY all of the DOCUMENTS which YOU contend contain the terms that comprise the complete agreement between FACEBOOK and MEMBERS, organized by date each document went into effect.

**RESPONSE TO INTERROGATORY NO. 13:**

Facebook objects to this Interrogatory on the ground that it calls for disclosure of information protected by the attorney-client privilege, the attorney work product doctrine, or other applicable privilege or immunity. Defendant further objects to this Interrogatory on the grounds that Plaintiffs' defined term "MEMBERS" is overly broad, vague, and ambiguous for the reasons set forth in General Objection Number 11, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Interrogatory on the grounds Plaintiffs' defined term "IDENTIFY" is overly burdensome and purports to require more than is required under Federal and local rules for the reasons set forth in General Objection Number 14, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Interrogatory on the grounds that Plaintiffs' defined terms "YOU" and "DOCUMENTS" are overly broad for the reasons set forth in General Objection Numbers 17 and 18, incorporated herein by reference as though fully set forth herein. Defendant will construe "MEMBERS," "IDENTIFY," "YOU," and "DOCUMENTS" as set forth in its General Objections. Defendant further objects to this Interrogatory on the grounds that the phrase "comprise the complete agreement" is vague and ambiguous in the context of this Interrogatory. Defendant further objects that this Interrogatory is vague and ambiguous regarding whether only the current agreements between Facebook and members are sought, or whether all agreements, at all previous

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24.

DEFENDANT'S AMENDED RESP. AND OBJ. TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES
NO. CV 11-01726 LHK (PSG)

time periods are being requested. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

As set forth in the Statement of Rights and Responsibilities, posted on Facebook.com, the current Statement of Rights and Responsibilities (and all documents incorporated by reference therein) makes up the entire agreement between Facebook and its users, and supersedes any prior agreements. Facebook has produced the current Statement of Rights and Responsibilities (*see* Bates numbers FB_FRA_000529-532), and has also produced earlier versions of the Statement of Rights and Responsibilities (sometimes formerly known as the Terms of Use) that may have applied to users previously (*see* Bates numbers FB_FRA_000259-379; FB_FRA_000385-388; FB_FRA_000402-411). Additionally, Facebook makes a variety of additional terms and policies available on its website, regarding matters such as privacy, advertising guidelines, claims of intellectual property infringement, and other matters. These documents may be accessed through https://www.facebook.com/terms.php.

**INTERROGATORY NO. 14:**

Please explain all the methods offered within FACEBOOK.COM by which MEMBERS can prevent their IDENTITIES from ever appearing in any SPONSORED STORY.

**RESPONSE TO INTERROGATORY NO. 14:**

Defendant objects to this Interrogatory on the grounds that Plaintiffs' defined terms "MEMBERS" and "SPONSORED STORY" are overly broad, vague, and ambiguous for the reasons set forth in General Objection Numbers 11 and 13, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Interrogatory on the grounds that Plaintiffs' defined term "IDENTITIES" is vague and ambiguous for the reasons set forth in General Objection Number 15, incorporated herein by reference as though fully set forth herein. Defendant will construe "MEMBERS," "SPONSORED STORIES," and "IDENTITIES" as set forth in its General Objections. Defendant also objects to this Interrogatory on the grounds that the phrases "methods offered" and "prevent" are vague and ambiguous in the context of this Interrogatory. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

25.

DEFENDANT'S AMENDED RESP. AND OBJ. TO PLAINTIFFS' FIRST SET OF INTERROGATORIES
NO. CV 11-01726 LHK (PSG)