# EXHIBIT 11

https://www.facebook.com/profile.php?id=152__195171&ref=ts
facebook
Search
Home Profile Account
MR.BASSNUTT
Jimmy Bassnutt Duval (Jimmy Duval)
Send Message Poke
Goes to Berkeley High Lives in Berkeley, California From Berkeley, California
Born on February 22, 1994
Share: Post Photo Link Video
Write something...
Wall
Info
Photos (257)
Notes
Friends
Friends (905)
Samwise Cheyette
Isabelle Marie
Rebecca Lynn Catlett
Berkeley High
Zizi Hawthorne
Austin Joseph McDonald
Kasimira Hohbach
Gonzaga
Elon Walton
Berkeley High
Scott White
Katelin Mazor
Skyline Senior Hi.
Jimmy Bassnutt Duval
Fina get on that moped swag fast!
Like · Comment
Jimmy likes Pepsi and 11 other pages.
"Advice that I will carry in my..." on Tim Moellering's Top Ten Rules to Live By.'s Wall.
Jimmy is attending Tim Moellering's Top Ten Rules to Live By. · Like · Comment · RSVP to this event
Jimmy posted a link to Class of 2012!'s Wall.
Jimmy Bassnutt Duval
CHECK MY DUBSTEP (MODERN DAY ANARCHY)-
http://www.limelinx.com/files/caa9772d12892f86b5ea43cb71d24803
fgfhdhand a
LimeLinx - Preview - Modern Day Anarchy.mp3
www.limelinx.com
LimeLinx - Modern Day Anarchy.mp3
Like · Comment · Share
Jimmy changed his profile picture.
Jimmy Bassnutt Duval
Massive owns the wobble.
Like · Comment
Evan Pizzichillo u have massive
7 hours ago · Like
Evan Pizzichillo hook it up
7 hours ago · Like
Jimmy Bassnutt Duval i have all of native, how would hook u up? i cant hand it out, its registered to my computer
6 hours ago · Like
Write a comment...
Sponsored Story
Jimmy Bassnutt Duval likes Walmart.
Walmart
Like
Sponsored
Create an Ad
Nerd Crossing
Computer running slow? Virus? Spyware? We can remove , repair and increase your computers performance. We offer free estimates.
Like · 127 people like this.
1 Easy Way to Stop Stress
everydaylifestyles.com
How to relieve stress, easy anxiety, and improve your mood...
Best Restaurants in SF
tastingtable.com
The hottest restaurants. New dishes. Innovative chefs. Wine bars and more. Tasting Table - the FREE daily email for SF foodies.
Chat (Offline)
Case: 11-CV-01726 LHK
EXHIBIT
566

