# EXHIBIT 12

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL G. RHODES (116127) (mrhodes@cooley.com)<br>MATTHEW D. BROWN (196972) (brownmd@cooley.com) |
| 3 | JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)<br>101 California Street, 5th Floor |
| 4 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
| 5 | Facsimile: (415) 693-2222 |
| 6 | FACEBOOK, INC.<br>COLIN S. STRETCH (205144) (colin@fb.com) |
| 7 | SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)<br>1601 S. California Ave. |
| 8 | Palo Alto, CA 94304<br>Telephone: (650) 853-1300 |
| 9 | Facsimile: (650) 543-4800 |

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>**DEFENDANT FACEBOOK, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES**<br><br>**SET TWO** |

**PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER**

INTERROGATORIES NO. 16 AND 17 DESIGNATED:   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DEFENDANT'S RESPONSES AND OBJECTIONS TO
PLAINTIFFS' SECOND SET OF INTERROGATORIES
CV 11-01726 LHK (PSG)

**INTERROGATORY NO.16:**

As of the date of YOUR response to these interrogatories, how many MEMBERS have had their NAME or LIKENESS appear in a SPONSORED STORY?

**RESPONSE TO INTERROGATORY NO. 16:**

Defendant objects to this Interrogatory on the grounds that Plaintiffs' defined terms "MEMBERS" and "SPONSORED STORY" are overly broad, vague, and ambiguous for the reasons set forth in General Objection Numbers 11 and 12, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Interrogatory on the grounds that Plaintiffs' defined term "YOUR" is overly broad for the reasons set forth in General Objection Number 14, incorporated herein by reference as though fully set forth herein. Defendant will construe "MEMBERS," "SPONSORED STORIES," and "YOUR" as set forth in its General Objections. Defendant further objects to this Interrogatory on the ground that the term "LIKENESS" is vague and ambiguous, in that it is presented as a defined term, but is not actually defined in these interrogatories. For the purpose of responding to this Interrogatory, Facebook will interpret the term LIKENESS to mean profile picture. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

*****

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Based on a reasonable inquiry, Facebook estimates that the names and/or profile pictures of approximately 71.1 million unique Facebook users that Facebook can reasonably ascertain are located in the United States appeared in Sponsored Stories, for the period January 25, 2011 to August 15, 2011. This number includes users that are also counted in the number provided in response to Interrogatory No. 17. Facebook is not able to practicably determine whether a Facebook user's profile picture contains a recognizable image of the user or whether the name appearing in a story is the same as the user's given or real name. By providing this response, Facebook does not concede, implicitly or otherwise, that this information is relevant to this action.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   \*\*\*\*\*

2   Facebook's investigation and discovery are ongoing. Facebook reserves the right to
3   supplement and amend this response, pursuant to Federal Rule of Civil Procedure 26(e) or
4   otherwise, and, if necessary, to assert additional objections arising from further investigation or
5   discovery.

6   **INTERROGATORY NO. 17:**

7   As of the date of YOUR response to these interrogatories, how many MEMBERS have
8   had their NAME or LIKENESS appear in a SPONSORED STORY, who were below the age of
9   18 at the time of that appearance?

10  **RESPONSE TO INTERROGATORY NO. 17:**

11  Defendant objects to this Interrogatory on the grounds that Plaintiffs' defined terms
12  "MEMBERS" and "SPONSORED STORY" are overly broad, vague, and ambiguous for the
13  reasons set forth in General Objection Numbers 11 and 12, incorporated herein by reference as
14  though fully set forth herein. Defendant further objects to this Interrogatory on the grounds that
15  Plaintiffs' defined term "YOUR" is overly broad for the reasons set forth in General Objection
16  Number 14, incorporated herein by reference as though fully set forth herein. Defendant will
17  construe "MEMBERS," "SPONSORED STORIES," and "YOUR" as set forth in its General
18  Objections. Defendant further objects to this Interrogatory on the ground that the term
19  "LIKENESS" is vague and ambiguous, in that it is presented as a defined term, but is not actually
20  defined in these interrogatories. For the purpose of responding to this Interrogatory, Facebook
21  will interpret the term LIKENESS to mean profile picture. Subject to and without waiving the
22  General and Specific Objections, Defendant responds as follows:

23  \*\*\*\*\*

24  **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

25  Based on a reasonable inquiry, Facebook estimates that the names and/or profile pictures
26  of approximately 10.9 million unique Facebook users that Facebook can reasonably ascertain are
27  located in the United States and that Facebook can reasonably determine, based on the
28  information provided by the users, were under the age of 18 at the time the user's name and/or

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

DEFENDANT'S RESPONSES AND OBJECTIONS TO
PLAINTIFFS' SECOND SET OF INTERROGATORIES
CV 11-01726 LHK (PSG)