# EXHIBIT 19

Case 3:11-cv-01726-RS
EXHIBIT
82

FB_FRA_000406

FB_FRA_000407

FB_FRA_000408