**EXHIBIT 22**

| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (mrhodes@cooley.com) |
| 2 | MATTHEW D. BROWN (196972) (brownmd@cooley.com) |
| | JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com) |
| 3 | 101 California Street. 5th Floor |
| | San Francisco, CA 94111-5800 |
| 4 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 5 | |
| | FACEBOOK, INC. |
| 6 | COLIN S. STRETCH (205144) (colin@fb.com) |
| | SANDEEP N. SOLANKI (244005) (ssolanki@fb.com) |
| 7 | 1601 S. California Ave. |
| | Palo Alto, CA 94304 |
| 8 | Telephone: (650) 853-1300 |
| | Facsimile: (650) 543-4800 |

RECEIVED

JUN 27 2011

ARNS LAW FIRM

Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>**DEFENDANT FACEBOOK, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**<br><br>**SETS ONE - FIVE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

**REQUEST FOR ADMISSION NO. 1.3:**

Admit that SPONSORED STORIES has been available on FACEBOOK.COM since January 25, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.3:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 16, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Request on the grounds that the phrase "has been available" is vague, ambiguous and unintelligible in the context of this Request. Defendant further objects to this Request as premature, as set forth in Defendant's June 21, 2011 Motion for Protective Order.

**REQUEST FOR ADMISSION NO. 1.4:**

Admit that SPONSORED STORIES are advertisements within the meaning of California Civil Code section 3344.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.4:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 16, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Request as calling for a legal conclusion. Defendant further objects to this Request as premature, as set forth in Defendant's June 21, 2011 Motion for Protective Order.

**REQUEST FOR ADMISSION NO. 1.5:**

Admit that SPONSORED STORIES is an advertising service provided by FACEBOOK to advertisers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.5:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 16, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Request on the grounds that the phrase "advertising service" is
COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

vague, ambiguous and unintelligible. Defendant further objects to this Request as calling for a legal conclusion. Defendant further objects to this Request as premature, as set forth in Defendant's June 21, 2011 Motion for Protective Order.

**REQUEST FOR ADMISSION NO. 1.6:**

Admit that SPONSORED STORIES are advertisements to MEMBERS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.6:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 16, incorporated herein by reference as though fully set forth herein. Defendant further objects to this Request on the grounds that the phrase "advertisements to MEMBERS" is vague, ambiguous and unintelligible. Defendant further objects to this Request as calling for a legal conclusion. Defendant further objects to this Request as premature, as set forth in Defendant's June 21, 2011 Motion for Protective Order.

**REQUEST FOR ADMISSION NO. 1.7:**

Admit that MEMBERS whose IDENTITIES (*when applied to a MEMBER, means full name, photograph, voice, signature, likeness and identity of that MEMBER as known by YOU*) are used in a SPONSORED STORY advertisement are not compensated for such use.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.7:**

Defendant objects to this Request as calling for an admission with no relevance that is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORY" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 16, incorporated herein by reference as though fully set forth herein. Defendant further objects to the premise of this Request, including the suggestion that Sponsored Stories are advertisements that use members' identities. Defendant further objects to this Request as the term "compensated" and phrase "such use" are vague, ambiguous and unintelligible. Defendant further objects to this Request on the grounds that Plaintiffs' defined term "IDENTITIES" is vague, ambiguous, and unintelligible for the reasons set forth in General Objection Number 18, incorporated herein by

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.

DEFENDANT'S RESPONSES AND OBJECTIONS
TO PLTFS' RFA, SETS ONE - FIVE
CV 11-01726 LHK (PSG)

```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
 2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
    JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
 3  JAMES M. PENNING (229727) (jpenning@cooley.com)
    101 California Street, 5th Floor
 4  San Francisco, CA 94111-5800
    Telephone:  (415) 693-2000
 5  Facsimile:  (415) 693-2222

 6  FACEBOOK, INC.
    COLIN S. STRETCH (205144) (colin@fb.com)
 7  SANDEEP N. SOLANKI (244005) (ssolanki@fb.com)
    1601 S. California Ave.
 8  Palo Alto, CA 94304
    Telephone:  (650) 853-1300
 9  Facsimile:  (650) 543-4800

10  Attorneys for Defendant FACEBOOK, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and WILLIAM TAIT, a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 LHK (PSG)<br><br>**DEFENDANT FACEBOOK, INC.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**<br><br>**SETS ONE - FIVE** |

**PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER**

**REQUESTS NO. 1.3 AND 4.9 DESIGNATED:   CONFIDENTIAL**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DEFENDANT'S AMENDED RESPONSES AND
OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)

between you and us, without regard to conflict of law provisions." Except as otherwise expressly admitted, this Request is denied.

**REQUEST FOR ADMISSION NO. 1.2:**

Admit that FACEBOOK created SPONSORED STORIES *(the content found at FACEBOOK.COM and the scheme by which it is generated, known by that NAME, and offered as an advertising service by FACEBOOK. The term also includes the system which generates and delivers SPONSORED STORIES content).*

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.2:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in General Objection Number 11, incorporated herein by reference as though fully set forth herein. Defendant will construe "SPONSORED STORIES" as set forth in its General Objections. Defendant objects to this Request on the grounds that the term "created" is vague and ambiguous in the context of this Request. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

Facebook admits that it developed and implemented the service and process through which user-created content may be republished on Facebook web pages as Sponsored Stories, subject to users' account and privacy settings. Except as otherwise expressly admitted, this Request is denied.

**REQUEST FOR ADMISSION NO. 1.3:**

Admit that SPONSORED STORIES has been available on FACEBOOK.COM since January 25, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.3:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in General Objection Number 11, incorporated herein by reference as though fully set forth herein. Defendant will construe "SPONSORED STORIES" as set forth in its General Objections. Defendant further objects to this Request on the grounds that the phrase "has been available" is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S AMENDED RESPONSES AND
OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)

1  vague and ambiguous in the context of this Request. Subject to and without waiving the General
2  and Specific Objections, Defendant responds as follows:

*****

**CONFIDENTIAL**

Facebook admits that the official launch of Sponsored Stories on Facebook.com occurred on January 25, 2011. Facebook ran limited (unpaid) tests of Sponsored Stories on Facebook.com beginning in approximately October 2010.

**CONFIDENTIAL**

*****

**REQUEST FOR ADMISSION NO. 1.4:**

Admit that SPONSORED STORIES are advertisements within the meaning of California Civil Code section 3344.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.4:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in General Objection Number 11, incorporated herein by reference as though fully set forth herein. Defendant will construe "SPONSORED STORIES" as set forth in its General Objections. Defendant further objects to this Request as calling for a legal conclusion. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

Facebook denies this Request.

**REQUEST FOR ADMISSION NO. 1.5:**

Admit that SPONSORED STORIES is an advertising service provided by FACEBOOK to advertisers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.5:**

Defendant objects to this Request on the grounds that Plaintiffs' defined term "SPONSORED STORIES" is overly broad, vague, and ambiguous for the reasons set forth in General Objection Number 11, incorporated herein by reference as though fully set forth herein. Defendant will construe "SPONSORED STORIES" as set forth in its General Objections.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10.

DEFENDANT'S AMENDED RESPONSES AND
OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)

Defendant further objects to this Request on the grounds that the phrase "advertising service" is vague and ambiguous in the context of this Request. Defendant further objects to this Request as calling for a legal conclusion. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

Facebook admits that some third parties pay a fee to have user-generated stories that are eligible to appear in users' Facebook Friends' News Feeds, subject to the users' account and privacy settings, redisplayed on certain pages on Facebook.com. Except as otherwise expressly admitted, this Request is denied.

**REQUEST FOR ADMISSION NO. 1.6:**

Admit that SPONSORED STORIES are advertisements to MEMBERS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.6:**

Defendant objects to this Request on the grounds that Plaintiffs' defined terms "MEMBERS" and "SPONSORED STORIES" are overly broad, vague, and ambiguous for the reasons set forth in General Objection Numbers 10 and 11, incorporated herein by reference as though fully set forth herein. Defendant will construe "MEMBERS" and "SPONSORED STORIES" as set forth in its General Objections. Defendant further objects to this Request on the grounds that the phrase "advertisements to MEMBERS" is vague and ambiguous in the context of this Request. Defendant further objects to this Request as calling for a legal conclusion. Subject to and without waiving the General and Specific Objections, Defendant responds as follows:

Facebook denies this Request.

**REQUEST FOR ADMISSION NO. 1.7:**

Admit that MEMBERS whose IDENTITIES *(when applied to a MEMBER, means full name, photograph, voice, signature, likeness and identity of that MEMBER as known by YOU)* are used in a SPONSORED STORY advertisement are not compensated for such use.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1.7:**

Defendant objects to this Request on the grounds that Plaintiffs' defined terms "MEMBERS" and "SPONSORED STORY" are overly broad, vague, and ambiguous for the reasons set forth in General Objection Numbers 10 and 11, incorporated herein by reference as

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11.

DEFENDANT'S AMENDED RESPONSES AND OBJECTIONS TO PLTFS' RFA, SETS ONE - FIVE
NO. CV 11-01726 LHK (PSG)