# EXHIBIT 23

Page 1

```
 1               UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4
      ANGEL FRALEY; PAUL WANG; SUSAN
 5    MAINZER; JAMES H. DUVAL, a minor,
      by and through JAMES DUVAL, as
 6    Guardian ad Litem; and WILLIAM
      TAIT, a minor, by and through
 7    RUSSELL TAIT, as guardian ad Litem;
      individually and on behalf of all
 8    others similarly situated,

 9                    Plaintiffs,

10           vs.                    No. 11-CV-01726 LHK
                                          (PSG)
11    FACEBOOK, INC., a corporation; and
      DOES 1-100,
12
                    Defendants.
13    _____ /

14    DEPOSITION OF FACEBOOK, INC., THROUGH ITS DESIGNEE

15                   JAMES C. SQUIRES

16             TUESDAY, SEPTEMBER 20, 2011

17      * H I G H L Y   C O N F I D E N T I A L *

18      PORTIONS OF THIS DEPOSITION MAY BE DESIGNATED AS

19    "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL" PURSUANT TO

20                      COURT ORDER

21

22    Reported By:  MARK W. BANTA, CSR #6034

23                     Tooker & Antz
                Court Reporting & Video Services
24              350 Sansome Street, Suite 700
                San Francisco, California 94104
25               415-392-0650 Fax 415-392-3897
```

Electronically signed by Mark W. Banta (001-100-664-7186)      51c19552-05bc-47e3-9d05-171f8c05b96c

Page 33

```
 1      Q.   Okay.  And then on number 6, this is request for
 2   admission, set number 1, request number 6:  Facebook
 3   denies that Sponsored Stories are advertisements to
 4   members.  Would you agree with that?  They're just not
 5   advertisements period, right?
 6      A.   Sponsored Stories are not ads, yes.
 7      Q.   So however we say Sponsored Stories are
 8   advertisements, they're not?
 9      A.   Yes.  Sponsored Stories are not ads.
10      Q.   To members, to advertisers, or anybody else?
11   Correct?
12      A.   I'm not -- I'm not sure what that distinction
13   is.
14      Q.   I'm not, either.
15      A.   Okay.
16      Q.   I'm just, you know, trying to... trying to
17   engage in a discussion about that.
18      A.   Um-hmm.
19      Q.   So let me ask that question again.  Basically,
20   Sponsored Stories are not advertisements, period?
21   Correct?
22      A.   Yes.
23      Q.   Okay.  Now, you would expect members --
24           Could I have Exhibit 11, please?  Let's go to
25   Exhibit 331.
```

```
 1          CERTIFICATE OF DEPOSITION OFFICER - FEDERAL
 2          I, MARK W. BANTA, duly authorized to administer
 3   oaths hereby certify that at the commencement of the
 4   deposition, the witness stated he or she would testify
 5   the truth, the whole truth, and nothing but the truth in
 6   the within-entitled cause; that said deposition was taken
 7   at the time and place therein stated; that the testimony
 8   of the said witness was reported by me and thereafter
 9   transcribed by me or under my direction; that the
10   foregoing is a full, complete and true record of said
11   testimony; and that the deponent or a party requested
12   review of the deposition and that the deponent was given
13   an opportunity to review the deposition.
14          I further certify that I am not of counsel or
15   attorney for either or any of the parties in the
16   foregoing deposition and caption named, or in any way
17   interested in the outcome of the cause named in said
18   caption.
19                       _____
                         MARK W. BANTA, CSR 6034
20
21                       _____
                            DATE OF CERTIFICATION
22
23
24
25
```

Electronically signed by Mark W. Banta (001-100-664-7186)          51c19552-05bc-47e3-9d05-171f8c05b96c

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4
       ANGEL FRALEY; PAUL WANG; SUSAN
 5     MAINZER; JAMES H. DUVAL, a minor,
       by and through JAMES DUVAL, as
 6     Guardian ad Litem; and WILLIAM
       TAIT, a minor, by and through
 7     RUSSELL TAIT, as guardian ad Litem;
       individually and on behalf of all
 8     others similarly situated,

 9                    Plaintiffs,

10              vs.                No. 11-CV-01726 LHK
                                       (PSG)
11     FACEBOOK, INC., a corporation; and
       DOES 1-100,
12
                     Defendants.
13     _____  /

14             VOLUME II, PAGES 260 - 472

15     DEPOSITION OF FACEBOOK, INC., THROUGH ITS DESIGNEE

16                    JAMES C. SQUIRES

17               FRIDAY, OCTOBER 14, 2011

18        H I G H L Y   C O N F I D E N T I A L

19      PORTIONS OF THIS DEPOSITION MAY BE DESIGNATED AS

20     "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL" PURSUANT TO

21                      COURT ORDER

22     Reported By:  MARK W. BANTA, CSR #6034

23                     Tooker & Antz
                Court Reporting & Video Services
24               350 Sansome Street, Suite 700
                San Francisco, California 94104
25               415-392-0650 Fax 415-392-3897
```

Electronically signed by Mark W. Banta (001-100-664-7186)          6b8497c7-cb0f-4911-9dc4-898ab8415740

Page 302

1   running, but I'm going to turn it off. I'm going to
2   close the window.

3          So this is, as best I can make it, a most
4   natural experience on Facebook. If there are other
5   settings that you're aware of, please let me know and we
6   can adjust for that. Okay.

7          Can you please tell me what you see on this page
8   in terms of what type of Facebook page it is be it a home
9   page or profile page or some other official name that
10  Facebook gives it.

11  A.    I describe this as the home page, Facebook.com.

12  Q.    Okay. What I would like you to do is go to the
13  privacy settings. Do you know where the privacy settings
14  are on a Facebook page?

15  A.    I know where the privacy settings for our
16  Facebook account are.

17  Q.    Can you show me where the privacy settings for a
18  Facebook account are?

19  A.    (Complies.)

20  Q.    So you've gone to the privacy settings, I see.
21  And on these privacy settings, can you show me where you
22  can choose not to appear in Sponsored Stories?

23  A.    There... there isn't a single click global
24  opt-out. Sponsored Stories are an extension of the News
25  Feed, so all of your controls for what appears in the

Electronically signed by Mark W. Banta (001-100-664-7186)                    6b8497c7-cb0f-4911-9dc4-898ab6415740

Page 303

1    News Feed is -- also control what appears in Sponsored
2    Stories.

3         Q.   So on this page, is there a combination of
4    settings that will prevent my appearance in Sponsored
5    Stories?

6         A.   There are different types of content that
7    appears in the News Feed. We would need to go content --
8    content by content to talk about the settings.

9         On this page there is an apps settings that is
10   immediately apparent. App stories are part of the News
11   Feed and part of Sponsored Stories, so that is one
12   control that you would use for the News Feed and for
13   Sponsored Stories.

14        Q.   So if I'm a user and I want to not appear in a
15   sponsored story that gets boosted by an action in an app,
16   this is where I would go for that?

17        A.   This is one of the settings that would -- that
18   you would apply there.

19        Q.   So there are more settings than -- more settings
20   than just this one to prevent myself from appearing in an
21   app-sponsored story?

22        A.   There are multiple opportunities throughout the
23   Facebook site to... to decide and limit who sees the
24   actions and content that you're... that you're -- you're
25   providing.

Electronically signed by Mark W. Banta (001-100-664-7186)                          6b8497c7-cb0f-4911-9dc4-898ab6415740

1                 CERTIFICATE OF DEPOSITION OFFICER

2           I, MARK W. BANTA, duly authorized to administer

3  oaths Pursuant to Section 2093(b) of the California Code

4  of Civil Procedure, hereby certify that at the

5  commencement of the deposition, the witness stated he or

6  she would testify the truth, the whole truth, and nothing

7  but the truth in the within-entitled cause; that said

8  deposition was taken at the time and place therein

9  stated; that the testimony of the said witness was

10  reported by me and thereafter transcribed by me or under

11  my direction; that the foregoing is a full, complete and

12  true record of said testimony; and that the witness was

13  given an opportunity to read and correct said deposition

14  and to subscribe the same.

15           I further certify that I am not of counsel or

16  attorney for either or any of the parties in the

17  foregoing deposition and caption named, or in any way

18  interested in the outcome of the cause named in said

19  caption.

20

21

                MARK W. BANTA, CSR 6034

22

23                DATE OF CERTIFICATION

24

25

Electronically signed by Mark W. Banta (001-100-664-7186)      6b8497c7-cb0f-4911-9dc4-898ab6415740