**EXHIBIT 24**



```
--- FAQ 173332702723681 ---

2011-01-24 20:53:00 (hc, 19723, 173332702723681)
Can I opt out of seeing or being featured in sponsored News Feed
stories?
While there is no way to opt out of seeing all or being featured in any
<a href="/help/?faq=19718">Sponsored Stories</a>, you can remove
specific stories by clicking the "X" displayed in the upper right side
of a story and choosing the appropriate option when prompted.
<br><br>
Sponsored Stories that feature news about the actions your friends have
taken on Facebook respect applicable privacy settings. Therefore, only
people who are eligible to see your News Feed story are eligible to see
it as as Sponsored Story.
2011-01-24 20:53:14 (hc, 19723, 173332702723681)
Can I opt out of seeing or being featured in sponsored News Feed
stories?
While there is no way to opt out of seeing all or being featured in any
<a href="/help/?faq=19718">Sponsored Stories</a>, you can remove
specific stories by clicking the "X" displayed in the upper right side
of a story and choosing the appropriate option when prompted.
<br><br>
Sponsored Stories that feature news about the actions your friends have
taken on Facebook respect applicable privacy settings. Therefore, only
people who are eligible to see your News Feed story are eligible to see
it as as Sponsored Story.
2011-04-26 11:07:55 (hc, 19723, 173332702723681)
Can I opt out of seeing or being featured in sponsored News Feed
stories?
While there is no way to opt out of seeing all or being featured in any
<a href="/help/?faq=19718">Sponsored Stories</a>, you can remove
specific stories by clicking the "X" displayed in the upper right side
of a story and choosing the appropriate option when prompted. For
stories about games played or apps used, simply uninstall the game or
app.
<br><br>
Sponsored Stories that feature news about the actions your friends have
taken on Facebook respect applicable privacy settings. Therefore, only
people who are eligible to see your News Feed story are eligible to see
it as as Sponsored Story.
2011-05-25 00:07:28 (cms, 173332702723681)
<faq>
  <question>
    Can I opt out of seeing or being featured in sponsored News Feed
stories?
  </question>
  
    While there is no way to opt out of seeing all or being featured in
any <a href="/help/?faq=19718">Sponsored Stories</a>, you can remove
specific stories by clicking the "X" displayed in the upper right side
of a story and choosing the appropriate option when prompted. For
stories about games played or apps used, simply uninstall the game or
app.
<br/><br/>
Sponsored Stories that feature news about the actions your friends have
taken on Facebook respect applicable privacy settings. Therefore, only
people who are eligible to see your News Feed story are eligible to see
it as as Sponsored Story.
  
</faq>

2011-06-03 15:13:29 (cms, 173332702723681)
<faq>
  <question>
    Can I opt out of seeing or being featured in sponsored News Feed
stories?
  </question>
  
    While there is no way to opt out of seeing all or being featured in
any <a href="/help/?faq=19718">Sponsored Stories</a>, you can remove
specific stories by clicking the "X" displayed in the upper right side
of a story and choosing the appropriate option when prompted. For
stories about games played or apps used, simply uninstall the game or
app.
<br/><br/>
Sponsored Stories that feature news about the actions your friends have
taken on Facebook respect applicable privacy settings. Therefore, only
people who are eligible to see your News Feed story are eligible to see
it as as Sponsored Story.
  
</faq>
```

CONFIDENTIAL   FB_FRA_000062
CONFIDENTIAL   FB_FRA_000063