# EXHIBIT 26

**Facebook HELP CENTER**

Browse Help Topics

Help Discussions

Top Questions

Safety Center

Back to Facebook

## Facebook Ads » CPM (Cost Per Thousand Impressions)

English (US)

Expand All

**CPM (Cost Per Thousand Impressions)**
CPM stands for Cost Per Thousand Impressions. If your ads are bid on a CPM basis, you will be charged when users view your ads, regardless of whether or not they click on them.

As a CPM advertiser you are indicating that it is more important to you where your ad shows up and what your ad looks like.

Permalink

Was this answer helpful?  

Purpose | English (US)

Mobile  Find Friends  Badges  People  Pages  About  Advertising  Create a Page  Developers  Careers  Privacy  Terms  Help

http://www.facebook.com/help/?faq=19423956728894S[8/19/2011 12:36:52 PM]



Case: 11-CV-01726 LHK
EXHIBIT 109

FB_FRA_000451