# EXHIBIT 1

**FACEBOOK**

| EXPERT CONSULTING INVOICES | TOTAL |
|---|---|
| VICTORIA BELOTTI | 2,000.00 |
| IPMETRICS | 21,240.82 |
| DROGIN KAKIGI | 10,050.00 |
| SALESLOGIX | 9,000.00 |
| ALLMAN PETERSON | 4,400.00 |
| PERICLES (ALBERICO) | 2,483.22 |
| MARKET CONSULTING | 3,850.00 |
| GARY FRAZIER | 37,375.00 |
| M. SMITH | 49,292.50 |
| SUSAN MILLER | 3,600.00 |
| **TOTAL TO EXPERT** | **143,291.54** |



# ✝Victoria Bellotti Ph.D.

612 Andover Street
San Francisco, CA 94110
Phone: 415 643 6181
Fax: [Your Fax]
E-Mail: bellotti@parc.com

# Invoice

April 10th, 2011

Invoice No. 01

FACBBOOL

Customer ID:
Tha Arns Law
Firm

| Date | Description | Hours | Unit Price | Total |
|------|-------------|-------|-----------|-------|
| 3/14/2011 | Meeting to discuss problem and required service | 1 | $250 | $250 |
| 3/20/2011 | Expert walkthrough of sign-up process and report draft | 6 | $250 | $1500 |
| 4/1/2011 | Communications regarding service | 0.5 | $250 | $125 |
| 4/7/2011 | Meeting with Jonathan Jaffe to discuss service | 0.5 | $250 | $125 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Total: | $2000 |
|---|--------|-------|

 **IPmetrics**
Intellectual Property Consulting

# Invoice

**Remit To:**
IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

| | |
|---|---|
| **Invoice #:** | 2012017 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 4/10/2012 |
| **Terms:** | Due on receipt |
| **Project:** | Fraley v. Facebook |
| **P.O. Number:** | |

**Bill To:**
The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. Per the retention agreement dated February 15, 2012, we have agreed to provide all work relating to this engagement at a flat rate of $325 per hour. Deposition and/or trial preparation and/or testimony will be billed at a flat rate of $395 / hour. | | | |
| IPmetrics provided services for the period February 16 through March 31, 2012: | | | |
| Analysis | 12.00 | 325.00 | 3,900.00 |
| Document Review | 4.50 | 325.00 | 1,462.50 |
| Meetings / Phone Calls | 4.00 | 325.00 | 1,300.00 |
| Report Writing | 4.25 | 325.00 | 1,381.25 |
| Research | 5.00 | 325.00 | 1,625.00 |
| Subtotal Professional Fees | | | 9,668.75 |
| Due and payable upon receipt.  Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month. | | | |

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA  92129
Phone:  (858) 452-8400
Account #:  12160-10987
ABA# 121000358
Please reference the invoice number on all payments.

| | |
|---|---|
| **Total** | $9,668.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,668.75 |



**IPmetrics**
Intellectual Property Consulting

# INVOICE

**Remit To:**
IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

| | |
|---|---|
| **Invoice #:** | 2012018 |
| **Invoice Date:** | 4/16/2012 |
| **Due Date:** | 4/16/2012 |
| **Terms:** | Due on receipt |
| **Project:** | Fraley v. Facebook |
| **P.O. Number:** | |

**Bill To:**
The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. Per the retention agreement dated February 15, 2012, we have agreed to provide all work relating to this engagement at a flat rate of $325 per hour. Deposition and/or trial preparation and/or testimony will be billed at a flat rate of $395 / hour. | | | |
| IPmetrics provided the following services for the period April 1 through April 15, 2012: | | | |
| Deposition Preparation | 3.0 | 395.00 | 1,185.00 |
| Deposition Testimony | 7.0 | 395.00 | 2,765.00 |
| Travel Time | 3.5 | 162.50 | 568.75 |
| Subtotal Professional Fees | | | 4,518.75 |

Due and payable upon receipt. Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.

| | |
|---|---|
| **Total** | $4,518.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,518.75 |

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA 92129
Phone: (858) 452-8400
Account #: 12160-10987
ABA# 121000358
Please reference the invoice number on all payments.

⟨2765⟩
1753.75

| | |
|---|---|
| **Balance Due** | $9,668.75 |

... reference the invoice number on all payments.



# Revised Invoice

**Remit To:**

IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

**Bill To:**

The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Invoice #: R-2012002
Invoice Date: 4/24/2012
Due Date: 4/24/2012
Terms: Due on receipt
Project: Fraley v. Facebook
P.O. Number:

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. | | | |
| IPmetrics incurred the following reimbursable expenses related to the deposition of Fernando Torres on April 11, 2012: | | | |
| FedEx delivery of signed Declaration to Kevin Osborne | | 58.87 | 58.87 |
| Airline expense for trip to San Francisco for Fraley v. Facebook Depo | | 383.60 | 383.60 |
| Meal Expense at San Diego Airport | | 15.00 | 15.00 |
| Taxi Expense from SFO Airport to Hotel | | 54.10 | 54.10 |
| Meal Expense at SFO Airport | | 46.50 | 46.50 |
| Meal Expense at Hotel | | 23.00 | 23.00 |
| Parking Expense at San Diego Airport | | 56.00 | 56.00 |
| | | | |
| Total Reimbursable Expenses | | | 637.07 |

Paid $578.20

Due and payable upon receipt. Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA 92129
Phone: (858) 452-8400
Account #: 12160-10987
ABA# 121000358
Please reference the invoice number on all payments.

| | |
|---|---|
| **Total** | $637.07 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $637.07 |
| | 58.8 |

**Remit To:**

IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

| | |
|---|---|
| **Invoice #:** | 2012025 |
| **Invoice Date:** | 5/4/2012 |
| **Due Date:** | 5/4/2012 |
| **Terms:** | Due on receipt |
| **Project:** | Fraley v. Facebook |
| **P.O. Number:** | |

**Bill To:**

The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. Per the retention agreement dated February 15, 2012, we have agreed to provide all work relating to this engagement at a flat rate of $325 per hour. Deposition and/or trial preparation and/or testimony will be billed at a flat rate of $395 / hour. | | | |
| IPmetrics provided the following services for the period April 16 through May 2, 2012: | | | |
| Analysis | 7.25 | 325.00 | 2,356.25 |
| Meetings / Phone Calls | 3.00 | 325.00 | 975.00 |
| Report Writing | 2.50 | 325.00 | 812.50 |
| Research | 1.75 | 325.00 | 568.75 |
| Subtotal Professional Fees | | | 4,712.50 |

Due and payable upon receipt. Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA 92129
Phone: (858) 452-8400
Account #: 12160-10987
ABA# 121000358
Please reference the invoice number on all payments.

| | |
|---|---|
| **Total** | $4,712.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,712.50 |


**IPmetrics**
Intellectual Property Consulting

# Invoice

**Remit To:**
IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

| | |
|---|---|
| **Invoice #:** | 2012044 |
| **Invoice Date:** | 6/30/2012 |
| **Due Date:** | 6/30/2012 |
| **Terms:** | Due on receipt |
| **Project:** | Fraley v. Facebook |
| **P.O. Number:** | |

**Bill To:**
The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. Per the retention agreement dated February 15, 2012, we have agreed to provide all work relating to this engagement at a flat rate of $325 per hour. Deposition and/or trial preparation and/or testimony will be billed at a flat rate of $395 / hour. | | | |
| IPmetrics perfromed the following work for the period May 3 through June 30, 2012, which includes the drafting of the Injunctive Relief Valuation Declaration and associated analysis: | | | |
| Analysis | 2.00 | 325.00 | 650.00 |
| Meetings / Phone Calls | 1.00 | 325.00 | 325.00 |
| Report Writing | 1.75 | 325.00 | 568.75 |
| Subtotal Professional Fees | | | 1,543.75 |

Due and payable upon receipt. Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month. Please reference the invoice number on all payments.

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA 92129
Phone: (858) 452-8400
Account #: 12160-10987
ABA# 121000358 (ACH/EFT payments only)
Wire Transfer Routing # 026009593

| | |
|---|---|
| **Total** | $1,543.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,543.75 |



# IPmetrics
### Intellectual Property Consulting

# Invoice

**Remit To:**
IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

| | |
|---|---|
| **Invoice #:** | 2012070 |
| **Invoice Date:** | 11/8/2012 |
| **Due Date:** | 11/8/2012 |
| **Terms:** | Due on receipt |
| **Project:** | Fraley v. Facebook |
| **P.O. Number:** | |

**Bill To:**
The Arns Law Firm
Jonathan E. Davis
515 Folsom St., 3rd Floor
San Francisco, CA 94105

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| IPmetrics was retained by The Arns Law Firm to provide intellectual property consulting services in relation to the Fraley v. Facebook litigation matter. Per the retention agreement dated February 15, 2012, we have agreed to provide all work relating to this engagement at a flat rate of $325 per hour. Deposition and/or trial preparation and/or testimony will be billed at a flat rate of $395 / hour. | | | |
| IPmetrics performed the following work for the period July 1 through October 31, 2012, which includes the drafting of the Second Injunctive Relief Valuation Declaration and associated analysis: | | | |
| Analysis | 2.50 | 325.00 | 812.50 |
| Meetings / Phone Calls | 2.75 | 325.00 | 893.75 |
| Report Writing | 1.00 | 325.00 | 325.00 |
| Research | 2.75 | 325.00 | 893.75 |
| Subtotal Professional Fees | | | 2,925.00 |

Due and payable upon receipt.  Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.
Please reference the invoice number on all payments.

Wiring Instructions:
Bank of America
13205 Black Mountain Road
San Diego, CA  92129
Phone:  (858) 452-8400
Account #:  12160-10987
ABA# 121000358 (ACH/EFT payments only)
Wire Transfer Routing # 026009593

| | |
|---|---|
| **Total** | $2,925.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,925.00 |

## DROGIN, KAKIGI & ASSOCIATES
### STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

April 4, 2012

**RECEIVED**

APR 05 2012

ARNS LAW FIRM

Mr. Robert Foss
Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

Dear Mr. Foss,

Enclosed is the bill for consulting services performed during the month of March 2012 in the Fraley v. Facebook case. Work includes review of documents, pleadings, and samples of electronic data; consideration of possible random sampling designs and estimation procedures; preparation of declaration; discussion with counsel.

| | | |
|---|---|---|
| Consulting fee - Partners | 19 hours @ $300.00/hour | 5700.00 |
| Staff Programmer | 3 hours @ $150.00/hour | 450.00 |
| | TOTAL | $ 6150.00 |

Sincerely,

*Richard Drogin*

**DROGIN, KAKIGI & ASSOCIATES**
STATISTICAL CONSULTANTS

Richard Drogin, Ph.D.
Richard Kakigi, Ph.D.

http://www.dkstat.com/
partners@dkstat.com

3104 Shattuck Avenue
Berkeley, CA 94705-1823

510-540-5071 (voice)
510-845-6011 (fax)

**RECEIVED**

MAY 07 2012

**ARNS LAW FIRM**

May  4, 2012

Mr. Robert Foss
Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

Dear Mr. Foss,

Enclosed is the bill for consulting  services performed
during the month of April 2012 in the Fraley v. Facebook
case.  Work includes review of documents; data checking;
preparation for deposition; meeting and discussions with
counsel.

| Consulting fee - Partners | 13 hours @ $300.00/hour | 3900.00 |
|---|---|---|
| | TOTAL | $  3900.00 |

Sincerely,

Richard Drogin



# Invoice

**555 Bryant Street, #789**
Palo Alto, CA  94301

| Date | Control Number |
|------|----------------|
| **30 March 2012** | 1545 |

## Bill To:

| The Arns Law Firm<br>Attn: Robert Arns<br>515 Folsom Street<br>San Francisco, CA  94105 | Contract:<br>PO Number:<br><br>rsa@arnslaw.com |
|---|---|

## SalesLogistix Facebook Project

| Item | Description | Hours | Unbilled Hours | Rate | Extended |
|------|-------------|-------|----------------|------|----------|
| DT | **Expert Witness Declaration.** Research, analysis, writing and delivery of expert report. | 20 | 4 | $400 | **$8,000.00** |
| EXP | Mileage, tolls, and parking for on-site meetings | | | | **$ 0.00** |

|  | This Invoice | $8,000.00 |
|---|---|---|
|  | Balance Fwd | $ 0.00 |
|  | **Total Due** | **$8,000.00** |

*Tax id #*
*01-5800057*

## Payment Terms & Instructions

All invoices are **due upon receipt.**

We appreciate your prompt payment.  Interest charges apply after 30 days.

**Wells Fargo Bank Electronic Payment Instructions (incurs $15 fee charged back)**

Routing #:  121 042 882
Account #:  627 524 5949
SWIFT Address:  WFBIUS6S

# Sales*Logistix*

# Invoice

555 Bryant Street, #789
Palo Alto, CA 94301

| Date | Control Number |
|------|----------------|
| **17 April 2012** | 1564 |

| Bill To: | |
|----------|---|
| **The Arns Law Firm** | Contract: |
| Attn:  Robert Arns | PO Number: |
| 515 Folsom Street | |
| San Francisco, CA  94105 | rsa@arnslaw.com |

## Sales*Logistix* Facebook Project

| Item | Description | Hours | Unbilled Hours | Rate | Extended |
|------|-------------|-------|----------------|------|----------|
| DT | **Expert Witness Preparation.** Meetings with Robert Arns on April 9 and 10 regarding the Facebook matter. | 2.5 | 2 | $400 | **$1,000.00** |
| EXP | Mileage, tolls, and parking for on-site meetings | | | | **$ 0.00** |

| | |
|---|---|
| This Invoice | $1,000.00 |
| Balance Fwd | $ 0.00 |
| **Total Due** | **$1,000.00** |

| Payment Terms & Instructions |
|------------------------------|
| All invoices are **due upon receipt.** |
| We appreciate your prompt payment. Interest charges apply after 30 days. |
| **Wells Fargo Bank Electronic Payment Instructions (incurs $15 fee charged back)** |
| Routing #:    121 042 882 |
| Account #:    627 524 5949 |
| SWIFT Address:    WFBIUS6S |

## ALLMAN & PETERSEN ECONOMICS

_LIP H. ALLMAN, Ph.D._
_FREY S. PETERSEN, Ph.D._

7677 Oakport Street, Suite 610
Oakland, CA 94621

TEL: (510) 382-1550
FAX: (510) 382-1472

TO:

Robert Arns
Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

RECEIVED

OCT 10 2012

ARNS LAW FIRM

# Invoice

| DATE | INVOICE # | CASE |
|------|-----------|------|
| 10/4/2012 | 5507 | Fraley v. Facebook |

| DATE | SERVICES RENDERED | HOURS | RATE | AMOUNT |
|------|-------------------|-------|------|--------|
| 9/21/2012 | Analysis of real options; review background materials. | 4 | 275.00 | 1,100.00 |
| 9/22/2012 | Analysis of real options related to endorsers and Facebook. | 4 | 275.00 | 1,100.00 |
| 9/24/2012 | Financial analysis; data collection; option analysis of class members. | 2 | 275.00 | 550.00 |
| 9/25/2012 | Declaration writing; research for Declaration. | 2 | 275.00 | 550.00 |
| 10/2/2012 | Option valuation with updated data. | 2 | 275.00 | 550.00 |
| 10/3/2012 | Declaration writing. | 2 | 275.00 | 550.00 |

Please make check payable to Allman & Petersen Economics, LLC.
Federal Tax ID: 20-2053788
BALANCE DUE UPON RECEIPT

**Balance Due:** $4,400.00



# Invoice

| | | |
|---|---|---|
| | **Invoice No.** | 20120422-1 |
| | **Invoice Date:** | April 22, 2012 |
| Pericles, Inc | **Bill To:** | THE ARNS LAW FIRM |
| 103 Old Mill Dr | | |
| Dripping Springs, TX 78620 | **Address:** | 515 Folsom Street, 3rd Floor |
| | | San Francisco, CA 94105 |
| 408-561-1807 | **Phone:** | (415) 495-7800 |
| Vincent.Alberico@gmail.com | **E-mail:** | |
| | **Fax:** | (415) 4957888 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Deposition Prep | 3 | $ 175.00 | $ 525.00 |
| Travel Expenses | | $ | 1,083.22 |
| | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 1,608.22 |
| Tax Rate | | 0.00% |
| Sales Tax | | - |
| Other | | |
| Deposit Received | | - |
| **TOTAL** | **$** | **1,608.22** |

Make all checks payable to **Pericles, Inc.**



 **ericles**

# Invoice

| | |
|---|---|
| Invoice No. | 20120401-1 |
| Invoice Date: | April 1, 2012 |

Pericles, Inc
103 Old Mill Dr
Dripping Springs, TX 78620

408-561-1807
Vincent.Alberico@gmail.com

| | |
|---|---|
| Bill To: | THE ARNS LAW FIRM |
| Address: | 515 Folsom Street, 3rd Floor |
| | San Francisco, CA 94105 |
| Phone: | (415) 495-7800 |
| E-mail: | |
| Fax: | (415) 4957888 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Facebook data analysis and review | 5 | $ 175.00 | $ 875.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 875.00 |
| Tax Rate | | 0.00% |
| Sales Tax | | - |
| Other | | |
| Deposit Received | | - |
| **TOTAL** | $ | 875.00 |

Make all checks payable to **Pericles, Inc.**



**MARKET
CONSULTING
CORPORATION**

(888) 397-9867
marktcon@ix.netcom.com
www.market-consulting.com

September 13, 2012

Kevin M. Osborne, Esq.
Arns Law Firm
515 Folsom, 3rd Floor
San Francisco, CA 94105

*Tel* (415) 495-7800

kmo@orangelawarnslaw.com

*Ref*: Facebook Matter

## INVOICE

One day of work on Facebook project between September 17 and September 21, 2012
  One day (minimum fee).................................................................... $3,850.00

Payment to be wired to the account below on Friday, September 14, 2012:

  Banking Institution:  Bank of America
ABA Wire  Transfer Number:  026009593
  For the Account of:  Market Consulting Corporation
  Account Number:  3440574876

*Paid thru wire 9/17/12*

**Note**: Material to be emailed to marktcon@ix.netcom.com  tomorrow or Monday prior to our 5:00p.m.
EST telephone call.

Thank you.

April 15, 2012

Robert Arns
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA  94105

Re:  Facebook Case

Dear Bob:

The following summarizes the dates, type of activities, and hours I have put into the Facebook case to date:

| Date | Activity | Hours |
|------|----------|-------|
| March 1 | Call with counsel | 1 |
| March 19 | Call with counsel | 1 |
| March 23 | Review of case materials | 3.5 |
| March 24 | Reading of case documents | 7.5 |
| | Call with counsel | 1 |
| March 25 | Preparation of declaration | 8.5 |
| | Review of websites | .5 |
| March 26 | Preparation of declaration | 4.5 |
| | Call with counsel | 1 |
| March 27 | Preparation of declaration | 3 |
| | Call with counsel | 1 |
| April 7 | Reading of case materials | 6.5 |
| April 8 | Reading of case materials | 7 |
| April 9 | Call with counsel | .5 |
| | Reading of case materials | 3 |

| April 10 | Reading of case materials | 3 |
| | Review of websites | 1.5 |
| | Reading of textbook | 1.5 |
| April 11 | Reading of case materials | 4 |
| | Meeting with counsel | 2.5 |
| April 12 | Reading of case materials | 2 |
| | Meeting with counsel | 1 |

TOTAL 65 hours

As agreed, my per hour fee is $575. Therefore, my first billing is for **$37,375**.

I expect payment within 30 days. Please have the check made out to Gary L. Frazier and have payment sent to:



Thanks in advance for your attention.

Sincerely,

Dr. Gary L. Frazier
Richard and Jarda Hurd Professor of Distribution Management
Marshall School of Business
USC

**Cogent Legal, APC**
Phone: 510-350-7616
TAX-ID: 27-4454008

Please send payment to:
440 Grand Ave. Ste. 425, Oakland, CA 94610

# INVOICE

**The Arns Law Firm**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

## Invoice 20078

| Date | May 22, 2012 |
|---|---|
| Terms | |
| Service Thru | May 22, 2012 |

**In Reference To: Facebook (Consulting)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/11/2012 | MS | Review of both briefs and start concepting of interactives. | 3.00 | $350.00/hr | $1,050.00 |
| 03/13/2012 | DN | Read file material and research content, concept interactive demonstratives. | 1.75 | $250.00/hr | $437.50 |
| 03/14/2012 | DN | Read file materials, research and concept interactive demonstratives for case. | 3.00 | $250.00/hr | $750.00 |
| 03/19/2012 | MS | Develop architecture for tutorials | 1.25 | $350.00/hr | $437.50 |
| 03/20/2012 | AR | Reviewed case brief, created visual outline for project scope. | 4.25 | $165.00/hr | $701.25 |
| 03/20/2012 | MS | Develop detail in architecture for tutorials | 4.25 | $350.00/hr | $1,487.50 |
| 03/20/2012 | MS | Develop graphic for sign up process for sponsored stories, and send to client | 2.40 | $350.00/hr | $840.00 |
| 03/20/2012 | MS | Revise concept and tutorial draft for sign up process | 0.75 | $350.00/hr | $262.50 |
| 03/21/2012 | MS | Revise tutorial architecture drawing | 0.75 | $350.00/hr | $262.50 |
| 03/21/2012 | AR | Proofread tutorial architecture. | 0.50 | $165.00/hr | $82.50 |
| 03/22/2012 | AR | Researched and made list of key elements for What is Facebook tutorial. | 1.75 | $165.00/hr | $288.75 |
| 03/23/2012 | AR | Collected sample screen shots, created preliminary layout ideas for interactive tutorial design. | 2.75 | $165.00/hr | $453.75 |
| 04/03/2012 | AR | Found and downloaded relevant YouTube interviews as MP4s. | 1.50 | $165.00/hr | $247.50 |
| 04/03/2012 | AR | Found and downloaded relevant YouTube interviews as MP4s. | 2.50 | $165.00/hr | $412.50 |
| 04/04/2012 | AR | Research and YouTube video collection. | 2.50 | $165.00/hr | $412.50 |
| 04/04/2012 | AR | Research and YouTube video collection. | 1.50 | $165.00/hr | $247.50 |
| 04/04/2012 | DN | Research and concept Facebook "What Is Facebook" tutorial media. | 2.00 | $250.00/hr | $500.00 |

**Cogent Legal, APC**
Phone: 510-350-7616
TAX-ID: 27-4454008

Please send payment to:
440 Grand Ave. Ste. 425, Oakland, CA 94610

# INVOICE

**The Arns Law Firm**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

## Invoice 20078

| | |
|---|---|
| **Date** | May 22, 2012 |
| **Terms** | |
| **Service Thru** | May 22, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| 04/16/2012 | MS | Talk to client re: case | 0.50 | $350.00/hr | $175.00 |
| 04/16/2012 | MS | Working on reviewing Facebook site for methods to "opt" out of sponsored stories and developing tutorial for showing the same. | 1.50 | $350.00/hr | $525.00 |
| 04/16/2012 | JH | Design template | 2.25 | $165.00/hr | $371.25 |
| 04/16/2012 | DN | Research, compile source content and concept Facebook tutorial media. | 1.75 | $250.00/hr | $437.50 |
| 04/16/2012 | MS | talk to client about case and arrange meeting | 0.50 | $350.00/hr | $175.00 |
| 04/17/2012 | MS | Travel and meeting with client, discuss motion for cert, opposition to motion, expert witnesses within the following week and strategy therein. | 3.25 | $350.00/hr | $1,137.50 |
| 04/17/2012 | MS | Review Motion for Cert, and all declarations and develop expert witness exhibits for depositions next week | 2.00 | $350.00/hr | $700.00 |
| 04/17/2012 | DN | Research content and concept tutorial media. | 3.00 | $250.00/hr | $750.00 |
| 04/18/2012 | MS | Researching growth of Facebook over 2008-present, developing timeline for the terms and condition changes (003.1.2) | 4.25 | $350.00/hr | $1,487.50 |
| 04/19/2012 | MS | Talk with JFK and email JFK and RSA re timeline review | 0.50 | $350.00/hr | $175.00 |
| 04/19/2012 | DN | Research and storyboard "What Is Facebook". | 2.00 | $250.00/hr | $500.00 |
| 04/19/2012 | MS | Revised 003.1.2 timeline per client's request | 2.75 | $350.00/hr | $962.50 |
| 04/20/2012 | MS | Meeting with client re opp to motion for cert. | 3.00 | $350.00/hr | $1,050.00 |
| 04/20/2012 | DN | Storyboarding of "What Is Facebook" tutorial. | 3.00 | $250.00/hr | $750.00 |
| 04/23/2012 | JH | Create Timeline Template | 2.00 | $165.00/hr | $330.00 |
| 04/23/2012 | JT | **Design Work:** Timeline design, illustrator art | 2.50 | $130.00/hr | $325.00 |
| 04/23/2012 | MS | revise Timeline and add new dates develop theme of inconsistent statemtents | 2.50 | $350.00/hr | $875.00 |
| 04/23/2012 | DN | Company Growth/History timeline develop. | 1.75 | $250.00/hr | $437.50 |
| 04/24/2012 | JT | Facebook consent timeline and flash work | 7.00 | $165.00/hr | $1,155.00 |

**Cogent Legal, APC**
Phone: 510-350-7616
TAX-ID: 27-4454008

# INVOICE

Please send payment to:
440 Grand Ave. Ste. 425, Oakland, CA 94610

**The Arns Law Firm**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

## Invoice 20078

| | Date | May 22, 2012 |
|---|---|---|
| | **Terms** | |
| | **Service Thru** | May 22, 2012 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/2012 | JH | fix 003 diagram | 2.50 | $165.00/hr | $412.50 |
| 04/24/2012 | JH | Going over 001 What is Facebook with Dave | 0.50 | $165.00/hr | $82.50 |
| 04/24/2012 | DN | Art Direct on "What Is Facebook" and #1.1 "US User Growth Timeline/Graph", edit & research content. | 3.00 | $250.00/hr | $750.00 |
| 04/25/2012 | JT | Illustrator art and timeline design | 7.00 | $165.00/hr | $1,155.00 |
| 04/25/2012 | DN | Research, Concept and storyboard #2.3.4 "Ways to Trigger Sponsored Stories" | 2.75 | $250.00/hr | $687.50 |
| 04/26/2012 | DN | Concept, research content, and storyboard facebook tutorial demonstratives, proof development, art direct. | 2.50 | $250.00/hr | $625.00 |
| 04/26/2012 | JT | timeline illustrator art and flash work | 8.00 | $165.00/hr | $1,320.00 |
| 04/27/2012 | JT | Timeline illustrator art | 6.00 | $165.00/hr | $990.00 |
| 04/27/2012 | DN | Concept/develop Facebook Tutorial demonstratives, proof and art direct. | 1.75 | $250.00/hr | $437.50 |
| 04/30/2012 | JT | Timeline illustrator art | 5.00 | $165.00/hr | $825.00 |
| 04/30/2012 | DN | Demonstrative concept, proof and art direct. | 0.50 | $250.00/hr | $125.00 |
| 04/30/2012 | MS | Revised Sponsored Story signup movie and draft declaration for the same | 2.50 | $350.00/hr | $875.00 |
| 05/01/2012 | JT | Timeline illustrator art | 4.00 | $165.00/hr | $660.00 |
| 05/01/2012 | DN | concept and research new "Actions to Prevent" interactive demonstrative, draw up screen needs list and function chart. | 2.75 | $250.00/hr | $687.50 |
| 05/01/2012 | MS | Review and discuss timelines and like system diagrams | 2.50 | $350.00/hr | $875.00 |
| 05/02/2012 | JT | Timeline illustrator art | 4.00 | $165.00/hr | $660.00 |
| 05/02/2012 | MS | **Consultation/Morgan:** Review timelines and email with client. | 1.25 | $250.00/hr | $312.50 |
| 05/02/2012 | JH | 003 Timeline beginning layout of interactive flash. | 4.00 | $165.00/hr | $660.00 |

**Cogent Legal, APC**
Phone: 510-350-7616
TAX-ID: 27-4454008

# INVOICE

Please send payment to:
440 Grand Ave. Ste. 425, Oakland, CA 94610

**The Arns Law Firm**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

## Invoice 20078

| Date | May 22, 2012 |
| --- | --- |
| **Terms** | |
| **Service Thru** | May 22, 2012 |

| Date | Staff | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/03/2012 | DN | Research, take screen grabs for flash tutorial content on #003.3.2 "Actions to Prevent" various means to trigger sponsored stories. Hand off and art direct #002.3.4 "Triggers" flash tutorial. | 5.00 | $250.00/hr | $1,250.00 |
| 05/03/2012 | JH | 003 Flash Timeline, embedded four movies and minor adjsutments. | 7.00 | $165.00/hr | $1,155.00 |
| 05/04/2012 | JH | Final fixes of swf file. | 2.50 | $165.00/hr | $412.50 |
| 05/07/2012 | MS | Meeting with clients to discuss Certification Issues | 2.00 | $350.00/hr | $700.00 |
| 05/07/2012 | MS | Developing blow up board graphics for motion for cert. | 1.25 | $350.00/hr | $437.50 |
| 05/08/2012 | MS | Design and layout of two demonstrative exhibits for hearing | 3.50 | $350.00/hr | $1,225.00 |
| 05/09/2012 | MS | Meeting with clients and drive time | 3.00 | $350.00/hr | $1,050.00 |
| 05/09/2012 | DN | Proof and art direct slide development. | 0.50 | $250.00/hr | $125.00 |
| 05/09/2012 | MS | designing damage calculation slides | 2.50 | $350.00/hr | $875.00 |
| 05/10/2012 | MS | working on new flowchart for unliking process | 1.50 | $350.00/hr | $525.00 |
| 05/10/2012 | MS | revising damage slides and discussing with clients | 0.50 | $350.00/hr | $175.00 |
| 05/10/2012 | DN | Research, concept and sketch #'s 010, 011 and 012. | 2.75 | $250.00/hr | $687.50 |
| 05/10/2012 | JH | Damages Diagrams - Print | 2.00 | $165.00/hr | $330.00 |
| 05/10/2012 | JH | Unlike flow charts | 4.00 | $165.00/hr | $660.00 |
| 05/11/2012 | MS | revise damage slides | 1.75 | $350.00/hr | $612.50 |
| 05/11/2012 | DN | Research, concept, sketch and art direct 3 new slides on "Can Not Consent to a Lie" theme. | 2.25 | $250.00/hr | $562.50 |
| 05/11/2012 | JH | Diagram 010_Two Sides Mouth_v1x1.pdf, 011_Opt-Out Not_ v1x1.pdf, 012_Conceal-Curtain_v1x1.pdf, 013_Analytics_v1x1. | 7.00 | $165.00/hr | $1,155.00 |
| 05/11/2012 | JH | Revision on Damage Calculations handouts and unlike flowchart | 2.50 | $165.00/hr | $412.50 |
| 05/12/2012 | JH | Create Op out social ads diagram & revision on others. | 3.50 | $165.00/hr | $577.50 |
| 05/12/2012 | MS | review and send diagrams to client | 1.00 | $350.00/hr | $350.00 |

**Cogent Legal, APC**
Phone: 510-350-7616
TAX-ID: 27-4454008

Please send payment to:
440 Grand Ave. Ste. 425, Oakland, CA 94610

# INVOICE

**The Arns Law Firm**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

## Invoice 20078

| Date | May 22, 2012 |
|---|---|
| Terms | |
| Service Thru | May 22, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| 05/12/2012 | JH | create 2 36' X 48" Boards. Method to remove sponsored stories and op out facebook ads. Also revised method to remove pages (v1x7) | 2.00 | $165.00/hr | $330.00 |
| 05/13/2012 | MS | work on revisions to complex board and email client and revise | 0.75 | $350.00/hr | $262.50 |
| 05/13/2012 | JH | Final edit on unlike flow chart. Resize all final slides into 3'x4' boards. | 1.50 | $165.00/hr | $247.50 |
| 05/14/2012 | DN | concept, proof and art direct new facebook grfx. | 1.00 | $250.00/hr | $250.00 |
| 05/14/2012 | JH | new curtain diagram #14. Revised curtain graphics. | 2.00 | $165.00/hr | $330.00 |
| 05/14/2012 | MS | Revised documents and email client | 1.25 | $350.00/hr | $437.50 |
| 05/15/2012 | MS | Talking with client about settlement discussions. | 0.50 | $350.00/hr | $175.00 |
| 05/15/2012 | DN | Proof and Art Direct Grfx. | 0.50 | $250.00/hr | $125.00 |
| 05/17/2012 | MS | Talking to client re settlement | 0.75 | $350.00/hr | $262.50 |
| 05/18/2012 | MS | Talking to client re: Settlement issues | 0.75 | $350.00/hr | $262.50 |

| | |
|---|---|
| **Total Hours** | 209.90 hrs |
| **Total Consulting** | $49,292.50 |
| **Total Invoice Amount** | $49,292.50 |
| **Previous Balance** | $0.00 |
| **Balance (Amount Due)** | $49,292.50 |

# SUSAN MILLER

## 139 Lake Ave

## Piedmont, CA 94611

### 510 420 0288 / sem37@cornell.edu

### INVOICE

| | |
|---|---|
| Invoice Date: | October 10, 2012 |
| Client: | The Arns Law Firm |
| | 515 Folsom Street |
| | San Francsico, CA 94105 |
| Project: | Fraley, et. al. v. Facebook, Inc. |
| Invoice #: | 2012-002 |
| Period covered: | August – September 2012 |

| Services Performed | Hours | Hourly Rate | Amount Due |
|---|---|---|---|
| Review and analysis of documents.  Research and briefing on pertinent issues related to proposed settlement.  Discussions with counsel. | 18 | $200 | $3,600.00 |
| Total Due | | | $3,600.00 |

# Thank you for your business.

### Please make checks payable to Susan Miller.

### Please remit payment to address above.