To: "lhkcrd@cand.uscourts.gov" <lhkcrd@cand.uscourts.gov>
From: David Burg <david_burg@hotmail.fr>
Date: 02/01/2013 11:08PM
Subject: FW: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

Dear Martha,

I wish to send the following to Hon. Lucy H. Koh regarding the proposed settlement on Angel Fraley v. Facebook, Inc. I found your contact information at:

http://www.cand.uscourts.gov/lhk

I am not familiar with the process for contacting the court to object to a settlement and would appreciate your assistance if I should address this message to another person.

My objection is based on the negligible amount paid to class members ($10) for which I expect a large majority of the class members would not bother exercising their right. In comparison, the amount paid to the plaintiff's lawyers ($10 Million) is in my opinion outrageously high. In appear to me that the said lawyers are acting for their own best interest and not for the best interest of the class members.

Respectfully,

David Burg.

C11-1726 RS