

**FW: Objection Letter-Case No. CV-11-01726 RS**
Akram Tabet  to: rscrd@cand.uscourts.gov                    03/21/2013 10:00 AM

History:        This message has been forwarded.

Dear Judge Richard Seeborg,

Referring to Case No. CV-11-01726 RS, this letter is about to object some points;

First, I object for describing class members as "only persons in the United States who have or have had a Facebook account at any time and had their names, nicknames, pseudonyms, profile pictures, photographs, likenesses, or identities displayed in a Sponsored Story at any time on or before the date of entry of the Preliminary Approval Order [which occurred on December 3, 2012]. " mainly because it is irrational and unfair. It is irrational to exclude Facebook users around the world since the United States is number 1 international leader in the world and Facebook operates and get benefits from around the world, and unfair to exclude a user like me who is the actual owner of the story which is being used.

Second, my objection is how I was intercepted to join this sponsored story board which being settled for marketing. My personal information which being held in confidence and trust (at one of my previous employers), been used and misused to intercept me to a settled-up for a brain-wash trap inciting many 20 users of the employer picturing me in various public-inappropriate images (massive sarcasm and even queering activities), distracting my image and even my family's. Please also consider our social state in Lebanon which has turned to a war society since many decades by now. Many people people abuse the fact of absence of law, try to criminalize others for their own interests. This employer has put me down every single time I tried to recontact,antagonized at his work in all aspects just for the enjoyment of the matter.

Third, I object for excluding myself since I have exposed to public some real hackers criminals (without any prior physical contribution with those hackers-just information) which I believe this helps the law, people and jurisdiction and I believe I'm eligible for the reward.

Fourth, I've been experiencing heavy hacking attacks injecting inappropriate tailored abusive conversations in one of my email messenger chat. Does this have to do with the mentioned case?

Please consider those mentioned strong reasons to object for exclusion, consider me as class member in trust, and award me big part of the settlement money mainly because I've been a victim of interception to some game of brainwash distracted animation causing reputation damages, but the others are already loaded with tens of millions.

Please do not hesitate to contact me at your own convenience in case you need any further information or questions.

Best Regards, Akram Tabet