From: "Saphyre Redford" <berriesfbigreymail@gmail.com>
Date: March 30, 2013, 9:55:23 AM PDT
To: rscrd@cand.uscourts.gov
Subject: Criminal action that Facebook has done against Victims NO MORE!

FILED
APR 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

30 March 2013

Dear Ms. Ley,

I am writing to you in good faith. I am a victim of rape. I was raped in the state of California in the year of 2007. That is how the New Year was started. When I was threatened at my former employer not to talk about it not to say anything or else I will be punished, indeed, United Airlines kept true to their word. Not only was I punished for blowing the whistle, but as well as my entire family. I had my identity stolen by my former employer toether with killer terrorist labor unions who do kill and who have no problem killing murdering raping and destroying innocent lives. The FBI is not there for the protection of innocents. Rather they are there for the protection of bloody murderers those who intentionally willfully and who conspire on how to commit crimes against humanity. I do not belong to this association. I placed in writing in Boston Logan International Municipal Airport Massachusetts that the AFL-CIO is not to represent me and that they are to cease and desist immediately their crimes and that I bring them in good faith before the authorities. Unfortunately both the British and the American Authorities are perfectly fine with acts of terrorism rape and other crimes of serious securities breaches being committed to both the American and British People. I am not. I do not commit crimes neither against the British people, nor against the AMerican people nor against any other peoples. Yet my peoples have been seriously slandered as well as being illegally blamed for terrorism and specifically for the next 9/11. I contest. Never did the Country of Morocco commit acts of Terrorism. I never met anyone who is a terrorist. I do not know of any terrorists from Morocco. I do know however a woman together with her association who have intentionally hijacked and committed very serious crimes against humanity. Humanity has been seriously violated and when there is no one to protect no one to do the right thing, I still press on. I contest. On September 2007 due to serious threats made against my life, property, happiness, and Health as well as safety, I fled in emergency to Her Royal Highness Queen of England Crown Kingdom. I went to the Crown Court to prosecute a man by the name of Steven Eckerberg together with my former employer, United Airlines et al. Yet due to a serious breach and due to the British Authorities not acting in good faith, I was not provided the protection of the Crown. I

respect and honor Her Royal Majesty Queen Elizabeth the Second. I love and adore her. I went specifically to warn and to blow the whistle on these deadly labor unions and their crimes that they have committed and that they have conspired on a farm in Virginia yet never was I protected. So it is by surprise that when I was on Facebook today on 30 March 2013 and when I went to post in good faith, "VAGINA FACEBOOK STOP RAPE MOLESTATION CHILD ABUSE", FACEBOOK REFUSED TO POST THIS. Facebook refused to protect my First Amendment rights. Never did I consent to Facebook to allow third parties, nor Facebook, nor the FBI et al to steal intellectual property nor to violate humanity nor to commit crimes against humanity nor to violate the law of the seas et al. I write in good faith to state that I never settled and that the attorneys that were sent to London Heahrow International Airport who never represented me and who made bad faith representations on behalf of President Obama together with the firm of Asserson and asserson of Mr. Ray Levy, as well as the Rabinnical Court of Jerusalem, Amram Zakery, Rabbi who consents to rape of women and children and even men, as well to a woman who together with Congress who uses Congress to violate the Constitutional protection of Victims, I contest. I do not belong to the case of Angel Fraley and I do not settle nor do I allow anyone to represent my interests before the British, American, Israeli, Canadian et al courts. I reserve my rights and I contest violence, rape, molestation, terrorism, bombing, hijacking, securities breaches, and violating the Government of Her Royal Majesty Queen of England and Her Kingdom, the United States of America et al. I do not break laws nor does my family yet what the AFL-CIO together with their number one terrorist, President Obama et al, I contest. FAcebook needs to stand for trial for violating laws and for sabotaging good meritorious cases. NO MORE! Social MEDIA does have a responsibility and the social media known as Facebook has broken the law and has breached securities and has violated serious Constitutional rights and no way do I settle. I do not settle my case against United Airlines, STeven Eckerberg, Los Angeles Airport, Boston International Logan Airport, AFL-CIO, PORT AUTHORITY OF NY/NJ ET AL. Sincerely,
DAnielle Biton/Bitton
POB 302
NY, NY 10013
(347)392-8622