<u>**Objection Letter (ref#:AK001)**</u>

**Name of Action and Case No.:** "*Fraley v. Facebook, Inc.*, Case No. CV-11-01726 RS"

**Full Name, address, telephone number, and email associated with facebook account:**

Akram Tabet, MecatradeCT, Casino Fawar Rd., Antelias, Metn, Lebanon P.O.Box60-413
0096171260112(mobile)/009611492300(home), sonsofk@gmail.com

**ACCOUNT NUMBER:** 81934350500307601

**IBAN**    LB82    0001    0008    1934    3505    0030    7601

**Swift code:**    FSABLBBX                  FRANSABANK

*[FILED APR 15 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA stamp]*

"I declare (or certify, verify, or state) this objection Letter under penalty of perjury the foregoing is true and correct. Executed on (April 11, 2013)", Akram Tabet


Dear Judge Richard Seaborg,

**A. Explanation detailing the specific reasons for each Objection (attached legal factual support (letter of opinion of past employees ref: AK002).**

I write to you raising highly important explanations and information about the whole settlement and the sponsored story. I believe I'd been a victim of interception and "**ILLEGAL HACKING**" and abuse of personal and family information by <u>facebook</u> in coordination of one past unethical employer who is seeking politics and abusing some information which was held in trust and responsibility at his company in order boost his political career and return profits. To begin with, please allow me to give a brief idea of the past experience with that employer which I believe it is Debbas (Group) Electric headquartered in Lebanon in this case. I joined their company in April 2007 as a sales executive after I lost my job at a previous company called Tetracom for the purpose of robbing my work by the company's sales manager and the project I have worked with the ministry of defense (secret service division); an ANPR (Automatic Number Plate Recognition) a project to implement an anti-terrorism application to identify and alert "cars with bombs". At Tetracom (previous company), Mr. Naji Feghali, had taken t closest chances more than once to terminate my services because he felt week to compete with my performance and realized that the minister of defense (Elias El Murr-at that time) was his own school mate which encouraged him to finally fire me at the opportunity when I asked the general manager for report monitoring/supervision claiming that I had over crossed him. It took me effort to forget and joined Debbas Electric after I met Mr. Ziad Debbas (currently Vice President of the group) and generally agreed with him that our relation should be based on three important values, honesty, trust and respect. My mission was new this time; to make the company enter Dubai market with their already formed department of "Automation & Controls-BMS (building management systems)" but with a not well

1

known Canadian brand which needed heavier marketing & sales campaign. The new mission was tough so did their abusive style of management after meeting the highest managerial person called Mr. Emile Khayat (in Dubai). In the first days when I reached Dubai, Mr. Khayat approached close and informed me that no matter what I do/work, I would be losing my job again unethically and that I would be heading back home to complain for Mr. Z. Debbas's father who is the president(Mr. Robert Debbas). His excuse was that he usually makes things in the opposite and wanted to laugh on the days he was spending as a managing director by being an antagonizing joker. He explained also that his superior, Mr. Ziad Debbas, used to tell him that by firing employees was the "Merit of Business". I realized that I would be experiencing again internal troubles and asked Mr. Debbas for supervision/monitoring (by handling copy of my report at least through email) to avoid any factors which could affect on my performance. Mr. Debbas ignored any my request and kept his verbal updating relation with his director, Mr Khayat. Through passing my past working information(between high level managers) to some pro-syrian employees(which was supposed to be discreet by law) and by antagonizing style of management, Mr. Khayat started causing troubles by hiring them as mangers above me abusing hierarchal order on a daily basis and on almost every opportunity of discussion. One of the employees even pushed me physically in the corridor while he passed, and the other gave me verbal warnings when I talk to my colleague. I recall once Mr.Khayat when we were discussing projects returns. "What do I get if I win this project?",."At least 20 years maintenance contract", I replied. "He grabbed his "balls" waving it and started shouting in loud and rude voice,. "Look in my eyes", he ordered. "You are the one who needs maintenance". I might had done very few inappropriate reaction(by swearing) at previous time, but he was extremely rude to implement antagonistic policies and chaotic situations between the employees based on deceit, and take the opportunity to fire people to enjoy "the merit of business" in the days he was managing the company. This gave him the choice and excuse to be more unfair with anyone he chose leaving many unsolved internal consequences. Most of the employees complained about that style at that time which only caused problems to their performances. Some of them were fired according to unsatisfactory performance and some others with good track records voluntarily resigned and left to other companies (I will try to get some signatures from the old employees to sign opinion paper attached). The more I talk about this disrupting experience, the more of bad memories I recall. I even heard him once telling close employee that he would be teaching me a lesson to never work again in sarcastic laugh. Through hierarchal abuse and disorder at many times, antagonism, rudeness, distortion, dishonesty and inciting employees against each other, Mr. Khayat had the choice always to chose and torture whoever he wanted at the company as he believed and according to his choice. I ignored many disturbances (including internal unfair regulations) which were initiated by Mr. Khayat mainly which he personally created and never intended to solve. He even intercepted a 2 months married debbas employee called "Nada Ghawi" going from Beirut offices to have sex on one weekend and she came after and complained to me that what she could do if he asked and ordered her to do that like a soldier. I focused intensively and solely on my performance to have also choices through performance demonstrating professionalism because I knew it that it was impossible for such an antagonizing person to leave the chance to get a termination in deceit. Mr. Khayat even aborted few projects I was working on purpose claiming that the client used to be his friend, banning me to go to meet the client again and threatening me if I speak about the subject in any occasion. He had left no

chance for me to succeed efficiently at a time I was on a low salary (as a sale executive and going in monthly small deficit in Dubai). I asked to see my contractual manager, Mr. Debbas, more than an occasion but he always ignored and used to approve whenever his antagonizing instructions which caused more negative consequences. "I want to quit and leave just to make them see the difference", one engineer/manager called Chadi Jaroush with a 6 year and a good sales track record and an assistant at that time, once said. I hoped everyday throughout the one and half year of Debbas D.L.L. that things would get better, but only frustration and de motivation techniques resulted at the micro environmental level and people (employees) kept quitting looking for a better employers. Mr. Khayat was right, after I succeeded in entering Dubai market and with reasonable results at all levels, I got terminated by both managers confusing me about the real reason and was left to discuss my job with a head manager who had been promising almost daily with termination and antagonizing at work in almost every sense. I was prepared through good work and hard effort to have choices to move to other companies through my results, and left to a French company starting a new page at company called "Verger Et Delporte" but Mr. Khayat's negative personal comments kept haunting me and gave the new manager(s) another excuse to fire me again; the real reasons for the other firing me was ripping my work once again and I proved it professionally again. Your honor, I can easily recall at least around 7 names who left "Debbas" company at that specific period(from their same nationality) and within period of around one year few months; Michel Aoun, Shadi Jaroush, Larra , Imad Deeb, Elie Abi Nader, Fadi Akl and Fadi Bo Tayeh, and me. This is other than other nationality employers whom some of them clearly complained of those young managers. I came back to Lebanon thinking that I had no excuse to succeed at "my brother's in law's" company and helping my family. Due to some family complications, I left to the south (home town) focusing to quote other project types for solar/wind. During this time, I directly called Debbas in Lebanon and talked to Mr. Talal Husami (HR Assistant) and informed him that I was open for discussion of any opportunity or reforming our relation. He replied as that I have to look for another opportunity and continue my career outside. I asked for recommendation paper and then they obliged me again to talk contact Mr Khayat who hanged up the phone each time I tried to recontact, so I started looking for a job forgetting them.

    Later I did notice their company's adds on facebook on my wall paper and did like the page because it was an option to explore some of their news. I liked their page <u>and disliked/unliked after and left</u>. After a while, a facebook user carrying sarcastic name "Najmou Mammamiya" added me to my real facebook account: "Akram Tabet" targeting my real identity and started blogging information on his wall which concerned me directly. I stared experiencing after for a long while loads of hacking email/fraud emails, sarcastic adds, and even house/mobile calling from unknown numbers as pushing me to join that identity's facebook platform. Information was revealed by a question/answer style intercepting my person. Ex: "Do you wish to meet serious girls for marriage through arabmatching.com?", To me, the only place where I subscribed to Arab matching to meet serious girls for marriage was Dubai and at Debbas Electric since I was in short of time to socialize with new people. I easily recognized his character as my past manager at Debbas (Mr. Emilie Khayat). I created unreal facebook and added him to seek what they were intending and because they are the almost the only employer who knew details of my career track. I suddenly found myself in a massive setup by big number of facebook users (DZ Group-his

3

own employees) of different unreal characters and all pointing to my person in excavation, offensively distracting my personal image (physical/reputation) heavily- (the way we live as a poor family with information of our house problems) fiercely insulting and acting sometimes to the audience as if they care, but they only consumed our family's nerves and time, caused me loss of time without any calls. I also received loads of emails of money wins asking to reply to Israel (because it's against the law in my country) and tailored inappropriate conversations in my messenger(s) trying to criminalize me in anyway.

Massive brain washing graphical techniques in misusing their whole commercial facebook platform targeting only me in sarcasm, arrogant excavations: pictured me on a mass scale as a sick person and that I wanted to commit suicide because I was struggling from home to establish work as they claimed and even calling me as a "slave" arrogantly excavating main many sarcastic graphical forms and exposing my families' internal affairs to facebook audiences. They criminalized me in every form (that I have guns, and do drugs) involving family's internal problems. I did think that they were creating a fiction type story at certain time. I started replying with songs cooling the atmosphere and provided false and untrue information concerned with threatening, death notes, etc.... for their "fiction/action" type of story to form and complete and for me to leave that platform and continue my work.

To summarize, 1) my experience with the mentioned personnel at the professional level had been unfair and disturbing. The reputation of this family (debbas-one of their relatives) has criminal record in Lebanon (abuse and murder of minor girl in 1997 and "Denial of justice in year 2000". Please refer to page 100 at site: http://www.combar.info/violation.pdf - a report by human rights watch. 2) I tried to call them many times at company and even at personal mobile of Emilio Khayat (071502569139) but hang up every time 3) They are misusing and abusing personal/project information "after few years" to seek political career and more returns 4) They have invited me to fraud opportunities with no result of any agreement 5) They have intercepted me with personal information which was held in trust and responsibility at their company misusing and abusing the rules of their company and country and even exposing people's private information after working with them for more than a year. 6) They have tried criminating me socially in various negative forms in front of local facebook audience and paid to highlight for bigger audiences misusing their facebook platform illegally in excavation (physical image/reputation) to cause me maximum endowment. 7) They have invested in a facbook marketing campaign to damage my image (socially) and my families for commercial purposes.

### B. Objections

**1)** Considering only facebook users in the U.S. for the settlement is unfair and irrational. Unfair, to exclude the I'm the owner/and "victim of **illegal interception**" to the story) and hence are jeopardizing me to serious danger(s) by those powerful people(with American Nationality) who are only good in abusing their positions and clearly involved in politics mainly because they insisted to keep their real identities hidden. I kindly ask to reveal their real identities at least for me, grant me access to the script itself and consider the settlement as a compensation because the whole settlement is based on <u>illegal hacking, and hence an act of unethics.</u> It is also irrational for a giant social company like facebook which

4

is operating in almost every country in the world to discriminate international users from social media settlements especially from a world-leading country like the U.S.A..

**2)** Incident has left me with huge social damages in my country and my name's reputation internationally with many people pointing at me now and murmuring wherever I go; there is even a social TV series that starts in April on LBCI-Lebanon about a sick person who stays on internet pointing to the story and pictures they have created. They have violated the law in exposing discreet project information to tell stories and for the purpose to reach the facebook's settlement in plan. Many other people are sending me inappropriate emails and messages to my real ID email. It is irrational because by ripping my privacy and family's privacy just sell it to the world in a bad image for money and politics to people who are already loaded with tens and investing in hundreds of millions of dollars, and enjoy torturing down-to-earth employees and experimenting on them through antagonism to teach themselves professionalism, just because they are capable of doing so, and enjoy more millions of dollars just by being sarcastic and respect abuse of people.

3) Those people has unrevealed project information which was supposed to be discreet to audiences on social media like facebook, and hence violating the rules of their original country, Lebanon.

4) This client's premises are few hundred meters away of my house and been disturbing be for long while by now and are clearly involved in politics. Why would they keep their identities hidden?

Your honor, If you notice, there is no specific story. The whole act is violating and abusing the privacy of an already exhausted family by company abuse issues and matters. I never complained of disrespecting or insulting me directly by my past direct manager(s), but I only asked from those people to respect my parents who brought us to life and raised us by <u>not hiring managers</u> above employees and almost by correspondence at the time I was negotiating and closing a project almost every week (continuous Hierarchal misuse). I raise all this information and explanations to the American justice hoping to find it there. I did serve their company, others and justice in some cases with honesty and dedication demonstrating professionalism at work and loyalty on a daily basis. I came back to stand aside my family and take care of my old parents now (father 80 years old) and working on running my own small company after being unlucky in finding goodwill with intermediary manager(s) who only abuse their position and capability/power and taken the decision to try because I always delivered best results in short period of time at those family based dominant companies and been rewarded unsatisfactory evaluation and Hippocratic policies, at the most serious and dedicated timings. I believe the U.S. is a leader among all countries in human rights and hope justice that it will not deny my rights in this settlement and will not jeopardize me to dangers from a facebook story which only caused me serious statutory and punitive social damages, which I never needed. Hence and therefore, I would kindly ask you to retreat on this decision and consider my class action **"victim of interception of illegal hacking"** of the story mainly because they abused information which was held in confidence at their company and <u>were hiding in unreal characters.</u> I urge to intercept this company, first, to apology and pay me at least <u>half of the total settlement (after deducting the expenses for attorneys)</u> and a compensation for statutory and punitive damages reparations by the main claimer/company that paid

5

to highlight of what I deserve from damages. I also ask the court to grant me the right to attend the hearing and on costs of the settlement to attend and grant me a guarantee of a more secure attestation by the mentioned facebook's main "American" client/claimer who is abusing social rules internationally.

Faithfully yours,

Akram Tabet