April 25, 2013

Clerk of Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 - 3489

**FILED**

APR 29 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2013 APR 29 P 3:16

   Re: Angel Fraley vs. Facebook, Inc.
     Cause No.: 11-cv-1726 RS

Dear Sir:

 I received notice by email that I may be a member of the class. The email associated with my account is mksibley@gmail.com .

 I don't like the settlement because the class will receive little if any financial compensation, the injunctive reliefs is worthless, the money is going to charities that I may not like and the attorneys fees are too high.

              Respectfully submitted,

              *Katie Sibley*
              Katie Sibley.
              2602 McKinney Ave, Suite 210
              Dallas, TX 75204
              mksibley@gmail.com

cc: Fraley v Facebook Inc. Settlement
  c/o  GCG
  P.O. BOX 35009
  Seattle, WA 98124-1009

1

Robert S. Ams
The Ams Law Firm
515 Folsom Street, 3rd Floor,
San Francisco, CA 94104

Michael G. Rhodes, Esq.
Cooley LLP,
101 California Street, 5th Floor,
San Francisco, CA 94111

Katie Sibley
2602 McKinney Avenue, Suite 210
Dallas, TX 75204

9410326469 0004

Clerk of Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 - 3489

02 1P
0003372580 APR 25 2013
MAILED FROM ZIP CODE 75201
$000.66⁰
UNITED STATES POSTAGE
PITNEY BOWES