April 25, 2013



Clerk of Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 - 3489

FILED

APR 29 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Re:    Angel Fraley vs. Facebook, Inc.
            Cause No.: 11-cv-1726 RS

Dear Sir:



I received on email advising me that I might be a member of this class action. I have filed a claim. The claim number is 16616876 and GCG Control Number is 9018946656. My Facebook account: traceyklinge@gmail.com . I object to the settlement and request the Court to consider the following:

1. How many members are in the class.

2. How many class members will even bother to file a claim and how many will be entitle to financial compensation.

3. Most class members will not get financial compensation and will not benefit from injunctive relief.

4. The value of the injunctive relief is really zero.

5. This is nothing but a cy press settlement to class members, or donations by the lawyers to non – profits they like.

6. The Cy Press recipients are inappropriate.

7. The attorney fees are excessive.

8. The Court should reject this settlement.

1

Respectfully submitted,

*Tracey Klinge*

Tracey Klinge
3747 Royal Cove Dr.
Dallas, TX 75229
traceyklinge@gmail.com


cc: Fraley v Facebook Inc. Settlement
   c/o GCG
   P.O. BOX 35009
   Seattle, WA 98124-1009

   Robert S. Ams
   The Ams Law Firm
   515 Folsom Street, 3rd Floor,
   San Francisco, CA 94104

   Michael G. Rhodes, Esq.
   Cooley LLP,
   101 California Street, 5th Floor,
   San Francisco, CA 94111

*tracey claim*

# Fraley v. Facebook, Inc.
## www.FraleyFacebookSettlement.com

Thank you. Your claim has been successfully submitted. Please record this information for your records. For a printer-friendly version, please click here.

GCG Claim Number : 1661687
GCG Control Number : 9018946656

Dated: 2013-03-28 14:38:44

Tracey C. Klinge
3747 Royal Cove Dr.
Dallas, TX 75229

Clerk of Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 - 3463