1  CHILDREN'S ADVOCACY INSTITUTE
   CENTER FOR PUBLIC INTEREST LAW
2  University of San Diego School of Law
   Robert C. Fellmeth (CA SBN 49897)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California  92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7
   **Attorneys for Objectors**
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12 | ANGEL FRALEY; PAUL WANG; SUSAN | **Case No11-CV-01726 RS** |
MAINZER; JAMES H. DUVAL, a minor, by and | |
13 through JAMES DUVAL, as Guardian ad Litem; | **NOTICE OF APPEARANCES OF** |
and W.T., a minor, by and through RUSSELL | **COUNSEL FOR DEPOT** |
14 TAIT, as Guardian ad Litem; individually and on | **OBJECTORS** |
behalf of all others similarly situated, | |
15 | |
                    Plaintiffs, | Date:      June 28, 2013 |
16 | Time:      10:00 a.m. |
       v. | Ctrm:      Courtroom 3 |
17 | Judge:     Honorable Richard Seeborg |
FACEBOOK, INC., a corporation; and DOES 1- | |
18 100, | |
                    Defendants. | |
19

20

21

22

23

24

25

26

27

28
                              1
   Notice of Appearances of Counsel for Depot Objectors
   Case No. 11-cv-01726 RS

1     PLEASE TAKE NOTICE that attorneys Robert C. Fellmeth, Christina McClurg Riehl and

2   Elisa D'Angelo Weichel of the Children's Advocacy Institute/Center for Public Interest Law

3   hereby enter their appearances as counsel for Objector Michael S. Depot, as *Guardian Ad Litem*

4   for his children, Katelyn Depot and Christopher Depot (the Depot Objectors).

5     Appearing counsel request that all papers in this action be served upon the undersigned at

6
7   the address below:

8   Robert C. Fellmeth                          Christina McClurg Riehl
    Children's Advocacy Institute/              Children's Advocacy Institute/
9   Center for Public Interest Law              Center for Public Interest Law
    5998 Alcala Park                            5998 Alcala Park
10  San Diego, California  92110                San Diego, California  92110
    Telephone: 619.260.4806                     Telephone: 619.260.4806
11  Facsimile: 619.260.4753                     Facsimile: 619.260.4753
    California State Bar No: 49897              California State Bar No: 216565
12  Email: cpil@sandiego.edu                    Email: criehl@sandiego.edu

13  Elisa D'Angelo Weichel
    Children's Advocacy Institute/
14  Center for Public Interest Law
    5998 Alcala Park
15  San Diego, California  92110
    Telephone: 619.260.4806
16  Facsimile: 619.260.4753
    California State Bar No: 149320
17  Email: eweichel@sandiego.edu

18

19  Dated:  May 1, 2013

20
                                    By:  ___/s/ Robert C. Fellmeth___
21                                          ROBERT C. FELLMETH
                                            Attorney for Depot Objectors
22

23

24

25

26

27

28
                                    2
    Notice of Appearances of Counsel for Depot Objectors
    Case No. 11-cv-01726 RS

1

## DECLARATION OF SERVICE

2

I, Elisa Weichel, declare as follows:

3

I am employed in the County of San Diego, State of California; I am over the age of 18

4

5

years and am not a party to this action; my business address is 5998 Alcalá Park, San Diego, CA

6

92110, in said County and State.  On May 1, 2013, I served the within **NOTICE OF**

7

**APPEARANCES OF COUNSEL FOR DEPOT OBJECTORS** to all named counsel of record

8

as follows:

9

☒ **BY ECF (ELECTRONIC CASE FILING**): I e-filed the above-detailed documents
utilizing the United States District Court, Northern District of California's mandated ECF
(Electronic Case Filing) service. Counsel of record are required by the Court to be
registered e-filers, and as such are automatically e-served with a copy of the documents
upon confirmation of e-filing.

10

11

12

13

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing

14

document(s) were printed on recycled paper, and that this Declaration of Service was executed by

15

the undersigned on May 1, 2013 at San Diego, California.

16

17

*Elisa Weichel*

18

_____

ELISA WEICHEL

19

20

21

22

23

24

25

26

27

28

3

Notice of Appearances of Counsel for Depot Objectors
Case No. 11-cv-01726 RS