CHILDREN'S ADVOCACY INSTITUTE
CENTER FOR PUBLIC INTEREST LAW
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

**Attorneys for Objectors**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | **Case No 11-CV-01726 RS**<br><br>**DECLARATION OF KATELYN DEPOT IN SUPPORT OF OBJECTION (CLASS ACTION)**<br><br>Date:   June 28, 2013<br>Time:   10:00 a.m.<br>Ctrm:   Courtroom 3<br>Judge:  Honorable Richard Seeborg |

I, Katelyn Depot, declare as follows:

1. If called upon to testify to the facts contained in this declaration, I could and would competently do so.

2. My birthdate is December 4, 1995 and I am under the age of 18.

3. I have a Facebook account.

4. My Facebook account was created June 21, 2010.

5. The email account associated with my Facebook account is katielyn1204@gmail.com.

6. My address is 5 Chestnut Street, Plainville, MA 02762.

7. My phone number is (508) 695-6063.

8. I received a legal notice pertaining to the case of *Fraley v. Facebook*.

9. The legal notice I received indicated my name and image were used for advertising purposes.

10. At no point did FACEBOOK seek or obtain consent from my parents to use my name or likeness.

11. I do not want FACEBOOK to use my name and image for advertising purposes.

12. I have discussed the Proposed Settlement in the case of *Fraley v. Facebook* with my father.

13. I wish to object to the Proposed Settlement in the case of *Fraley v. Facebook*.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2013, in Plainville, Massachusetts.


By:   /s/ Katelyn Depot
      Katelyn Depot

DECLARATION OF KATELYN DEPOT IN SUPPORT OF OBJECTION
Case No. 11-cv-01726 RS

1

**DECLARATION OF SERVICE**

I, Elisa Weichel, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of 18 years and am not a party to this action; my business address is 5998 Alcalá Park, San Diego, CA 92110, in said County and State. On May 1, 2013, I served the within **DECLARATION OF KATELYN DEPOT IN SUPPORT OF OBJECTION (CLASS ACTION)** to all named counsel of record as follows:

☒ **BY ECF (ELECTRONIC CASE FILING**): I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on May 1, 2013 at San Diego, California.

_____
ELISA WEICHEL