Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848

*Attorneys for Objectors Theodore H. Frank and Sam Kazman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem, individually on behalf of and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants.<br><br>THEODORE H. FRANK; SAM KAZMAN<br><br>Objectors. | Case No. CV-11-01726 RS<br><br>**DECLARATION OF SAM KAZMAN**<br><br>Date: June 28, 2013<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

I, Sam Kazman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. My mailing address is 1899 L Street NW, 12th floor, Washington, DC 20036 and my business phone number is 202-331-1010. My email address is skazman@cei.org.

3. I am a United States resident who has had a Facebook account for years; I use the "like" button on many things on Facebook. I received a class notice in my email informing me that I am a class member. On information and belief, I was featured in a sponsored story during the class period. I have seen a screenshot where I was named in a sponsored story in April 2013.

4. Because of this, I am a class member as defined in the class notice. I filed a claim with a GCG Claim Number: 1757872 and GCG Control Number: 3151685699.

5. I have recently used existing Facebook privacy settings to opt out of appearing in sponsored stories.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2013 in Washington, DC.

_____
Sam Kazman

No. CV-11-01726 RS
DECLARATION OF SAM KAZMAN