# KRAMER RAYSON LLP
## ATTORNEYS AT LAW

JOHN T. JOHNSON, JR.
WARREN L. GOOCH
WAYNE R. KRAMER
EDWARD G. PHILLIPS
THOMAS M. HALE
JACKSON G. KRAMER
BEECHER A. BARTLETT, JR.
ROBERT W. KNOLTON
JOHN C. BURGIN, JR.
CHARLES M. FINN
ROBERT A. CRAWFORD
JOHN E. WINTERS
ROBERT L. BOWMAN
STEVEN E. KRAMER
SHANNON COLEMAN EGLE
KATE E. TUCKER
BETSY J. BECK
WILLIAM J. CARVER
GEORGE R. ARRANTS, JR.
J. MATTHEW BROTHERTON
ADAM G. RUSSELL
BRANDON L. MORROW

POST OFFICE BOX 629
KNOXVILLE, TENNESSEE 37901-0629

FOUNDED 1948

May 1, 2013

rlbowman@kramer-rayson.com
Direct Dial (865) 342-0430

OF COUNSEL
E. H. RAYSON
DONELSON M. LEAKE
HUGH W. MORGAN
G. WILSON HORDE

OFFICES
FIRST TENNESSEE PLAZA, SUITE 2500
800 SOUTH GAY STREET
KNOXVILLE, TENNESSEE 37929
TELEPHONE 865 525-5134
TELECOPIER 865 522-5723

105 DONNER DRIVE, SUITE A
OAK RIDGE, TENNESSEE 37830
TELEPHONE 865 220-5134
TELECOPIER 865 220-5132

R.R. KRAMER (1888-1966)

VIA FEDERAL EXPRESS:
Telephone: (415) 522-2000
AND FIRST CLASS U.S. MAIL

FILED
MAY X 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
United States District Court
Phillip Burton Federal Building and
United States Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:   Angel Fraley, et al. v. Facebook, Inc., a corporation; and DOES 1-100
      United States District Court, Northern District of California,
      San Francisco Division
      Case No. CV 11-01726 RS

Dear Mr. Wieking:

On April 18, 2013, I submitted the enclosed Notice of Objection, Intention to Appear, and Request to Be Heard to the Garden City Group ("GCG") pursuant to the Notice of Class Action and Proposed Settlement regarding the above-captioned case. See enclosed e-mail confirming delivery.

I subsequently checked the court's ECF System to see if the Objection had been filed; and, noticing that it had not been posted to the record, I immediately e-mailed GCG to inquire why it had not been filed. I never receive a response to this request. See enclosed e-mail relating to my inquiry.

Accordingly, I am enclosing two copies of my Notice of Objection, Intention to Appear, and Request to Be Heard, and I respectfully request that you file one with the court, and stamp the extra copy "Filed" and return it to me in the self-addressed, stamped envelope that I am enclosing for your convenience.

Richard W. Wieking, Clerk
May 1, 2013
Page 2

If you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely yours,

Robert L. Bowman

RLB:ec
Enclosures
cc: Robert S. Arns, Esq. (via U.S. Mail)
Michael G. Rhodes, Esq. (via U.S. Mail)
Garden City Group (via U.S. Mail)

## Robert Bowman

| | |
|---|---|
| **From:** | Robert Bowman |
| **Sent:** | Thursday, April 18, 2013 12:35 PM |
| **To:** | GCG@fraleyfacebooksettlement.com |
| **Cc:** | 'rsa@arnslaw.com'; 'mrhodes@cooley.com' |
| **Subject:** | Fraley v. Facebok, Inc.----Notice of Objection |
| **Attachments:** | copier@kramer-rayson.com_20130418_113343.pdf |

Please see the attached pleading for filing in the above-captioned matter. If you have any questions, please feel free to contact me.

Robert L. Bowman
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901
(865) 342-0430
(865) 522-5723 fax


Kramer Rayson LLP Attorney Information

This email is sent subject to the Kramer Rayson LLP Electronic Communications Policy.


-----Original Message-----
From: copier@kramer-rayson.com [mailto:copier@kramer-rayson.com] On Behalf Of copier@
Sent: Thursday, April 18, 2013 12:31 PM
To: Robert Bowman
Subject: Scanned image from MX-2600N

Reply to: copier@kramer-rayson.com <copier@kramer-rayson.com> Device Name: Not Set Device Model: MX-2600N
Location: 25th Floor Mailroom

File Format: PDF MMR(G4)
Resolution: 300dpi x 300dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

  http://www.adobe.com/

1

# Robert Bowman

**From:** Robert Bowman
**Sent:** Tuesday, April 23, 2013 3:26 PM
**To:** GCG@fraleyfacebooksettlement.com
**Subject:** Fraley

When will my objection be filed with the court?

Robert L. Bowman
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901
(865) 342-0430
(865) 522-5723 fax


Kramer Rayson LLP Attorney Information

This email is sent subject to the Kramer Rayson LLP Electronic Communications Policy.