1 Scott Michelman (D.C. Bar No. 1006945) (pro hac vice pending)
    smichelman@citizen.org
2 Scott L. Nelson (D.C. Bar No. 413548)
    snelson@citizen.org
3 PUBLIC CITIZEN LITIGATION GROUP
  1600 20th Street NW
4 Washington, DC 20009
  Telephone: 202.588.1000
5 Facsimile: 202.588.7795

6 Jay Rorty (SBN 135097)
    jayrorty@gmail.com
7 LAW OFFICES OF JAY RORTY
  835 Cedar Street
8 Santa Cruz, CA 95060
  Telephone: 831.316.0722
9 Facsimile: 831.295.6734

10 *Attorneys for Objectors John Schachter (on behalf of himself and his minor son S.M.S.), J.J.R. (through his mother Judy Reidel), Kim Parsons (on behalf of herself and her minor daughter C.B.P.), Ann Leonard (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANGEL FRALEY, et al., individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br>FACEBOOK, INC., et al.,<br>　　　　Defendants. | Case No. CV 11-01726 RS<br><br>**NOTICE OF ENTRY OF APPEARANCE OF JAY RORTY**<br><br>Date:　　　June 28, 2013<br>Time:　　　10:00 a.m.<br>Department: 3<br>Judge:　　  Hon. Richard Seeborg |

　　　PLEASE TAKE NOTICE that Jay Rorty of the Law Offices of Jay Rorty hereby enters his appearance on behalf of Objectors John Schachter (on behalf of himself and his minor son S.M.S.), J.J.R. (through his mother Judy Reidel), Kim Parsons (on behalf of herself and her minor daughter C.B.P.), Ann Leonard (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome).

　　　Dated: May 2, 2013　　　　　　　　　　　　　　/s/ Jay Rorty