Honorable Judge Richard Seeborg  
San Francisco Courthouse,  
Courtroom 3  
17th Floor  
450 Golden Gate Avenue  
San Francisco, CA. 94102  

May 01, 2013

FILED  
MAY X 8 2013  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

C11-1726 RS

Dear Judge Seeborg;

I Everett Drayden Shumpert of Evanston, Illinois is now requesting an "Opt-Out" of the Facebook Class-Action Lawsuit on this First Day of May Year of our Lord 2013.

Respectfully:

*[signature]*

Everett Drayden Shumpert

P.O. Box # 647 Evanston, IL  
Zip:60204-0647/312.388.2460