IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANGEL FRALEY, et al.

        Plaintiffs,

v.

FACEBOOK, INC.,

        Defendant.

No. C 11-1726 RS

**ORDER DENYING REQUEST FOR PERMISSION TO EFILE**

Thomas L. Cox, as a potential member of the settlement class, has filed a written objection to the proposed settlement. Cox, who is a member of the Texas state bar, also requests permission to efile in this case. As Cox's objection has already been filed, and he is not entitled to make further filings, his application for leave to efile is moot and is denied on that basis.

IT IS SO ORDERED.

Dated: 5/9/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE