Umesh Heendeniya
321 River Street
North Adams
MA – 01247
May 18, 2013

U.S. District Court Clerk
United States District Court
Northern District of California
San Jose Division
280 S. 1st Street, #4050
San Jose
CA - 95113

Re: **Angel Fraley, _et al._ vs. Facebook, Inc., _et al._**

Dear Sir/Madam:

_FILED_
_MAY 23 2013_
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OF CALIFORNIA

C 11-1726 RS

Enclosed, please find unnamed, _pro se_ plaintiff Umesh Heendeniya's (myself) "Motion for Extension of Time by 1-Month for Mentally Disabled, Unnamed Class Action Plaintiff to Exclude Himself from Class Action Settlement."

Kindly docket it, file it in your usual manner, and send it before Honorable Richard Seeborg, Courtroom: 3, at your earliest convenience, so the court can rule on this motion and issue an order.

I have also enclosed an identical copy of this motion (it's my copy of the motion) for you to date/time-stamp, and mail to me in the enclosed self-addressed, stamped envelope.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Umesh Heendeniya
(774) 312-4659
umesh1989@yahoo.com

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**Case No.  11-CV-01726  RS**

**Honorable Richard Seeborg**

**Courtroom:  3**

---

**ANGEL FRALEY, *et al.***

**V.**

**FACEBOOK INC., *et al.***

---

## MOTION FOR EXTENSION OF TIME BY 1-MONTH, FOR MENTALLY DISABLED, UNNAMED CLASS ACTION PLAINTIFF TO EXCLUDE HIMSELF FROM CLASS ACTION SETTLEMENT, AND FOR THE COURT TO RULE THAT THE FORM SUBMITTED ON SATURDAY, MAY 18, 2013 IS TIMELY
Disability Accommodation to made to Court Requested

Now comes Umesh Heendeniya (henceforth "Heendeniya" or "unnamed plaintiff"), *pro se*, *mentally* disabled, unnamed plaintiff in the above action, requests this honorable court to grant him an extension of 1-month to file and serve the "request for exclusion/opt-out form" in regards to the class action settlement in this case. He further asks this court to rule that the "request for exclusion/opt-out" form served/submitted to the P. O. Box address in Seattle, Washington on Saturday, May 18, 2013 is timely (He is mailing the filled-out "request for exclusion/opt-out" form to the Seattle, Washington P.O. Box address, along with a copy of this motion and accompanying exhibits, today).

Angel Fraley, *et al.*  v.  Facebook Inc., *et al.*

Heendeniya asks this court to grant his requests and rule on this motion in his favor because he wishes to file a private lawsuit against Facebook Inc., due to the injury and harm caused by defendant(s) as described in the complaint of the above class action.

Heendeniya will be replacing the violated California state statutes and common-law causes-of-actions with their Massachusetts counter-parts in his complaint which will be filed in the Massachusetts District Court in the near future.

The class action opt-out date was May 2nd 2013 (see attached exhibit "A"), but due to extenuating and extraordinary circumstance that were beyond the control of Heendeniya, he was unable to meet this deadline. Hence, he is submitting this motion to this court, asking the court to grant him disability accommodation (for example, per ADA), and issue and order in his favor.

In support of this motion, Heendeniya states the following:

1. Heendeniya is not a lawyer and is proceeding *pro se*.

2. He is a veteran of the U.S. Marine Corps. See attached exhibit "B."

3. He is mentally disabled due to having manic depression and PTSD for which he takes prescription medications Risperdal, Lexapro, and Lamictal daily. See attached exhibit "C."

4. In addition, he is a type-2 diabetic for which he takes the prescription medication 'Metformin' daily. See attached exhibit marked as "D."

5. He has had two arthroscopic knee surgeries in his right knee: the first in August, 1995 and the second in December, 1999. As a result, he suffers from permanent knee pain and significant stiffness in his right knee. See attached exhibit marked as "E."

Angel Fraley, *et al.* v. Facebook Inc., *et al.*

**6.** He had an injury in his lower spine in early 2006, and as a result, suffered a herniated disc injury. This injury continues to give him significant pain, particularly when he bends at his waist, or carries something that strains his back. See attached exhibit marked as "F."

**7.** He was hospitalized in early April (approx. 12⁄3 months ago) due to having contracted pneumonia, and was in the hospital for about 2-weeks. After he was released (See attached exhibit marked as "G"), he had to spend another approx. 10-days recuperating at his mother's house due to being very weak and being exhausted from the serious illness.

**8.** Prior to his hospitalization in early April, for several months, he had been working on the complaint he planned to file *pro* se against Facebook, Inc.

**9.** The reason it took him significant time (several months) to prepare the complaint was because of his documented mental and physical disabilities.

**10.** Due to strategic reasons, he had planned to submit the "request for exclusion/opt-out" form towards the end of April.

**11.** However, due to his hospitalization, he was unable to submit this form by May 2nd, 2013 and hence missed the deadline.

**12.** Coupled with the April hospitalization, his documented mental and physical disabilities only exacerbated the situation and made it certain that he would miss the deadline.

**13.** Hence, he requests disability accommodation from this honorable court, and requests extra time to prepare and submit documents, pleadings, and motions related to the above legal action.

**14.** Therefore, due to the above reason, due to his mental and physical disabilities, and due to the extenuating and extraordinary circumstances that arose due to his hospitalization, he

respectfully requests that this court issue an order granting him an extension of 1-month to serve and file the "request for exclusion/opt-out" form, and in addition, rule that the "request for exclusion/opt-out" form submitted/mailed to the P. O. Box address in Seattle, Washington on Saturday, May 18, 2013 is timely.

**15.** Unnamed plaintiff states that the above requests are made in good faith, and there is no undue prejudice or manifest disadvantage to the defendants by allowing the above, but not doing so would be fatal to this unnamed plaintiff's case.

**16.** There is a strong public policy reason for this court to exercise favorable discretion in the instant case due to the fact that this matter involves ADA and other substantive rights, among others.

WHEREFORE, unnamed class action plaintiff Heendeniya respectfully requests that this honorable court exercise its discretion and issue an order, allowing Heendeniya 1-month past the May 2nd deadline, to submit the "request for exclusion/opt-out" form and be considered timely and acceptable, and in addition, rule that the "request for exclusion/opt-out" form mailed to the P. O. Box address in Seattle, Washington on Saturday, May 18, 2013 is timely.

Respectfully Submitted,
*Pro Se, Mentally Disabled* Plaintiff,

Umesh Heendeniya
321 River Street

North Adams, MA-01247
(413)-650-5545

Dated : May 18, 2013

**Angel Fraley,** *et al.* **v. Facebook Inc.,** *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document and exhibits were served upon the party (GCG) and attorneys of record for each party by mail on Saturday, May 18, 2013.

Fraley v. Facebook, Inc. Settlement
c/o GCG
P. O. Box 35009
Seattle
WA 98124-1009

Matthew D. Brown, Esquire
brownmd@cooley.com
Maura E. Malone, Esquire
mmalone@mbbp.com
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Voice: (415)-693-2000
Fax:    (415)-693-2222
(Attorney for Defendant Facebook, Inc.)

Colin S. Stretch, Esquire
colin@fb.com
Facebook, Inc.
1601 S. California Avenue
Palo Alto, CA-94304
Tel:  (650)-853-1300
Fax:  (650)-543-4800
(Attorney for Defendant Facebook, Inc.)

Robert S. Arns, Esquire
rsa@arnslaw.com
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA-94105
Tel:  (415)-495-7800
Fax: (415)-495-7888
(Attorney for class action plaintiffs)

Jonathan M. Jaffe, Esquire
fmj@jaffe-law.com
Jonathan Jaffe Law
3055 Hillegass Avenue
Berkley, CA-94705
Tel:  (510)-725-4293
Fax:  (510)-868-3393

Umesh Heendeniya

**Angel Fraley, *et al.* v. Facebook Inc., *et al.***

# EXHIBIT A

***Fraley v. Facebook, Inc.*** **Settlement**
**c/o GCG**
**P.O. Box 35009**
**Seattle, WA 98124-1009**

**FBK** ■



Claim No: 7585744          Control No: 0145927123



UMESH HEENDENIYA
321 RIVER STREET
NORTH ADAMS, MA  01247

### ***FRALEY V. FACEBOOK, INC.* OPT-OUT FORM**
United States District Court for the Northern District of California
Case No. 11-cv-01726-RS
Settlement Website: www.fraleyfacebooksettlement.com

**THIS FORM MUST BE COMPLETED AND SUBMITTED ELECTRONICALLY NO LATER THAN MAY 2, 2013 AT 11:59 P.M. (PACIFIC). IF THIS FORM IS SUBMITTED BY U.S. MAIL, IT MUST BE POSTMARKED BY MAY 2, 2013.**

**INFORMATION NECESSARY TO PROCESS REQUEST TO BE EXCLUDED (TO OPT OUT) OF THE SETTLEMENT:**

| U | M | E | S | H | | S | . | | H | E | E | N | D | E | N | I | Y | A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| U | M | E | S | H | @ | H | E | E | N | D | E | N | I | Y | A | . | C | O | M | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| U | M | E | S | H | 1 | 9 | 8 | 9 | . | H | E | E | N | D | E | N | I | Y | A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 7 | 6 | 8 | 1 | 7 | 4 | 6 | 3 | 5 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(If you did not receive an Email Notice about the Settlement or no longer have access to that document, you may leave blank the item immediately above calling for your Class Member Number.)

**YOUR PERSONAL INFORMATION WILL BE USED ONLY IN CONNECTION WITH THIS OPT-OUT REQUEST. YOUR INFORMATION WILL NOT BE USED FOR ANY OTHER PURPOSE.**

---

[1] To confirm your (or your child's) User ID or Username, log into your (or your child's) Facebook account and navigate to the profile page by clicking on your (or your child's) name.  The portion of the URL (web address) shown after www.facebook.com/ is your (or your child's) User ID or Username.

1



## REQUEST FOR EXCLUSION/OPT-OUT:

I have decided not to participate in the class action settlement referred to on the website referenced above (the "Settlement") and have chosen, instead, to be excluded from the Class of plaintiffs in that class action. I confirm that I have received notice of the proposed Settlement in this lawsuit, I have decided to be excluded from the Class, and I have decided not to participate in the proposed Settlement. By excluding myself from the Settlement, I understand that I am not entitled to receive any individual benefit from the Settlement.

**I agree to the foregoing and request to be excluded.**

Dated: May 12, 2013    Signature:

IF SUBMITTED BY MAIL, PLEASE SEND THIS OPT-OUT FORM TO:

*Fraley v. Facebook, Inc.* Settlement
c/o GCG
P.O. Box 35009
Seattle, WA 98124-1009

· ɪ

## Umesh Heendeniya

| | |
|---|---|
| **From:** | legalnotice <legalnotice@facebookmail.com> |
| **Sent:** | Friday, January 11, 2013 8:23 PM |
| **To:** | Umesh Heendeniya |
| **Subject:** | [SPAM] Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION |

**NOTICE OF PENDING CLASS ACTION AND NOTICE OF PROPOSED SETTLEMENT**

**ANGEL FRALEY V. FACEBOOK, INC.**

### You are receiving this e-mail because you may have been featured in a "Sponsored Story" on Facebook prior to December 3, 2012.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**Why did I get this notice?** This Notice relates to a proposed settlement ("Settlement") of a class action lawsuit ("Action") filed against Facebook relating to a particular Facebook feature called "Sponsored Stories." According to available records, you may be a "Class Member."

**What is the Action about?** The Action claims that Facebook unlawfully used the names, profile pictures, photographs, likenesses, and identities of Facebook users in the United States to advertise or sell products and services through Sponsored Stories without obtaining those users' consent. Facebook denies any wrongdoing and any liability whatsoever. No court or other entity has made any judgment or other determination of any liability.

**What is a Sponsored Story?** Sponsored Stories are a form of advertising that typically contains posts which appeared on facebook.com about or from a Facebook user or entity that a business, organization, or individual has paid to promote so there is a better chance that the posts will be seen by the user or entity's chosen audience. Sponsored Stories may be displayed, for example, when a Facebook user interacts with the Facebook service (including sub-domains, international versions, widgets, plug-ins, platform applications or games, and mobile applications) in certain ways, such as by clicking on the Facebook "Like" button on a business's, organization's, or individual's Facebook page. Sponsored Stories typically include a display of a Facebook user's Facebook name (i.e., the name the user has associated with his or her Facebook account) and/or profile picture (if the user has uploaded one) with a statement describing the user's interaction with the Facebook service, such as "John Smith likes UNICEF," "John Smith played Farmville," or "John Smith shared a link."

**What relief does the Settlement provide?** Facebook will pay $20 million into a fund that can be used, in part, to pay claims of Class Members (including Minor Class Members) who appeared in a Sponsored Story. Each participating Class Member who submits a valid and timely claim form may be eligible to receive up to $10. *The amount, if any, paid to each claimant depends upon the number of claims made and other factors detailed in the Settlement. No one knows in advance how much each claimant will receive, or whether any money will be paid directly to claimants.* If the number of claims made renders it economically infeasible to pay money to persons who make a timely and valid claim, payment will be made to the not-for-profit organizations identified on the Settlement website at www.fraleyfacebooksettlement.com (if clicking on the link does not work, copy and paste the website address into a web browser). These organizations are involved in educational outreach that teaches adults and children how to use social media technologies safely, or are involved in research of social media, with a focus on critical thinking around advertising and commercialization, and particularly with protecting the interests of children.

In addition to monetary relief, Facebook will (a) revise its terms of service (known as the "Statement of Rights and Responsibilities" or "SRR") to more fully explain the instances in which users agree to the display of their names and profile pictures in connection with Sponsored Stories; (b) create an easily accessible mechanism that enables users to view, on a going-forward basis, the subset of their interactions and other content on Facebook that have been displayed in Sponsored Stories (if any); (c) develop settings that will allow users to prevent particular items or categories of content or information related to them from being displayed in future Sponsored Stories; (d) revise its SRR to confirm that minors represent that their parent or legal guardian consents to the use of the minor's name and profile picture in connection with commercial, sponsored, or related content; (e) provide parents and legal guardians with additional information about how advertising works on Facebook in its Family Safety Center and provide parents and legal guardians with additional tools to control whether their children's names and profile pictures are displayed in connection with Sponsored Stories; and (f) add a control in minor users' profiles that enables each minor user to indicate that his or her parents are not Facebook users and, where a minor user indicates that his or her parents are not on Facebook, Facebook will make the minor ineligible to appear in Sponsored Stories until he or she reaches the age of 18, until the minor changes his or her setting to indicate that

his or her parents are on Facebook, or until a confirmed parental relationship with the minor user is established.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to be eligible to receive a payment, if the Court orders payment to Class Members. | Deadline: May 2, 2013 |
| **EXCLUDE YOURSELF** | This is the only option that allows you to retain the ability to file your own lawsuit about the legal claims in this case. | Deadline: May 2, 2013 |
| **OBJECT** | Write to the Court about why you object to (i.e., don't like) the Settlement and think it shouldn't be approved. | Deadline: May 2, 2013 |
| **GO TO THE "FAIRNESS HEARING"** | The Court will hold a "Fairness Hearing" to consider the Settlement, the request for attorneys' fees and expenses of the lawyers who brought the Action ("Class Counsel"), and the class representatives' request for service awards for bringing the Action.<br><br>You may, but are not required to, speak at the Fairness Hearing about any Objection you filed. If you intend to speak at the Fairness Hearing, you must follow the procedures stated on the Settlement website to notify the Court and parties of your intent when you serve your Objection. | Hearing Date: June 28, 2013 at 10:00 a.m. |
| **DO NOTHING** | You will not receive a payment, even if the Court orders payment to Class Members. You will also be giving up your right to bring your own lawsuit related to the claims in the Action. You may be eligible to receive the non-monetary benefits of the Settlement, if the Settlement is finally approved. | No deadline |

**Your Class Member Number:** 768174635

**To Parents and Guardians of Children on Facebook:** The Settlement also involves the claims of minors featured in Sponsored Stories on Facebook. Please see the Settlement website for more information.

**More Information?** For more information about the Settlement and how to take the actions described above, please visit www.fraleyfacebooksettlement.com (if clicking on the link does not work, copy and paste the website address into a web browser) or write to the Settlement Administrator at *Fraley v. Facebook, Inc.*, Settlement, c/o GCG, P.O. Box 35009, Seattle, WA 98124-1009, or GCG@fraleyfacebooksettlement.com. You may also contact Class Counsel, Robert S. Arns of the Arns Law Firm, by calling 1-888-214-5125 or by emailing fb.settlement@arnslaw.com.



# EXHIBIT B

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES.  THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.  ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| HEENDENIYA, UMESH S. | USMCR | 313 \| 06 \| 4095 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PFC | E-2 | 700505 | Year 06 \| Month 05 \| Day 21 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RICHMOND JEPS, VA 23240 | 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| RUC 33808<br>ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 | RUC 33808<br>ASLT PHIB SCOL BN, MCB, CAMPEN, CA 92055-5041 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE  [ ] None |
|---|---|
| 4TH AABN, 4TH MARDIV, NORFOLK, VA MCC-SDR | Amount: $200,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)<br><br>1833- ASSAULT AMPHIBIAN VEHICLE CREWMAN<br>00 YEARS 00 MONTHS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 98 | 06 | 02 |
| | b. Separation Date This Period | 98 | 12 | 19 |
| | c. Net Active Service This Period | 00 | 06 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 10 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 98 | 06 | 02 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| NONE |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| SCHOOL OF INFANTRY CAMP LEJEUNE NC MARINE COMBAT TRAINING (M92) 02 WEEKS 9/98, SCHOOLS BATTALION CAMP PENDLETON CA ASSAULT AMPHIBIAN CREWMAN COURSE (AHY) 10 WEEKS 12/98 |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | SLB: 00.0    RLB: 06.5 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X | Yes | | No |
|---|---|---|---|---|

**18. REMARKS**

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 4945 SUBURBAN AVENUE, RICHMOND, VA 23230 | YAMUNA HEENDENIYA (M)<br>SAME AS BLK 19A |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | VA | DIR. OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | | | R. A. RICKMAN, CWO2, PERSO |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN PAR. 1005 | MBK1 | N/A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF ACTIVE SERVICE REQUIRED FOR TRAINING |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | [ ]   Initials |

COMPANY "A" (-)
4TH ASSAULT AMPHIBIAN BATTALION
4TH MARINE DIVISION
NAVAL AND MARINE CORPS RESERVE CENTER
7690 SHORE DRIVE, SUITE 100
NORFOLK, VA 23521-3298

IN REPLY REFER TO:

1900
ADMIN
4 Apr 01

From: Commanding Officer/Inspector-Instructor, Company A(-),
4th Assault Amphibian Battalion, 4th Marine Division, FMF,
7690 Shore Drive, Ste 100, Norfolk, VA 23521-3298
To:   Commandant of the Marine Corps (MMSR), Headquarters,
U.S. Marine Corps, Harry Lee Hall, 17 Lejeune Road,
Quantico, VA 22134-5104

Subj: DISCHARGE OF LANCE CORPORAL UMESH S. HEENDENIYA
313 06 4095/1833 USMCR BY REASON OF PHYSICAL
DISQUALIFICATION

Ref: (a) MCO P1900.16E
(b) CO/I-I ltr 1900 Admin ltr 1900 ADMIN of 8 Mar 01

1. All provisions of the reference were complied with and
completed on 17 Mar 01.

2. Lance Corporal Umesh S. Heendeniya was discharged from the
Select Marine Corps Reserve on 4 Apr 01.

3. As required by the references, the following information is
provided:

   a. Type of Separation: Administrative

   b. Character of Service: Honorable

   c. Separation Authority: Chief, BuMed&Surg ltr 6110/252 25/
REM/A0009476 of 10 Jan 01

   d. Separation Code: JFR3

K.M. Lewton
K. M. LEWTON

Copy to:
CG, MARFORRES (Code 7AA)
BUMED (02D)

# EXHIBIT C

# ISLAND COUNSELING CENTER, P.C.
## 108 Grove Street, 2nd Floor
### Worcester, MA 01605
### TEL: 508-753-3220
### FAX: 508-753-3224

July 6, 2012

Reference:     Umesh Heendeniya
               DOB: 05/05/70

To Whom It May Concern:

Mr. Heendeniya has been under my psychiatric care since 10/26/07. He is diagnosed with Postraumatic Stress Disorder, Bipolar Disorder, Not Otherwise Specified, and Impulse Control Disorder. He was also diagnosed with Attention Deficit Hyperactivity Disorder in 2000 by a psychiatrist in Virginia. He endorses difficulty focusing, and attention, takes longer to complete tasks, and difficulty with multitasking. He is currently prescribed Trileptal, Xanax, Lamictal, Lexapro, Strattera, and Risperdal.

Sincerely,

Kimberly Lovett, M.D.
Psychiatrist

# EXHIBIT D

For Umesh Heendeniya, Date of Birth: 5/5/1970

Asha A. Naidu, MD
190 Groton Road, Suite 290, Ayer, MA 01432
978-772-1277

8/16/2012

Regarding: Umesh Heendeniya (DOB: 5/5/1970)

To Whom It May Concern:

Mr. Heendeniya is a patient of mine and has been under my care since 6/3/2008. He has been diagnosed with Diabetes, and Hypercholesterolemia. Mr. Heendenyia is currently taking metformin to help control his blood sugar, and simvastation to control his high cholesterol.

Sincerely,

Asha A. Naidu, MD

# EXHIBIT E

Jan 09 20 02:38p    Mark E. Munson M.D.    405-624-9422    p.2

STILLWATER MEDICAL CENTER
P.O. BOX 2408
STILLWATER, OK  74076
(405) 372-1480

OPERATIVE REPORT
COPY

PATIENT NAME:    HEENDENIYA, UMESH S.          ROOM #:  OP

DATE OF BIRTH:    05/05/70      SEX:  M         SSN #:  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

BILLING #:        411719      PATIENT TYPE:  S   HISTORY:

DATE:    08/24/95

PREOPERATIVE DIAGNOSIS:      Probable cartilage tear, right knee.

POSTOPERATIVE DIAGNOSIS:     Articular cartilage patellar fracture
                             with multiple loose bodies.

NAME OF OPERATION:           Arthroscopic shaving and debridement and
                             loose body removal of right knee.

DESCRIPTION OF OPERATION:    SURGEON: Mark E. Munson, M.D.
                             ANESTHESIA: Dr. Kerr, general.
                             ASSISTANT: None.

OPERATIVE INDICATIONS:  I have explained treatment alternatives,
risks and benefits to Mr. Heendeniya including both operative and
nonoperative treatment.  He understands possible complications of
surgery which could include infection, neurovascular damage, chronic
stiffness and pain, blood clots, heart attack, stroke, limb loss and
death and he wishes to proceed with surgery as scheduled.

PROCEDURE NOTE:  The patient was taken to the operating room and
placed on the table in the supine position.  Following satisfactory
induction of general endotracheal anesthesia, the patient's right
lower extremity was prepped with sterile Betadine scrub and solution
and draped in the usual sterile fashion.  While under anesthesia with
examination under flexion and rotation he had significant crepitus in
the right knee.  Following elevation of the tourniquet to 300 mmHg
the arthroscope was introduced through the inferolateral port, probed
through the inferomedial port and irrigation through the
superolateral port.  The interarticular contents were inspected and
the medial compartment was found to be normal.  The meniscus was
probed and palpated and found to be stable and normal.  The articular
surface of the medial compartment was normal.  The intercondylar
notch was inspected and the cruciate ligaments were intact.  The
lateral compartment was inspected in the figure four position and
again the meniscus was entirely normal as was the articular surface.
Following this attention was turned to the suprapatellar pouch which
was normal.  However when looking at the under surface of the patella
and the patellofemoral joint.  The patient was found to have two
small and one large loose body connected by synovium which were along
the inferior pole of the patella and appeared to have been from an
articular cartilage fracture of the medial aspect of the patella.

Continued...

                        OPERATIVE REPORT

PATIENT NAME:  HEENDENIYA, UMESH S.                    BILLING #:  411719
PAGE 2                                                 ROOM #:  OP

These fragments were loose and so they were removed following which
they were sent to pathology.  The articular surface was smoothed with
a patellar shaver and the patient had exposed bone along the medial
facet of the patella suggesting a poor prognosis with possible long
term stiffness or even post traumatic arthritis.  The lateral surface
of the patella was fairly normal.  The femoral groove also showed
minimal damage.  No other abnormalities were identified and following
shaving and debridement, the instruments were removed.  The wounds
were irrigated and closed with interrupted sutures of 4-0 Prolene,
dressed with adaptic 4 x 4s, soft roll and an Ace bandage.  The
patient tolerated the procedure well.  Blood loss was minimal and he
was returned to the Recovery room in satisfactory condition.


                                        _____
                                        Mark E. Munson, M.D.

MEM/daw
Job #:
DC:  08/24/95
TR:  08/24/95

cc: Dr. Hansen at OSU
    Mark E. Munson, M.D.


                        OPERATIVE REPORT

DOCTORS BUILDING
14 . W. 6TH AVE SUITE #6   371 /759
STILLWATER, OKLA. 74074

SURGICAL PATHOLOGY REPORT

NAME: HEENDENIYA, UMESH S.     BILL#: 411/19000   PATH#: 955-02808
MRNO: 00000082495   D.O.B.: 5/05/70   AGE: 29  SEX: M  /O: O ROOM: OH
SPECIMEN RECEIVED:    8/23/99   PHYSICIAN: MUNSON, MARK E.
OPERATION:
CLINICAL DIAGNOSIS:   CARTILAGE TEAR & FX., RT KNEE

SPECIMEN/TISSUE:      LOOSE BODIES - RIGHT KNEE
                                                             TY9200 717.

------------------------------------------------------------------
GROSS DESCRIPTION:

The specimen consists of several fragments of cartilage and
bone.  The largest piece measures 1.5 x 1.2 x 1.0 cm.

DIAGNOSIS:

RESECTION, OSTEOCARTILAGENOUS BODIES, RIGHT KNEE (717.6)

HEENDENIYA, UMESH S.
955-02808
82495

/A, UMESH S.      PATH #:   95902808   MRN:    8/23/99   1152   PAGE
                                                          82495  FINAL REPORT

**TUCKAHOE SURGERY CENTER**
**8919 THREE CHOPT ROAD**
**RICHMOND, VA 23229**

**OPERATIVE REPORT**

**NAME:**          UMESH HEENDENIYA

**DATE:**          DECEMBER 21, 1999

**ACCOUNT #:**     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

**SURGEON:**       JOEL B. GONZALES, M.D.

**PRE-OP DX:**     PATELLOFEMORAL DJD RIGHT KNEE

**POST-OP DX:**    SAME PLUS DJD MEDIAL FEMORAL CONDYLE, ANTERIOR CRUCIATE LIGAMENT DEFICIENT KNEE, AND PATELLAR MALTRACKING

**PROCEDURE:**     ARTHROSCOPIC LATERAL RELEASE, DEBRIDEMENT OF PATELLOFEMORAL JOINT AND DEBRIDEMENT OF ANTERIOR SCAR

**ANESTHESIA:**    GENERAL

**FINDINGS:**

1. GRADE IV CHANGES PATELLA AND LATERAL EDGE OF TROCHLEA
2. LATERALLY TRACKING PATELLA
3. NORMAL MEDIAL AND LATERAL MENISCI
4. ABUNDANT SCAR LATERAL COMPARTMENT AND LATERAL GUTTER
5. ANTERIOR CRUCIATE LIGAMENT DEFICIENT KNEE

**DESCRIPTION OF PROCEDURE:**    The patient was taken to the operating room and given 1 gram of Ancef intravenously. After the uneventful induction of general anesthesia, a well-padded tourniquet was placed on the right upper thigh. Tourniquet was inflated to 350mm of Hg. after exsanguinating with an Esmarch bandage. Standard anterolateral and anteromedial portals were used after the sterile prep and drape. The above findings were noted. The extensive scar was removed with a shaver. This was in the lateral and anterior gutters. The anterior cruciate ligament was also noted to be peeled off the back of the femur and scarred down to the posterior cruciate ligament. There was a large Grade IV deficit on

**TUCKAHOE SURGERY CENTER**
**OPERATIVE REPORT CONTINUED**
**Umesh Heeadenlya**
**December 21, 1999**

the lateral femoral condyle on the superolateral edge. There was a corresponding lesion
on the patella. there was patella alta and lateral patellar tracking. After the shaver was
used to debride as much tissue as could be removed from the peripatellar area, a Mayo
scissors were used to subcutaneously and the lateral retinaculum was released. a drain
was placed. All portals were closed in routine fashion. 30cc of 0.5% Marcaine with
epinephrine was placed in the knee while the drain was clamped off. Sterile dressings
were applied. Tourniquet was deflated. The patient was emerged from anesthesia and
transferred to recovery room in stable condition.

_____

**Joel B. Gonzales, M.D.**

JBG/tms
D: 12/21/99
T: 12/21/99
JN: 01-02411

# EXHIBIT F



## · ·DAVIS HOSPITAL AND MEDICAL CENTER
(801)807-1000

1600 West Antelope Drive
Layton, Utah 84041

# DEPARTMENT OF DIAGNOSTIC IMAGING

| | |
|---|---|
| Patient: | **HEENDENIYA, UMESH M** |
| Sex: | **M** |
| Date of Birth/Age: | **05/05/1970/35Y** |
| X-ray Number: | **99326806962** |
| Ref. Physician: | **TRENTDRASMUSSENMD** |
| Room Number: | **EDD** |
| Date of Procedure: | **02/02/2006** |

SA/akm D: 02/02/2006 13:23:31 T: 02/03/2006 11:51:52 Job ID #: 846838

Patient Name: HEENDENIYA, UMESH M
MRN: 328187

Davis Hospital and Medical Center
1600 W. Antelope Dr. Layton, UT 84041

## DEPARTMENT OF DIAGNOSTIC IMAGING



## DAVIS HOSPITAL AND MEDICAL CENTER
(801)807-1000

1600 West Antelope Drive
Layton, Utah 84041

## DEPARTMENT OF DIAGNOSTIC IMAGING

| | |
|---|---|
| Patient: | **HEENDENIYA, UMESH M** |
| Sex: | **M** |
| Date of Birth/Age: | **05/05/1970/35Y** |
| X-ray Number: | **99326806962** |
| Ref. Physician: | **TRENTDRASMUSSENMD** |
| Room Number: | **EDD** |
| Date of Procedure: | **02/02/2006** |

EXAMINATION: MRI LUMBAR SPINE W/O
ORDERING DIAGNOSIS: BACK PAIN

MRI OF THE LUMBAR SPINE 2/2/2006

CLINICAL HISTORY: Back pain.

TECHNIQUE: A multiplanar MRI of the lumbar spine was performed.

FINDINGS: The marrow signal is within normal limits. There is some dehydration of the disc space at L4-5. The cauda equina and thecal sac are within normal limits.

Axial images are as follows:
L2-3: The disc space and neural foramina are within normal limits.

L3-4: The disc space and neural foramina are within normal limits. There are mild degenerative changes of the facets.

L4-5: There is a posterior and left-sided disc bulge. This is below the L4 exiting nerve rootlets. There is some impingement upon the thecal sac at this level due to the diffuse bulge. The focal disc herniation on the right side of the superior aspect of L5, measures approximately 5.9 mm. This is adjacent to the right L5 nerve rootlet and it could affect the exiting right L5 nerve rootlet. The S1 nerve rootlets are within normal limits. Degenerative changes are seen in the facets at L5-S1.

IMPRESSION
1) Focal disc herniation appreciated along the right paracentral region of the superior aspect of L5, which could affect the L5 nerve rootlet.
2) Diffuse left and posterior bulge at L4-5, which is inferior to the exiting nerve rootlets at this site and findings may represent a complex disc bulge and herniation at this level. The Emergency Room physician was notified of the findings.

$\bigcirc \mathcal{K}$

Sandra Althaus, M.D.
FINAL COPY IS ELECTRONICALLY SIGNED AND STATES FINAL AT BOTTOM OF REPORT

Page 1 of 2

| | |
|---|---|
| Patient Name: HEENDENIYA, UMESH M | Davis Hospital and Medical Center |
| MRN: 328187 | 1600 W. Antelope Dr. Layton, UT 84041 |

## DEPARTMENT OF DIAGNOSTIC IMAGING

# UAVIS HOSPITAL AND MEDICAL CENTER
1600 West Antelope Drive Layton, UT 84041   (801) 807-7177

Name: Heendeniya, Umesh M
Accnt. #
DOB: 05/05/1970   Se:
MR # D000328187

## NURSING DOCUMENTATION :: General Medicine :: Page 6

**Date:** _____   **Time:** _____

**General Appearance:** ☑ WNL
Distress: ☐ NAD/mild/moderate/severe   ☐ Signs of Abuse   Gait: Steady/unaided Ataxic Antalgic Assistive Device Irregular NonAmbulatory
Nutritional status: ☐ Normal Obese Morbidly Obese Cachetic   Hygiene status: Clean, Dirty, Unkempt
☐ Recent unexplained change in weight or appetite.

**Psychosocial/ Functional:** ☑ WNL
☐ Affect, Behavior, Communication appropriate for age and environment   ☐ Needs assistance with self care issues prior to discharge.
Extended care facility Lives alone ADL assistance in home   No _____
☐ Recent change in mobility or ADL in the past 30 days.

**Barriers to Learning a/o Communication:** ☑ WNL
☐ None/No Deficit
Physical Limitation Emotional   Cultural   Religious/Spiritual   Suspected Low Literacy   Memory Changes
Language Barrier - Family/companion/no interpreter   Hospital Interpreter   Hearing Impairment   Visual Impairment

**Respiratory:** ☑ WNL
Airway:   Clear   At Risk   Compromised   Respiratory Quality: Unlabored Labored mild/moderate/severe
Breath Sounds:   Clear Bilat   Shallow Tachypneic Apneic

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Decreased | RUL | RML | RLL | LUL | LLL |
| Absent | RUL | RML | RLL | LUL | LLL |
| Rales | RUL | RML | RLL | LUL | LLL |
| Wheezes | RUL | RML | RLL | LUL | LLL |
| Rhonchi | RUL | RML | RLL | LUL | LLL |

Accessory Muscle Use/Retractions/Positional Support/Nasal Flaring/Grunting/

**Cardiovascular:** ☑ WNL
Skin:   Warm   Dry   Pink   Pale   Cyanotic Jaundiced Flushed Mottled Hot Cool Clammy Diaphoretic
Pulses:   Present Strong Equal : Radial Brachial Carotid Femoral Popliteal Posterior Tibial Dorsalis Pedis
Weak Thready Bounding Tachycardic Irregular
Capillary Refill:   Brisk   Delayed
Heart Sounds:   S1 S2 Murmur Gallop _____

**Neuro:** ☑ WNL
Orientation:   ☐ Alert/Oriented x3   Disoriented to person/place/time   Nonverbal   *☐ numbness ☐ tingling* ☐ Decreased LOC   Unresponsive
MAEW Weakness Sensory Loss Contractures Speech difficulty Lethargic Syncopal Vertigo/Dizziness
LOC:   Alert Somnolent Drowsy Confused Combative Agitated Other _____
Pupils:   PERRL ___mm fixed/reactive   Photophobia reported   Visual change reported
Neck pain/tenderness Vertigo/Syncopal Tinnitus   Seizure Activity Posturing Decorticate/Decerebrate
HA onset acute/gradual   Similar to previous HA   Pain location/radiation: _____
Facial Droop Drooling   Swallowing difficulty   Loss of consciousness prior to arrival _____

**EENT:** ☑ WNL   ☑ Deferred   ☐ Denies c/o _____
Eyes:   Red   Tearing   Drainage   Irritated   Conjunctiva Swollen   Vision Change Reported   Blind
Ears:   Ache   Drainage   Tinnitus   New onset hearing impairment   Hard of hearing   Deaf
Nose:   Congestion   Drainage
Throat:   Sore Throat   Cough   Painful swallowing / drooling _____
Tenderness over Sinuses   maxillary/frontal _____
FB Suspected / Known   Eye/Ear/Nose/Throat _____

**Musculoskeletal:** ☑ WNL   ☐ Deferred   *Stat: L4 or L5 Herniated Disk*
☐ Gross motor/sensory intact, MAEW   *revealed from MRI on Thursday (3 days ago)*
R/L UE: Pain at rest/with PROM/AROM   Abn ROM   *Seen Dr.*
R/L LE: Pain at rest/with PROM/AROM   Abn ROM   Edema Ecchymosis Laceration Deformity Weakness
Weight bearing capability   Edema Ecchymosis Laceration Deformity Weakness
Splint or assistive device on arrival _____

**Psychiatric:** ☑ WNL   ☐ Deferred   *Started P.T. on Friday. Also Rx for ☐ sciatica ☐ lower back pk*
☐ Affect: Pleasant/appropriate/positive eye contact   Flat/nonverbal   Hostile   Fearful
Hallucinations Violent Behavior Reported Depression   Suicidal ideation w/ Plan   Suicidal ideation w/o Plan
Substance Abuse Reported/Evidenced _____

**Integumentary:** ☑ WNL   ☐ Deferred
☐ Pink, warm, dry   ☐ Cyanosis
Ecchymosis Abrasion Laceration Rash Lesion Ulcer Wound   ☐ Petichae
Location/description: _____

**Gastrointestinal:** ☑ WNL   ☐ Deferred
☐ Abdomen soft/nontender/bowel sounds present Diarrhea ___ Emesis ___ Nausea Cramping Constipation Distention
Tenderness   Bowel Sounds Hyperactive Hypoactive Absent _____
Pain Location: RUQ RLQ LUQ LLQ epigastric suprapubic   Pain Quality: Sharp Stabbing Aching Burning Constant Intermittent

**U/GYN:** ☑ WNL   ☐ Denies c/o _____
Frequency Burning Dysuria Hematuria Oliguria Incontinence Flank Pain R L   _____
Vaginal Bleeding - Spotting   Heavy / # of pads used ___   Vaginal discharge   Scrotal pain
Penile bleeding   discharge _____   Genital injury _____

signature: *H Barney*

Name: Heendeniya, Umesh M   DOB: 05/05/1970   Sex: M
Accnt. #   MR # D000328187

# DAVIS HOSPITAL AND MEDICAL CENTER
1600 West Antelope Drive Layton, UT 84041   (801) 807-7177

Name: Heendeniya, Umesh M                     DOB: 05/05/1970   S
Accnt. #
                                              MR # D000328187

## PHYSICIAN ORDER FORM: GENERAL MEDICINE

| LABORATORY ORDERS | | | RADIOLOGY ORDERS | | NURSING PROCEDURES |
|---|---|---|---|---|---|
| Order Time | Lab Test | Time Order Sent | Order Time / X-Ray | Time order Sent | |
| | CBC | | KUB | | ☐ Cardiac monitor |
| | BMP | | Abd-flat/upright | | ☐ Pulse Oximetry |
| | CMP | | CXR- PA/lateral | | ☐ Continuous BP monitoring |
| | PT/PTT | | IVP | | ☐ Oxygen: |
| | Liver profile | | US:  ☐ GB   ☐ aorta | | ☐ Foley Catheter |
| | Amylase | | ☐ kidney ☐ pancreas | | ☐ NGT tube |
| | Lipase | | CT SCAN: ☐ abdomen ☐ pelvis | | ☐ Intravenous line |
| | Serum preg test | | ☐ head | | ☐ hep lock   ☐ fluid: |
| | Urinalysis | | contrast: ☐ IV ☐ po ☐ none | | RATE: |
| | Urine C and S | | CARDIOPULMONARY | | |
| | Urine preg test | | Order Time / Test | Time order Sent | |
| | Blood cultures | | | | |
| | Thyroid profile | | EKG | | |
| | drug levels: | | ABG | | |
| | Hemoccult | | Sputum gm stain/CS | | |

## MEDICATION ORDERS

| Order Time | Medication | Admin Time | Nurse | Re-Assessment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DISCHARGE INSTRUCTIONS**

Dx- Knows herniated disc
— Rx Lortab 5(16)
— Reprod w/ Dr Green
L radiculopathy

NURSE SIGNATURE
A/NP SIGNATURE
PHYSICIAN SIGNATURE

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION

☐ NO EMERGENCY MEDICAL CONDITION EXISTS        2/5/2006

☑ FURTHER EVALUATION NEEDED

SIGNATURE                    TIME: 2145

2006 NWS, Inc. Content by EDCare.

# EXHIBIT G



HEENDENIYA, UMESH S
MR 10293872   DOB 05/05/1970  42Y
ACCT 3003756874  3615 D I   PSY  M
04/12/2013    LEVINE, ROGER



350

## Discharge Instructions/Plan Medication Reconciliation Form

Patient:**HEENDENIYA, UMESH S**  DOB:**1970-05-05 00:00:00.0 (42Y )**  Sex:**M**  Acct#:**3003756874**  MRN:**10293872**
Room:**3604 D**  Attending:**LEVINE, ROGER**

### Allergies:

NKA

| Ŗ̌ Drug Name | Dose | Route | Frequency | Purpose | Next Dose Due |
|---|---|---|---|---|---|
| **Take These Medications At Home** | | | | | |
| AMOXICILLIN-POT CLAVUL 875 MG [AMOXICILLIN-POT CLAVULANATE] | 1 TABLET(S) | by mouth | two times a day | | 4-17 @ 9Am |
| ESCITALOPRAM OXALATE [ESCITALOPRAM] | 10 MG | by mouth | daily | | 4-18 @ 9Am |
| LAMOTRIGINE | 50 MG | by mouth | daily | | 4-18 @ 9Am |
| METFORMIN HCL [METFORMIN] | 500 MG | by mouth | daily | | 4-18 @ 9Am |
| MUCINEX | 600MG | by mouth | two times a day | | 4-17 @ 9Am |
| RISPERIDONE | 2 MG | by mouth | at bedtime | | 4-17 @ 9Am |
| SIMVASTATIN | 20 MG | by mouth | daily | | 4-18 @ 9Am |

**Comments**

**Date Immunizations Ordered * See MAR for verification of administration:**

☐ Influenza:____/____/____   ☐ Pneumovax:____/____/____   ☐ Other:_____ ____/____/____

I understand the above instructions and that it is my responsibility to follow up on all recommendations.
I understand that copies of this document will be sent to all physicians/resources listed on this form.

**PATIENT/RESPONSIBLE PARTY SIGNATURE:**_____  ____/____/____  Time_____

Patient/Responsible Party verbalized understanding of the Discharge Instructions/Plan.

**NURSE SIGNATURE:** _Joanne Franch R.N_  4/17/13  Time_____

Signature verifies orders included on all pages of this document. Medication Reconciliation Review - admission med list compared with discharge medications.

**MD SIGNATURE:**_____ 4/17/13  11:00  ____/____/____  Time_____

☐ Faxed  ☐ Fax Failure - Failed fax form completed  ☐ Faxing not indicated

**Unit Secretary Signature:**_____  ____/____/____  Time_____

*Place original copy in chart, copy to patient.*

Patient:**HEENDENIYA, UMESH S**  DOB:**1970-05-05 00:00:00.0 (42Y )**  Sex:**M**  Acct#:**3003756874**  Atnd:**LEVINE, ROGER**