**EXHIBIT 1**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                          ---o0o---
 5
 6   ANGEL FRALEY; PAUL WANG, et  )
 7   al.,                         )
 8           Plaintiffs,          )
 9     vs.                        )   No. CV-11-01726LHK
10   FACEBOOK, INC., a            )
11   corporation; and Does 1-100, )
12           Defendants.          )
13   _____)
14
15
16           VIDEOTAPED DEPOSITION OF SUSAN MAINZER
17                 TUESDAY, DECEMBER 20, 2011
18
19
20
21
22
23   PAGES 1 - 230
24
25
```

Page 1

| | | |
|---|---|---|
| 1 | with my lawyer, so I think that I -- can I pass? | 10:06:45AM |
| 2 | Should I pass?  How does that work? | |
| 3 | BY MR. BROWN: | |
| 4 |     Q    Let me just try to ask it in a different | |
| 5 | way.  What I'm definitely not asking you to do is to | 10:06:54AM |
| 6 | convey, either directly or indirectly, | |
| 7 | communications you have had with your lawyers. | |
| 8 |         But putting aside legal theories for a | |
| 9 | minute, what's your understanding of the factual | |
| 10 | basis for the complaint? | 10:07:11AM |
| 11 |     A    That Facebook uses my name and likeness in | |
| 12 | advertising without my knowledge or permission. | |
| 13 |     Q    And you understand that as a named | |
| 14 | Plaintiff in a class action case like this one, that | |
| 15 | you're essentially representing a class or a group | 10:07:35AM |
| 16 | of people, correct? | |
| 17 |     A    Yes. | |
| 18 |     Q    And what is your understanding of the | |
| 19 | scope of that group that you're representing? | |
| 20 |     A    Well, my understanding is that it would be | 10:07:49AM |
| 21 | everyone who has had their likeness or name used in | |
| 22 | a sponsored story.  And I'm not sure -- | |
| 23 |         MR. ARNS:  You answered it. | |
| 24 |         THE WITNESS:  Yeah.  I'm -- I'm not -- I'm | |
| 25 | not sure if that -- if that's everyone in America or | 10:08:06AM |

Page 23

```
 1      Q    Have you ever heard of Civil Code --           10:11:14AM
 2   California Civil Code Section 3344?
 3           MR. ARNS:  Excuse me.  Let me just say
 4   this:  Object; invades the attorney/client
 5   privilege.  The briefings that she has received        10:11:23AM
 6   about the theories of liability have all been from
 7   her lawyers and so all of this, as far as her
 8   understanding of these areas, come from that.  So
 9   object; invades the attorney/client privilege.
10           She may not remember the definitions or        10:11:46AM
11   the numbers, but obviously, there have been long
12   discussions about this with her and --
13           THE WITNESS:  Yeah, I definitely don't
14   know the names or the numbers.
15   BY MR. BROWN:                                          10:12:01AM
16      Q    So let me see if I have any more questions
17   along these lines.  You should pause if you want and
18   give your counsel time to object.
19           Are you aware that one of the causes of
20   action alleged in the complaint has a fee-shifting     10:12:14AM
21   provision for the prevailing party in the case?
22           MR. ARNS:  Excuse me.  I doubt she knows
23   what a cause of action is, to start with.
24           Do you know what the term "cause of
25   action" means?                                         10:12:29AM
```

Page 27

| | | |
|---|---|---|
| 1 | THE WITNESS: (Shakes head.) Not in a | 10:12:30AM |
| 2 | legal context. | |
| 3 | MR. ARNS: So have you heard of any of | |
| 4 | this information other than from your lawyers? | |
| 5 | THE WITNESS: No. | 10:12:37AM |
| 6 | MR. ARNS: Okay. Object; attorney/client | |
| 7 | privilege. | |
| 8 | BY MR. BROWN: | |
| 9 | Q   So let me see if I can clarify that. And | |
| 10 | again, just wait in case your lawyer wants to | 10:12:45AM |
| 11 | interpose an objection. | |
| 12 | So I think it's possible that last | |
| 13 | question was a little bit cryptic, so are you aware | |
| 14 | that one of the laws that's being alleged in this | |
| 15 | case provides that whoever is the prevailing party | 10:13:00AM |
| 16 | in the case is entitled to get an award of the | |
| 17 | attorneys' fees of the other party in the case? | |
| 18 | MR. ARNS: Object; invades the | |
| 19 | attorney/client privilege. | |
| 20 | MR. BROWN: And are you instructing her | 10:13:23AM |
| 21 | not to answer? | |
| 22 | MR. ARNS: She can answer it if she knows | |
| 23 | anything about that that wasn't involved with | |
| 24 | discussions of attorney/client -- within the | |
| 25 | attorney/client privilege context. | 10:13:34AM |

| | | |
|---|---|---|
| 1 | THE WITNESS: Yeah, so I have nothing to | 10:13:36AM |
| 2 | say then. | |
| 3 | BY MR. BROWN: | |
| 4 | Q   Do you know what a Facebook friend is? | |
| 5 | A   I do. | 10:13:45AM |
| 6 | Q   I figured as much. | |
| 7 | Just in your own words -- | |
| 8 | I mean, I think we all understand what it | |
| 9 | is, but in your own words, how would you | |
| 10 | characterize a Facebook friend? | 10:13:57AM |
| 11 | A   A Facebook friend is a contact in real | |
| 12 | life who I have become linked with on Facebook. | |
| 13 | Q   Some of these questions and answers are | |
| 14 | just going to be kind of laborious, so just have to | |
| 15 | kind of bear with me. | 10:14:14AM |
| 16 | Why do you use Facebook? | |
| 17 | A   I love Facebook.  Well, I use it to | |
| 18 | communicate with friends and business associates and | |
| 19 | people I know and I use it for inviting people to | |
| 20 | events, some private events, some public events. | 10:14:37AM |
| 21 | I love that little IM.  Let's see. | |
| 22 | Q   Meaning instant messaging? | |
| 23 | A   Yeah. | |
| 24 | I've done a little location checking in, | |
| 25 | not that much.  Yeah, I -- I think it's an -- I | 10:14:56AM |

```
 1   STATE OF CALIFORNIA      )
                              ) :ss
 2   COUNTY OF SAN FRANCISCO  )

 3

 4       I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6       That the foregoing proceedings were taken before me

 7   at the time and place herein set forth; that any

 8   witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that the verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14       I further certify that I am neither financially

15   interested in the action nor a relative or employee of

16   any attorney of any of the parties.

17       IN WITNESS WHEREOF, I have this date subscribed my

18   name.

19

20       Dated:January 9, 2012

21

22

23                       _____

24                       KELLI COMBS, CSR NO. 7705

25
```

Page 227