**EXHIBIT 1**

## Fraley, et al. v. Facebook, Inc.
## Valid Objections

| Number | Objector |
|---|---|
| 1 | Sharon E. Miller |
| 2 | Judith Braden |
| 3 | Dustin M. Reed |
| 4 | Jason Brodsky |
| 5 | Robert R. Blackmun |
| 6 | Watson Ladd |
| 7 | Robert L. Bowman |
| 8 | Tunji Alade III |
| 9 | Zara Watkins |
| 10 | Scott Michelman of Public Citizen Litig. Group, on behalf of John Schachter (himself and minor son S.M.S.), J.J.R. (through his mother Judy Reidel), Kim Parsons (on behalf of herself and her minor daughter C.B.P.), Ann Leonard (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome) |
| 11 | Theodore H. Frank, on behalf of himself and Sam Kazman |
| 12 | Alan Sherwood on behalf of Jennifer Deachin |
| 13 | Angel Fraley |
| 14 | Jo Batman |
| 15 | Jason Boisvert |
| 16 | John J. Pentz, on behalf of Wendy Lally, Alec Greenhouse, Jonathan Bobak, and Zachary Cochran |
| 17 | Christopher Cain on behalf of Eddie Wasserman |

## *Fraley, et al. v. Facebook, Inc.*
## Invalid Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 18 | Tessie Kuennemann | Missing Declaration and contact information |
| 19 | Michael R. Wild | Missing Declaration |
| 20 | Bruce House | Missing Declaration, contact information, and case name |
| 21 | Anonymous | Missing Declaration, contact information, and case name |
| 22 | Tom Schoolfield | Missing Declaration |
| 23 | Suzanne Fisher, on behalf of minor A████ F████ | Missing Declaration and contact information |
| 24 | Roberta Solomon | Missing Declaration, contact information, and case name |
| 25 | Stephen Fischer | Missing Declaration, contact information, case name, and specific reasons for objection. |
| 26 | Dominic Sebey | Missing Declaration and contact information |
| 27 | Mike Orenduff | Missing Declaration and contact information |
| 28 | Lehnanne G. Kidd | Missing Declaration and contact information |
| 29 | Hannah McDaniel | Missing Declaration and contact information |
| 30 | Rick Byerly | Missing Declaration and contact information |
| 31 | James P. Nix | Missing Declaration |
| 32 | James A. Cooley | Missing Declaration and contact information |
| 33 | L.L. | Missing Declaration and contact information |
| 34 | C. Ammon Cheney | Missing Declaration |
| 35 | Claude R. Baudoin | Missing Declaration and contact information |
| 36 | Lynne Modranski | Missing Declaration and contact information |
| 37 | Robert Comeaux | Missing Declaration |
| 38 | Tim Bonvallet | Missing Declaration and contact information |
| 39 | Bryan Lee Williams | Missing Declaration |
| 40 | Eric DeCook | Missing Declaration and contact information |
| 41 | Gerald F. Kieffer | Missing Declaration |
| 42 | Kevin Melchionne | Missing Declaration and contact information |
| 43 | Matthew Charles Bissonette | Incomplete Declaration |
| 44 | Ronnie Shoemaker | Missing Declaration, contact information, case name, and specific reasons for objection. |
| 45 | Tim Murray | Missing Declaration and contact information |
| 46 | William Grootonk | Missing Declaration |
| 47 | Janet Phillips | Missing Declaration and contact information |
| 48 | Nicholas Colby George Iskierka | Missing Declaration |
| 49 | Richard Routh | Missing Declaration |
| 50 | Danielle Westfield | Missing Declaration and contact information |
| 51 | Tom Moore | Missing Declaration |
| 52 | Paul A. Katz | Missing Declaration |
| 53 | Samantha E. Bailey | Missing Declaration |

*Fraley, et al. v. Facebook, Inc.*
Invalid Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 54 | Rhonda Hessner | Missing Declaration |
| 55 | David Burg | Missing Declaration and contact information |
| 56 | Anthony Mongiello | Missing Declaration |
| 57 | Ben Buie | Missing Declaration, contact information, and specific reasons for objection. |
| 58 | Scott Leibrand | Missing Declaration and contact information |
| 59 | Virginia S Moe | Missing Declaration and contact information |
| 60 | Daniel Royer | Missing Declaration and contact information |
| 61 | Don Beusee | Missing Declaration |
| 62 | Robert Wing | Missing Declaration and contact information |
| 63 | Ryan Sandberg | Missing Declaration and contact information |
| 64 | Jacques Bailhe | Missing Declaration and contact information |
| 65 | Buddy Price | Missing Declaration, contact information, and case name |
| 66 | Charles Northcutt | Missing Declaration, contact information, and case name |
| 67 | ML Reifschneider | Missing Declaration |
| 68 | Neil Salem | Missing Declaration, contact information, and case name |
| 69 | Erin | Missing Declaration and contact information |
| 70 | Thomas Wyse | Missing Declaration and contact information |
| 71 | John Lind | Missing Declaration |
| 72 | Ryan Saucerman | Missing Declaration, contact information, and case name |
| 73 | Akram Tabet | Not a Class Member (not a citizen of the United States) |
| 74 | Andrew McNeil | Missing Declaration |
| 75 | Paul Schardein | Missing Declaration and contact information |
| 76 | Joshua T Duffin | Missing Declaration |
| 77 | Stephanie Pearson | Missing Declaration |
| 78 | Cay Gray | Missing Declaration, contact information, and case name |
| 79 | Stephanie | Missing Declaration, contact information, and case name |
| 80 | Conrad Flynn | Missing Declaration and contact information |
| 81 | Tom Singer | Missing Declaration and contact information |
| 82 | Evaristus Oluwatope Ogunlana | Missing Declaration and contact information |
| 83 | Tim Elder | Missing Declaration, contact information, and case name |
| 84 | Lydia Ansari | Missing Declaration |
| 85 | Andy Belk | Missing Declaration and contact information |

*Fraley, et al. v. Facebook, Inc.*
**Invalid Objections**

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 86 | Bruno Tarazona | Missing Declaration |
| 87 | Dane Mutters | Missing Declaration |
| 88 | Sonya Weaver | Missing Declaration |
| 89 | Belanne Pibal | Missing Declaration |
| 90 | Dianne Brown | Missing Declaration |
| 91 | Saphyre Redford/Danielle Biton/Bitton | Missing Declaration |
| 92 | Thomas Cox | Missing Declaration |
| 93 | Michael William Panas | Missing Declaration |
| 94 | Katie Sibley | Missing Declaration |
| 95 | Tracey Klinge | Missing Declaration |
| 96 | Derick Ford | Missing Declaration, contact information, and case name |
| 97 | Reinaldo Ruiz | Missing Declaration, contact information, and case name |
| 98 | Robert Fellmeth of CAI/CPIL, purportedly on behalf of minors C___ D___ and K___ D___ and their father Michael Depot | Missing specific reasons in declaration for objection. |
| 99 | Janine R. Menhennet, on behalf of minor M___ M. | Missing Declaration |
| 100 | Martha Bronson on behalf of Matina Battaglia, Peter Martin, Leanne Louis, John Garza, Patty Ward, and Charles Holden | Missing contact information for class members. |
| 101 | Aaron Zigler on behalf of Sheila Shane and her daughter H.L.S. | Missing class member contact information and specific reasons in declaration for objection. |
| 102 | Joseph Darrell Palmer, on behalf of Carol Barrett | Missing specific reasons in declaration for objection. |
| 103 | Gabriel Robles | Missing Declaration, contact information, and case name |
| 104 | Nelson, Tameji | Missing Declaration |