**EXHIBIT 2**

Fraley v. Facebook

Arms Law Firm Audit of Objections

**Valid Objections**

| Number | Objector |
|---|---|
| 3. | Dustin M. Reed |
| 4. | Jason Brodsky |
| 5. | Robert R. Blackmun |
| 7. | Robert L. Bowman |
| 8. | Tunji Alade III |
| 9. | Zara Watkins |
| 10. | Scott Michelman of Public Citizen Litig. Group, on behalf of John Schachter (himself and minor son S.M.S.), J.J.R. (through his mother Judy Reidel), Kim Parsons (on behalf of herself and her minor daughter C.B.P.), Ann Leonard (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome) |
| 11. | Theodore H. Frank, on behalf of himself and Sam Kazman |
| 12. | Alan Sherwood on behalf of Jennifer Deachin |
| 14. | Jo Batman |
| 15. | Jason Boisvert |
| 16. | John J. Pentz, on behalf of Wendy Lally, Alec Greenhouse, Jonathan Bobak, and Zachary Cochran |
| 17. | Christopher Cain on behalf of Eddie Wasserman |
| 43. | Matthew Charles Bissonette |
| 98. | Robert Fellmeth of CAI/CPIL, purportedly on behalf of minors C█████ D████ and K████ D████ and their father Michael Depot |
| 102. | Joseph Darrell Palmer, on behalf of Carol Barrett |

Fraley v. Facebook

Arns Law Firm Audit of Objections

## Invalid Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 1. | Sharon E. Miller | Missing phone # |
| 2. | Judith Braden | Missing phone # |
| 6. | Watson Ladd | Missing case # |
| 13. | Angel Fraley | Missing case # |
| 18. | Tessie Kuennemann | Missing Declaration and contact information / Merit only |
| 19. | Michael R. Wild | Missing Declaration and case # |
| 20. | Bruce House | Missing Declaration, contact information, case name and case # |
| 21. | Anonymous | Missing Declaration, contact information and case name / Merit only |
| 22. | Tom Schoolfield | Missing Declaration and case # / Merit only |
| 23. | Suzanne Fisher, on behalf of minor | Missing Declaration and contact information |
| 24. | Roberta Solomon | Missing Declaration, contact information, case name and case # |
| 25. | Stephen Fischer | Missing Declaration, contact information, case name, case # and specific reasons for objection /Merit only |
| 26. | Dominic Sebey | Missing Declaration, contact information and case # / Merit only |
| 27. | Mike Orenduff | Missing Declaration and contact information |
| 28. | Lehnanne G. Kidd | Missing Declaration, contact information and case # / Merit only |
| 29. | Hannah McDaniel | Missing Declaration, contact information and case # |
| 30. | Rick Byerly | Missing Declaration, contact information and case # |
| 31. | James P. Nix | Missing Declaration / Merit only |
| 32. | James A. Cooley | Missing Declaration, contact information, case name and case # |
| 33. | L.L. (Anonymous) | Missing Declaration, contact information, case name and case # |
| 34. | C. Ammon Cheney | Missing Declaration, only partial address and case # / Merit only |
| 35. | Claude R. Baudoin | Missing Declaration and contact information |
| 36. | Lynne Modranski | Missing Declaration, contact information and case # / Merit only |

Fraley v. Facebook     Arns Law Firm Audit of Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 37. | Robert Comeaux | Missing Declaration / Merit only |
| 38. | Tim Bonvallet | Missing Declaration, contact information, case name and case # / Merit only |
| 39. | Bryan Lee Williams | Missing Declaration, case name and case # / Merit only |
| 40. | Eric DeCook | Missing Declaration, contact information and case # / Merit only |
| 41. | Gerald F. Kieffer | Missing Declaration, case name and case # |
| 42. | Kevin Melchionne | Missing Declaration, contact information and case # |
| 44. | Ronnie Shoemaker | Missing Declaration, contact information, case name, and specific reasons for objection / Merit only |
| 45. | Tim Murray | Missing Declaration, contact information, case name and case # / Merit only |
| 46. | William Grootonk | Missing Declaration |
| 47. | Janet Phillips | Missing Declaration, contact information, case name and case # |
| 48. | Nicholas Colby George Iskierka | Missing Declaration |
| 49. | Richard Routh | Missing Declaration |
| 50. | Danielle Westfield | Missing Declaration and contact information (contact info is found in the exhibits) |
| 51. | Tom Moore | Missing Declaration, contact phone # and case # |
| 52. | Paul A. Katz | Missing Declaration and case # |
| 53. | Samantha E. Bailey | Missing Declaration / Merit only |
| 54. | Rhonda Hessner | Missing Declaration / Merit only |
| 55. | David Burg | Missing Declaration and contact information |
| 56. | Anthony Mongiello | Missing Declaration, case name and case # |
| 57. | Ben Buie | Missing Declaration, contact information, specific reasons for objection and case # / Merit only |
| 58. | Scott Leibrand | Missing Declaration, contact information and case # |
| 59. | Virginia S Moe | Missing Declaration, contact information and case # |
| 60. | Daniel Royer | Missing Declaration, contact information, case name and case # |
| 61. | Don Beusee | Missing Declaration |

Fraley v. Facebook           Arms Law Firm Audit of Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 62. | Robert Wing | Missing Declaration, contact information and case # |
| 63. | Ryan Sandberg | Missing Declaration, contact information and case # |
| 64. | Jacques Bailhe | Missing Declaration, contact information and case # |
| 65. | Buddy Price | Missing Declaration, contact information, case name and case # / Merit only |
| 66. | Charles Northcutt | Missing Declaration, contact information, case name and case # / Merit only |
| 67. | ML Reifschneider | Missing Declaration and contact phone # |
| 68. | Neil Salem | Missing Declaration, contact information, case name and case # |
| 69. | Erin | Missing Declaration, contact information and case # |
| 70. | Thomas Wyse | Missing Declaration, contact information and case # |
| 71. | John Lind | Missing Declaration |
| 72. | Ryan Saucerman | Missing Declaration, contact information, case name and case # / Merit only |
| 73. | Akram Tabet | Not a Class Member (not a citizen of the United States) – all other requirements met |
| 74. | Andrew McNeil | Missing Declaration |
| 75. | Paul Schardein | Missing Declaration, contact information and case # |
| 76. | Joshua T Duffin | Missing Declaration |
| 77. | Stephanie Pearson | Missing Declaration / Merit only |
| 78. | Cay Gray | Missing Declaration, contact information, case name and case # |
| 79. | Stephanie | Missing Declaration, contact information, case name and case # / Merit only |
| 80. | Conrad Flynn | Missing Declaration, contact information and case # |
| 81. | Tom Singer | Missing Declaration, contact information and case # / Merit only |
| 82. | Evaristus Oluwatope Ogunlana | Missing Declaration and contact information |
| 83. | Tim Elder | Missing Declaration, contact information, case name and case # |
| 84. | Lydia Ansari | Missing Declaration, contact phone # and case # |
| 85. | Andy Belk | Missing Declaration, contact information and case # |
| 86. | Bruno Tarazona | Missing Declaration |

Fraley v. Facebook

Arns Law Firm Audit of Objections

| Number | Objector | Non-Compliance with Requirements Described in the Preliminary Approval Order |
|---|---|---|
| 87. | Dane Mutters | Missing Declaration |
| 88. | Sonya Weaver | Missing Declaration, case name and case # / Merit only |
| 89. | Belanne Pibal | Missing Declaration |
| 90. | Dianne Brown | Missing Declaration, case name and case # |
| 91. | Saphyre Redford/Danielle Biton/Bitton | Missing Declaration, case name and case # / (unrelated objection) |
| 92. | Thomas Cox | Missing Declaration |
| 93. | Michael William Panas | Missing Declaration |
| 94. | Katie Sibley | Missing Declaration and contact phone # |
| 95. | Tracey Klinge | Missing Declaration and contact phone # |
| 96. | Derick Ford | Missing Declaration, contact information, case name and case # / Merit only |
| 97. | Reinaldo Ruiz | Missing Declaration, contact information, case name and case # |
| 99. | Janine R. Menhennet, on behalf of minor M████ M. | Missing Declaration |
| 100. | Martha Bronson on behalf of Matina Battaglia, Peter Martin, Leanne Louis, John Garza, Patty Ward, and Charles Holden | Missing contact information for class members |
| 101. | Aaron Zigler on behalf of Sheila Shane and her daughter H.L.S. | Missing contact information for class members |
| 103. | Gabriel Robles | Missing Declaration, contact information, case name and case # |
| 104. | Nelson, Tameji | Missing Declaration no contact phone #, no email and no case # / Merit only |