**EXHIBIT 3**

**Valid Objections**

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 1. | Sharon E. Miller | 1-page letter | The attorneys fee requests are excessive |
| 2. | Judith Braden | ½-page e-mail | The attorneys fee requests are excessive |
| 3. | Dustin M. Reed | 1-page e-mail | The attorneys fee requests are excessive |
| 4. | Jason Brodsky | 1-page e-mail | The settlement fund is inadequate |
| 5. | Robert R. Blackmun | ½-page e-mail | The attorneys fee requests are excessive |
| 6. | Watson Ladd | 1 ½-page e-mail | The settlement fund is inadequate |
| 7. | Robert L. Bowman | 17-page brief | Common issues do not predominate amongst the class<br>The class representatives to not fairly and adequately represent the class<br>The settlement fund is inadequate<br>The release of claims is overbroad |
| 8. | Tunji Alade III | 2-page letter | Objections based on arguments unrelated or irrelevant to the settlement |
| 9. | Zara Watkins | 3 ½-page declaration | The attorneys fee requests are excessive<br>The incentive award requests are excessive<br>The settlement fund is inadequate |
| 10. | Scott Michelman of Public Citizen Litig. Group, on behalf of John Schachter (himself and minor son S.M.S.), J.J.R. (through his mother Judy Reidel), Kim Parsons (on behalf of herself and her minor daughter C.B.P.), Ann Leonard (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome) | 20-page brief & 6 declarations | The incentive award requests are excessive<br>The settlement fund is inadequate<br>The injunctive relief is inadequate<br>The release of claims is overbroad |

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 11. | Theodore H. Frank, on behalf of himself and Sam Kazman | 29-page brief & 2 declarations | The Class Notice is defective or insufficient<br>Class counsel lacks experience<br>The class representatives to not fairly and adequately represent the class<br>The attorneys fee requests are excessive<br>The settlement fund is inadequate<br>The injunctive relief is inadequate<br>The release of claims is overbroad |
| 12. | Alan Sherwood on behalf of Jennifer Deachin | 6-page brief & 1 declaration | The Class Notice is defective or insufficient<br>The attorneys fee requests are excessive |
| 13. | Angel Fraley | 2-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 14. | Jo Batman | 4-page letter & 1 declaration | The Class Notice is defective or insufficient<br>Common issues do not predominate amongst the class<br>Class counsel lacks experience<br>The class representatives to not fairly and adequately represent the class<br>The settlement fund is inadequate<br>The proposed *cy pres* awards do not benefit the class<br>The injunctive relief is inadequate<br>The settlement does not properly account for the interests of minors |

Fraley v. Facebook

Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 15. | Jason Boisvert | 1 ½-page letter | Conflicts of interest exist between plaintiffs' counsel and *cy pres* recipients<br>Conflicts of interest exist between the class and the *cy pres* recipients<br>The proposed *cy pres* awards do not benefit the class |
| 16. | John J. Pentz, on behalf of Wendy Lally, Alec Greenhouse, Jonathan Bobak, and Zachary Cochran | 3-page brief | The attorneys fee requests are excessive |
| 17. | Christopher Cain on behalf of Eddie Wasserman | 10-page brief & 1 declaration | The attorneys fee requests are excessive<br>The incentive award requests are excessive<br>The settlement fund is inadequate<br>The proposed *cy pres* awards do not benefit the class<br>The injunctive relief is inadequate |

Invalid Objections

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 18. | Tessie Kuennemann | ½-page e-mail | None |
| 19. | Michael R. Wild | 1-page e-mail | The attorneys fee requests are excessive |
| 20. | Bruce House | ½-page e-mail | The settlement fund is inadequate<br>The injunctive relief is inadequate |
| 21. | Anonymous | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 22. | Tom Schoolfield | 1-page letter | The attorneys fee requests are excessive |
| 23. | Suzanne Fisher | ½-page e-mail | None |
| 24. | Roberta Solomon | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |

Fraley v. Facebook

Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 25. | Stephen Fischer | ½-page e-mail | None |
| 26. | Dominic Sebey | ½-page e-mail | None |
| 27. | Mike Orenduff | 1 ½-page e-mail | The attorneys fee requests are excessive |
| 28. | Lehnanne G. Kidd | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 29. | Hannah McDaniel | ½-page e-mail | None |
| 30. | Rick Byerly | ½-page e-mail | The attorneys fee requests are excessive |
| 31. | James P. Nix | ½-page letter | The settlement fund is inadequate |
| 32. | James A. Cooley | ½-page e-mail | None |
| 33. | L.L. | ½-page e-mail | The attorneys fee requests are excessive |
| 34. | C. Ammon Cheney | ½-page e-mail | None |
| 35. | Claude R. Baudoin | 1-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 36. | Lynne Modranski | ½-page e-mail | The settlement fund is inadequate |
| 37. | Robert Comeaux | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 38. | Tim Bonvallet | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 39. | Bryan Lee Williams | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 40. | Eric DeCook | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 41. | Gerald F. Kieffer | 1-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 42. | Kevin Melchionne | ½-page e-mail | The settlement fund is inadequate |
| 43. | Matthew Charles Bissonette | 1-page e-mail | The attorneys fee requests are excessive |

Fraley v. Facebook     Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 44. | Ronnie Shoemaker | ½-page e-mail | None |
| 45. | Tim Murray | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 46. | William Grootonk | ½-page e-mail | None |
| 47. | Janet Phillips | ½-page e-mail | None |
| 48. | Nicholas Colby George Iskierka | ½-page e-mail | The attorneys fee requests are excessive |
| 49. | Richard Routh | ½-page e-mail | The attorneys fee requests are excessive |
| 50. | Danielle Westfield | 8-page letter | None |
| 51. | Tom Moore | 1-page e-mail | Conflicts of interest exist between plaintiffs' counsel and *cy pres* recipients |
| 52. | Paul A. Katz | ½-page letter | The proposed *cy pres* awards do not benefit the class |
| 53. | Samantha E. Bailey | ½-page letter | The attorneys fee requests are excessive |
| 54. | Rhonda Hessner | ½-page e-mail | None |
| 55. | David Burg | ½-page e-mail | The attorneys fee requests are excessive |
| 56. | Anthony Mongiello | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 57. | Ben Buie | ½-page e-mail | None |
| 58. | Scott Leibrand | ½-page e-mail | None |
| 59. | Virginia S Moe | ½-page e-mail | None |
| 60. | Daniel Royer | ½-page e-mail | The attorneys fee requests are excessive |
| 61. | Don Beusee | 1-page e-mail | The settlement fund is inadequate |
| 62. | Robert Wing | ½-page e-mail | The injunctive relief is inadequate |
| 63. | Ryan Sandberg | ½-page e-mail | None |
| 64. | Jacques Bailhe | 1 ½-page e-mail | The settlement fund is inadequate The injunctive relief is inadequate |

Fraley v. Facebook  Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 65. | Buddy Price | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 66. | Charles Northcutt | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 67. | ML Reifschneider | ½-page e-mail | The settlement fund is inadequate |
| 68. | Neil Salem | ½-page e-mail | The settlement fund is inadequate |
| 69. | Erin | 1-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 70. | Thomas Wyse | 1-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 71. | John Lind | ½-page e-mail | The attorneys fee requests are excessive |
| 72. | Ryan Saucerman | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 73. | Akram Tabet | 5 ½-page letter & 1-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 74. | Andrew McNeil | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 75. | Paul Schardein | 2-page e-mail | The attorneys fee requests are excessive |
| 76. | Joshua T Duffin | ½-page e-mail | The attorneys fee requests are excessive |
| 77. | Stephanie Pearson | ½-page letter | Objections based on arguments unrelated or irrelevant to the settlement |
| 78. | Cay Gray | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 79. | Stephanie | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 80. | Conrad Flynn | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 81. | Tom Singer | ½-page e-mail | None |

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 82. | Evaristus Oluwatope Ogunlana | ½-page e-mail & ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 83. | Tim Elder | ½-page e-mail | The attorneys fee requests are excessive |
| 84. | Lydia Ansari | 2-page e-mail | The attorneys fee requests are excessive<br>The injunctive relief is inadequate |
| 85. | Andy Belk | ½-page e-mail | The attorneys fee requests are excessive<br>The incentive award requests are excessive |
| 86. | Bruno Tarazona | ½-page e-mail | The settlement fund is inadequate |
| 87. | Dane Mutters | ½-page e-mail | The settlement fund is inadequate |
| 88. | Sonya Weaver | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 89. | Belanne Pibal | 1-page e-mail | The injunctive relief is inadequate |
| 90. | Dianne Brown | ½-page letter | None |
| 91. | Saphyre Redford/Danielle Biton/Bitton | 2-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 92. | Thomas Cox | 2-page letter | The Class Notice is defective or insufficient<br>The attorneys fee requests are excessive<br>The settlement fund is inadequate<br>The proposed cy pres awards do not benefit the class |
| 93. | Michael William Panas | 1 ½-page letter | The attorneys fee requests are excessive<br>The settlement fund is inadequate<br>The injunctive relief is inadequate |
| 94. | Katie Sibley | 1-page letter | The attorneys fee requests are excessive<br>The settlement fund is inadequate<br>The proposed cy pres awards do not benefit the class<br>The injunctive relief is inadequate |

Fraley v. Facebook

Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 95. | Tracey Klinge | 1-page letter | The attorneys fee requests are excessive<br>The settlement fund is inadequate<br>The proposed cy pres awards do not benefit the class<br>The injunctive relief is inadequate |
| 96. | Derick Ford | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 97. | Reinaldo Ruiz | ½-page e-mail | The attorneys fee requests are excessive<br>The settlement fund is inadequate |
| 98. | Robert Fellmeth of CAI/CPIL, purportedly on behalf of minors C■■■ D■■■ and K■■■ D■■■ and their father Michael Depot | 25-page brief & 4 declarations | Common issues do not predominate amongst the class<br>Class counsel lacks experience<br>The attorneys fee requests are excessive<br>The settlement does not properly account for the interests of minors |
| 99. | Janine R. Menhennet, on behalf of minor M■■■ M. | 8-page brief | The Class Notice is defective or insufficient<br>The attorneys fee requests are excessive<br>The injunctive relief is inadequate<br>The settlement does not properly account for the interests of minors |
| 100. | Martha Bronson on behalf of Matina Battaglia, Peter Martin, Leanne Louis, John Garza, Patty Ward, and Charles Holden | 12-page brief & 6 declarations | The Class Notice is defective or insufficient<br>Conflicts of interest exist between plaintiffs' counsel and the class<br>The attorneys fee requests are excessive<br>The proposed cy pres awards do not benefit the class<br>The injunctive relief is inadequate<br>The release of claims is overbroad |

Fraley v. Facebook

Matrix of Objectors

| Number | Objector | Form of Objection | Issues Raised |
|---|---|---|---|
| 101. | Aaron Zigler on behalf of Sheila Shane and her daughter H.L.S. | 12-page brief & 1 declaration | The class representatives to not fairly and adequately represent the class<br>Conflicts of interest exist between plaintiffs' counsel and the class<br>The settlement fund is inadequate<br>The injunctive relief is inadequate<br>The release of claims is overbroad<br>The settlement does not properly account for the interests of minors |
| 102. | Joseph Darrell Palmer, on behalf of Carol Barrett | 9-page brief & 1 declaration | The attorneys fee requests are excessive<br>The incentive award requests are excessive<br>The settlement fund is inadequate<br>The injunctive relief is inadequate |
| 103. | Gabriel Robles | ½-page e-mail | Objections based on arguments unrelated or irrelevant to the settlement |
| 104. | Nelson, Tameji | ½-page letter | Objections based on arguments unrelated or irrelevant to the settlement |

**Totals:**

| E-mails: 83 | Letters: 16 | Briefs: 11 |
|---|---|---|
| E-mails less than 1 page-**63** | Letters less than 1 page-**5** | |
| E-mails 1 page-**13** | Letters 1 page-**4** | |
| E-mails 1 ½-2 pages-**7** | Letters 1 ½-2 pages-**3** | |
| | Letters 3-4 pages-**1** | |
| | Letters 4-5 pages-**2** | |
| | Letters 6-7 pages-**0** | |
| | Letters 8 pages-**1** | |