# EXHIBIT 4

Fraley v. Facebook                                         Matrix of Issues Raised by Objectors

| Issue Raised | Objector (identified by number) |
|---|---|
| The Class Notice is defective or insufficient | 11, 12, 14, 92, 99, 100 |
| Common issues do not predominate amongst the class | 7, 14, 101 |
| Class counsel lacks experience | 11, 14, 98 |
| The class representatives to not fairly and adequately represent the class | 7, 11, 14, 101 |
| Conflicts of interest exist between plaintiffs' counsel and *cy pres* recipients | 15, 51 |
| Conflicts of interest exist between plaintiffs' counsel and the class | 100, 101 |
| Conflicts of interest exist between the class and the *cy pres* recipients | 15 |
| The attorneys fee requests are excessive | 1, 2, 3, 5, 9, 11, 12, 16, 17, 19, 22, 27, 30, 32, 43, 48, 52, 55, 60, 71, 75, 76, 83, 84, 85, 92, 93, 94, 95, 97, 98, 99, 100, 102 |
| The incentive award requests are excessive | 9, 10, 17, 85, 102 |
| The settlement fund is inadequate | 4, 6, 7, 9, 10, 11, 14, 16, 17, 20, 30, 35, 42, 61, 62, 64, 67, 68, 86, 87, 92, 93, 94, 95, 97, 101, 102 |
| The proposed *cy pres* awards do not benefit the class | 14, 15, 17, 51, 92, 94, 95, 100 |
| The injunctive relief is inadequate | 10, 11, 14, 17, 20, 61, 64, 84, 89, 93, 94, 95, 99, 100, 101, 102 |
| The release of claims is overbroad | 7, 10, 11, 100, 101 |
| The settlement does not properly account for the interests of minors | 14, 98, 99, 101 |
| Objections based on arguments unrelated or irrelevant to the settlement | 8, 13, 21, 24, 28, 34, 36, 37, 38, 39, 40, 41, 45, 56, 65, 66, 69, 70, 72, 73, 74, 77, 78, 79, 80, 82, 88, 91, 96, 103, 104 |