COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendant. | Case No. 11-cv-01726 RS<br><br>**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**DATE:** June 28, 2013<br>**TIME:** 10:00 a.m.<br>**DEPT.:** 3<br>**JUDGE:** Hon. Richard Seeborg |

I, Matthew D. Brown, declare:

1. I am an attorney duly licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP ("Cooley"), attorneys for Defendant Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs ("Motion") in this action. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could competently testify thereto.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1320548/SF

1.

BROWN DECL. ISO FACEBOOK'S OPP. TO PLAINTIFFS' MOTION FOR FEES
CASE NO. 11-CV-01726 RS

2. I have been actively involved in this case since its inception, when Plaintiffs filed their Complaint in Santa Clara Superior Court in March 2011.

3. Discovery began in May 2011, when Plaintiffs served Facebook with their first deposition notice. Discovery continued until May 2012, when the parties executed a term sheet memorializing their settlement in principle.

4. The parties took a total of 21 depositions.

5. Plaintiffs took nine depositions, including seven depositions of current or former employees of Facebook and two depositions of Facebook's experts. Cooley defended eight of the nine depositions Plaintiffs took, while Gibson, Dunn & Crutcher, LLP ("Gibson") defended one deposition.

6. Facebook took 12 depositions. Ten were taken by attorneys at Cooley, including depositions of the three named Plaintiffs, three parents of the minor named Plaintiffs, one former named Plaintiff, and three of Plaintiffs' experts. Gibson took two depositions of Plaintiffs' experts.

7. Based on the deposition transcripts, lead Plaintiffs' counsel Robert Arns was present for 20 of the 21 depositions taken in the case, the exception being the deposition Facebook took of Richard Drogin on April 13, 2012. Of the 10 depositions Cooley attorneys took, five were taken by associates. I attended portions of three of those five depositions but did not question the witnesses (though I did participate in discussions with opposing counsel and, in one instance, participated in a telephonic oral argument before Magistrate Judge Grewal during the course of the deposition). Jeffrey Gutkin, a partner at Cooley, took four of the remaining five depositions Cooley took in this case, and I took one deposition.

8. Based on the deposition transcripts, Plaintiffs' counsel brought three or more attorneys to eight of the 21 depositions taken in the case. They brought four attorneys to take the deposition of former Facebook employee Kent Schoen, although only Mr. Arns asked questions during the deposition. Jonathan Davis, Steven Weinmann, and Robert Foss also attended Mr. Schoen's deposition but did not ask any questions. Plaintiffs' counsel brought five attorneys to take the deposition of Facebook's expert Randolph Bucklin. Robert Foss and Jonathan Davis

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1320548/SF

2.

BROWN DECL. ISO FACEBOOK'S OPP. TO
PLAINTIFFS' MOTION FOR FEES
CASE NO. 11-CV-01726 RS

attended Mr. Bucklin's deposition but did not ask any questions.

9. Based on the deposition transcripts, of the 18 depositions Cooley took or defended, Cooley sent only one attorney to 13 of these 18 depositions. Sandeep Solanki, in-house counsel for Facebook, was present at nine of these 18 depositions in an observational capacity only.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2013, at Aptos, California.

/s/ *Matthew D. Brown*
Matthew D. Brown

### ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: June 7, 2013    COOLEY LLP

/s/ *Michael G. Rhodes*
Michael G. Rhodes
Attorneys for Defendant Facebook, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1320548/SF

3.

BROWN DECL. ISO FACEBOOK'S OPP. TO PLAINTIFFS' MOTION FOR FEES
CASE NO. 11-CV-01726 RS