# EXHIBIT 3

THE ARNS LAW FIRM
JOB ACTIVITY REPORT
By Job - Detail
INCEPTION TO 6/13/13

FACEBOOK-C - FACEBOOK-COSTS - OPEN

| FACEBOOK | | | DESCRIPTION | AMOUNT | YTD Total |
|---|---|---|---|---:|---|
| 03/10/11 | JA | 00012146 | LEXIS-NEXIS SEARCH 2/1-2/28 | 75.27 | |
| 03/23/11 | VC | 00012185 | JONATHAN JAFFE-LA COURT FILING | 40.02 | |
| 03/24/11 | JA | 00012195 | US LEGAL INV 1215937-STA CLARA SUP COURT FILING 3/11 | 1,217.58 | |
| 03/24/11 | JA | 00012195 | US LEGAL INV 1215937-SERVE CORP SERVICE CO 3/11 | 213.86 | |
| 03/24/11 | VC | 00012186 | JONATHAN JAFFE-REIMB SOFTWARE | 99.99 | |
| 04/18/11 | JA | 00012280 | LEXISNEXIS-SEARCHES 1/1-1/31 | 268.00 | |
| 04/18/11 | JA | 00012280 | LEXIS-NEXIS SEARCH 3/1-3/31 | 90.60 | |
| 04/20/11 | JA | 00012294 | US LEGAL INV 1216216-SCSC FILING 3/18 | 31.00 | |
| 04/20/11 | JA | 00012294 | US LEGAL INV 1216216-DELIVERY 3/18 TO FACEBOOK | 220.91 | |
| 04/20/11 | JA | 00012294 | US LEGAL INV 126216-SCSC FILING 3/24 | 108.75 | |
| 04/25/11 | VC | 00012301 | VICTORIA BELLOTTI-CONSULTING | 2,000.00 | |
| 05/03/11 | JA | 00012327 | US LEGAL INV 1216489-USDC SANJOSE FILING 4/14 | 25.00 | |
| 05/13/11 | JA | 00012380 | REED ELSEVIER-MAR-APR COURTLINKS | 410.56 | |
| 05/13/11 | JA | 00012371 | LEXIS-NEXIS-ONLINE SEARCHES 4/1-4/30 | 665.84 | |
| 05/17/11 | JA | 00012397 | TEL CONFERENCE CALLS 4/19 | 10.61 | |
| 05/25/11 | JA | 00012416 | US LEGAL INV 1216969-SAN JOSE SUP COURT DELIVERY 5/11 | 25.00 | |
| 06/13/11 | JA | 00012477 | LEXIS-NEXIS-MAY RESEARCH | 3.81 | |
| 06/13/11 | JA | 00012478 | US LEGAL INV 1217291-DELIVERY TO COOLEY 5/18 | 20.25 | |
| 06/13/11 | VC | 00012467 | REED ELSEVIER/COURTLINK-SUBSCR | 300.00 | |
| 06/13/11 | JA | 00012478 | US LEGAL INV 1217291-DELIVERY TO USDC SAN JOSE 5/16 | 37.50 | |
| 06/13/11 | JA | 00012478 | US LEGAL INV 1217291-USDC SAN JOSE DELIVERY 5/24 | 25.00 | |
| 06/13/11 | JA | 00012478 | US LEGAL INV 1217291-USDC SAN JOSE DELIVERY 5/25 | 25.00 | |
| 06/15/11 | JA | 00012486 | AT&T TEL CONFERENCE THRU 5/31 | 20.05 | |
| 06/28/11 | JA | 00012529 | US LEGAL INV 1217588-USDC SAN JOSE FILING 6/7 | 61.25 | |
| 07/15/11 | JA | 00012602 | LEXIS-NEXIS USAGE 6/1-6/30 | 437.80 | |
| 07/29/11 | JA | 00012665 | US LEGAL INV 1218210-USDC SAN NOSE 7/6 | 216.25 | |
| 08/10/11 | JA | 00012694 | LEXIS NEXIS-JULY RESEARCH | 213.11 | |
| 08/15/11 | VC | 00012721 | LEEANNE SHORTRIDGE-COURT REP. | 118.50 | |
| 08/18/11 | JA | 00012749 | US LEGAL INV 1218471-USDC-SAN JOSE DELIVERY 7/19 | 37.50 | |
| 08/18/11 | JA | 00012749 | US LEGAL INV 1218471-USDC SAN JOSE DELIVERY 7/21 | 40.00 | |
| 08/28/11 | JA | 00012786 | US LEGAL INV 1218666-USDC SAN JOSE FILING 8/2 | 65.00 | |
| 08/28/11 | JA | 00012786 | US LEGAL INV 1218666-DELIVERY TO COOLEY LLP 8/12 | 13.25 | |
| 09/13/12 | JA | 00014090 | LEXISNEXIS-AUG DATA SEARCHES | 3.78 | |
| 09/16/11 | JA | 00012852 | US LEGAL INV 1218863-WA USDC FILING 8/16 | 220.00 | |
| 09/16/11 | JA | 00012852 | US LEGAL INV 1218863-SF SUP COURT DELIVERY 8/22 | 28.00 | |
| 09/16/11 | JA | 00012852 | US LEGAL INV 1218863-SAN JOSE SUP COURT DELIVERY 8/23 | 37.50 | |
| 09/16/11 | JA | 00012852 | US LEGAL INV 1218863-WA SUP COURT FILING 8/24 | 225.00 | |
| 09/20/11 | VC | 00012861 | ROBERT FOSS-REIMB SUPPLIES | 21.97 | |
| 09/26/11 | JA | 00012882 | LEXIS NEXIS-AUGUST SEARCHES | 212.92 | |
| 09/26/11 | VC | 00012877 | ROBERT FOSS-REIMB MEALS | 27.26 | |
| 09/26/11 | VC | 00012880 | DEBRA PASS-TRANSCRIPTS | 108.75 | |
| 10/03/11 | VI | 00040656 | TOOKER-J. SQUIRES DEPO | 1,246.85 | |
| 10/03/11 | VI | 00040666 | TOOKER-C. PLAMBECK DEPO | 870.20 | |
| 10/12/11 | JA | 00012943 | AMEX CARD-ATTY TRAVEL EXP (PHILADELPHIA 9/24) | 919.08 | |
| 10/12/11 | JA | 00012943 | AMEX CARD-MEALS FOR DEPOS 9/20-9/28 | 732.27 | |
| 10/13/11 | JA | 00012951 | LEXIS-NEXIS SEP SEARCHES | 164.06 | |
| 10/13/11 | JA | 00012952 | US LEGAL INV 1219196-DELIVERY TO COOLEY 9/26 | 23.44 | |
| 10/13/11 | VC | 00012949 | AUTONOMY-WEB HOSTING | 84.86 | |
| 10/14/11 | VI | 00040872 | TOOKER-J. SQUIRES DEPO | 1,032.95 | |
| 10/17/11 | JA | 00012955 | STEVE WEINMANN-ATTY EXP REIMB THRU 10/11 | 97.99 | |
| 10/17/11 | VI | 00040807 | TOOKER-ANA YANG DEPO | 1,098.05 | |
| 10/18/11 | JA | 00012957 | STEVE WEINMANN-ATTY TRAVEL EXP 9/27 | 121.93 | |
| 11/01/11 | VI | 00416336 | BARKLEY REP-JIM SQUIES DEPO | 834.00 | |
| 11/10/11 | VC | 00013049 | AUTONOMY-OCT WEB HOSTING | 152.79 | |
| 11/14/11 | JA | 00013055 | LEXIS-NEXIS-OCT SEARCHES | 144.07 | |
| 11/18/11 | JA | 00013081 | FIRST LEGAL INV 255766-DELIVERY TO COOLEY 10/19 | 23.44 | |
| 12/05/11 | VC | 00013143 | AUTONOMY-NOV HOSTING SER | 113.72 | |
| 12/12/11 | VI | 19383739 | COMPEX-RECORDS FROM CAFEPRESS | 127.37 | |
| 12/15/11 | JA | 00013204 | LEXIS-NEXI-NOV SEARCHES | 75.28 | |
| 12/17/11 | JA | 12/17/11 | AMEX CHARGES-SUSAN MAINSER TRAVEL FARE | 217.40 | |
| 12/30/11 | JA | 00013253 | FIRST LEGAL INV 257312-DELIVERY TO COOLEY 12/2 | 20.25 | |
| 12/30/11 | JA | 00013253 | FIRST LEGAL INV 257312-DELIVERY TO COOLEY 12/12 | 16.25 | |
| 12/30/11 | JA | 00013253 | FIRST LEGAL INV 257312-DELIVERY TO COOLEY 12/14 | 23.44 | |
| 12/30/11 | VC | 00013240 | SUSAN MAINZER-CAB EXP REIMB | 50.00 | |
| 12/30/11 | VC | 00013243 | JONATHAN JAFFE-REIMB EXPENSE | 218.65 | |
| 01/01/12 | VI | 19419243 | COMPEX-LEVIS STRAUSS REC | 120.00 | |
| 01/09/12 | VC | 00013292 | SUSAN MANZIER-EXPENSE REIMB | 187.78 | |
| 01/10/12 | VC | 00013294 | SUSAN MANZIER-TRAVEL EXP REIMB | 62.21 | |
| 01/12/12 | VC | 00013305 | VERITEXT CORP-JAMES DUVAL DEPO | 1,926.50 | |
| 01/12/12 | VC | 00013311 | AUTONOMY-DEC HOSTING CHARGES | 129.00 | |

**THE ARNS LAW FIRM**
**JOB ACTIVITY REPORT**
By Job - Detail
INCEPTION TO 6/13/13

```
FACEBOOK-C - FACEBOOK-COSTS - OPEN
FACEBOOK                DESCRIPTION                                                          AMOUNT      YTD Total
01/16/12  JA   00013322 AMEX CARD-MARRIOTTS HOTEL                                              327.28
01/20/12  VC   00013332 VERITEXT CORP-WILLIAM TAIT DEP                                         838.25
01/30/12  VC   00013354 RUSSELL TAIT-REIMB MILEAGE                                             437.34
02/01/12  VI   SF108725 VERITEXT-SUSAN MAINZER DEPO                                          1,120.95
02/01/12  VI   19450163 COMPEX-LEVIS STRAUSS REC                                               270.97
02/01/12  VI   19420373 COMPEX-RAZORFISH INC REC                                               429.40
02/01/12  VI   19413618 COMPEX-SHOEDAZZLE RECORDS                                              131.18
02/06/12  VI   00042219 TOOKER-RAJAREM DEPO                                                  1,446.80
02/16/12  VC   00013395 AUTONOMY-JAN HOSTING                                                   221.19
02/17/12  JA   00013417 UPS DELIVERY 2/10-JEFF GUTKIN                                           16.46
02/17/12  JA   00013413 1ST LEGAL NETWORK INV 258749-DELIVERY TO COOLEY 1/13                    27.25
02/22/12  JA   00013418 1ST LEGAL NETWORK INV 259419-DELIVERY TO COOLEY 1/27                    44.06
02/23/12  VI   62950101 1ST RECORDS-KENT SCHOEN SF REC                                         108.77
02/24/12  VC   00013432 JAMS-MEDIATION                                                       6,275.00
02/27/12  VI   00042514 TOOKER-JOHN HEGEMAN DEPO                                             1,370.54
03/06/12  JA   00013467 1ST LEGAL INV 260258-SERVE COOLEY LLP 2/2                               20.71
03/06/12  JA   00013467 1ST LEGAL INV 260258-USDC SAN JOSE DELIVERIES 2/13-2/15                111.25
03/06/12  VC   00013472 AUTONOMY-FEB HOSTING SER                                               401.22
03/09/12  JA   00013490 AMEX CHARGES-RUSSELL TAIT TRAVEL EXP                                   606.42
03/09/12  JA   00013490 AMEX CHARGES-ATTY MEALS                                                327.15
03/09/12  VC   00013483 VERITEXT CORP-RUSS TAIT DEPO                                           807.30
03/09/12  VC   00013486 COURTLINK SEARCH 1/1-1/31                                              682.00
03/12/12  VI   65410101 1ST RECORDS-THE NIELSEN CO REC                                          83.00
03/20/12  VC   00013508 VERIEXT-DUVAL/COLUSE DEPOS                                           1,143.20
03/21/12  VC   00013528 LEXISNEXIS-COURTLINK FEB USAGE                                         533.50
03/27/12  VC   00013536 REIMB-FEDEX EXPERTS DELIVERY                                            94.30
03/31/12  JA   00013544 1ST LEGAL INV 261721-USDC PDF FILING 3/6                                25.00
03/31/12  JA   00013553 UPS DELIVERIES 3/22                                                     88.90
03/31/12  VC   00013562 J. JAFFE-REIMB CLIENT DEPO EXP                                         537.50
04/04/12  VI   SF122623 VERITEXT-FRALEY DEPO                                                 1,618.90
04/05/12  VI   00042634 TOOKER-SCHOEN DEPO                                                     902.75
04/05/12  VI   19532626 COMPEX-RAZORFISH REC                                                   408.07
04/10/12  JA   00013588 UPS DELIVERIES 3/21-3/31                                                78.48
04/10/12  VC   00002056 SALESLOGISTIC-EXPERT RESEARCH                                        8,000.00
04/13/12  JA   00013598 1ST LEGAL NETWORK INV 262453-ST CLARA COUNTY 3/21                       25.00
04/13/12  JA   00013598 1ST LEGAL NETWORK INV 262453-DELIVERY TO COLLEY 3/21                    23.44
04/13/12  JA   00013598 1ST LEGAL NETWORK INV 262453-DELIVERY TO COOLEY 3/27                    23.44
04/13/12  JA   00013598 1ST LEGAL NETWORK INV 262453-USDC FILING 3/29                          261.33
04/13/12  JA   00013598 1ST LEGAL NETWORK INV 262453-DELIVERIES TO COOLEY AND GIBSON 3/29       61.58
04/13/12  JA   00013599 AMEX-FRALEY TRAVEL EXPENSE                                             840.64
04/13/12  VC   00013590 DROGIN, KAKIGI-CONSULTING FEE                                        6,150.00
04/13/12  VC   00013592 AUTONOMY-MARCH HOSTING                                                 288.46
04/13/12  VI   SF123817 VERITEXT CORP-ALBERICO DEPO                                            908.10
04/16/12  VI   SF124261 VERITEXT-R. DROGIN DEPO                                                649.40
04/16/12  VI   SF124321 VERITEXT-F. TORRES DEPO                                              1,236.40
04/16/12  VI   02012017 IPMETRICS-2/16-3/31 CONSULTING                                       9,668.75
04/16/12  VI   R2012002 IPMETRICS 4/10-4/11 CONSULTING                                         578.20
04/19/12  JA   00013606 LEXISNEXIS SEARCHES 2/1-2/29                                           176.32
04/21/12  VI   SF125269 VERITEXT-DROGIN'S DEPO                                                 253.00
04/25/12  JA   00013619 FEDEX DELIVERIES 3/26-3/29                                             113.68
04/25/12  JA   00013622 AT&T TEL CONFERENCE 3/19-3/28                                           20.05
04/25/12  JA   00013628 1ST LEGAL INV 263357-DELIVERIES TO USDC AND COOLEY 4/10                 80.31
04/25/12  JA   00013628 1ST LEGAL INV 263357-SERVE GIBSON DUNN 4/12                             39.06
04/25/12  JA   00013637 LEXIS-NEXIS USAGE 3/1-3/31                                             141.53
04/25/12  VC   00013626 COURTLINK-MARCH CASE TRACKING                                          102.00
04/25/12  VI   02012018 IPMETRICS-CONSUTLING 4/1-4/15                                        1,753.75
04/26/12  VC   00013641 SALESLOGISTIX INV 1564-EXPERT                                        1,000.00
04/30/12  VC   00013643 VERDICT SEARCH-EXPERT SEARCH                                           170.00
05/01/12  VC   00013648 PERICLES-EXPERT DEPO 4/6-4/11                                        2,483.22
05/01/12  VI   00043607 TOOKER-TUCKER DEPO                                                   2,146.07
05/01/12  VI   00043609 TOOKER-R. BUCKLIN DEPO                                               1,977.37
05/02/12  VI   INV 1    CATHERINE TUCKER-DEPO FEE                                            7,350.00
05/04/12  VC   00013667 TSG REP-TABER DEPO                                                   1,093.30
05/04/12  VC   00013668 AUTONOMY-APR HOSTING SER                                               288.46
05/04/12  VI   02012025 IPETRICS 4/16-5/2 CONSULTING                                         4,712.50
05/04/12  VI   R2012002 IPEMETRICS-FEDEX CHARGES                                                58.87
05/09/12  VI   00043730 TOOKER-RANDY BUCKLIN DEPO                                            1,300.00
05/11/12  JA   00013688 LEXISNEXIS-APRIL CHARGES                                               526.65
05/14/12  VI   FACEBOOK GARY FRAZIER 3/1-4/12 SERVICES                                      37,375.00
05/15/12  JA   00013701 1ST ELGAL INV 264163-USDC FILINGS 4/18-4/24                            206.25
```

**THE ARNS LAW FIRM**
**JOB ACTIVITY REPORT**
By Job - Detail
INCEPTION TO 6/13/13

FACEBOOK-C - FACEBOOK-COSTS - OPEN

| FACEBOOK | | | DESCRIPTION | AMOUNT | YTD Total |
|---|---|---|---|---:|---:|
| 05/15/12 | VC | 00013696 | DROGIN KAKIGI-APRIL CONSULTING | 3,900.00 | |
| 05/16/12 | JA | 00013709 | ATT TEL CONFER THRU 4/30 | 18.49 | |
| 05/16/12 | VC | 00013705 | TSG REPORTING-G. FRAZER DEPO | 645.45 | |
| 05/17/12 | JA | 00013714 | AMEX CHARGES THRU 5/2-COURTYARD MARRIOTTS (FRAZIER/TORRES) | 491.86 | |
| 05/17/12 | JA | 00013714 | AMEX CARD-MEAL CHARGES 4/24 | 227.20 | |
| 05/24/12 | JA | 00013725 | 1ST LEGAL INV 264939-USDC FILING 5/4 | 299.75 | |
| 05/24/12 | JA | 00013725 | 1ST LEGAL INV 264939-DELIVERIES 5/4 | 26.50 | |
| 05/24/12 | JA | 00013725 | 1ST LEGAL INV 264939-USDC FILING 5/4 | 37.50 | |
| 05/24/12 | JA | 00013725 | 1ST LEGAL INV 264939-SERVE COOLEY AND GIBSON 5/8 | 199.50 | |
| 05/24/12 | JA | 00013725 | 1ST LEGAL INV 264939-USDC SAN JOSE FILING 5/14 | 37.50 | |
| 05/31/12 | VC | 00013740 | J. JAFFEE-REIMB EXP 5/9-5/30 | 337.00 | |
| 06/01/12 | VI | OS600491 | 1ST RECORDS-SERVE THE NIELSEN | 575.00 | |
| 06/14/12 | JA | 00013797 | LEXISNEXIS-5/1-5/31 LEGAL SEARCHES | 426.19 | |
| 06/14/12 | JA | 00013798 | 1ST LEGAL INV 265645-SAN JOSE COURT FILING 5/22 | 37.50 | |
| 06/25/12 | JA | 00013809 | 1ST LEGAL INV 266307-USDC SAN JOSE DELIVERY 6/11 | 25.00 | |
| 06/25/12 | JA | 00013809 | 1ST LEGAL INV 266307-NORTHERN DISTRICT FILING 6/15 | 260.33 | |
| 06/25/12 | JA | 00013809 | 1ST LEGAL INV 266307-DELIVERY TO COOLEY 6/15 | 13.25 | |
| 07/05/12 | VC | 00013847 | JAMS-MEDIATION 5/31-6/29 | 2,506.25 | |
| 07/06/12 | VC | 00013852 | AUTONOMY-JUNE HOSTING SER | 288.46 | |
| 07/10/12 | JA | 00013867 | LEXISNEXIS-6/1-6/30 SEARCHES | 125.40 | |
| 07/12/12 | VC | 00013880 | AUTONOMY-MAY WEB HOSTING | 288.46 | |
| 07/12/12 | VC | 00013881 | IPMETRICS-5/3-6/30 CONSULTING | 1,543.75 | |
| 07/17/12 | JA | 00013882 | 1ST LEGAL INV 266988-USDC NORTHERN FILING 6/21 | 299.75 | |
| 07/17/12 | JA | 00013882 | 1ST LEGAL INV 266988-DELIVERY TO COOLEY 6/21 | 23.44 | |
| 07/17/12 | JA | 00013885 | AMEX CARD-BUCA DI PEPPO (STAFF FILING DINNER) | 271.79 | |
| 07/20/12 | JA | 00013913 | ATT CONFERENCE CALLS THRU 6/30 | 101.87 | |
| 07/20/12 | JA | 00013914 | UPS DELIVERY TO M. BROWN 7/9 | 20.16 | |
| 07/25/12 | JA | 00013915 | DANA LANGLEY-REIMB FOR OFC MEALS 7/2 | 95.00 | |
| 07/25/12 | JA | 00013922 | 1ST LEGAL INV 267628-USDC FILING 7/9 | 258.33 | |
| 07/25/12 | JA | 00013922 | 1ST LEGAL INV 267628-USDC SAN JOSE FILING 7/9 | 25.00 | |
| 08/08/12 | VC | 00013961 | SAHARA BARTLETT-DEPO FEE | 469.86 | |
| 08/15/12 | JA | 00013978 | LEXISNEXIS-JULY SEARCHES | 118.45 | |
| 08/21/12 | VC | 00013999 | RANDOLPH BUCKLIN-DEPO FEE | 4,305.50 | |
| 08/28/12 | JA | 00014032 | 1ST LEGAL INV 269067-SF FDERAL DELIVERY 8/8 | 26.50 | |
| 09/13/12 | JA | 00014090 | LEXISNEXIS-AUG SEARCHES | 51.79 | |
| 09/17/12 | JA | 9/17/12 | WIRE TRANSFER FEE-MARKET CONSULTANT | 45.00 | |
| 09/17/12 | VC | WIRE917 | MARKET CONSULTING-RETAINER FEE | 3,850.00 | |
| 09/30/12 | JA | 00014172 | 1ST LEGAL INV 270497-USDC DELIVERY 9/4 | 23.44 | |
| 10/11/12 | VC | 00014210 | SUSAN MILLER-RESEARCH SERVICES | 3,600.00 | |
| 10/16/12 | JA | 00014230 | LEXIS-NEXIS SEP SEARCHES | 150.93 | |
| 10/22/12 | JA | 00014235 | ATT TEL-CONFERENCE CALL 9/26-9/30 | 18.48 | |
| 10/22/12 | VC | 00014235 | ALLMAN & PETERSEN-ECON ANALYSI | 4,400.00 | |
| 10/24/12 | JA | 00014273 | 1ST LEGAL INV 271929-USDC FILING 10/9 | 35.00 | |
| 10/24/12 | JA | 00014273 | 1ST LEGAL INV 271929-DELIVERY TO COOLEY 10/9 | 13.25 | |
| 10/24/12 | JA | 00014273 | 1ST LEGAL INV 271929-USDC FILING 10/15 | 27.25 | |
| 10/25/12 | JA | 10/25/12 | JUN-SEP COPYING COSTS | 1,202.15 | |
| 10/31/12 | JA | 00014290 | ROBERT FOSS-REIMB DINNER FOR FILING 10/4 | 22.05 | |
| 10/31/12 | JA | 00013714 | AMEX CARD-ATTY MEAL EXP 4/24-FUKI SUSHI | 227.20 | |
| 10/31/12 | JA | 10/31/12 | PACER USAGE 7/1-9/30/12 | 26.80 | |
| 11/09/12 | JA | 00014326 | LEXISNEXIS-OCT ONLINE SEARCHES | 227.94 | |
| 11/09/12 | JA | 00012721 | VOID CHECK-LEE-ANNE SHORTRIDGE (STALE DATED) | (118.50) | |
| 11/21/12 | VC | 00014372 | ATT TEL CONFER THRU 10/30 | 27.58 | |
| 11/27/12 | VC | 00014381 | IPMETRICS-CONSULTING JUL-OCT | 2,925.00 | |
| 12/06/12 | JA | 00014422 | STEVE WEINMANN-ATTY PARKING REIMB 1/13/12 | 15.00 | |
| 12/07/12 | JA | 00014433 | LEXISNEXIS INV 1211437725-NOV SEARCHES | 4.15 | |
| 12/7/12 | VC | 00014935 | RICHARD PEARL-PREP DECLARATION | 700.00 | |
| 12/7/12 | JA | | MORGAN SMITH-COGENT LEGAL | 49,292.50 | |
| | | | Subtotal | 217,566.49 | 217,566.49 |
| | | | | | |
| 01/17/13 | JA | 00014582 | LEXIS-NEXIS NOV SEARCHES | 22.23 | |
| 01/17/13 | JA | 00014583 | 1ST LEGAL INV 275387-DELIVERIES TO USDC, COOLEY 12/3 | 26.50 | |
| 01/17/13 | JA | 00014584 | 1ST LEGAL INV 276155-DELIVERIES USDC 12/21 | 13.25 | |
| 01/17/13 | JA | 00014584 | 1ST LEGAL INV 276155-DELIVERY TO USDC 12/28 | 35.13 | |
| 02/05/13 | JA | 00014662 | 1ST LEGAL INV 277036-USDC DELIVERY 1/3 | 29.70 | |
| 02/21/13 | JA | 2/21/13 | AT&T-OFFICE HAND USAGE 12/11-2/10/13 | 405.86 | |
| 03/13/13 | JA | 00014803 | AMEX-AT&T TEL SER | 144.34 | |
| 04/18/13 | JA | 00014924 | AMEX CARD-AT&T CHARGES | 261.52 | |
| 05/09/13 | JA | 5/9/13 | COPYING COSTS-35 BOXES = 3,000 PAGES/BOX @.15 PER PAGE | 15,750.00 | |
| 05/16/13 | JA | 00015024 | AMEX CARD-AT&T CELL CHARGES | 264.50 | |
| 05/16/13 | JA | 00015023 | LEXIS-NEXIS-APR SEARCHES | 325.90 | |

THE ARNS LAW FIRM
JOB ACTIVITY REPORT
By Job - Detail
INCEPTION TO 6/13/13

FACEBOOK-C - FACEBOOK-COSTS - OPEN

| FACEBOOK | | | DESCRIPTION | AMOUNT | YTD Total |
|---|---|---|---|---|---|
| 06/06/13 | JA | 15101 | DATABASE SYSTEMS-APR-MA HOSTING | 1,402.23 | |
| 06/13/13 | JA | | CAP ONE-DATABASE SYSTEMS SET UP | 343.43 | |
| 06/13/13 | JA | | ANTICIPATED FEES TO RAZORFISH | 45,000.00 | |
| | | | Subtotal | 64,024.59 | 64,024.59 |
| | | | Total | 281,591.08 | 281,591.08 |
| | | | LESS RAZORFISH | (45,000.00) | (45,000.00) |
| | | | NET TOTAL COST TO DATE | 236,591.08 | 236,591.08 |
| | | | Less Total Reimbursable Cost | (282,566.49) | (282,566.49) |
| | | | Overrage Reimbursable Costs | (45,975.41) | (45,975.41) |