**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>　　　　Defendants. | Case No. CV 11-01726 RS<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING EXCLUSIONS** |

JENNIFER M. KEOUGH declares and states as follows:

1. I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. This declaration supplements my declaration dated June 7, 2013.

3. Pursuant to Paragraph 3.8(b) of the Amended Settlement Agreement and Release, GCG provided Facebook's Counsel and Class Counsel with a list of timely and validly exclusion requests. GCG received a total of 6,946 timely exclusion requests from Class Members. In GCG's determination, 6,825 of those timely exclusion requests met the requirements set forth in the Opt-Out Form, as approved by the Court in the Preliminary Approval of Class Settlement and

Provisional Class Certification Order. A true and correct copy of the list of 6,825 timely and valid exclusion requests from Class Members is attached as Exhibit A.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2013, at Seattle, Washington.

_____
Jennifer M. Keough

DECLARATION OF JENNIFER M. KEOUGH – Page 2