COOLEY LLP
MICHAEL G. RHODES (116127)
(mrhodes@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>                    Defendants. | Case No. CV 11-01726 RS<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:**  June 28, 2013<br>**TIME:**  10:00 a.m.<br>**DEPT.:** 3<br>**JUDGE:** Hon. Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GUTKIN DECL. ISO PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT
NO. CV 11-01726 RS

I, Jeffrey M. Gutkin, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP ("Cooley"), attorneys for Defendant Facebook, Inc. ("Facebook"). I make this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement in this action. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto.

2.  Since preliminary approval was granted in this matter on December 3, 2012, there has been widespread media coverage of the settlement of the above-captioned dispute. A small selection of news articles related to the settlement is attached hereto as Exhibits A-K.

3.  Attached hereto as Exhibit A is a true and correct copy of an article from the Chicago Tribune as accessible at http://articles.chicagotribune.com/2012-12-04/business/chi-judge-oks-facebook-sponsored-stories-settlement-20121204_1_seeborg-angel-fraley-facebook-members (last accessed on June 12, 2013).

4.  Attached hereto as Exhibit B is a true and correct copy of an article from the Los Angeles Times as accessible at http://www.latimes.com/business/technology/la-fi-tn-facebook-sponsored-stories-settlement-gets-judges-tentative-ok-20121204,0,4550961.story (last accessed on June 12, 2013).

5.  Attached hereto as Exhibit C is a true and correct copy of an article from Reuters.com as accessible at http://www.reuters.com/article/2012/12/04/facebook-privacy-settlement-idUSL1E8N408420121204 (last accessed on June 12, 2013).

6.  Attached hereto as Exhibit D is a true and correct copy of an article from the San Jose Mercury News as accessible at http://www.mercurynews.com/business/ci_22117796 (last accessed on June 12, 2013).

7.  Attached hereto as Exhibit E is a true and correct copy of an article from CNET News as accessible at http://news.cnet.com/8301-1023_3-57556937-93/facebook-wins-preliminary-ok-of-sponsored-stories-settlement/ (last accessed on June 12, 2013).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

GUTKIN DECL. ISO PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT
NO. CV 11-01726 RS

8. Attached hereto as Exhibit F is a true and correct copy of an article from CNN.com as accessible at http://money.cnn.com/2013/01/28/technology/social/facebook-class-action/index.html (last accessed on June 12, 2013).

9. Attached hereto as Exhibit G is a true and correct copy of an article from Business Journal as accessible at http://www.bizjournals.com/sanjose/news/2012/12/04/facebooks-10-payments-to-settle.html (last accessed on June 12, 2013).

10. Attached hereto as Exhibit H is a true and correct copy of an article from PCMAG.com as accessible at http://www.pcmag.com/article2/0,2817,2412864,00.asp (last accessed on June 12, 2013).

11. Attached hereto as Exhibit I is a true and correct copy of an article from IT World as accessible at http://www.itworld.com/print/324941 (last accessed on June 12, 2013).

12. Attached hereto as Exhibit J is a true and correct copy of an article from Bloomberg as accessible at http://www.bloomberg.com/news/2012-12-04/facebook-sponsored-stories-accord-wins-tentative-ok.html (last accessed on June 12, 2013).

13. Attached hereto as Exhibit K is a true and correct copy of an article from arstechnica.com as accessible at http://arstechnica.com/tech-policy/2012/12/judge-oks-20-million-privacy-deal-for-facebooks-sponsored-stories/ (last accessed on June 12, 2013).

14. Attached hereto as Exhibit L is a true and correct copy of a letter Cooley received from Robert L. Bowman, dated June 7, 2013.

15. Attached hereto as Exhibit M are true and correct copies of the screenshots Facebook included in its Memorandum of Points & Authorities in Support of Joint Motion for Preliminary Approval of Revised Settlement (Dkt. No. 240 at 5).

16. As stated in the concurrently-filed Declaration of Peter Vulgaris in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Vulgaris Decl."), Facebook itself transmitted Email Notice to the Class Members, and the estimated size of the Class is 150,908,256 Facebook users. (Vulgaris Decl. ¶¶ 3, 5.) Given the size of the Class, pursuant to the price quoted to Cooley by the Settlement Administrator, Garden City Group, Inc. ("GCG"), the estimated cost for GCG to handle transmitting the Email Notice was $240,909. Thus, by

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

GUTKIN DECL. ISO PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT
NO. CV 11-01726 RS

handling the Email Notice to Class Members, Facebook prevented approximately $240,000 of GCG charges from being deducted from the Net Settlement Fund.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2013 at Oakland, California.

/s/ Jeffrey M. Gutkin
Jeffrey M. Gutkin

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

GUTKIN DECL. ISO PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT
NO. CV 11-01726 RS

# ATTESTATION

## (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: June 14, 2013

/s/ Michael G. Rhodes
Michael G. Rhodes
Attorney for Defendant Facebook, Inc.

1320894/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

GUTKIN DECL. ISO PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT
NO. CV 11-01726 RS