# EXHIBIT E



CNET > News > Internet & Media > Facebook wins preliminary OK of 'Sponsored Stories' settlement

# Facebook wins preliminary OK of 'Sponsored Stories' settlement

Social network agrees to pay $10 to each user who objected to having his or her name and image associated with ads.

 by Steven Musil | December 3, 2012 6:45 PM PST

Follow

Facebook has won preliminary approval of a proposed settlement of a class-action lawsuit filed over the social network's use of members' names and images in advertising.

Under the settlement's terms, Facebook agreed to pay $10 to each user who objected to being included in the social network's "Sponsored Stories" advertisements, as well to initiate user controls that allow people to be excluded from the program.

U.S. District Judge Richard Seeborg said today that the settlement "has no obvious deficiencies" and "appears to be the product of serious" negotiations between lawyers for Facebook and the group of Facebook users who brought the lawsuit last year, according to a report in the San Jose Mercury News.



### Related stories

- Judge mulls over Facebook's offer in 'sponsored stories' suit
- Facebook redoes privacy settlement, offers cash to users
- Judge rejects Facebook's 'Sponsored Stories' settlement

In a brief statement, Facebook said it was pleased with the preliminary approval of the settlement.

Facebook's Sponsored Stories ads essentially displayed a user's name, picture, and a tagline asserting that the person "likes" a particular advertiser. These ads initially appeared only in Facebook's right column, but the social network soon moved them directly into users' news feeds, identifying them as "sponsored" stories.

The original five plaintiffs claimed that the social network violated users' right to privacy by publicizing their "likes" in advertisements without asking for permission or offering compensation.

This is the second settlement proposed in the lawsuit. The first, reached in May, was

### FEATURED POSTS

 **iPhone 5S already? Possible pics leak**
Apple

 **Tablet sales to stay sizzling, IDC says**
Mobile

 **Gingerbread Millennium Falcon looks pretty Chewie**
Crave

 **Facebook's new Messenger app: Path to the next billion users?**
Internet & Media

 **Nokia puts color first with new Lumia 620 Windows phone**
Cutting Edge

### MOST POPULAR

 **11 billion miles out, Voyager 1 nears interstellar space**
2k Facebook Likes

 **Twitter SMS bug lets hackers tweet via other users' accounts**
479 Tweets

 **Cops to Congress: We need logs of Americans' text messages**
252 Google Plus Shares

**180 comments** **8 things Microsoft is doing wrong**
180 Comments

rejected by Seeborg after U.S. District Court Judge Lucy Koh backed out of the case.

Topics: Facebook, Corporate and legal  Tags: settlement, ads, Facebook, Sponsored Stories



### About Steven Musil

Steven Musil is the night news editor at CNET News. Before joining CNET News in 2000, Steven spent 10 years at various Bay Area newspapers. E-mail Steven.

 Follow  2.2k

**CONNECT WITH CNET**

- Facebook
- Twitter
- Google +
- RSS
- Mobile
- Newsletters

**HOLIDAY GIFT GUIDE**

## Modernize your setup

These add-ons and devices make a great computer even better.

See our picks

**DON'T MISS**


**Privacy watchdogs aren't happy about Facebook's site changes**
CNET


**Facebook opens vote on policy changes, addresses privacy concerns**
CNET


**Star Wars: 1313 may be LucasArts' last big Star Wars game as Disney turns brand to social and mob ...**
Digital Trends


**The Roundup: Detroit has good month, Facebook voting begins, Starbucks costs drop**
BizJournals.com


**8 things Microsoft is doing wrong**
Fully Equipped


**iPhone 5S already? Possible pics leak**
Apple


**YouTube comes back to the iPad (screenshots)**
Slideshow


**HTC One X+ gargantuan storage space is hard to beat**
Review


ALWAYS ON
### Unboxing Nintendo's Wii U
The Wii U is sold out everywhere, but Molly Wood has the deluxe model to unbox. Check out the new game console and tablet controller and see if it should go on your holiday wish list.
Play Video »


**7 comments**    **Join the conversation!**    **Add your comment**

Man it seems like Facebook is out to sell your soul

Posted by tacosrcool1 (37 comments)
December 3, 2012 7:04 PM (PST)    Like   Reply   Link   Flag

You know, tacos are pretty neat. It's somewhat of an attempted sandwich.

It may be more of a feat of engineering, really. Think of the origins, fresh ingredients would not be overly abundant in those times. You must ration your flour, producing only thin slices of tortilla. The final product is a tasty little snack, that manages to last a little longer before becoming stale. Tacos are also inherently much more resistant to "smushery" than their layered counterparts.

Go tacos!

Posted by IgnorancePatrol (306 comments)
December 3, 2012 7:23 PM (PST)                    Like    Link    Flag

@IgnorancePatrol

Off Topic... :(

Posted by guamja301 (37 comments)
December 4, 2012 4:34 AM (PST)                    Like    Link    Flag

This is so messed up. Facebook gives my image and email info to some dating site and stirs up a hornet's nest of problems in my relationship....then throws me $10 for my problems. Must be nice to be in bed with the govt and get away with everything.

Posted by jbigness1970 (3 comments)
December 3, 2012 8:17 PM (PST)                    Like   Reply   Link   Flag

Care to clarify? Facebook has been getting companies to pay money to tout that people have liked their page. As far as I can remember Facebook has made that information available to other users that you were friends with so if you liked some dating site your friends could know about it. The only thing different is now they are giving the companies that you liked the option to advertise that you liked that page again as opposed to simply seeing that your friend liked this and 5 other things.

Posted by BigGuns149 (785 comments)
December 4, 2012 12:40 AM (PST)                   Like    Link    Flag

Wasn't there an article about the whole Facebook privacy issue just yesterday. How they said you can limit what is used and what not. But now they are all happy about winning this so they can sell anything you upload for a profit. I'm going to make a page on Facebook for the push back to myspace. Hopefully it gains ground and Facebook stock plumits from it all. I highly doubt it since most of the sheeple could care less about their privacy and only want to be as voyeuristic as possible.

Posted by SatanicJeebus (79 comments)
December 4, 2012 9:38 AM (PST)                    Like   Reply   Link   Flag

So they're going to keep doing it and pay $10 to whoever complains that it's happened to them? 2 days after my granddad died my top Facebook feed had been updated to say that he "liked" AT&T. It really threw me off and made me sad. They need to stop this practice immediately.

Posted by wh1036 (1 comment)
December 4, 2012 12:15 PM (PST)

Like    Reply    Link    Flag

## Join the conversation

Log in or create an account to post a comment, or quickly sign in with:

**Comment**

[ Add your comment ]

The posting of advertisements, profanity, or personal attacks is prohibited. Click here to review our Terms of Use.

Ads

### Birth Control Ring Lawyer
Lawsuits For Injuries From Birth Control Ring. Learn More Now
www.YouHaveALawyer.com/Nuvaring

### Skechers Injury Lawsuit?
Injuries due to Skechers? Get the legal help you deserve!
yourlegalhelp.com/skechers-lawsuit

### Yasmin Lawsuit
Suffered Side Effects From Yasmin? Call Us Now To Start A Lawsuit.
KansasCityLawOffice.com/Yasmin

© CBS Interactive Inc. All rights reserved.   Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |  Visit other CBS Interactive sites:  [Select Site]

Reviews          News          Downloads          CNET TV          More          Follow us via...

| All Reviews | All News | Add Your Software | All Videos | About CBS Interactive | Facebook |
| --- | --- | --- | --- | --- | --- |
| Camcorders | Business Tech | All Downloads | Always On | About CNET | Twitter |
| Car Tech | Crave | Mac | Apple Byte | CNET Deals | Google+ |
| Cell Phones | Cutting Edge | Mobile | Most Popular | CNET Forums | YouTube |
| Digital Cameras | Green Tech | Software Deals | CNET Top 5 | CNET Mobile | LinkedIn |
| GPS | Security | Webware | CNET Update | CNET Site Map | Tumblr |
| Laptops | Wireless | Windows | Prizefight | Corrections | Pinterest |
| TVs | | | | Help Center | Newsletters |
| | | | | Permissions | RSS |

cnet