# EXHIBIT G



From the Silicon Valley / San Jose Business Journal
:http://www.bizjournals.com/sanjose/news/2012/12/04/facebooks-10-payments-to-settle.html

# Judge gives Facebook preliminary approval of 'sponsored stories' settlement

Silicon Valley / San Jose Business Journal by Lisa Ward, Web contributor
Date: Tuesday, December 4, 2012, 4:07am PST

**Lisa Ward**
Web contributor- *Silicon Valley / San Jose Business Journal*

**Facebook Inc.** got preliminary approval Monday from U.S. District Judge Richard Seeborg to pay affected users $10 each to settle a privacy suit over "sponsored stories."

The judge said the settlement "falls within the range of possible approval as fair, reasonable and adequate," but "outside groups and class members" can comment on the settlement before a final approval is granted, according to Reuters.



Belfast is the world's top destination city for financial technology R&D investment.

Related:

Facebook offers $10 apology to users of "sponsored stories"

The payments would come from a $20 million settlement fund, and what was left in the fund after user claims would be donated to charity, according to the report.



Facebook got preliminary approval to pay affected users $10 each in its "sponsored stories" privacy case.

How lower costs and increased efficiency can come right out of thin air.
Earn up to $3,836 per HVAC unit.
Learn More >>