# EXHIBIT J

Bloomberg.com | Businessweek.com | Bloomberg TV | Premium

**MARKET SNAPSHOT**

| U.S. | EUROPE | ASIA |
|---|---|---|
| DJIA | 15,070.20 | -105.90 -0.70% |
| S&P 500 | 1,626.73 | -9.63 -0.59% |
| NASDAQ | 3,423.55 | -21.81 -0.63% |

Our Company   Professional   Anywhere

Search News, Quotes and Opinion

HOME   QUICK   NEWS   OPINION   MARKET DATA   PERSONAL FINANCE   TECH   POLITICS   SUSTAINABILITY   LUXURY   TV   VIDEO   RADIO

# Facebook 'Sponsored Stories' Accord Wins Tentative OK

By Karen Gullo - 2012-12-04T06:38:44Z

Facebook Inc. (FB) persuaded a judge to grant preliminary approval of a $20 million settlement of a lawsuit claiming it used subscribers' names without their permission to advertise products in its "Sponsored Stories."

Under the revised settlement, users can claim a $10 payment, and funds left over will go to advocacy groups. An earlier settlement proposed by the company would have given users no payment, while lawyers for plaintiffs would receive as much as $10 million, according to filings in federal court in San Francisco.

"The court is satisfied that the revisions to the terms of the settlement are sufficient to warrant preliminary approval under the applicable standards," U.S. District Judge Richard Seeborg, who rejected the arlier proposal, said in an order yesterday. He scheduled a June hearing to consider final approval of the agreement.

Facebook, the world's largest social-networking service, was accused in a 2011 lawsuit of appropriating the names, photographs and identities of users to advertise products without their consent. "Sponsored Stories" was a "misleading advertising scheme" using material posted by Facebook users on their profile pages, according to the complaint.

The company called the claims "meritless" in a court filing.

## Revised Accord

The $20 million fund in the revised accord is enough to pay $10 to 2 million users, of the more than 120 million who may be eligible to file a claim. If so many of the users affected by the practice seek the payment that dividing the $20 million among them would provide less than $5 per user, all the money could be donated to advocacy groups, according to court filings.

Facebook, based in Menlo Park, California, also agreed to revise its terms of usage so subscribers can more easily see when they're being shown as endorsers of products and games for which they clicked a "like" button.

The revised settlement doesn't spell out how much the users' lawyers will be paid; they must submit a fee request to Seeborg for approval. The fees will come out of the settlement fund,

**HEADLINES**   MOST POPULAR   RECOMMENDED

Facebook, Microsoft Received Thousands of Warrants for Data

Requiring Immigrants to Learn English Sought in Bill

U.S. Stocks Fall on IMF Outlook, Warning on Stimulus Exit

BofA Gave Bonuses to Foreclose on Clients, Lawsuit Claims

Detroit on Brink of Bankruptcy Suspends Some Debt Payments

Assad Prepares Offensive as Obama Vows to Arm Rebels

More News

Advertisement

Most Popular On

Ancient Roman Concrete Is About to Revolutionize Modern Architecture

Darrell Issa's IRS Investigation Is Falling Apart

Renaming the Redskins: Four New, Nonracist Names and Logos for D.C.'s NFL Team

States Move to Ban Credit Screening for Job Seekers

Darrell Issa Thinks He Can Fix the Post Office

Visit Businessweek.com

according to court filings.

The case is Fraley v. Facebook Inc., 11-cv-01726, U.S. District Court, Northern District of California (San Jose).

To contact the reporter on this story: Karen Gullo in San Francisco at kgullo@bloomberg.net

To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net

More News:  Law  ·  Consumer Technology

COMMENTS                                                   QUEUE

Bloomberg moderates all comments. Comments that are abusive or off-topic will not be posted to the site. Excessively long comments may be moderated as well. Bloomberg cannot facilitate requests to remove comments or explain individual moderation decisions.

Sponsored Links

**Internap Cloud Hosting**
www.Internap.com
Custom & Open Public Cloud Storage. Effective, Flexible, Scalable!

AdChoices

Advertisement



Advertisements

WSJ.com

Sponsored Link

BLOOMBERG.COM  News | Opinion | Markets | Personal Finance | Tech | Sustainability | Luxury | TV | Video | Radio | Archives
ABOUT  Our Company | Careers | Advertising | Licensing | Press Room | Trademarks | Terms of Service | Privacy Policy
SUPPORT AND CONTACT  Customer Support Contacts | Feedback | Help | Sitemap
STAY CONNECTED  Twitter    Facebook    Linked In    google+    StumbleUpon

BLOOMBERG TERMINAL
Professional
Subscriber Login
FAQ

RELATED BLOOMBERG SITES
Bloomberg Businessweek          Bloomberg Markets Magazine
Bloomberg Institute             Open Bloomberg
ブルームバーグ(日本語)          Bloomberg Link
会社概要(日本語)                Bloomberg Blog
关于彭博中国                    Bloomberg Books

BLOOMBERG PREMIUM SERVICES
Bloomberg Briefs         Bloomberg New Energy Finance
Bloomberg Government     Bloomberg Sports
Bloomberg Law            BloombergBlack
Bloomberg BNA

MOBILE APPS
Bloomberg
Bloomberg Radio+
Bloomberg TV+
Bloomberg Businessweek+
Bloomberg Markets+
Bloomberg Anywhere

©2013 BLOOMBERG L.P. ALL RIGHTS RESERVED.          Jobs by Indeed | Rate this Page | Made in NYC   Ad Choices