# EXHIBIT K

Case3:11-cv-01726-RS Document349-11 Filed06/14/13 Page1 of 4

Main Menu    My Stories:    Jobs    Forums    Log In

ars technica

Protect your midsize business from ever-evolving cyber threats.

# LAW & DISORDER / CIVILIZATION & DISCONTENTS

## Judge OKs $20 million privacy deal for Facebook's "sponsored stories"

Facebook will pay—at most—$10 to each affected user, but likely much less.

by Joe Mullin - Dec 4 2012, 4:00pm PST

LAWSUITS    WEB CULTURE    23

There's been a slew of litigation in the online privacy space in the past few years—despite the fact there aren't many online privacy laws to sue over. But the lawsuits have come nonetheless, tackling privacy issues ranging from data breaches to "supercookies."

One of the most prominent cases was the Facebook lawsuit over "Sponsored Stories," in which users' pictures were used to endorse products they had "liked" without their permission and often without their knowledge. There was no opt-out, to boot.

A lawsuit was filed in California claiming Facebook's action violated the state's right-of-publicity law as well as an unfair competition law (which kind of gets thrown into many privacy suits). Perhaps realizing they were going to be on the wrong side of public opinion the case resolved, Facebook settled the lawsuit relatively quickly for slightly more than $20 million. (Sure, that's not a lot for Facebook, but that's actually on the high side of privacy lawsuit payouts.)

The San Francisco federal judge overseeing the case threw out that first settlement, which would have paid $10 million to the attorneys on the case and $10 million to a so-called *cy pres* fund for privacy-oriented non-profits, as Kashmir Hill at Forbes noted. But a new deal [PDF] has now passed muster.

"The Settlement Agreement appears to be the product of serious, informed, non-collusive negotiations and falls within the range of possible approval as fair, reasonable, and adequate," wrote Judge Richard Seeborg in his order [PDF] yesterday. The new settlement includes a $20 million fund for paying off the giant class of plaintiffs, which represents more than 100 million users. However, an unspecified amount of that will go to attorneys' fees. The plaintiffs' lawyers have to make a motion for their fees. While they probably won't get the $10 million they were banking on earlier, you can bet it will be a big award.

Only Facebook users who actually appeared in a Sponsored Story will be able to submit claims for the fund. The max payout is $10 per user, but that's going to drop if more than 2 million people fill out a claim form (which is highly likely). In the end, Facebook users may end up getting even less than the tiny $3.93 settlements recently made to some users of Classmates.com.

The next step in the settlement will be a "fairness hearing," where objectors can complain about issues they have with the settlement. It is currently scheduled for June 2013.

READER COMMENTS    23

 

Joe Mullin / Joe Mullin has covered the intersection of law and technology — including the world's biggest copyright



PSST! HEY ARS READERS!
LOOKING FOR A TECH JOB?
SEARCH WIRED JOBS TODAY.
WIRED
SEARCH JOBS



TOP FEATURE STORY

FEATURE STORY (2 PAGES)

### iTunes 11 review: Simple is as simple does

"Dramatically simplified" UI has its perks, but lost features and bugs confound users.

STAY IN THE KNOW WITH

   

LATEST NEWS


**Sophisticated botnet steals more than $47M by infecting PCs and phones**


**How twin GRAILs use gravity to map the Moon's interior**


**Lunar orbiters reveal a world shaped by impacts**

 and patent battles — for a number of years, mostly at The American Lawyer.

Follow @joemullin

← OLDER STORY        NEWER STORY →

## YOU MAY ALSO LIKE





**New data on privacy policies shows 20 percent of sites may sell data**

**Mark Zuckerberg, the new dictator of Facebookistan**

**Battle of the b(r)ands: which music service earns your monthly allowance?**





**CA to app devs: get privacy policies or risk $2500-per-download fines**

**OnStar gives Volt owners what they want: their data, in the cloud**

**In a blow to Android, judge says Moto patents can't get injunctions**




**Ars asks: Help us max out Google Fiber**

**666 chip? Why a Texas student thinks her school ID is the "Mark of the Beast"**


**Portal's physics engine rebuilt in 25KB—on a graphing calculator**

BIG BROTHER 2.0

**Online marketer tapped browser flaw to see if visitors were pregnant**

**Astronomers discover youngest protostar yet observed**

### ARS JOBS 

**Mid Level .NET Developer - C#, ASP.NET, WCF**
CA-Costa Mesa, CyberCoders – Be Selective Location Costa Mesa, CA; Irvine, CA Salary $65,000 - $85,0...

**Sr .Net Developer/Architect (Immediate Interviews)**
CA-Pleasanton, Latitude36 is a national, full-service staffing and professional services firm, speci...

**Network Engineer (4)**
TX-Allen, Growing company is seeking several Network Engineers for a contract opportunity in Allen, ...

See more job listings

SITE LINKS
About Us
Advertise with us
Contact Us
Reprints

SUBSCRIPTIONS
Subscribe to Ars

MORE READING
RSS Feeds
Newsletters

CONDE NAST SITES
Reddit
Wired
Vanity Fair
Style
Details

Visit our sister sites
Subscribe to a magazine


VIEW MOBILE SITE

© 2012 Condé Nast. All rights reserved
Use of this Site constitutes acceptance of our User Agreement (effective 3/21/12) and Privacy Policy (effective 3/21/12), and Ars Technica Addendum (effective 5/17/2012).
Your California Privacy Rights

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices