# EXHIBIT L

# KRAMER RAYSON LLP
―――― ATTORNEYS AT LAW ――――

JOHN T. JOHNSON, JR.
WARREN L. GOOCH
WAYNE R. KRAMER
EDWARD G. PHILLIPS
THOMAS M. HALE
JACKSON G. KRAMER
BEECHER A. BARTLETT, JR.
ROBERT W. KNOLTON
JOHN C. BURGIN, JR.
CHARLES M. FINN
ROBERT A. CRAWFORD
JOHN E. WINTERS
ROBERT L. BOWMAN
STEVEN E. KRAMER
SHANNON COLEMAN EGLE
KATE E. TUCKER
BETSY J. BECK
WILLIAM J. CARVER
GEORGE R. ARRANTS, JR.
J. MATTHEW BROTHERTON
ADAM G. RUSSELL
BRANDON L. MORROW

POST OFFICE BOX 629
KNOXVILLE, TENNESSEE 37901-0629

FOUNDED 1948

June 7, 2013

rlbowman@kramer-rayson.com
Direct Dial (865) 342-0430

OF COUNSEL
E. H. RAYSON
DONELSON M. LEAKE
HUGH W. MORGAN
G. WILSON HORDE

OFFICES
FIRST TENNESSEE PLAZA, SUITE 2500
800 SOUTH GAY STREET
KNOXVILLE, TENNESSEE 37929
TELEPHONE 865 525-5134
TELECOPIER 865 522-5723

105 DONNER DRIVE, SUITE A
OAK RIDGE, TENNESSEE 37830
TELEPHONE 865 220-5134
TELECOPIER 865 220-5132

R.R. KRAMER (1888-1966)

Robert S. Arns, Esq.
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94104

Michael G. Rhodes, Esq.
Colley, LLP
101 California Street, 5th Floor
San Francisco, CA 94111

      Re:    Angel Fraley, et al. v. Facebook, Inc., a corporation; and DOES 1-100
             United States District Court, Northern District of California,
             San Francisco Division
             Case No. CV 11-01726 RS

Dear Mr. Arns and Mr. Rhodes:

      As you know, I filed an objection to the proposed settlement in the above captioned matter. My objection is based on manifold reasons, but I am primarily concerned about the scope of the release and its effect on statutory and common law claims possessed by citizens and residents of the State of Tennessee.

      I believe it is in everyone's best interests to have the settlement approved, but Tennesseans should receive more relief than is currently proposed due to the strong privacy rights afforded to us by the General Assembly and common law. Accordingly, I make the following settlement offer to resolve my objection:

Robert S. Arns, Esquire
Michael G. Rhodes, Esq.
June 7, 2013
Page 2

1. Common law and statutory claims currently possessed by citizens and residents of Tennessee are excluded from the release; or

2. A portion of the Net Settlement Fund is specifically allocated to public institutions in Tennessee to be used for promoting internet privacy and safety for children. I specifically request that Fifty Thousand Dollars ($50,000.00) of the Net Settlement Fund be designated to create an internet privacy and safety curriculum at Bearden Middle School ($25,000.00) and Bearden Elementary School ($25,000.00). Both of these schools are public institutions operated by the Knox County, Tennessee, Board of Education.

Please discuss the foregoing settlement offer with your clients or class representatives and respond to me no later than the close of business on June 14, 2013. Thank you.

Sincerely yours,

Robert L. Bowman

RLB:csp