# EXHIBIT M

*Organic Story in Newsfeed*



*Sponsored Story in Right Hand Column*

