# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 RS<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING CLAIMS RECEIVED** |

JENNIFER M. KEOUGH declares and states as follows:

1. I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. This declaration supplements my declaration dated June 7, 2013, which stated (in Paragraph 14) that GCG received a total of 614,994 unique and timely claims. The actual total of unique and timely claims is 618,730. The number of duplicate claims (167,553) was inadvertently subtracted only from total online claims submitted (782,547), not all claims submitted (786,283).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June, 2013, at Seattle, Washington.

_____
Jennifer M. Keough

DECLARATION OF JENNIFER M. KEOUGH – Page 2