UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** 6/28/13          Time in Court:**2 ½ hours**

**Case No.:** C 11-01726 RS

**Case Title:** Angel Fraley, et al., v. Facebook, Inc.

**Appearances:**

    For Plaintiff(s): Kevin Osborne, Steven Weinmann, Robert Arns, Robert Foss,
        Jonathan Jaffe

    For Defendant(s): Michael Rhodes, Jeffrey Gutkin, Matthew Brown

    Attorneys for Objectors:  Robert Fellmeth, Aaron Zigler, Alan Sherwood, Jay Rorty,
        Scott Michelman, Theodore Frank, John Torjesen

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Belle Ball

## PROCEEDINGS

Final Approval and Motion for Attorney Fees Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted

        ( ) Denied request for Preliminary Injunction.

        ( ) Granted in part/Denied in part

        **(X) Taken under submission**

        ( ) Withdrawn/Off Calendar

        ( ) Continued to:

Order to be prepared by:  ( ) Plaintiff    ( ) Defendant    **(X) Court**