

**ATTORNEYS**
ROBERT S. ARNS
JONATHAN E. DAVIS*
MICHAEL LANGTON**
KEVIN M. OSBORNE
ZACHARIAH D. HANSEN
HILLARY R. ALLYN
ROBERT C. FOSS
CECILIA A. PULIDO

**OF COUNSEL**
STEVEN R. WEINMANN

**INVESTIGATOR**
JERRY LAMBERT

* Licensed to practice in Nevada and California
** Licensed to practice in Nevada Only

**CALIFORNIA OFFICE:**

515 FOLSOM STREET
3RD FLOOR
SAN FRANCISCO, CA 94105

TEL: 415-495-7800
FAX: 415-495-7888

July 8, 2013

**VIA ECF AND HAND-DELIVERY ON 7/9/13**
Honorable Richard Seeborg
Northern District Court
San Francisco Division
Courtroom 3
450 Golden Gate Ave.
San Francisco, CA 94102

RE: *Fraley v. Facebook, et al.*
Case No. 11-cv-01726-RS

Dear Judge Seeborg,

Pursuant to Paragraph 71 of the Declaration of Robert S. Arns in Support of Motion for Attorneys' Fees and Costs and Class Representatives' Service Awards [ECF No. 254], attached is the updated expense sheet reflecting Plaintiffs' counsel's total expenses in this matter. When Mr. Arns' Declaration was filed on December 21, 2012, anticipated future costs in the amount of $65,000 were requested set aside, including the disputed $45,000 demand from Razorfish, Inc. for compliance with a records' subpoena. That $45,000 cost has subsequently been negotiated to $3,000 and is reflected in the attached final expense sheet.

Thank you very much for your attention in this matter.

Sincerely,

Jonathan E. Davis
JED:apb
enclosures

**PLEASE RESPOND TO CALIFORNIA OFFICE**

NEVADA OFFICE:
801 RIVERSIDE DRIVE
RENO, NV 89503

TEL: 775-324-2723
FAX: 775-329-7447

WWW.ARNSLAW.COM