Robert L. Bowman
P.O. Box 1363
Knoxville, Tennessee 37901-1363
Telephone: (865) 342-0432; (865) 805-7687
Facsimile: (865) 522-5723
E-mail: rlbowman@kramer-rayson.com
*Pro Se*



FILED

SEP X 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINXER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>Defendants. | Case No. CV 11-01726 RS<br>Declaration of Robert L. Bowman |

### DECLARATION OF ROBERT L. BOWMAN

1. My name is Robert L. Bowman. I am over the age of eighteen (18) years, and I am competent to give this declaration. The facts contained in this declaration are of my own personal knowledge.

2. I filed a Notice of Objection, Intention to Appear, and Request to Be Heard ("Objection") in this civil action on May 2, 2013. After that, I called Plaintiff's counsel, Robert

S. Arns ("Mr. Arns"), Jonathan E. Davis ("Mr. Davis"), and Jonathan Jaffe ("Mr. Jaffe"), three or four times to discuss a possible resolution of the Objection. None of my telephone calls were returned by them.

3. On May 17, 2013, I called Mr. Arns and subsequently participated in a conference call with him and Mr. Jaffe. The basic substance of that conversation is reflected in the declaration Mr. Arns and Mr. Jaffe filed with the court on June 7, 2013. (R. 337 and 338.) I informed both attorneys that I was willing to dismiss and withdraw the Objection in return for monetary compensation, but I also clearly stated that I would consider dismissing or withdrawing the Objection if the parties agreed to exclude the claims of citizens and residents of the State of Tennessee from the release. Their declarations accurately reflect that I did not request a specific dollar amount **or** state that I was requesting monetary compensation for myself. I told the attorneys, as stated in their declaration, that I had never filed an objection before and did not know what to ask for. I told Mr. Arns and Mr. Jaffe I knew someone at the Tillery firm in St. Louis, which had also filed an objection, and I may check with someone there to see how much to ask for to resolve the matter. Again, I said that non-monetary relief may also be requested.

4. On May 20, 2013, I e-mailed a proposed stipulation, which generally sought to keep settlement discussions privileged and confidential to Mr. Arns and Mr. Davis. Mr. Arns wrote back later that day and declined the proposal.

5. On June 7, 2013 at 4:03 p.m. EST (1:03 p.m. PST, 01:13 Military), I e-mailed a proposed settlement demand to Mr. Arns, Mr. Davis, and defense counsel, Michael G. Rhodes ("Mr. Rhodes"). The letter says:

> Dear Mr. Arns and Mr. Rhodes:

> As you know, I filed an objection to the proposed settlement in the above captioned matter. My objection is based on manifold reasons, but I am primarily concerned about the scope of the release and its effect on statutory and common law claims possessed by citizens and residents of the State of Tennessee.
>
> I believe it is in everyone's best interests to have the settlement approved, but Tennesseans should receive more relief than is currently proposed due to the strong privacy rights afforded to us by the General Assembly and common law. Accordingly, I make the following settlement offer to resolve my objection:
>
> 1. Common law and statutory claims currently possessed by citizens and residents of Tennessee are excluded from the release; or
>
> 2. A portion of the Net Settlement Fund is specifically allocated to public institutions in Tennessee to be used for promoting internet privacy and safety for children. I specifically request that Fifty Thousand Dollars ($50,000.00) of the Net Settlement Fund be designated to create an internet privacy and safety curriculum at Bearden Middle School ($25,000.00) and Bearden Elementary School ($25,000.00). Both of these schools are public institutions operated by the Knox County, Tennessee, Board of Education.
>
> Please discuss the foregoing settlement offer with your clients or class representatives and respond to me no later than the close of business on June 14, 2013. Thank you.

A copy of the letter is attached as **Exhibit 1**.

      6.     Later that afternoon, Mr. Arns and Mr. Jaffe filed their declarations. (R. 337 and 338.) The Docket Activity Report for this case shows that the declarations were filed at approximately 7:22 p.m. EST (4:22 p.m. PST, 16:22 Military), three hours after my settlement demand was sent. Over seven hours after receiving the settlement demand, Plaintiffs filed their Response to Objections to Settlement and Fee Motion at 11:08 p.m. EST (8:08 p.m. PST, 18:08 Military). A copy of the Docket Activity Report is attached as **Exhibit 2**.

7. Although Plaintiffs knew for over seven hours that I was not personally seeking monetary compensation to resolve my objection, Plaintiffs say on page 5 of the Response that "Objecter Bowman's only interest in bringing forward objections is his personal financial gain." Plaintiffs have not amended their Response or made any effort to correct the record prior to the filing of this reply. Indeed, it has never been my intent to personally profit from my objection. As clearly stated in the settlement demand letter, the beneficiaries of any monetary compensation received via the Objection are two public schools operated by the Knox County, Tennessee Board of Education. My wife and I are strong advocates and proponents of public education, and are personally responsible for soliciting approximately Seventy Thousand Dollars ($70,000.00) in private and public donations to Bearden Elementary School ("BES") over the last four years. Indeed in April 2013, I facilitated a Twenty Thousand Dollars ($20,000.00) contribution to BES to convert a supply room into a computer laboratory. My settlement demand was intended to help develop an "internet privacy and safety curriculum" at BES. Bearden Middle School ("BMS"), which is also a public school operated by the Knox County, Tennessee Board of Education, is the other intended beneficiary of the settlement demand.

8. I received notice of Plaintiffs' Response when I reviewed the docket sheet for the case on Pacer on or about June 11, 2013, Plaintiffs did not serve a copy of the Response on me under Fed. R. Civ. P. 5.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of June, 2013.

*signature*

ROBERT L. BOWMAN, *Pro Se*
P.O. Box 1363
Knoxville, TN 37901-1363
Telephone No. (865) 342-0432
Facsimile: (865) 522-5723
E-mail: rlbowman@kramer-rayson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of June, 2013, a true and exact copy of the foregoing was served by First Class U.S. Mail, postage prepaid, and by e-mail to the following:

Fraley v Facebook, Inc. Settlements
c/o GCG
P.O. Box 35009
Seattle, WA 98124-1009
GCG@fraleyfacebooksettlement.com

Robert S. Arns, Esq.
The Arns Law Firm
515 Folsom Street, 3rd Floor
SanFrancisco, CA 94104
E-mail: rsa@arnslaw.com

Michael G. Rhodes, Esq.
Colley, LLP
101 California Street, 5th Floor
SanFrancisco, CA 94111
E-mail: mrhodes@colley.com

*signature*
Robert L. Bowman

## Robert Bowman

**From:** Robert Bowman
**Sent:** Friday, June 07, 2013 4:03 PM
**To:** rsa@arnslaw.com; mrhodes@cooley.com
**Cc:** jed@arnslaw.com
**Subject:** Fraley v. Facebook
**Attachments:** copier@kramer-rayson.com_20130607_140544.pdf

Gentlemen:

Good afternoon. Please see the attached settlement demand for the above-captioned matter. Thank you. Have a great weekend!!

Robert L. Bowman
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901
(865) 342-0430
(865) 522-5723 fax


Kramer Rayson LLP Attorney Information

This email is sent subject to the Kramer Rayson LLP Electronic Communications Policy.


-----Original Message-----
From: copier@kramer-rayson.com [mailto:copier@kramer-rayson.com] On Behalf Of copier@
Sent: Friday, June 07, 2013 3:02 PM
To: Robert Bowman
Subject: Scanned image from MX-2600N

Reply to: copier@kramer-rayson.com <copier@kramer-rayson.com> Device Name: Not Set Device Model: MX-2600N
Location: 25th Floor Mailroom

File Format: PDF MMR(G4)
Resolution: 300dpi x 300dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

    http://www.adobe.com/

1



# KRAMER RAYSON LLP
────── ATTORNEYS AT LAW ──────

JOHN T. JOHNSON, JR.
WARREN L. GOOCH
WAYNE R. KRAMER
EDWARD G. PHILLIPS
THOMAS M. HALE
JACKSON G. KRAMER
BEECHER A. BARTLETT, JR.
ROBERT W. KNOLTON
JOHN C. BURGIN, JR.
CHARLES M. FINN
ROBERT A. CRAWFORD
JOHN E. WINTERS
ROBERT L. BOWMAN
STEVEN E. KRAMER
SHANNON COLEMAN EGLE
KATE E. TUCKER
BETSY J. BECK
WILLIAM J. CARVER
GEORGE R. ARRANTS, JR.
J. MATTHEW BROTHERTON
ADAM G. RUSSELL
BRANDON L. MORROW

POST OFFICE BOX 629
KNOXVILLE, TENNESSEE 37901-0629

FOUNDED 1948

June 7, 2013

rlbowman@kramer-rayson.com
Direct Dial (865) 342-0430

OF COUNSEL
E. H. RAYSON
DONELSON M. LEAKE
HUGH W. MORGAN
G. WILSON HORDE

OFFICES
FIRST TENNESSEE PLAZA, SUITE 2500
800 SOUTH GAY STREET
KNOXVILLE, TENNESSEE 37929
TELEPHONE 865 525-5134
TELECOPIER 865 522-5723

105 DONNER DRIVE, SUITE A
OAK RIDGE, TENNESSEE 37830
TELEPHONE 865 220-5134
TELECOPIER 865 220-5132

R.R. KRAMER (1885-1966)

Robert S. Arns, Esq.
The Arns Law Firm
515 Folsom Street, 3rd Floor
San Francisco, CA 94104

Michael G. Rhodes, Esq.
Colley, LLP
101 California Street, 5th Floor
San Francisco, CA 94111

    Re:    Angel Fraley, et al. v. Facebook, Inc., a corporation; and DOES 1-100
            United States District Court, Northern District of California,
            San Francisco Division
            Case No. CV 11-01726 RS

Dear Mr. Arns and Mr. Rhodes:

       As you know, I filed an objection to the proposed settlement in the above captioned matter. My objection is based on manifold reasons, but I am primarily concerned about the scope of the release and its effect on statutory and common law claims possessed by citizens and residents of the State of Tennessee.

       I believe it is in everyone's best interests to have the settlement approved, but Tennesseans should receive more relief than is currently proposed due to the strong privacy rights afforded to us by the General Assembly and common law. Accordingly, I make the following settlement offer to resolve my objection:

Robert S. Arns, Esquire
Michael G. Rhodes, Esq.
June 7, 2013
Page 2

1. Common law and statutory claims currently possessed by citizens and residents of Tennessee are excluded from the release; or

2. A portion of the Net Settlement Fund is specifically allocated to public institutions in Tennessee to be used for promoting internet privacy and safety for children. I specifically request that Fifty Thousand Dollars ($50,000.00) of the Net Settlement Fund be designated to create an internet privacy and safety curriculum at Bearden Middle School ($25,000.00) and Bearden Elementary School ($25,000.00). Both of these schools are public institutions operated by the Knox County, Tennessee, Board of Education.

Please discuss the foregoing settlement offer with your clients or class representatives and respond to me no later than the close of business on June 14, 2013. Thank you.

Sincerely yours,

Robert L. Bowman

RLB:csp

# Docket Activity Report

## U.S. District Court -- California Northern District

### Report Filed Period: 6/1/2013 - 6/15/2013

| Case Number/Title | Dates | Category/Event | Docketed by | Notes |
|---|---|---|---|---|
| 3:11-cv-01726-RS Fraley et al v. Facebook, Inc. | *Entered:* 06/06/2013 13:03:15 *Filed:* 06/06/2013 | *Category:* misc *Event:* Objection *Document:* 335 | R. Arns *Type:* aty | *Cause:* 28:1446 Petition for Removal *NOS:* Other Statutory Actions *Office:* San Francisco *Presider:* Richard Seeborg *Jury demand:* Plaintiff *Case Flags:* ADRMOP E-Filing ProSe RELATE |
| | *Entered:* 06/07/2013 16:19:44 *Filed:* 06/07/2013 | *Category:* motion *Event:* Settlement *Document:* 336 | R. Arns *Type:* aty | |
| | *Entered:* 06/07/2013 16:22:27 *Filed:* 06/07/2013 | *Category:* oth_sup *Event:* Declaration in Support *Document:* 337 | R. Arns *Type:* aty | |
| | *Entered:* 06/07/2013 16:30:48 *Filed:* 06/07/2013 | *Category:* oth_sup *Event:* Declaration in Support *Document:* 338 | R. Arns *Type:* aty | |
| | *Entered:* 06/07/2013 16:42:56 *Filed:* 06/07/2013 | *Category:* oth_sup *Event:* Declaration in Support *Document:* 339 | R. Arns *Type:* aty | |
| | *Entered:* 06/07/2013 16:51:03 *Filed:* | *Category:* oth_sup *Event:* Declaration in Support *Document:* 340 | R. Arns *Type:* aty | |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| | 06/07/2013 | | | |
| | Entered: 06/07/2013 16:55:21 Filed: 06/07/2013 | Category: oth_sup Event: Declaration in Support Document: 341 | R. Arns Type: aty | |
| | Entered: 06/07/2013 16:58:43 Filed: 06/07/2013 | Category: oth_sup Event: Brief Document: 342 | R. Arns Type: aty | |
| | Entered: 06/07/2013 18:08:15 Filed: 06/07/2013 | Category: oth_sup Event: Brief Document: 343 | R. Arns Type: aty | |
| | Entered: 06/07/2013 18:42:03 Filed: 06/07/2013 | Category: respm Event: Opposition/Response to Motion Document: 344 | M. Rhodes Type: aty | |
| | Entered: 06/14/2013 14:44:53 Filed: 06/14/2013 | Category: respm Event: Reply to Opposition/Response Document: 345 | R. Arns Type: aty | |
| | Entered: 06/14/2013 14:49:04 Filed: 06/14/2013 | Category: oth_sup Event: Declaration in Support Document: 346 | R. Arns Type: aty | |
| | Entered: 06/14/2013 14:53:59 Filed: 06/14/2013 | Category: oth_sup Event: Declaration in Support Document: 347 | R. Arns Type: aty | |
| | Entered: 06/14/2013 15:05:09 Filed: 06/14/2013 | Category: oth_sup Event: Declaration in Support Document: 348 | R. Arns Type: aty | |
| | Entered: 06/14/2013 22:59:08 Filed: 06/14/2013 | Category: oth_sup Event: Declaration in Support Document: 349 | M. Rhodes Type: aty | |
| | Entered: | Category: oth_sup | M. Rhodes | |

| | 06/14/2013<br>23:02:22<br>*Filed:*<br>06/14/2013 | *Event:* Declaration in Support<br>*Document:* 350 | *Type:* aty | |
| | *Entered:*<br>06/14/2013<br>23:34:34<br>*Filed:*<br>06/14/2013 | *Category:* oth_sup<br>*Event:* Brief<br>*Document:* 351 | M. Rhodes<br>*Type:* aty | |

### Selection Criteria for Report

| | |
|---|---|
| **Case number** | 3:11-cv-1726 |
| **Filed Date** | 6/1/2013 - 6/15/2013 |
| **Entered Date** | All |
| **Office** | All |
| **Nature of Suit** | All |
| **Cause** | All |
| **Case type** | All |
| **Case flags** | All |
| **Open Cases** | No |
| **Closed Cases** | No |
| **Event Category** | All |
| **Docket Text** | summary |
| **Sort by** | case number |
| **Total Number of Docket Entries: 17** | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2013 13:59:19 | | | |
| **PACER Login:** | kr0029 | **Client Code:** | |
| **Description:** | Docket Activity Report | **Search Criteria:** | 3:11-cv-01726-RS Filed From: 6/1/2013 Filed To: 6/15/2013 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |