Name: Jo Batman
Address: 441 Coral Place
City, State, Zip: Corpus Christi, Texas 78411
Phone: 361-850-7118
Fax: ___
E-Mail: ___

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

**FILED**
2013 SEP -9 P 1:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Angel Fraley, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV-11-01726 RS |
| v. | |
| Facebook, Inc., et al. | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ Jo Batman _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Granting Attorney Fees DKT 360
Order Granting Motion for Final Approval of Settlement Agreement DKT 359
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___ 8/26/13 ___. Entered on the docket in this action on 8/26/13 ___.

A copy of said judgment or order is attached hereto.

9-4-13
Date

Signature: Jo Batman
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL