ROBERT S. ARNS (#65071, rsa@arnslaw.com)
JONATHAN E. DAVIS (#191346, jed@arnslaw.com)
STEVEN R. WEINMANN (#190956, srw@arnslaw.com)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

JONATHAN M. JAFFE (# 267012, jmj@jaffe-law.com)
**JONATHAN JAFFE LAW**
3055 Hillegass Avenue
Berkeley, CA 94705
Tel:   (510) 725-4293
Fax:   (510) 868-3393

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W. T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a corporation; and DOES 1-100, <br><br> Defendants. | **Case No. CV 11-01726 RS** <br><br> **DECLARATION OF ROBERT S. ARNS IN SUPPORT OF OPPOSITION TO MOTION OF KAZMAN FOR ATTORNEYS' FEES** <br><br> Date:  October 17, 2013 <br> Time:  10:00 a.m. <br> Courtroom:  3 <br> Judge:  Hon. Richard Seeborg |

I, Robert S. Arns, hereby state and declare:

1. I am an attorney licensed to practice before all the federal and state courts located in the State of California and I am admitted to practice before this Court. I am the President of The Arns Law Firm, A Professional Corporation, one of the attorneys for Plaintiffs herein. I have personal knowledge of the facts stated in this declaration, and if called upon to testify, could and would competently testify thereto. I make this Declaration in support of the memorandum in support of/supporting the opposition to Objector Sam Kazman's motion for attorneys' fees.

2. Attached hereto as Exhibit 1 is a true and correct copy of printouts of the "About CEI" page and the Sam Kazman bio from the website of the Competitive Enterprise Institute, accessed 9/20/2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of an e-mail sent by Theodore Frank to me at 1:08 a.m. on September 9, 2013. I did not see this e-mail until later in the day, and did not speak to Mr. Frank on September 9, before the Motion was electronically filed that afternoon.

4. I was in an all-day mediation and did not have the opportunity to respond to Mr. Kazman's e-mail, as he recognized in his declaration. I am aware of no previous attempts by Mr. Kazman to contact me in the two weeks prior to the e-mail.

5. Attached hereto as Exhibit 3 is a true and correct copy of a printout of webpages from the August and September Update, CENTER FOR CLASS ACTION FAIRNESS, http://centerforclassactionfairness.blogspot.com/2013/09/august-and-september-update.html (Sept. 9, 2013).

6. Attached hereto as Exhibit 4 is a true and correct copy of selected pages from the Transcript of the Motion for Preliminary Approval on August 2, 2012.

-1-
DECLARATION OF ROBERT S. ARNS IN SUPPORT OF OPPOSITION TO MOTION OF KAZMAN FOR ATTORNEYS' FEES                Case No. CV 11-01726 RS

I declare under the penalty of perjury and under the laws of the United States of America that the forgoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on September 23, 2013 in Napa, California.

Robert S. Arns

DECLARATION OF ROBERT S. ARNS IN SUPPORT OF OPPOSITION TO MOTION OF KAZMAN FOR ATTORNEYS' FEES
Case No. CV 11-01726 RS