John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: 978.261.5725
Facsimile: 978.405.5161
jjpentz3@gmail.com

Attorney for Class Members Wendy Lally, Alec Greenhouse,
Jonathan Bobak and Zachary Cochran

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGEL FRALEY,** ) | No. CV 11-1726 RS |
| v. ) | |
| **FACEBOOK, INC.,** ) | |

## NOTICE OF APPEAL

Class members/Objectors Wendy Lally, Alec Greenhouse, Jonathan Bobak, and Zachary Cochran, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's August 26, 2013 Order Granting Motion for Final Approval of Settlement and Order Granting in Part Motion for Attorneys' Fees, Costs and Incentive Awards.

*/s/ John J Pentz*
John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: 978.261.5725
Facsimile: 978.405.5161
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on September 24, 2013 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ John J. Pentz*