UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL FRALEY; et al.,<br><br>        Plaintiffs - Appellees,<br><br>C.M.D.; et al.,<br><br>        Intervenor-Plaintiffs - Appellees,<br><br> v.<br><br>JO BATMAN,<br><br>        Objector - Appellant,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>        Defendant - Appellee. | No. 13-16819<br><br>D.C. No. 3:11-cv-01726-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

    A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit

Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:<br>
Molly C. Dwyer<br>
Clerk of Court<br>
<br>
Cyntharee K. Powells<br>
Deputy Clerk