UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGEL FRALEY.

        Plaintiff,

v.

FACEBOOK, INC.

        Defendant

Case No.: 11-CV-1726 RS

FILED
OCT X 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE:

       Notice is hereby given that Thomas L. Cox Jr., Tracey Klinge and Katie Sibley, Class Members and Objectors, hereby appeal to the United States Court of Appeals for the 9th Circuit Court from the Order Granting Motion for Final Approval of Settlement Agreement, Document 359 entered on August 26, 2013 and the Order in Part Granting Motion for Attorney Fees, Costs and Incentive Awards,(Documents No. 360, which was entered on August 26, 2013.

                                                     Respectfully submitted,

                                                     Thomas L. Cox Jr.
                                                     4934 Tremont
                                                     Dallas, TX 75214
                                                     tcox009@yahoo.com

*Tracey Klinge*
Tracey Klinge
3747 Royal Cove Dr.
Dallas, TX 75229
traceyklinge@gmail.com

*Katie Sibley*
Katie Sibley.
2602 McKinney Ave, Suite 210
Dallas, TX 75204
mksibley@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following by U.S. Mail on September 24, 2013:

United States District Court,
1301 Clay Street,
Oakland, CA 94612

Robert S. Ams
The Ams Law Firm
515 Folsom Street, 3rd Floor,
San Francisco, CA 94104

Michael G. Rhodes, Esq.
Cooley LLP,
101 California Street, 5th Floor,
San Francisco, CA 94111

*Thomas L. Cox Jr.*
Thomas L. Cox Jr.