Joseph Darrell Palmer
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objector Carol Barrett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem; individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a corporation; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 11-cv-01726 RS<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br><br>Judge: Hon. Richard Seeborg |

　　　Objector CAROL BARRETT hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement (Dkt. 359) entered on

/ / /

/ / /

/ / /

August 26, 2013, and the Final Judgment (Dkt. 368) entered on September 19, 2013, and all opinions and orders that merge therein.

LAW OFFICES OF DARRELL PALMER PC

Dated:   October 18, 2013            By: /s/ Joseph Darrell Palmer_____
                                         Joseph Darrell Palmer
                                         Attorney for Objector Carol Barrett

# CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2013, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

    I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

    ___/s/ Joseph Darrell Palmer_____
        Joseph Darrell Palmer
        Attorney for Objector

RULE 3-2 REPRESENTATION STATEMENT

**Plaintiff**

| **Angel Fraley** | represented by | **Jonathan Ellsworth Davis** |

**Angel Fraley**　　　　　　　represented by　**Jonathan Ellsworth Davis**
**Paul Wang**　　　　　　　　　　　　　　　　**Robert Stephen Arns**
**James H Duval**　　　　　　　　　　　　　　**Steven Richard Weinmann**
*a minor, by and through JAMES*　　　　　　　The Arns Law Firm
*DUVAL, as Guardian ad Litem*　　　　　　　 515 Folsom St 3FL
**William Tait**　　　　　　　　　　　　　　　San Francisco, CA 94105
*a minor, by and through*　　　　　　　　　　 Phone: 415-495-7800
*RUSSEL TAIT, as Guardian ad*　　　　　　　 Fax: 415-495-7888
*Litem*　　　　　　　　　　　　　　　　　　 Email: jed@arnslaw.com
**Susan Mainzer**

　　　　　　　　　　　　　　　　　　　　　 **Jonathan Matthew Jaffe**
　　　　　　　　　　　　　　　　　　　　　 Jonathan Jaffe Law
　　　　　　　　　　　　　　　　　　　　　 3055 Hillegass Avenue
　　　　　　　　　　　　　　　　　　　　　 Berkeley, CA 94705
　　　　　　　　　　　　　　　　　　　　　 Phone: (510) 725-4293
　　　　　　　　　　　　　　　　　　　　　 Email: jmj@jaffe-law.com

**Plaintiff**

**Lucy Funes**　　　　　　　　represented by　**William Richard Restis**
　　　　　　　　　　　　　　　　　　　　　 Finkelstien & Krinsk LLP
　　　　　　　　　　　　　　　　　　　　　 501 West Broadway, Suite 1250
　　　　　　　　　　　　　　　　　　　　　 San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　 Phone: 619-238-1333
　　　　　　　　　　　　　　　　　　　　　 Email: wrr@classactionlaw.com

**Intervenor Pla**

**C.M.D.**　　　　　　　　　 represented by　**Aaron Michael Zigler**
**T.A.B.**　　　　　　　　　　　　　　　　　 Korein Tillery - St. Louis
**H.E.W.**　　　　　　　　　　　　　　　　　Generally Admitted
**B.A.W.**　　　　　　　　　　　　　　　　　505 N. 7th Street, Suite 3600
**A.D.Y.**　　　　　　　　　　　　　　　　　St. Louis, MO 63101
**R.P.Y.**　　　　　　　　　　　　　　　　　Phone: 314-241-4844
**E.K.D.**　　　　　　　　　　　　　　　　　Email: azigler@koreintillery.com

　　　　　　　　　　　　　　　　　　　　　 **Antony Stuart**
　　　　　　　　　　　　　　　　　　　　　 Stuart Law Firm
　　　　　　　　　　　　　　　　　　　　　 801 So. Grand Avenue, 11th Floor
　　　　　　　　　　　　　　　　　　　　　 Los Angeles, CA 90017-4613
　　　　　　　　　　　　　　　　　　　　　 Phone: 213-612-0009
　　　　　　　　　　　　　　　　　　　　　 Fax: 213-489-0225
　　　　　　　　　　　　　　　　　　　　　 Email: ts@stuartlaw.us

**Defendant**

| | | |
|---|---|---|
| **Facebook, Inc.** | represented by | **Matthew Dean Brown** |
| | | **Jeffrey Gutkin** |
| | | **Michael Graham Rhodes** |
| | | Cooley Godward Kronish LLP |
| | | 101 California Street, 5th Floor |
| | | San Francisco, CA 94111 |
| | | Phone: 415-693-2000 |
| | | Fax: 415-693-2222 |
| | | Email: gutkinjm@cooley.com |
| | | |
| | | **Jennifer Ann Hall** |
| | | **S. Ashlie Beringer** |
| | | Gibson Dunn & Crutcher LLP |
| | | 1881 Page Mill Road |
| | | Palo Alto, CA 94304 |
| | | Phone: 650-849-5300 |
| | | Fax: 650-849-5333 |
| | | Email: jhall@gibsondunn.com |