**Alan J. Sherwood**
Cal SBN 118330
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 268-9685
Fax 510.903.1773
AlanSherwood@earthlink.net
**Attorney for Objector Jennifer Deachin**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Angel Fraley,** *et al.*, | Case No. 3:11-cv-01726-RS |
| **Plaintiffs,** | NOTICE OF APPEAL |
| v. | |
| **Facebook, Inc.,** *et al.*, | |
| **Defendants.** | |

    Objector, Jennifer Deachin, by and through her undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit, Pursuant to Rule 4(3) of the Federal Rules of Appellant Procedure from the Final Judgment entered in the above style cause on September 9, 2013. (Document 368)

    Respectfully Submitted,

    /s/ Alan J. Sherwood
Alan J. Sherwood
Attorney for Objector Jennifer Deachin
Cal SBN 118330
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 268-9685
Fax 510.903.1773
AlanSherwood@earthlink.net
Attorney for Objector Jennifer Deachin

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 29th of October, 2013, the foregoing was filed with the Clerk of the Court and that all parties will be electronically served by the CM/ECF system.

                                             /s/ Alan Sherwood
                                             Alan Sherwood