N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
Florida Bar Number: 209783
115 Northeast 6th Avenue
Gainesville, Florida 32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net
Attorney for Objector Jennifer Deachin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Angel Fraley,** *et al.*, | Case No. 3:11-cv-01726-RS |
| **Plaintiffs,** | **NOTICE OF APPEARANCE** |
| v. | **OF APPELLATE COUNCIL** |
| **Facebook, Inc.,** *et al.*, | |
| **Defendants.** | |

N. Albert Bacharach, Jr., notices his appearance as Appellate Council for Objector/Appellant Jennifer Deachin.

Respectfully submitted,

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
Florida Bar Number: 209783
115 Northeast 6th Avenue
Gainesville, Florida 32601
(352) 378-9859 FAX: (352) 338-1858
N.A.Bacharach@att.net
Attorney for Objector/Appellant Jennifer Deachin

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th of October, 2013, the foregoing was filed with the Clerk of the Court and that all parties will be electronically served by the CM/ECF system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.