✎ AO 148
(Rev. 6/88)

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

ANGEL FRALEY ET AL

) Appeal from  ☑ U.S. District Court for ___CA NORTHERN___
                ☐ Court of International Trade
                ☐ Claims Court

--VERSUS--

FACEBOOK INC ET AL

) TRIAL COURT NO. ___11-CV-01726RS___

) CIRCUIT COURT NO. ___13-17097___

## TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART 1 -   TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
           Copies to be distributed by appellant as follows:   Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court;
           Copy 5 to appellee; Copy 6 retained by appellant.

   A.   Complete one of the following:
        ☐ A transcript is not needed for the appeal
        ☐ A transcript is already on file
        ☑ Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
           Note: voir dire and closing arguments are not prepared unless specifically requested.
           06/28/2013 Final Approval Hearing

        Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.
   B.   I certify that financial arrangements have been made with the reporter.  Payment is by:
        ☑ Private funds
        ☐ Government expense (civil case).  A motion for transcript has been submitted to the trial judge.
SIGNED _____   Date ___11/26/2013___   COUNSEL FOR ___Appellant Carol Barrett___
ADDRESS ___2244 Faraday Avenue, Suite 121, Carlsbad CA 92008___
TELEPHONE ___(858) 215-4064___

PART II - TO BE COMPLETED BY COURT REPORTER.
           Copy 1 and 3 retained by the reporter; Copy 2 to be transmitted to the Court of Appeals on same date transcript
           order is received.
           Date Purchase Order received: _____ .
           Estimated completion date: _____ .
           Estimated number of pages: _____ .
I certify that satisfactory financial arrangements ☐ have  ☐ have not  been completed with appellant for payment of the cost
of the transcript.

                                              _____   _____
                                                      Signature                       Date
                                   Telephone: _____

PART III-NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
           (To be completed by court reporter on date of filing transcript in Trial Court and this notification must be
           to Court of Appeals on same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court
today.

_____          _____
           Date                                (Signature of Court Reporter)

DISTRIBUTION:   COURT REPORTER (3 copies),   TRIAL COURT,   TRIAL,   APPELLANT
(Two of Court Reporter's copies are for completion of Part II and Part III and transmittal to Clerk, U.S. Court of Appeals, Federal Circuit, 717 Madison Place, N.W.
Washington, D.C. 20439.)