Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848
tedfrank@gmail.com

*Attorney for Objector Sam Kazman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL FRALEY; PAUL WANG; SUSAN MAINZER; JAMES H. DUVAL, a minor, by and through JAMES DUVAL, as Guardian ad Litem; and W.T., a minor, by and through RUSSELL TAIT, as Guardian ad Litem, individually on behalf of and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a corporation; and DOES 1-100, <br><br> Defendants, <br><br> Sam Kazman, <br><br> Objector. | Case No. CV-11-01726 RS <br><br> **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Notice is hereby given that objecting class member Sam Kazman appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Denying Objector's Motion for Attorney Fees and Incentive Award (Docket No. 442), filed February 27, 2014; this Court's Order Denying Objector's Motion for Attorney Fees and Incentive Award (Docket No. 443), filed February 28, 2014; and from all opinions and orders that merge therein.

| Circuit Rule 3-2 Representation Statement | |
|---|---|
| **Party** | **Counsel** |
| Angel Fraley, Paul Wang, James H. Duval, James Duval, William Tait, Russell Tait, Susan Mainzer, *Plaintiffs*. | **Jonathan Ellsworth Davis** **Robert Stephen Arns** **Steven Richard Weinmann** The Arns Law Firm 515 Folsom St 3FL San Francisco, CA 94105 415-495-7800 <br><br> **Jonathan Matthew Jaffe** Jonathan Jaffe Law 3055 Hillegass Avenue Berkeley, CA 94705 510-725-4293 |
| Lucy Funes, *Plaintiff*. | **William Richard Restis** Finkelstien & Krinsk LLP 501 West Broadway, Suite 1250 San Diego, CA 92101 619-238-1333 |
| C.M.D., *Intervenor Plaintiff*. | **Aaron Michael Zigler** Korein Tillery - St. Louis Generally Admitted 505 N. 7th Street, Suite 3600 St. Louis, MO 63101 314-241-4844 <br><br> **Antony Stuart** Stuart Law Firm 801 So. Grand Avenue 11th Floor Los Angeles, CA 90017-4613 213-612-0009 |
| T.A.B., H.E.W., B.A.W., A.D.Y., R.P.Y., *Intervenor Plaintiffs*. | **Aaron Michael Zigler** Korein Tillery - St. Louis Generally Admitted 505 N. 7th Street, Suite 3600 St. Louis, MO 63101 314-241-4844 |

Case No. C 11-01726 RS                                                                                                         1
NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

| | |
|---|---|
| H.L.S., Sheila L. Shane, *Objectors.* | **Aaron Michael Zigler**<br>Korein Tillery - St. Louis<br>Generally Admitted<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>314-241-4844 |
| E.K.D. *Respondent.* | **Aaron Michael Zigler**<br>Korein Tillery - St. Louis<br>Generally Admitted<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>314-241-4844 |
| Carol Barrett, *Objector.* | **Joseph Darrell Palmer**<br>Law Offices of Darrell Palmer PC<br>2244 Faraday Avenue<br>Suite 121<br>Carlsbad, CA 92008<br>858-215-4064 |
| Jo Batman, *Objector.* | **Christopher Andress Bandas**<br>Bandas Law Firm, P.C.<br>500 N. Shoreline, Ste. 1020<br>Corpus Christi, TX 78401<br>361-698-5200 |
| Jennifer Deachin, *Objector.* | **N. Albert Bacharach, Jr.**<br>N. Albert Bacharach, Jr. P.A.<br>115 NE 6th Avenue<br>Gainesville, FL 32601-3416<br>352-378-9859<br><br>Alan J Sherwood<br>Law Office of of Alan J. Sherwood<br>1300 Clay Street #600<br>Oakland, CA 94612<br>510-268-9685 |
| Margaret Becker,<br>Michael Carome,<br>Ann Marie Leonard,<br>Kim N. Parsons,<br>*Objectors.* | **Scott Matthew Michelman**<br>Public Citizen Litigation Group<br>1600 20th St. NW<br>Washington, DC 20009<br>202-588-1000<br><br>**Jay Adam Rorty**<br>Law Offices of Jay Rorty<br>835 Cedar St<br>Santa Cruz, CA 95060<br>831-316-0722 |

Case No. CV-11-01726 RS                                                                                           2
NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

| | |
|---|---|
| Judy Reidel,<br>John Samuel Schachter,<br><br>*Objectors.* | **Scott Matthew Michelman**<br>**Scott L. Nelson**<br>Public Citizen Litigation Group<br>1600 20th St. NW<br>Washington, DC 20009<br>202-588-1000<br><br>**Jay Adam Rorty**<br>Law Offices of Jay Rorty<br>835 Cedar St<br>Santa Cruz, CA 95060<br>831-316-0722 |
| Jonathan Bobak, Zachary Cochran, Alec Greenhouse, Wendy Lally,<br><br>*Objectors.* | **John J. Pentz**<br>19 Widow Rites Lane<br>Sudbury, MA 01776<br>978-261-5725 |
| Thomas L. Cox,<br><br>*Objector.* | **Thomas L. Cox Jr.**<br>*Pro se*<br>4934 Tremont<br>Dallas, TX 75214<br>469-531-3313 |
| Michael S. Depot,<br><br>*Objector.* | **Robert Charles Fellmeth**<br>**Christina McClurg Riehl**<br>**Elisa M Weichel**<br>Children's Advocacy Institute<br>5998 Alcala Park<br>San Diego, CA 92110<br>619-260-4806 |
| Jeffrey Fagen, John Garza, Leanne Louis, Peter Martin, Patty Ward, Charisse Holder, Matina Battaglia<br><br>*Objectors.* | **Martha Bronson**<br>Bronson & Associates<br>15 West 8TH Street, SUITE A<br>Tracy, CA 95376<br>209-830-0400 |
| Sam Kazman,<br><br>*Objector.* | **Theodore Harold Frank**<br>Center for Class Action Fairness<br>1718 M Street<br>No. 236<br>Washington, DC 20036<br>703-203-3848 |
| Janine Menhennet,<br><br>*Objector.* | **Janine Renee Menhennet**<br>*Pro se*<br>The Markham Law Firm<br>750 B Street, Suite 1950<br>San Diego, CA 92101<br>619-399-3995 |
| Jeffrey Allen Pennington,<br><br>*Movant.* | **Jeffrey Allen Pennington**<br>*Pro se*<br>P.O. Box 171<br>Dry Branch, GA 31020<br>215-558-9133 |

| | |
|---|---|
| Facebook, Inc.<br><br>*Defendant.* | **S. Ashlie Beringer**<br>Facebook<br>1601 Willow Road<br>Menlo Park, CA 94025<br>650-644-7348<br><br>**Matthew Dean Brown**<br>**Jeffrey Gutkin**<br>**Candace A Jackman**<br>**Michael Graham Rhodes**<br>Cooley LLP<br>101 California St. Flr 5<br>San Francisco, CA 94111-5800<br>(415) 693-2000<br><br>**Jennifer Ann Hall**<br>Gibson Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>650-849-5300 |
| J. N. D.<br><br>*Miscellaneous.* | **Mark John Tamblyn**<br>Wexler Wallace LLP<br>455 Capitol Mall<br>Suite 231<br>Sacramento, CA 95814<br>(916) 492-1100 |

Dated: March 27, 2014          Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Email: tedfrank@gmail.com
Voice: (703) 203-3848

*Attorney for Objector Sam Kazman*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

In addition, I caused for a copy of the foregoing to be mailed to the following persons:

| **Elisa M Weichel**<br>Children's Advocacy Institute<br>5998 Alcala Park<br>San Diego, CA 92110 | **Scott L. Nelson**<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009 |

DATED this 27th Day of March, 2014,

/s/ *Theodore H. Frank*

Theodore H. Frank